JS 44C/SDNY
REV. 10/01/2020

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)                ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐  If yes, give date _____ & Case No. _____

Is this an international arbitration case?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)        **NATURE OF SUIT**

**TORTS**                                                                                            **ACTIONS UNDER STATUTES**

**CONTRACT**                 **PERSONAL INJURY**          **PERSONAL INJURY**            **FORFEITURE/PENALTY**    **BANKRUPTCY**                          **OTHER STATUTES**

[ ] 110  INSURANCE           [ ] 310 AIRPLANE             [ ] 367 HEALTHCARE/            [ ] 625 DRUG RELATED      [ ] 422 APPEAL                          [ ] 375 FALSE CLAIMS
[ ] 120  MARINE              [ ] 315 AIRPLANE PRODUCT          PHARMACEUTICAL PERSONAL        SEIZURE OF PROPERTY           28 USC 158                     [ ] 376 QUI TAM
[ ] 130  MILLER ACT                  LIABILITY                 INJURY/PRODUCT LIABILITY       21 USC 881            [ ] 423 WITHDRAWAL                      [ ] 400 STATE
[ ] 140  NEGOTIABLE          [ ] 320 ASSAULT, LIBEL &     [ ] 365 PERSONAL INJURY        [ ] 690 OTHER                     28 USC 157                              REAPPORTIONMENT
         INSTRUMENT                  SLANDER                   PRODUCT LIABILITY                                                                           [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF         [ ] 330 FEDERAL              [ ] 368 ASBESTOS PERSONAL                                **PROPERTY RIGHTS**                    [ ] 430 BANKS & BANKING
         OVERPAYMENT &               EMPLOYERS'                INJURY PRODUCT                                                                              [ ] 450 COMMERCE
         ENFORCEMENT                 LIABILITY                 LIABILITY                                           [ ] 820 COPYRIGHTS [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 460 DEPORTATION
         OF JUDGMENT         [ ] 340 MARINE                                                                        [ ] 830 PATENT                          [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT        [ ] 345 MARINE PRODUCT       **PERSONAL PROPERTY**                                    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ENCED & CORRUPT
[ ] 152  RECOVERY OF                 LIABILITY            [ ] 370 OTHER FRAUD                                      [ ] 840 TRADEMARK                               ORGANIZATION ACT
         DEFAULTED           [ ] 350 MOTOR VEHICLE        [ ] 371 TRUTH IN LENDING                                                                                 (RICO)
         STUDENT LOANS       [ ] 355 MOTOR VEHICLE                                                                 **SOCIAL SECURITY**                     [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)             PRODUCT LIABILITY                                                                                                     [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF         [ ] 360 OTHER PERSONAL       [ ] 380 OTHER PERSONAL         **LABOR**                 [ ] 861 HIA (1395ff)                            PROTECTION ACT
         OVERPAYMENT                 INJURY                   PROPERTY DAMAGE                                      [ ] 862 BLACK LUNG (923)
         OF VETERAN'S        [ ] 362 PERSONAL INJURY -    [ ] 385 PROPERTY DAMAGE        [ ] 710 FAIR LABOR        [ ] 863 DIWC/DIWW (405(g))              [ ] 490 CABLE/SATELLITE TV
         BENEFITS                    MED MALPRACTICE          PRODUCT LIABILITY                  STANDARDS ACT     [ ] 864 SSID TITLE XVI                  [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                                    [ ] 720 LABOR/MGMT        [ ] 865 RSI (405(g))                            COMMODITIES/
         SUITS                                            **PRISONER PETITIONS**                 RELATIONS                                                         EXCHANGE
[ ] 190  OTHER                                            [ ] 463 ALIEN DETAINEE         [ ] 740 RAILWAY LABOR ACT **FEDERAL TAX SUITS**                   [ ] 890 OTHER STATUTORY
         CONTRACT                                         [ ] 510 MOTIONS TO             [ ] 751 FAMILY MEDICAL                                                    ACTIONS
[ ] 195  CONTRACT            **ACTIONS UNDER STATUTES**           VACATE SENTENCE            LEAVE ACT (FMLA)      [ ] 870 TAXES (U.S. Plaintiff or        [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                                  28 USC 2255                                             Defendant)
         LIABILITY           **CIVIL RIGHTS**             [ ] 530 HABEAS CORPUS          [ ] 790 OTHER LABOR       [ ] 871 IRS-THIRD PARTY                 [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE                                        [ ] 535 DEATH PENALTY                  LITIGATION                26 USC 7609                            MATTERS
                             [ ] 440  OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER       [ ] 791 EMPL RET INC                                              [ ] 895 FREEDOM OF
                                     (Non-Prisoner)                                              SECURITY ACT (ERISA)                                              INFORMATION ACT
**REAL PROPERTY**            [ ] 441 VOTING                                                                                                                [ ] 896 ARBITRATION
                             [ ] 442 EMPLOYMENT                                          **IMMIGRATION**                                                   [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                [ ] 443 HOUSING/             **PRISONER CIVIL RIGHTS**                                                                               PROCEDURE ACT/REVIEW OR
         CONDEMNATION                ACCOMMODATIONS                                      [ ] 462 NATURALIZATION                                                   APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE         [ ] 445 AMERICANS WITH       [ ] 550 CIVIL RIGHTS                   APPLICATION
[ ] 230  RENT LEASE &                DISABILITIES -       [ ] 555 PRISON CONDITION       [ ] 465 OTHER IMMIGRATION                                         [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                   EMPLOYMENT           [ ] 560 CIVIL DETAINEE                 ACTIONS                                                           STATE STATUTES
[ ] 240  TORTS TO LAND       [ ] 446  AMERICANS WITH          CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT                DISABILITIES -OTHER
         LIABILITY           [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A **CLASS ACTION**         DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
  UNDER F.R.C.P. 23                            AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                              IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES  ☐ NO                      NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE                                    SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                                                                                  [ ] NO
                                                                                  [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #                                                                         Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

**Rider to Civil Cover Sheet**

**Defendants Include:**

Administradora Grupo TVA, S.A. de C.V.
Alta Empresa, S.A. de C.V.
Asesoría Especializada En Aviación, S.A. de C.V.
Atlético Morelia, S.A. de C.V.
Azteca Conecta Producciones, S.A. de C.V.
Azteca Novelas, S.A.P.I. de C.V.
Azteca Records, S.A. de C.V.
Azteca Telecasting, S. de R.L. de C.V.
Azteca Web, S.A. de C.V.
Club De Futbol Rojinegros, S.A. de C.V.
Comerciacom, S.A. de C.V.
Estudios Azteca, S.A. de C.V.
Finbor México, S.A. de C.V.
Ganador Azteca, S.A.P.I. de C.V.
Grupo TV Azteca, S.A. de C.V.
Inversora Mexicana De Producción, S.A. de C.V.
Operadora Mexicana De Televisión, S.A. de C.V.
Organización De Torneos y Eventos Deportivos, S.A. de C.V.
Producciones Azteca Digital, S.A. de C.V.
Producciones Especializadas, S.A. de C.V.
Productora De Televisión Regional De Tv Azteca, S.A. de C.V.
Profesionales y Administrativos en Servicios Inmobiliarios, S.A. de C.V.
Promotora de Futbol Rojinegros, S.A. de C.V.
Promotora de Futbol Morelia, S.A. de C.V.
Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.
S.C.I. de México, S.A. de C.V.
Servicios Aéreos Noticiosos, S.A. de C.V.
Servicios Especializados Taz, S.A. de C.V.
Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.
Televisión Azteca, S.A. de C.V.
TV Azteca Comercializadora, S.A. de C.V.
Corporación de Asesoría Técnica y de Producción, S.A. de C.V.
Comercializadora De Publicidad Azteca, S.A. de C.V.
Comercializadora en Medios de Comunicación de TV Azteca, S.A. de C.V.
Editorial Mandarina, S.A. de C.V.
Multimedia, Espectáculos y Atracciones, S.A. de C.V.
Red Azteca Internacional, S.A. de C.V.

Servicios Foráneos de Administración, S.A. de C.V.
Servicios Locales De Producción, S.A. de C.V.
Agencia Azteca, Inc.
Azteca America TV Spot Sales
Azteca International Corporation
Azteca Stations, LLC
Stations Group, LLC; SCTV, Inc.
Kaza Azteca America Inc.
Southern California TV LLC
Fundacion Azteca America, LLC
TV Azteca Honduras, S.A. de C.V.
Comercializadora de Televisión de Honduras, S.A. de C.V.
Incotel S.A.
TVA Guatemala S.A.
Lasimex, S.A. de C.V.
TV Azteca Global, S.L.U.
Azteca Comunicaciones Perú, S.A.C.
Redes Opticas, S.A.C.
Televisora del Valle de México, S.A. de C.V.

**Defendants' Addresses and Counties:**[1]

**Alta Empresa, S.A. de C.V.**, Periferico Sur No. 4121, Ciudad de Mexico, 14141, Mexico
**Asesoría Especializada En Aviación, S.A. de C.V.**, AV Revolucion 1909 1 P4 SN Angel, 01000 Mexico City, Mexico
**Atlético Morelia, S.A. de C.V.**,[2] Circuito Periferico Paseo De La Republica (Sector Neuva Espana) 3537, 58280 Ocampo, Mexico
**Azteca Conecta Producciones, S.A. de C.V.**,[3] Periferico Sur No. 4121, Ciudad de Mexico, 14141, Mexico
**Azteca Records, S.A. de C.V.**, Periferico Anillo Periferico (Adolfo Ruiz Cortines) 4121 Torre B, 14200 Tlalpan, Mexico

---

[1] Fifteen of the Defendants have been merged into TV Azteca S.A.B. de C.V.: Azteca Novelas, S.A.P.I. de C.V.; Red Azteca Internacional, S.A. de C.V.; Televisión Azteca, S.A. de C.V.; TV Azteca Comercializadora, S.A. de C.V.; Comercializadora de Publicidad Azteca, S.A. de C.V.; Administradora Grupo TVA, S.A. de C.V.; Grupo TV Azteca, S.A. de C.V.; Inversora Mexicana De Producción, S.A. de C.V.; Profesionales y Administrativos en Servicios Inmobiliarios, S.A. de C.V.; Comerciacom, S.A. de C.V.; Estudios Azteca, S.A. de C.V.; Finbor México, S.A. de C.V.; Azteca Telecasting, S. de R.L. de C.V.; Azteca Web, S.A. de C.V; and Comercializadora en Medios de Comunicación de TV Azteca, S.A. de C.V.
[2] Atlético Morelia, S.A. de C.V. has been renamed Equipo de Futbol Mazatlan, S.A. de C.V.
[3] Azteca Conecta Producciones, S.A. de C.V. has been renamed Producciones Dopamina, S.A. de C.V.

**Club De Futbol Rojinegros, S.A. de C.V.**, Patria 2300 Atlas Colomos, Zapopan, JA 4511, Mexico

**Ganador Azteca, S.A.P.I. de C.V.**, Av. Aguirre Laredo 6727, col. La Fuente, municipio de Juárez, Chihuahua, 32370, Mexico.

**Operadora Mexicana De Televisión, S.A. de C.V.**, Avenida Periferico Sur No. 4121, Instituto Mexicano de la Television, 14141 Tlalpan, Mexico

**Organización De Torneos y Eventos Deportivos, S.A. de C.V.**,[4] Brickell Avenue 1221, Suite 2520, Miami, FL 33131, USA / 2601 S. Bayshore Drive, Suite 1475, Miami, FL., USA.

**Producciones Azteca Digital, S.A. de C.V.**, AV. Revolucion No. 1909 1 P 4, San Angel, 01000 Álvaro Obregón, Mexico

**Producciones Especializadas, S.A. de C.V.**, Simón Bolivar 25, Col. Centro (Área 1), Delegación Cuahutemoc, Ciudad de México, C.P.06000

**Productora De Televisión Regional De Tv Azteca, S.A. de C.V.**, Periferico Sur No. 4121, Fuentes del Pedregal, 14141 Tlalpan, Mexico

**Promotora de Futbol Rojinegros, S.A. de C.V.**, Patria 2300 A Atlas Colomos, 45118 Zapopan, Mexico

**Promotora de Futbol Morelia, S.A. de C.V.**,[5] Paseo De La Republica 514, Morelia, Michoacan De Ocampo 58290, Mexico

**Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.**, Avenida Periferico Sur No. 4121, Col. Fuentes del Pedregal, Del. Tlalpan, C.P. 14140, Ciudad de México.

**S.C.I. de México, S.A. de C.V.**, AV Revolucion 1909 1 P4 SN Angel, 01000 Mexico City, Mexico

**Servicios Aéreos Noticiosos, S.A. de C.V.**, Periferico Sur 4121, Fuentes del Pedregal, 14140 Tlalpan, Mexico

**Servicios Especializados Taz, S.A. de C.V.**, Periferico Sur 4119 TORRE B PISO 1, Fuentes del Pedregal, 14140 Tlalpan, Mexico

**Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.**, Periferico Sur No. 4121, 14141 Tlalpan, Mexico City, Mexico

Corporación de Asesoría Técnica y de Producción, S.A. de C.V., AV Revolucion 1909, San Angel, 01000 Álvaro Obregón, Mexico

**Editorial Mandarina, S.A. de C.V.**, Avenida Insurgentes Sur No. 1605, Int. Piso 15 módulo IV, Col. San José Insurgentes, Benito Juárez, C.P.  03900, Ciudad de México.

**Multimedia, Espectáculos y Atracciones, S.A. de C.V.**, Periferico Sur No. 4121, Ciudad de Mexico, 14141, Mexico

---

[4] Organización de Torneos y Eventos Deportivos, S.A. de C.V. has been renamed as Azteca Sports Rights LLC.

[5] Promotora de Futbol Morelia, S.A. de C.V. has been renamed Mazatlan Promotora de Futbol, S.A. de C.V.

**Servicios Foráneos de Administración, S.A. de C.V.**, AV Revolucion 1909, Piso 1, Int. 4 San Angel, Del. Alavaro Obregón, C.P. 01000, Ciudad de México.
**Servicios Locales De Producción, S.A. de C.V.**, AV Revolucion 1909, Piso 1, Int. oficina 4, San Angel, Del. Alavaro Obregón, C.P. 01000, Ciudad de México.
**Azteca International Corporation**,[6] 1139 Grand Central Avenue, Glendale California 91201 (Los Angeles County) / 3900 W Alameda Ave, Suite 1200, Burbank, CA 91505
**Stations Group, LLC**, 251 Little Falls Drive, Wilmington, Delaware 19808 (New Castle County)
**TV Azteca Honduras, S.A. de C.V.**, Edificio El Sol, calle Sofía S/N, Colonia Puerta del Sol, Boulevard San Juan Bosco, Tegucigalpa, MDC. Honduras
**Comercializadora de Televisión de Honduras, S.A. de C.V.**, Edificio El Sol, calle Sofía S/N, Colonia Puerta del Sol, Boulevard San Juan Bosco, Tegucigalpa, MDC. Honduras
**Incotel S.A.**, Diagonal 20, 00-22, Zona 17, Col. Calzada la Paz, Guatemala, Guatemala / 5ª avenida 5-55 de la zona 14, Edificio Europlaza, Torre 4, Pent-house, Guatemala, Guatemala.
**TVA Guatemala S.A.**, 5 Avenue 5-55, Zona 14, Edificio Europlaza Torre 4, Guatemala City, Guatemala
**Lasimex, S.A. de C.V.**, Periferico Sur 4121, Fuentes del Pedregal, 14140 Tlalpan, Mexico
**TV Azteca Global, S.L.U.**, Paseo Europa, 26 Piso 1 of 5, 28703 San Sebastian de Los Reyes, Spain
**Azteca Comunicaciones Perú, S.A.C.**, Avenida 28 de Julio, 1011 Urb San Antonio, Piso 5, Miraflores, Peru
**Redes Opticas**, S.A.C., Avenida 28 de Julio 1011 Piso 5, Urb. San Antonio, Lima 18, Peru
**Televisora del Valle de México, S.A. de C.V.**, Avenida Insurgentes Sur No. 1605, Int. Piso 17, Col. San José Insurgentes, Benito Juárez, C.P. 03900, Ciudad de México.

---

[6] Seven Defendants have been merged into Azteca International Corporation: Agencia Azteca, Inc.; Azteca America TV Spot Sales, LLC; Azteca Stations, LLC; SCTV, Inc.; Kaza Azteca America Inc.; Southern California TV LLC; and Fundacion Azteca America, LLC.