UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024,<br><br>                  Plaintiff,<br><br>                      v.<br><br>TV Azteca, S.A.B. de C.V.; Administradora Grupo TVA, S.A. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Atlético Morelia, S.A. de C.V.; Azteca Conecta Producciones, S.A. de C.V.; Azteca Novelas, S.A.P.I. de C.V.; Azteca Records, S.A. de C.V.; Azteca Telecasting, S. de R.L. de C.V.; Azteca Web, S.A. de C.V.; Club De Futbol Rojinegros, S.A. de C.V.; Comerciacom, S.A. de C.V.; Estudios Azteca, S.A. de C.V.; Finbor México, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Grupo TV Azteca, S.A. de C.V.; Inversora Mexicana De Producción, S.A. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Organización De Torneos y Eventos Deportivos, S.A. de C.V.; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Profesionales y Administrativos en Servicios Inmobiliarios, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Promotora de Futbol Morelia, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Televisión Azteca, S.A. de C.V.; TV Azteca Comercializadora, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Comercializadora De Publicidad Azteca, S.A. de C.V.; Comercializadora en Medios de Comunicación de TV Azteca, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Red Azteca Internacional, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Agencia Azteca, Inc.; Azteca | No. |

America TV Spot Sales; Azteca International Corporation; Azteca Stations, LLC; Stations Group, LLC; SCTV, Inc.; Kaza Azteca America Inc.; Southern California TV LLC; Fundacion Azteca America, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C.; and Televisora del Valle de México, S.A. de C.V.,

                        Defendants.

## Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, by their undersigned counsel, state as follows:

1. Defendant TV Azteca, S.A.B. de C.V. is incorporated in Mexico and is publicly traded on the Mexican Stock Exchange. Non-party Comunicaciones Avanzadas S.A. de C.V. owns approximately 53.34% of TV Azteca, S.A.B. de C.V.'s stock. No publicly held corporation owns 10% or more of its stock.

2. The following defendants are wholly-owned subsidiaries of defendant TV Azteca, S.A.B. de C.V.:

- Alta Empresa, S.A. de C.V.
- Asesoría Especializada En Aviación, S.A. de C.V.
- Atlético Morelia, S.A. de C.V.[1]
- Azteca Records, S.A. de C.V.
- Ganador Azteca, S.A.P.I. de C.V.
- Operadora Mexicana de Televisión, S.A. de C.V.

---

[1] Atlético Morelia, S.A. de C.V. has been renamed Equipo de Futbol Mazatlan, S.A. de C.V.

- Producciones Azteca Digital, S.A. de C.V.
- Producciones Especializadas, S.A. de C.V.
- Productora de Televisión Regional de TV Azteca, S.A. de C.V.
- Promotora de Futbol Rojinegros, S.A. de C.V.
- Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.
- S.C.I. de México, S.A. de C.V.
- Servicios Aéreos Noticiosos, S.A. de C.V.
- Servicios Especializados Taz, S.A. de C.V.
- Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.
- Editorial Mandarina, S.A. de C.V.
- Corporación de Asesoría Técnica y de Producción, S.A. de C.V.
- Multimedia, Espectáculos y Atracciones, S.A. de C.V.
- Servicios Foráneos de Administración, S.A. de C.V.
- Servicios Locales De Producción, S.A. de C.V.
- Promotora de Futbol Morelia, S.A. de C.V.[2]
- Azteca Conecta Producciones, S.A. de C.V.[3]
- Lasimex, S.A. de C.V.
- TV Azteca Honduras, S.A. de C.V.
- Comercializadora de Televisión de Honduras, S.A. de C.V.
- Incotel S.A.
- TVA Guatemala S.A.

---

[2] Promotora de Futbol Morelia, S.A. de C.V. has been renamed Mazatlan Promotora de Futbol, S.A. de C.V.

[3] Azteca Conecta Producciones, S.A. de C.V. has been renamed Producciones Dopamina, S.A. de C.V.

- TV Azteca Global, S.L.U.

- Redes Opticas, S.A.C.

- Defendant Azteca International Corporation is a wholly-owned subsidiary of Defendant TV Azteca, S.A.B. de C.V.

3. Defendant Stations Group, LLC's sole member is Azteca International Corporation.

4. Organización de Torneos y Eventos Deportivos, S.A. de C.V.[4] is a 99.9% subsidiary of Defendant TV Azteca, S.A.B. de C.V., and has two other members—Impulsora de Negocias Omega, S.A. de C.V. and Comunicaciones Avanzadas, S.A. de C.V.

5. Defendant Club de Futbol Rojinegros, S.A. de C.V. is a subsidiary of non-party Orlegi Sports & Entertainment, S.A.P.I. de C.V., in which Defendant TV Azteca, S.A.B. de C.V. owns a 33% interest.

6. Defendant Azteca Comunicaciones Perú, S.A.C. is an 80% subsidiary of Defendant TV Azteca, S.A.B. de C.V.

7. Defendant Televisora del Valle de México, S.A. de C.V. is an 84.9997% subsidiary of Defendant TV Azteca, S.A.B. de C.V.

8. Prior to the filing of the action, the remaining Defendants had been merged into Defendant TV Azteca, S.A.B. de C.V.[5] or Defendant Azteca International Corporation.[6]

---

[4] Organización de Torneos y Eventos Deportivos, S.A. de C.V. has been renamed Azteca Sports Rights LLC.

[5] Azteca Novelas, S.A.P.I. de C.V.; Red Azteca Internacional, S.A. de C.V.; Televisión Azteca, S.A. de C.V.; TV Azteca Comercializadora, S.A. de C.V.; Comercializadora de Publicidad Azteca, S.A. de C.V.; Administradora Grupo TVA, S.A. de C.V.; Grupo TV Azteca, S.A. de C.V.; Inversora Mexicana de Producción, S.A. de C.V.; Profesionales y Administrativos en Servicios Inmobiliarios, S.A. de C.V.; Comerciacom, S.A. de C.V.; Estudios Azteca, S.A. de C.V.; Finbor México, S.A. de C.V.; Azteca Telecasting, S. de R.L. de C.V.; Azteca Web, S.A. de C.V; and Comercializadora en Medios de Comunicación de TV Azteca, S.A. de C.V.

[6] Agencia Azteca, Inc.; Azteca America TV Spot Sales, LLC; Azteca Stations, LLC; SCTV, Inc.; Kaza Azteca America Inc.; Southern California TV LLC; and Fundacion Azteca America, LLC.

Dated: New York, New York
September 23, 2022

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:     /s/ William A. Clareman
                William A. Clareman

Jay Cohen
William A. Clareman
Shane D. Avidan
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
jaycohen@paulweiss.com
wclareman@paulweiss.com
savidan@paulweiss.com

*Attorneys for Defendants*