UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024,<br><br>       Plaintiff,<br><br>       v.<br><br>TV Azteca, S.A.B. de C.V.; Administradora Grupo TVA, S.A. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Atlético Morelia, S.A. de C.V.; Azteca Conecta Producciones, S.A. de C.V.; Azteca Novelas, S.A.P.I. de C.V.; Azteca Records, S.A. de C.V.; Azteca Telecasting, S. de R.L. de C.V.; Azteca Web, S.A. de C.V.; Club De Futbol Rojinegros, S.A. de C.V.; Comerciacom, S.A. de C.V.; Estudios Azteca, S.A. de C.V.; Finbor México, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Grupo TV Azteca, S.A. de C.V.; Inversora Mexicana De Producción, S.A. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Organización De Torneos y Eventos Deportivos, S.A. de C.V.; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Profesionales y Administrativos en Servicios Inmobiliarios, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Promotora de Futbol Morelia, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Televisión Azteca,S.A. de C.V.; TV Azteca Comercializadora, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Comercializadora De Publicidad Azteca, S.A. de C.V.; Comercializadora en Medios de Comunicación de TV Azteca, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Red Azteca Internacional, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Agencia Azteca, Inc.; Azteca | Case No. 1:22-cv-08164<br><br>**AFFIDAVIT OF SERVICE**<br>**VIA FEDERAL EXPRESS** |

America TV Spot Sales; Azteca International Corporation; Azteca Stations, LLC; Stations Group, LLC; SCTV, Inc.; Kaza Azteca America Inc.; Southern California TV LLC; Fundacion Azteca America, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C.; and Televisora del Valle de México, S.A. de C.V.,

Defendants.

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

ANDREW DANIEL, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On September 23, 2022 I served true and correct copies of the **NOTICE OF REMOVAL WITH EXHIBITS 1-2, CIVIL COVER SHEET, NOTICE OF APPEARANCE OF JAY COHEN, NOTICE OF APPEARANCE OF SHANE AVIDAN, and CORPORATE DISCLOSURE STATEMENT** upon the following:

    Michael S. Stamer, Esq.
    David H. Botter, Esq.
    Abid Qureshi, Esq.
    David Giller, Esq.
  AKIN GUMP STRAUSS HAUER & FELD LLP
    One Bryant Park
    New York, NY 10036
    Tel: 212-872-1000

Curtis M. Plaza, Esq.
Daniel A. Bloom, Esq.
RIKER DANZIG, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Tel: 973-538-0800

3. I made such service by personally enclosing true and correct copies of the aforementioned documents in properly addressed, pre-paid wrappers and delivering them to a Federal Express office for Priority Overnight delivery prior to the latest time designated by Federal Express for Overnight delivery.

_____
ANDREW DANIEL

Sworn to before me this
23rd day of September, 2022

_____
Notary Public

NICHOLAS J. LaFORGE
Notary Public, State of New York
No. 01LA6249453
Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 11, 2023