UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024,<br><br>     Plaintiff,<br><br>  - against -<br><br>TV AZTECA, S.A.B. DE C.V.; ADMINISTRADORA GRUPO TVA, S.A. DE C.V.; ALTA EMPRESA, S.A. DE C.V.; ASESORÍA ESPECIALIZADA EN AVIACIÓN, S.A. DE C.V.; ATLÉTICO MORELIA, S.A. DE C.V.; AZTECA CONECTA PRODUCCIONES, S.A. DE C.V.; AZTECA NOVELAS, S.A.P.I. DE C.V.; AZTECA RECORDS, S.A. DE C.V.; AZTECA TELECASTING, S. DE R.L. DE C.V.; AZTECA WEB, S.A. DE C.V.; CLUB DE FUTBOL ROJINEGROS, S.A. DE C.V.; COMERCIACOM, S.A. DE C.V.; ESTUDIOS AZTECA, S.A. DE C.V.; FINBOR MÉXICO, S.A. DE C.V.; GANADOR AZTECA, S.A.P.I. DE C.V.; GRUPO TV AZTECA, S.A. DE C.V.; INVERSORA MEXICANA DE PRODUCCIÓN, S.A. DE C.V.; OPERADORA MEXICANA DE TELEVISIÓN, S.A. DE C.V.; ORGANIZACIÓN DE TORNEOS Y EVENTOS DEPORTIVOS, S.A. DE C.V.; PRODUCCIONES AZTECA DIGITAL, S.A. DE C.V.; PRODUCCIONES ESPECIALIZADAS, S.A. DE C.V.; PRODUCTORA DE TELEVISIÓN REGIONAL DE TV AZTECA, S.A. DE C.V.; PROFESIONALES Y ADMINISTRATIVOS EN SERVICIOS INMOBILIARIOS, S.A. DE C.V.; PROMOTORA DE FUTBOL ROJINEGROS, S.A. DE C.V.; | **NOTICE OF PRETRIAL CONFERENCE**<br><br>22 Civ. 8164 (PGG) |

PROMOTORA DE FUTBOL MORELIA, S.A. DE C.V.; PUBLICIDAD ESPECIALIZADA EN MEDIOS DE COMUNICACIÓN DE TV AZTECA, S.A. DE C.V.; S.C.I. DE MÉXICO, S.A. DE C.V.; SERVICIOS AÉREOS NOTICIOSOS, S.A. DE C.V.; SERVICIOS ESPECIALIZADOS TAZ, S.A. DE C.V.; SERVICIOS Y MANTENIMIENTO DEL FUTURO EN TELEVISIÓN, S.A. DE C.V.; TELEVISIÓN AZTECA,S.A. DE C.V.; TV AZTECA COMERCIALIZADORA, S.A. DE C.V.; CORPORACIÓN DE ASESORÍA TÉCNICA Y DE PRODUCCIÓN, S.A. DE C.V.; COMERCIALIZADORA DE PUBLICIDAD AZTECA, S.A. DE C.V.; COMERCIALIZADORA EN MEDIOS DE COMUNICACIÓN DE TV AZTECA, S.A. DE C.V.; EDITORIAL MANDARINA, S.A. DE C.V.; MULTIMEDIA, ESPECTÁCULOS Y ATRACCIONES, S.A. DE C.V.; RED AZTECA INTERNACIONAL, S.A. DE C.V.; SERVICIOS FORÁNEOS DE ADMINISTRACIÓN, S.A. DE C.V.; SERVICIOS LOCALES DE PRODUCCIÓN, S.A. DE C.V.; AGENCIA AZTECA, INC.; AZTECA AMERICA TV SPOT SALES; AZTECA INTERNATIONAL CORPORATION; AZTECA STATIONS, LLC; STATIONS GROUP, LLC; SCTV, INC.; KAZA AZTECA AMERICA INC.; SOUTHERN CALIFORNIA TV LLC; FUNDACION AZTECA AMERICA, LLC; TV AZTECA HONDURAS, S.A. DE C.V.; COMERCIALIZADORA DE TELEVISIÓN DE HONDURAS, S.A. DE C.V.; INCOTEL S.A.; TVA GUATEMALA S.A.; LASIMEX, S.A. DE C.V.; TV AZTECA GLOBAL, S.L.U.; AZTECA COMUNICACIONES PERÚ, S.A.C.; REDES OPTICAS, S.A.C.; AND TELEVISORA DEL VALLE DE MÉXICO, S.A. DE C.V.,

                Defendants.

2

PAUL G. GARDEPHE, U.S.D.J.:

    Counsel for all parties are directed to appear before the Court for an initial pretrial conference in accordance with Rule 16 of the Federal Rules of Civil Procedure on **December 8, 2022 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    **COUNSEL FOR PLAINTIFF(S) MUST IMMEDIATELY NOTIFY ALL ATTORNEYS IN THIS ACTION BY SERVING UPON EACH OF THEM COPIES OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES.  IF COUNSEL FOR PLAINTIFF(S) IS UNAWARE OF THE IDENTITY OF COUNSEL FOR ANY OF THE PARTIES, COUNSEL FOR PLAINTIFF(S) MUST IMMEDIATELY SEND COPIES OF THE NOTICE AND INDIVIDUAL PRACTICES TO THAT PARTY PERSONALLY.**

    Principal trial counsel must appear at this and all subsequent conferences.

    **This case has been designated as an electronic case and has been assigned to the Court for all purposes.  By the date of the initial pretrial conference, counsel for all parties must register as filing users in accordance with this District's Electronic Case Filing Rules and Instructions (https://www.nysd.uscourts.gov/rules/ecf-related-instructions) and file a Notice of Appearance.**

    **Seven days before the conference, the parties must submit a joint letter addressing the following in separate paragraphs:**  (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement.  For the Court's convenience, the parties must set forth the conference's date and time in the joint letter's opening paragraph.  The Court directs the parties to consult its Individual Practices and model Case Management Plan and Scheduling Order – both of which are available on the Court's website (https://www.nysd.uscourts.gov/hon-paul-g-gardephe) – **and to submit with their joint letter a jointly proposed Case Management Plan.**

    **In any case involving allegations of personal injury – whether physical, psychological, emotional, or otherwise – the Plaintiff is to provide to the Defendant prior to the initial pretrial conference all necessary medical authorizations.**

    The parties should be aware that the Court requires a pre-motion conference before any motion is filed, in accordance with Rule 4(A) of the Court's Individual Practices.

    The Court will consider requests for adjournment of the conference only if they are in writing and otherwise in accordance with the Court's Individual Practices.

    **The parties should <u>not</u> provide the Court with courtesy copies of any document less than six pages in length.**

    If this case has been settled or otherwise terminated, counsel are required to notify the Court – **before the date of the conference** – by calling (212) 805-0224, and must send a

stipulation of discontinuance, voluntary dismissal, or other proof of termination via email to the Orders and Judgments Clerk at the following email address:  judgments@nysd.uscourts.gov.

Dated: New York, New York
       September 29, 2022

SO ORDERED.

*(signature)*

Paul G. Gardephe
United States District Judge
