# EXHIBIT 3

C2561955 OUT    D1546416

## Certificate of Ownership

FILED
Secretary of State
State of California
DEC 17 2019

Horacio Medal and Ernesto Ortega certify that:

1. They are the Vice President and the Secretary, respectively, of Azteca International Corporation, a Delaware corporation ("AIC").

2. AIC owns 100% of the outstanding share of Agencia Azteca, Inc., a California corporation ("Agencia Azteca").

3. The board of directors of AIC duly adopted the following resolution:

    RESOLVED, that AIC merged Agencia Azteca, its wholly owned subsidiary corporation, into AIC and AIC assumed all of Agencia Azteca's obligations pursuant to California Corporations Code section 1110.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

Date: December 10, 2019

Horacio Medal, Vice President

Ernesto Ortega, Secretary

OBE MERG



# State of California
## Secretary of State

## Certificate of Merger

(California Corporations Code sections
1113(g), 3203(g), 6019.1, 8019.1, 9640, 12540.1, 15911.14, 16915(b) and 17710.14)

**IMPORTANT — Read all instructions before completing this form.**

This Space For Filing Use Only

| # | Field | Value |
|---|---|---|
| 1 | NAME OF SURVIVING ENTITY | Azteca International Corporation |
| 2 | TYPE OF ENTITY | Corporation |
| 3 | CA SECRETARY OF STATE FILE NUMBER | N/A |
| 4 | JURISDICTION | Delaware |
| 5 | NAME OF DISAPPEARING ENTITY | AGENCIA AZTECA, INC. |
| 6 | TYPE OF ENTITY | Corporation |
| 7 | CA SECRETARY OF STATE FILE NUMBER | C2561955 |
| 8 | JURISDICTION | California |

9. THE PRINCIPAL TERMS OF THE AGREEMENT OF MERGER WERE APPROVED BY A VOTE OF THE NUMBER OF INTERESTS OR SHARES OF EACH CLASS THAT EQUALED OR EXCEEDED THE VOTE REQUIRED. (IF A VOTE WAS REQUIRED, SPECIFY THE CLASS AND THE NUMBER OF OUTSTANDING INTERESTS OF EACH CLASS ENTITLED TO VOTE ON THE MERGER AND THE PERCENTAGE VOTE REQUIRED OF EACH CLASS. ATTACH ADDITIONAL PAGES, IF NEEDED.)

| SURVIVING ENTITY | | | DISAPPEARING ENTITY | | |
|---|---|---|---|---|---|
| CLASS AND NUMBER | AND | PERCENTAGE VOTE REQUIRED | CLASS AND NUMBER | AND | PERCENTAGE VOTE REQUIRED |
| 100% of Shares | | 100% | 100% of Shares | | 100% |

10. IF EQUITY SECURITIES OF A PARENT PARTY ARE TO BE ISSUED IN THE MERGER, CHECK THE APPLICABLE STATEMENT.

☐ No vote of the shareholders of the parent party was required.   ☐ The required vote of the shareholders of the parent party was obtained.

11. IF THE SURVIVING ENTITY IS A DOMESTIC LIMITED LIABLITY COMPANY, LIMITED PARTNERSHIP, OR PARTNERSHIP, PROVIDE THE REQUISITE CHANGES (IF ANY) TO THE INFORMATION SET FORTH IN THE SURVIVING ENTITY'S ARTICLES OF ORGANIZATION, CERTIFICATE OF LIMITED PARTNERSHIP OR STATEMENT OF PARTNERSHIP AUTHORITY RESULTING FROM THE MERGER. ATTACH ADDITIONAL PAGES, IF NECESSARY.
N/A

12. IF A DISAPPEARING ENTITY IS A DOMESTIC LIMITED LIABLITY COMPANY, LIMITED PARTNERSHIP, OR PARTNERSHIP, AND THE SURVIVING ENTITY IS NOT A DOMESTIC ENTITY OF THE SAME TYPE, ENTER THE PRINCIPAL ADDRESS OF THE SURVIVING ENTITY.

| PRINCIPAL ADDRESS OF SURVIVING ENTITY | CITY AND STATE | ZIP CODE |
|---|---|---|
| 1221 Brickell Avenue, Suite 2520 | Miami, FL | 33131 |

13. OTHER INFORMATION REQUIRED TO BE STATED IN THE CERTIFICATE OF MERGER BY THE LAWS UNDER WHICH EACH CONSTITUENT OTHER BUSINESS ENTITY IS ORGANIZED. ATTACH ADDITIONAL PAGES, IF NECESSARY.
N/A

14. STATUTORY OR OTHER BASIS UNDER WHICH A FOREIGN OTHER BUSINESS ENTITY IS AUTHORIZED TO EFFECT THE MERGER.
Title 8, Section 252 of the Delaware General Corporation Law

15. FUTURE EFFECTIVE DATE, IF ANY
___ - ___ - ___
(Month) (Day) (Year)

16. ADDITIONAL INFORMATION SET FORTH ON ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE PART OF THIS CERTIFICATE.

17. I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT OF MY OWN KNOWLEDGE. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

| SIGNATURE OF AUTHORIZED PERSON FOR THE SURVIVING ENTITY | DATE | TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON |
|---|---|---|
| [signature] | 12/10/19 | Horacio Medal, Director, Vice President & CLO |
| [signature] | 12/10/19 | Ernesto Ortega, Director, Secretary & CFO |

| SIGNATURE OF AUTHORIZED PERSON FOR THE DISAPPEARING ENTITY | DATE | TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON |
|---|---|---|
| [signature] | 12/10/19 | Horacio Medal, Director, Vice President & CLO |
| [signature] | 12/10/19 | Ernesto Ortega, Director, Secretary & CFO |

For an entity that is a business trust, real estate investment trust or an unincorporated association, set forth the provision of law or other basis for the authority of the person signing: _____

OBE MERGER-1 (REV 01/2016)   APPROVED BY SECRETARY OF STATE