# EXHIBIT 4

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:00 AM 03/07/2019
FILED 10:00 AM 03/07/2019
SR 20191822054 - File Number 3406565

STATE OF DELAWARE
CERTIFICATE OF MERGER
OF DOMESTIC CORPORATIONS

Pursuant to Title 8, Section 251(c) of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

1. The name of the surviving corporation is **Azteca International Corporation, a Delaware corporation** ("Surviving Corporation").

2. The name of the corporation being merged with and into the Surviving Corporation is **SCTV, INC., a Delaware corporation** (the "Merging Corporation").

3. The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by the Merging Corporation and the Surviving Corporation.

4. The Certificate of Incorporation of the Surviving Corporation shall be its Certificate of Incorporation.

5. The merger is to become effective on December 31, 2018, for accounting purposes.

6. The Agreement and Plan of Merger is on file at 1221 Brickell Avenue, Suite 2520, Miami, Florida 33131, the place of business of the Surviving Corporation.

7. A copy of the Agreement and Plan of Merger will be furnished by the Surviving Corporation on request, without cost, to any stockholder of the Merging Corporation.

IN WITNESS WHEREOF, said Surviving Corporation has caused this certificate to be signed by the authorized officers, as of this 28th day of February, 2019.

By: _____
Horacio Medal, Authorized Officer

By: _____
Ernesto Ortega, Authorized Officer