# EXHIBIT 7

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:00 AM 03/17/2020
FILED 11:00 AM 03/17/2020
SR 20202188503 - File Number 3406565

## STATE OF DELAWARE
## CERTIFICATE OF MERGER
## DOMESTIC LIMITED LIABILITY COMPANY
## INTO A
## DOMESTIC CORPORATION

Pursuant to Title 8, Section 264(c) of the Delaware General Corporation Law and Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned corporation executed the following Certificate of Merger:

1. The name of the surviving corporation is **Azteca International Corporation, a Delaware corporation** (the "**Surviving Corporation**").

2. The names of the limited liability company being merged with and into the Surviving Corporation is **Fundacion Azteca America, LLC**, a Delaware limited liability company (the "**Merging Company**").

3. The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by the Surviving Corporation and the Merging Company.

4. The Certificate of Incorporation of the Surviving Corporation shall be its Certificate of Incorporation.

5. The merger is to become effective on January 31, 2020, for accounting purposes.

6. The Agreement and Plan of Merger is on file at 3900 W Alameda Ave, Suite 1200, Burbank, California 91505, the place of business of the Surviving Corporation.

7. A copy of the Agreement and Plan of Merger will be furnished by the Surviving Corporation on request, without cost, to any stockholder of the Surviving Corporation or any member of the Merging Company.

**IN WITNESS WHEREOF**, said Surviving Corporation has caused this certificate to be signed by the directors, as of this 31st day of January, 2020.

By: _____
LUIS J. ECHARTE FERNANDEZ, Director

By: _____
ERNESTO ORTEGA OLTRA, Director