**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3163

WRITER'S DIRECT FACSIMILE
(212) 492-0163

WRITER'S DIRECT E-MAIL ADDRESS
jcohen@paulweiss.com

[Partner roster omitted]

*NOT ADMITTED TO THE NEW YORK BAR

November 17, 2022

**By ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    *The Bank of New York Mellon* v. *TV Azteca, S.A.B. de C.V.*, No. 1:22-cv-08164-PGG

Dear Judge Gardephe:

    This firm represents Defendants in the above-referenced matter. Pursuant to Rule I.E of the Court's Individual Rules of Practice for Civil Cases, I am writing on behalf of Defendants to request a short adjournment of the initial conference currently scheduled for December 8, 2022, at 11:15 a.m. The reason for the request is a scheduling conflict on the part of lead counsel of the Defendants.

    We have conferred with counsel for Plaintiff and respectfully request that the conference be adjourned to week of December 12. All counsel are available to appear any day that week. I am authorized to represent that counsel for Plaintiff consents to this request.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Hon. Paul G. Gardephe 2

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Jay Cohen*
Jay Cohen

cc: Counsel of Record (by ECF)

**MEMO ENDORSED: The initial pre-trial conference set for December 8, 2022 is hereby adjourned to December 15, 2022 at 10:00 a.m. in courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date: November 29, 2022