UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024,<br><br>       Plaintiff,<br><br> -vs.-<br><br>TV Azteca, S.A.B. de C.V.; Administradora Grupo TVA, S.A. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Atlético Morelia, S.A. de C.V.; Azteca Conecta Producciones, S.A. de C.V.; Azteca Novelas, S.A.P.I. de C.V.; Azteca Records, S.A. de C.V.; Azteca Telecasting, S. de R.L. de C.V.; Azteca Web, S.A. de C.V.; Club De Futbol Rojinegros, S.A. de C.V.; Comerciacom, S.A. de C.V.; Estudios Azteca, S.A. de C.V.; Finbor México, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Grupo TV Azteca, S.A. de C.V.; Inversora Mexicana De Producción, S.A. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Organización De Torneos y Eventos Deportivos, S.A. de C.V.; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Profesionales y Administrativos en Servicios Inmobiliarios, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Promotora de Futbol Morelia, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Televisión Azteca, S.A. de C.V.; TV Azteca Comercializadora, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Comercializadora De Publicidad Azteca, S.A. de C.V.; Comercializadora en Medios de Comunicación de TV Azteca, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Red Azteca | No. 22-cv-08164-PGG |

1

| |
|---|
| Internacional, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Agencia Azteca, Inc.; Azteca America TV Spot Sales; Azteca International Corporation; Azteca Stations, LLC; Stations Group, LLC; SCTV, Inc.; Kaza Azteca America Inc.; Southern California TV LLC; Fundacion Azteca America, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C.; and Televisora del Valle de México, S.A. de C.V., <br><br>                    Defendants. |

## SUGGESTION OF BANKRUPTCY

Plaintiff's counsel hereby notifies the Court that, on March 20, 2023 (the "Petition Date"), involuntary chapter 11 petitions for bankruptcy (the "Involuntary Petitions") were filed against the defendants in the above-captioned action (the "Debtors") under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. A list of the case names and numbers for the Debtors' chapter 11 cases is attached hereto as Exhibit A.

Pursuant to section 362 of the Bankruptcy Code, the filing of the Involuntary Petitions on March 20, 2023, operates as a stay of, among other things: (a) the commencement or continuation of all judicial, administrative or other actions or proceedings against the Debtors (i) that were or could have been commenced before the Petition Date or (ii) to recover any claims against the Debtor that arose before the Petition Date; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the Petition Date; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy

2

estates, or to exercise control over property of the Debtor's bankruptcy estates (the "Automatic Stay").

The Automatic Stay applies to the above-captioned action.

| | |
|---|---|
| Dated: New York, New York<br>March 21, 2023 | Respectfully submitted,<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>*/s/ Abid Qureshi*<br>Michael S. Stamer<br>David H. Botter<br>Abid Qureshi<br>David Giller<br>One Bryant Park<br>New York, NY 10036<br>Tel: 212-872-1000<br>mstamer@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com<br>dgiller@akingump.com<br><br>RIKER DANZIG, LLP<br>Curtis M. Plaza<br>Headquarters Plaza, One Speedwell Ave<br>P.O. Box 1981<br>Morristown, NJ 07962-1981<br>Tel: 973-538-0800<br>cplaza@riker.com<br>*Counsel for Plaintiff* |