EXHIBIT A

Case 1:22-cv-08164-PGG   Document 24-1   Filed 03/21/23   Page 1 of 3

## TV AZTECA Case Numbers

|     | **Case Name** | **Case Number** |
| --- | --- | --- |
| 1.  | TV Azteca, S.A.B. de C.V. | 23-10385 |
| 2.  | Alta Empresa, S.A. de C.V. | 23-10386 |
| 3.  | Asesoría Especializada En Aviación, S.A. de C.V. | 23-10387 |
| 4.  | Equipo de Futbol Mazatlan, S.A. de C.V. | 23-10388 |
| 5.  | Producciones Dopamina, S.A. de C.V. | 23-10389 |
| 6.  | Azteca Records, S.A. de C.V. | 23-10390 |
| 7.  | Ganador Azteca, S.A.P.I. de C.V. | 23-10391 |
| 8.  | Operadora Mexicana De Televisión, S.A. de C.V. | 23-10393 |
| 9.  | Azteca Sports Rights LLC | 23-10395 |
| 10. | Producciones Azteca Digital, S.A. de C.V. | 23-10397 |
| 11. | Producciones Especializadas, S.A. de C.V. | 23-10399 |
| 12. | Productora De Televisión Regional De Tv Azteca, S.A. de C.V. | 23-10400 |
| 13. | Promotora de Futbol Rojinegros, S.A. de C.V. | 23-10402 |
| 14. | Mazatlan Promotora de Futbol, S.A. de C.V. | 23-10404 |
| 15. | Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V. | 23-10405 |
| 16. | S.C.I. de México, S.A. de C.V. | 23-10407 |
| 17. | Servicios Aéreos Noticiosos, S.A. de C.V. | 23-10408 |
| 18. | Servicios Especializados Taz, S.A. de C.V. | 23-10419 |
| 19. | Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V. | 23-10401 |
| 20. | Corporación de Asesoría Técnica y de Producción, S.A. de C.V. | 23-10394 |
| 21. | Editorial Mandarina, S.A. de C.V. | 23-10396 |

| | | |
|---|---|---|
| 22. | Multimedia, Espectáculos y Atracciones, S.A. de C.V. | 23-10398 |
| 23. | Servicios Foráneos de Administración, S.A. de C.V. | 23-10409 |
| 24. | Servicios Locales De Producción, S.A. de C.V. | 23-10410 |
| 25. | Azteca International Corporation | 23-10392 |
| 26. | Stations Group, LLC | 23-10406 |
| 27. | TV Azteca Honduras, S.A. de C.V. | 23-10403 |
| 28. | Comercializadora de Televisión de Honduras, S.A. de C.V. | 23-10411 |
| 29. | Incotel S.A. | 23-10412 |
| 30. | TVA Guatemala S.A. | 23-10413 |
| 31. | Lasimex, S.A. de C.V. | 23-10414 |
| 32. | TV Azteca Global, S.L.U. | 23-10417 |
| 33. | Azteca Comunicaciones Perú, S.A.C. | 23-10416 |
| 34. | Redes Opticas, S.A.C. | 23-10418 |
| 35. | Televisora del Valle de México, S.A. de C.V. | 23-10415 |