UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

                Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Pursuant to 11 U.S.C. § 362, this action was previously stayed pending resolution of proceedings before the United States Bankruptcy Court in this District. (Dkt. No. 27)

        On November 28, 2023, the parties jointly informed this Court that the Bankruptcy Court dismissed the proceedings. (Dkt. No. 30) Accordingly, the stay in this case is lifted.

        Plaintiff's motion for oral argument concerning its motion to enjoin Defendant TV Azteca from litigating in Mexico (see Dkt. No. 58) is denied. The Clerk of Court is directed to terminate the motion. (Dkt. No. 58)

Dated: New York, New York
          October 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge