UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon, | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| Plaintiff, | |
| - against - | |
| TV Azteca, S.A.B. de C.V., et al, | CASE NUMBER: 22 Civ. 08164 (PGG) |
| Defendants. | |

Notice is hereby given that, subject to approval by the Court, each Defendant, including TV Aztec, S.A.B. de C.V. and each of its named affiliates (collectively, "Defendants"), substitutes Greenberg Traurig, L.L.P., by and through Hal S. Shaftel and Daniel Friedman, as counsel of record in place of Paul Weiss, Rifkind, Wharton & Garrison, LLP. by and through Jay Cohen and William Clareman.

Contact information for new counsel for Defendants is as follows:

| | |
|---|---|
| Firm Name: | Greenberg Traurig, LLP (Hal S. Shaftel and Daniel Friedman) |
| Address: | One Vanderbilt Avenue |
| | New York, NY 10017 |
| Facsimile | 212.805.9464 |
| Telephone: | 212.801.2164 |

I consent to the above substitution.   TV Azteca, S.A.B. de C.V. and all other Defendants

Date:   March 3, 2025

By: _____
José Manuel Heilbú
Legal Representative

I consent to the above substitution.   Paul, Weiss, Rifkind, Wharton & Garrison, LLP

Date:   March 3, 2025

By: _____
William Clareman
Partner

I consent to the above substitution.      Greenberg Traurig, LLP

Date:    March 3, 2025        By: _____
                                   Hal S. Shaftel
                                   Shareholder

The substitution of the above attorneys for all Defendants* is hereby approved and so ORDERED.

Date:    March 5, 2025        _____
                                       Paul S. Sandeshe
                                       U.S.D.J.

*The identity of each of the Defendants is set forth on the attached Exhibit "A".

**EXHIBIT "A"**

[LIST OF DEFENDANTS]

TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Atlético Morelia, S.A. de C.V.; Azteca Conecta Producciones, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Organización De Torneos y Eventos Deportivos, S.A. de C.V.; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Promotora de Futbol Morelia, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.; TVA Guatemala S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C.; and Televisora del Valle de México, S.A. de C.V.