

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

September 3, 2025

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *The Bank of N.Y. Mellon v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

    We represent the Trustee. Pursuant to Section IV.H of the Court's Individual Rules of Practice for Civil Cases, we write to respectfully inform the Court that the Trustee's motion to enjoin TV Azteca from litigating in Mexico (Dkt. 46) is fully briefed and has been pending for more than 120 days. The motion, Defendants' opposition, and the Trustee's reply were all filed on August 14, 2024. Dkts. 46-47, 52, 54. The Court denied the Trustee's letter motion for oral argument (Dkt. 58) on October 10, 2024, Dkt. 61.

    As described in our July 11 letter (Dkt. 81), the Trustee is available at the Court's convenience to discuss this motion, as well as the Trustee's requested scheduling conference (*see id.*) and Defendants' requested pre-motion conference regarding their proposed motion to dismiss (Dkt. 91).

                          Respectfully submitted,

                          /s/ Justin M. Ellis
                          Justin M. Ellis

CC:   All counsel of record (via CM/ECF)