

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

September 12, 2025

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The Bank of N.Y. Mellon v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

      Plaintiff The Bank of New York Mellon, in its capacity as Indenture Trustee (the "Indenture Trustee"), and Defendants TV Azteca, S.A.B. de C.V. and its affiliates (collectively, the "Defendants"), jointly submit this report to update the Court about the Mexican litigations pursuant to this Court's October 16, 2023 request (Dkt. No. 28).

      There have been no material developments with respect to the litigations pending in the Ninth Civil Court of the Superior Court of Justice for Mexico City, Mexico.

      Regarding the litigation previously in the Sixty-Third Civil Court of the Superior Court of Justice for Mexico City, Mexico, and now in the Thirty-Eighth Civil Court, the Parties have the following updates:

- On July 15, 2025, the Tenth Circuit Court held a hearing on counsel for the Indenture Trustee's lack of legal capacity. In a written decision issued on August 8th, 2025, the Court concluded that Indenture Trustee's counsel lacked legal capacity and directed the Indenture Trustee's counsel to provide documentation to prove its legal capacity to bring the appeal.

- On August 13, 2025, Indenture Trustee's counsel was ordered to submit, within three days, the documents that would prove his legal capacity to file the motion for review of the amparo ruling which confirmed the preliminary injunction.

- On August 20, and 21, 2025, in response to the August 13 order, counsel to the Indenture Trustee submitted documentation to prove counsel's legal capacity.

- On August 22, 2025, Indenture Trustee's counsel was deemed to have submitted documents to prove his legal capacity, and the case file was returned to Magistrate Xochitl Vergara Godínez for the issuance of judgment.

Hon. Paul G. Gardephe
September 12, 2025
Page 2

- On August 26, 2025, TV Azteca filed a brief challenging the effectiveness of the documents submitted by Indenture Trustee's counsel to establish his legal capacity.

- On August 27, 2025, in a written decision, the Court indicated that it will study the parties' arguments and a judgment will be issued. The case file was returned to Magistrate Xochitl Vergara Godínez for the issuance of a judgment.

- On September 1, 2025, the case file was reassigned to Magistrate Juan Jaime González Varas for the issuance of a judgment. The parties are awaiting that judgment.

The Indenture Trustee reserves all rights as to whether the Mexican courts have jurisdiction in any matters related to the Notes. Further, the Indenture Trustee notes that it has a pending motion in this Court to enjoin TV Azteca from litigating in the Mexican courts, because, among other reasons, TV Azteca has agreed in the Indenture to the exclusive jurisdiction of this Court. Dkt. 46. The Indenture Trustee respectfully requests the Court grant its motion and expeditiously resolve this case.

Defendants object to the previous paragraph as unauthorized argument not permitted by the October 16, 2023 order (Dkt. No. 28), and because, as Defendants explained (Dkt Nos. 52-53), the anti-suit injunction motion is meritless.

Respectfully submitted,

/s/ Justin M. Ellis
Justin M. Ellis


/s/ Hal S. Shaftel

Hal S. Shaftel
Greenberg Traurig, LLP


CC: All counsel of record (via CM/ECF)