UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

           Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

           Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In this action, Plaintiff The Bank of New York Mellon – in its capacity as indenture trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024 – alleges that Defendant TV Azteca, S.A.B. de C.V. and its subsidiary guarantors ("Defendants") are in default on $400 million in unsecured notes. (MSJ in Lieu of Cmplt. (Dkt. No. 1-1))

        Plaintiff initiated this action by filing a motion for summary judgment in lieu of complaint in Supreme Court of the State of New York, New York County, on August 26, 2022. (Id.) On September 23, 2022, Defendants removed the action to this Court on the basis of diversity jurisdiction. (Dkt. No. 1)

        On September 30, 2022, Defendants filed their opposition to Plaintiff's motion for summary judgment and moved to compel Plaintiff to file a complaint in this action. (Dkt. Nos. 8, 9, 16) Plaintiff filed an opposition to Defendants' motion to compel. (Dkt. No. 14)

        On July 11, 2025, Plaintiff filed a complaint. (Cmplt. (Dkt. No. 80)) That same day, Plaintiff filed a letter informing the Court that Plaintiff had filed a complaint, and that Defendant's motion to compel the filing of a complaint was now moot. (Jul. 11, 2025 Pltf. Ltr. (Dkt. No. 81) at 1 (internal citations omitted))

On July 16, 2025, this Court directed Defendants to file a response to Plaintiff's July 11, 2025 letter. (Jul. 16, 2025 Order (Dkt. No. 86)) In their July 21, 2025 letter, Defendants do not dispute that their motion to compel a complaint is now moot. (See Jul. 21, 2025 Def. Ltr. (Dkt. No. 89))

Because Plaintiff has filed a complaint in this action (see Cmplt. (Dkt. No. 80)), Defendants' motion to compel the filing of a complaint (Dkt. No. 8) is denied as moot. The Clerk of Court is directed to terminate the motion (Dkt. No. 8).

Dated: New York, New York
September 22, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2