UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>- against -<br><br>TV AZTECA, S.A.B. DE C.V., ET AL,<br><br>Defendants. | Case No.: 22 Civ. 08164 (PGG) |

**DECLARATION OF HAL S. SHAFTEL IN SUPPORT OF DEFENDANT'S
MOTION FOR RECONSIDERATION AND ORDER TO SHOW CAUSE**

I, Hal S. Shaftel, hereby state and declare under penalty of perjury as follows:

1. I am a Shareholder at Greenberg Traurig, LLP, counsel to Defendants TV Azteca, S.A.B de C.V. and related entities (collectively, for these purposes, "TV Azteca" or "Defendants").

2. I submit this declaration in support of TV Azteca's motion for reconsideration and vacatur of the September 22, 2025 Order (ECF No. 97) ("Order") and its order to show cause seeking an order staying enforcement of the Order pending resolution of Defendants' motion; or alternatively, if reconsideration and vacatur are not granted, staying enforcement of the Order pending determination of the amount of a bond Plaintiff must post for injunctive relief pursuant to Fed. R. Civ. P. 65(c), Plaintiff's posting of that bond, and a reasonable time (i.e., fourteen days) for Defendants to seek a stay of the Order from the United States Court of Appeals for the Second Circuit.

3. TV Azteca moves by order to show cause because it urgently seeks a stay of its affirmative obligations under the Order. Without a stay, as explained in the accompanying declaration from counsel in Mexico, TV Azteca faces irreparable harm. In Mexico, litigation generally cannot likely be dismissed "without prejudice" as in U.S. Courts, and thus, dismissal of

1

the Mexico litigation would be treated as with prejudice. If the Order should be reversed on TV Azteca's motion for reconsideration and vacatur, or by the United States Court of Appeals for the Second Circuit, TV Azteca likely could not refile the Mexican litigation relating to the Indenture or Notes.

4. Should this occur, TV Azteca faces substantial risk of losing legal rights that cannot be revived or reinstated if the Order is later found to have been improvidently granted.

5. I understand that Mexico counsel is in the process of informing the relevant courts in Mexico regarding the Order and TV Azteca's application for reconsideration and vacatur. (Declaration of Maria Teresa Llantada Voigt ¶ 23.)

6. A true and correct copy of the Request for Arbitration in the ICSID litigation is attached hereto as **Exhibit 1**.[1]

7. A true and correct copy of the Counter-Memorial on Jurisdiction in the ICSID litigation is attached hereto as **Exhibit 2**.

8. A true and correct copy of the Rejoinder on Jurisdiction in the ICSID litigation is attached hereto as **Exhibit 3**.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of October 2025.

                                                          */s/ Hal S. Shaftel*
                                                         Hal S. Shaftel

---

[1] Exhibits 1-3 are also available on the ICSID website at: https://icsid.worldbank.org/cases/case-database/case-detail?CaseNo=ARB/23/33