UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>                Plaintiff,<br><br>           - against -<br><br>TV AZTECA, S.A.B. DE C.V. ET AL.,<br><br>                Defendants. | **ORDER**<br><br>22 Civ. 8164 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        On October 7, 2025, Defendants TV Azteca, S.A.B. de C.V. et al. filed a proposed order to show cause (Dkt. No. 100) seeking reconsideration of this Court's order dated September 22, 2025 (Dkt. No. 97). Plaintiff is directed to respond by **October 16, 2025**.

Dated: New York, New York
        October 9, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge