UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE BANK OF NEW YORK MELLON,

                Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**ORDER**

22 Civ. 8164 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 21, 2025, at 2:00 p.m., is adjourned to **October 28, 2025, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      October 16, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge