

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

October 17, 2025

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* 22-cv-8164 (PGG)

Dear Judge Gardephe:

      We write on behalf of Defendants TV Azteca, S.A.B. de C.V. and its affiliates (collectively, the "Defendants") regarding the conference that was scheduled for October 21, 2025, which the Court adjourned to October 28, 2025.  ECF No. 112.  I serve as lead counsel for Defendants, and, unfortunately, I have a pre-existing scheduling conflict out of state in another matter from October 27 through October 29.  We therefore request an adjournment of the conference to a date convenient to the Court from October 30 through the following week, Friday, November 7, except for November 3.

      This is the first adjournment Defendants have sought for this conference.  Counsel for Plaintiff has consented to this request, with both parties respectfully asking for the earliest availability within the proposed timeframe.

      We greatly appreciate the Court's consideration of this request.

      Sincerely,

      */s/ Hal S. Shaftel*

      Hal S. Shaftel

cc:    Counsel of Record (via ECF)

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400