

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

October 20, 2025

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* 22-cv-8164 (PGG)

Dear Judge Gardephe:

      We write on behalf of Defendants TV Azteca, S.A.B. de C.V. and its affiliates (collectively, the "Defendants") regarding the conference scheduled for October 28, 2025. We appreciate the Court's courtesy in adjourning this conference. Having received available alternative dates from Chambers, we conferred with Plaintiff and jointly propose the morning of November 4, 2025 for the conference. Assuming this is acceptable to the Court, the parties look forward to appearing then.

      We greatly appreciate the Court's consideration of this request.

      Sincerely,

      */s/ Hal S. Shaftel*

      Hal S. Shaftel

cc:      Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400