UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

Plaintiff,

-against-

TV AZTECA, S.A.B. DE C.V. ET AL.,

Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 28, 2025, at 3:00 p.m., is adjourned to

**November 4, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        October 20, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge