# Exhibit 2

1
BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030303535313830383137373832

**T.V. AZTECA SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE**
**VS**
**CYRUS 1740 MASTER FUND, L.P.; CANARY SC MASTER FUND, L.P.; CYRUS OPPORTUNITIES MASTER FUND II, LTD; CRESCENT 1, L.P.; CRS MASTER FUND, L.P.; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD; CYRUS SELECT OPPORTUNITIES MASTER FUND II, L.P.; PC INVESTORS III, LLC; PETERSON CAPITAL INVESTORS, LLC Y OTROS**

**JUICIO:** ORDINARIO MERCANTIL
**EXPEDIENTE:** 203/2025

**SE INFORMA SOBRE RESOLUCIÓN DICTADA POR EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS, DISTRITO SUR DE NUEVA YORK**

**C. JUEZ TRIGÉSIMO OCTAVO DE LO CIVIL DE PROCESO ESCRITO EN LA CIUDAD DE MÉXICO, PRESENTE.**

**BRUNO GASTÉLUM GLENDER**, en mi calidad de mandatario judicial de la actora **TV AZTECA S.A.B. DE C.V.** (en adelante, "**TVA**"), personalidad que tengo debidamente acreditada en el juicio en que se actúa, ante Usted, con el debido respeto comparezco y expongo:

Por medio del presente escrito se hace del conocimiento de su Señoría que con fecha 22 de septiembre de 2025 el C. Paul G. Gardephe, Juez de Distrito de los Estados Unidos, del Distrito Sur de Nueva York, Estados Unidos de América, emitió una resolución, misma que en su idioma original se acompaña a este ocurso marcada como **Anexo 1**, con su correspondiente traducción al español como **Anexo 2,** realizada por la Lic. Adriana Yolanda Palma Carro, perito traductora en lengua extranjera inglés incluida en la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, que se acompaña a este ocurso marcada como **Anexo 3**.

Asimismo, se hace de Su conocimiento que **TVA** se encuentra combatiendo dicha resolución conforme a los medios y recursos legales que tiene a su disposición de acuerdo con las leyes del estado de Nueva York, Estados Unidos de América; por lo que, la misma se encuentra *sub júdice*.

Por lo expuesto y fundado,

**A USTED C. JUEZ**, atentamente pido se sirva:

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030303535313830383137383 2

**ÚNICO.** Tenerme en los términos del presente escrito y con la personalidad que me ostento, informando sobre la resolución de 22 de septiembre de 2025, así como que esta no ha causado estado al encontrarse impugnada por **TV AZTECA S.A.B. DE C.V.**

**PROTESTO LO NECESARIO**
Ciudad de México, a catorce de octubre de dos mil veinticinco.

*(Firmado electrónicamente)*

________________________________
**BRUNO GASTÉLUM GLENDER**
en representación de
**T.V. AZTECA, S.A.B. DE C.V.**

BRUNO GASTELUM GLENDER 02/27/24 10:18:08 AM 3030303031303030303035313830383137383832

**T.V. AZTECA SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE**

**VS**

**CYRUS 1740 MASTER FUND, L.P.; CANARY SC MASTER FUND, L.P.; CYRUS OPPORTUNITIES MASTER FUND II, LTD; CRESCENT 1, L.P.; CRS MASTER FUND, L.P.; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD; CYRUS SELECT OPPORTUNITIES MASTER FUND II, L.P.; PC INVESTORS III, LLC; PETERSON CAPITAL INVESTORS, LLC AND OTHERS**

**PROCEEDINGS:** ORDINARY COMMERCIAL
**CASE NUMBER:** 203/2025

**NOTICE IS HEREBY GIVEN OF THE DECISION RENDERED BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**THIRTY-EIGHTH CIVIL JUDGE OF WRITTEN PROCEEDINGS IN MEXICO CITY, PRESENT.**

**BRUNO GASTÉLUM GLENDER**, in my capacity as legal representative of the plaintiff **TV AZTECA S.A.B. DE C.V.** (hereinafter, "TVA"), a position for which I am duly accredited in the proceedings before you, respectfully appear and state the following:

This letter is to inform Your Honor that on September 22, 2025, Mr. Paul G. Gardephe, United States District Judge for the Southern District of New York, United States of America, issued a ruling, which is attached to this letter in its original language as **Annex 1**, with its corresponding Spanish translation as **Annex 2,** carried out by Adriana Yolanda Palma Carro, a certified translator of English included in the List of Auxiliary Experts of the Administration of Justice of the Judicial Branch of Mexico City, which is attached to this document marked as **Annex 3.**

Likewise, you are hereby informed that **TVA** is challenging this resolution through the legal means and resources available to it under the laws of the State of New York, United States of America; therefore, it is currently *sub judice*.

For the foregoing reasons,

**TO YOU, THE HONORABLE JUDGE**, I respectfully request that you:

2
BRUNO GASTELUM GLENDER 02/27/24 10:18:08
30303030313030303030353138303831373832

**SINGLE.** To accept me in the terms of this letter and in my capacity as stated, informing you of the resolution of September 22, 2025, as well as that it has not become final as it is being challenged by **TV AZTECA S.A.B. DE C.V.**

**I PROTEST AS NECESSARY**
Mexico City, October 14, 2025.

*(Signed electronically)*
______________________________
**BRUNO GASTÉLUM GLENDER**
on behalf of
**T.V. AZTECA, S.A.B. DE C.V.**

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

Defendants.

**MEMORANDUM OPINION & ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In this action, Plaintiff The Bank of New York Mellon – in its capacity as indenture trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024 – alleges that Defendant TV Azteca, S.A.B. de C.V. and thirty-four TV Azteca subsidiary guarantors (together, "Defendants") are in default on $400 million in unsecured notes (the "Notes"). (MSJ in Lieu of Cmplt. (Dkt. No. 1-1); Pltf. Br. (Dkt. No. 47) at 9 n.3)[1] As a result of the alleged default, owners of more than 25% of the aggregate principal amount of the outstanding Notes (the "Noteholders") authorized the issuance of a notice of acceleration to TV Azteca on May 3, 2022, which declared "the unpaid principal of (and premium, if any) and accrued and unpaid interest on all the Notes to be due and payable immediately as provided under" the August 9, 2017 indenture (the "Indenture") governing the Notes. (Jun. 28, 2024 Qureshi Decl., Ex. 3 (May 3, 2022 Acceleration Notice) (Dkt. No. 48-3) at 2-3; id. (Dkt. No. 48) ¶ 4)

On August 5, 2022 – at the direction of the Noteholders – Plaintiff transmitted a notice of acceleration to TV Azteca, and on August 8, 2022, Plaintiff transmitted to TV Azteca a

[1] Page number citations reflect the pagination generated by this District's Electronic Case Files ("ECF") system.

4

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303013030303035313830383137383

supplement to the August 5, 2022 notice of acceleration that declared "the unpaid principal of $400,000,000, premium, accrued and unpaid interest, and any other amounts owed on the Notes, and under the Indenture, to be due and payable immediately as provided . . . under the Indenture." (See Jun. 28, 2024 Qureshi Decl., Ex. 4 (Aug. 5, 2022 Acceleration Notice) (Dkt. No. 48-4) at 2; id., Ex. 5 (Aug. 8, 2022 Supp. Acceleration Notice) (Dkt. No. 48-5) at 2)

On July 8, 2022, TV Azteca filed a complaint in the Ninth Superior Court of Mexico against certain Noteholders, claiming "that the document called 'Notice of Acceleration' dated May 3, 2022, . . . is not legally valid and has no legal effect whatsoever," and requesting that "[t]he court order that the payment of the unpaid principal of the Bonds issued under the Indenture . . . is not due and payable." (Jun. 28, 2024 Castillo Decl., Ex. 2 (Jul. 8, 2022 Mexican Cmplt.) (Dkt. No. 49-2) at 4-5 (emphasis omitted); id. (Dkt. No. 49) ¶ 9)

On July 12, 2022, the Ninth Superior Court issued an injunction prohibiting the Noteholders from making any effort to collect the unpaid principal and interest due on the Notes. (Id., Ex. 3 (Jul. 12, 2022 Mexican Court Injunction) (Dkt. No. 49-3))

Plaintiff initiated the instant action by filing a motion for summary judgment in lieu of complaint in Supreme Court of the State of New York, New York County, on August 26, 2022. (MSJ in Lieu of Cmplt. (Dkt. No. 1-1))

On September 22, 2022, TV Azteca filed a complaint against Bank of New York Mellon, as Trustee, Bank of New York Mellon, London Branch, as Principal Paying Agent, and certain Noteholders in the Sixty-Third Superior Court of Mexico, seeking a ruling that – due to "**acts of God or force majeure events**" related to the COVID-19 pandemic – "the performance of the obligations assumed in the [Indenture]" was a "**material and legal impossibility**" and, as a result, TV Azteca "**did NOT fail to perform the contractual obligations** assumed in the

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303531383038313737383

[Indenture]." (See Jun. 28, 2024 Castillo Decl., Ex. 7 (Sept. 22, 2022 Mexican Court Cmplt.) (Dkt No. 49-7) at 4, 7 (emphasis in original); id. (Dkt No. 49) ¶¶ 16-17) TV Azteca asked the Mexican court to "decree that, as acts of God and force majeure event[s] took place which prevented the performance of the obligations assumed by [TV Azteca] as they were beyond their control, during the health emergency, the Early Maturity of the principal payment or the premium was not to take place, nor is the payment of interest on [certain dates specified in the Indenture to take place]; nor delinquency or interest on arrears or any other additional amount, if any, established in the [Indenture]." (See id., Ex. 7 (Sept. 22, 2022 Mexican Court Cmplt.) (Dkt No. 49-7) at 7 (emphasis omitted))

On September 23, 2022, Defendants removed the instant action to this Court on the basis of diversity jurisdiction. (Notice of Removal (Dkt. No. 1))

On September 27, 2022, the Sixty-Third Superior Court issued an injunction (see Jun. 28, 2024 Castillo Decl. (Dkt. No. 49) ¶ 20) that barred TV Azteca from making payments due under the Indenture until the World Health Organization decreed that the COVID-19 pandemic had ended. (Id., Ex. 8 (Sept. 27, 2022 Mexican Court Injunction) (Dkt No. 49-8) at 7, 19)

On June 28, 2024, Plaintiff moved in the instant action for an order enjoining TV Azteca from continuing to prosecute or initiating any actions or claims in Mexico in connection with the Indenture. (Pltf. Mot. (Dkt. No. 46))

For the reasons stated below, Plaintiff's request for an injunction will be granted.

## BACKGROUND

### I. FACTS

Defendant TV Azteca, one of the largest producers of Spanish-language television content in the world, is incorporated in Mexico and has its principal office in Mexico City,

6
BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

Mexico. (Jun. 28, 2024 Qureshi Decl., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶¶ 1-2)[2] TV Azteca's stock is publicly traded on the Mexican Stock Exchange and on the Spanish Latibex Exchange. (Id. ¶ 4) A Mexican citizen and two affiliated Mexican corporations hold a majority interest in TV Azteca's shares. (Id.)

TV Azteca has 50 direct and indirect subsidiaries. (Id. ¶ 5) Six of those subsidiaries are organized under United States law, while the remaining subsidiaries are organized under the law of other countries, including Mexico. (Id. ¶ 5) Thirty-four of TV Azteca's subsidiaries are guarantors of the Notes under the Indenture. (Id. ¶ 6)

On August 9, 2017, pursuant to the Indenture, TV Azteca issued $400 million in unsecured notes, which were set to mature in 2024. (Id. ¶ 18; see also Jun. 28, 2024 Qureshi Decl., Ex. 2 (Indenture) (Dkt. No. 48-2)) Under the Indenture, TV Azteca is obligated to make interest payments at the rate of 8.250% per annum on the $400 million principal sum on August 9 and February 9 of each year during the term of the Indenture. (Jun. 28, 2024 Qureshi Decl., Ex. 2 (Indenture) (Dkt. No. 48-2) at 126; id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 19)

The Indenture contains choice of law and forum selection provisions. Those provisions state, inter alia, that each party to the Indenture

(1) "agrees that any suit, action or proceeding against it arising out of or relating to this Indenture (including the Note Guarantees) or the Notes . . . may be instituted in any court of the State of New York or any United States court sitting, in each case, in the

[2] Plaintiff has submitted as an exhibit to its motion a joint stipulation of uncontested facts that was filed in the United States Bankruptcy Court for the Southern District of New York after certain Noteholders filed involuntary Chapter 11 petitions against Defendants. (See Jun. 28, 2024 Qureshi Decl., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11); Oct. 16, 2023 Order (Dkt. No. 28) at 1; In re TV Azteca, S.A.B. de C.V., No. 23-10385 (LGB) (Bankr. S.D.N.Y.), Dkt. No. 61) Defendants do not object to Plaintiff's use of this exhibit (see Def. Opp. (Dkt. No. 52)), and the Court cites to it for purposes of providing background information.

7

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

Borough of Manhattan, The City of New York, New York, United States of America, and any appellate court from any court thereof" (id., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106; see also id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 20);

(2) "waives to the fullest extent permitted by applicable law, any objection which it may now or hereafter have to the laying of venue of any such suit, action or proceeding, any immunity from the jurisdiction of such courts over any suit, action or proceeding, its right to bring action in any other jurisdiction that may apply by virtue of its present or future domicile or for any other reason, any claim that any suit, action or proceeding in such a court has been brought in an inconvenient forum and any right to any other jurisdiction to which it may be entitled on account of place of residence or domicile, or for any other reason" (id., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106; see also id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 20);

(3) "irrevocably consents and submits to the exclusive jurisdiction of any court of the State of New York or any United States court sitting, in each case, in the Borough of Manhattan, The City of New York, New York, United States of America, and any appellate court from any court thereof" (id., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106; see also id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 20);

(4) "agrees that final judgment in any such suit, action or proceeding brough in such a court shall be conclusive and binding and may be enforced in the courts of the jurisdiction of which it is subject by a suit upon judgment[.]" (Id., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106; see also id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 20)

"Prior to February 9, 2021, TV Azteca paid interest when due under the Notes." "On February 9, 2021, [however,] TV Azteca publicly announced that it would 'defer' the interest payment due on that date" (id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 23; see also id., Ex. 7 (Feb. 9, 2021 TV Azteca Press Release) (Dkt. No. 48-7)), and TV Azteca did not make the required interest payments due on August 9, 2021, February 9, 2022, August 9, 2022, and in February 2023. (Id., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) ¶ 24)

8

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030303535313830383137383 2

On May 3, 2022, holders of more than 25% of the aggregate principal amount of the outstanding Notes at issue (the "Noteholders") authorized the issuance of a notice of acceleration to TV Azteca, which declared "the unpaid principal of (and premium, if any) and accrued and unpaid interest on all the Notes to be due and payable immediately as provided under" the Indenture. (Id., Ex. 3 (May 3, 2022 Acceleration Notice) (Dkt. No. 48-3) at 3) At the direction of the Noteholders, Plaintiff issued a notice of acceleration to TV Azteca on August 5, 2022, and issued a supplement to the August 5, 2022 notice of acceleration to TV Azteca on August 8, 2022. The supplemental notice declared "the unpaid principal of $400,000,000, premium, accrued and unpaid interest, and any other amounts owed on the Notes, and under the Indenture, to be due and payable immediately as provided . . . under the Indenture." (See id., Ex. 4 (Aug. 5, 2022 Acceleration Notice) (Dkt. No. 48-4) at 2; id., Ex. 5 (Aug. 8, 2022 Supp. Acceleration Notice) (Dkt. No. 48-5) at 2)

## II. PROCEDURAL HISTORY

### A. Foreign Litigation

#### 1. The July 2022 Mexican Action

As noted above, on July 8, 2022, TV Azteca filed a complaint in the Ninth Superior Court of Mexico against certain Noteholders (the "July 2022 Mexican Action"), asserting "that the document called 'Notice of Acceleration' dated May 3, 2022, . . . is not legally valid and has no legal effect whatsoever," and asking that "[t]he court order that the payment of the unpaid principal of the Bonds issued under the Indenture . . . is not due and payable." (Jun. 28, 2024 Castillo Decl., Ex. 2 (Jul. 8, 2022 Mexican Cmplt.) (Dkt. No. 49-2) at 4-5 (emphasis omitted); id. (Dkt. No. 49) ¶ 9) While Plaintiff is not named as a defendant in this action, TV Azteca requested that Plaintiff "be called as [a] third part[y], by virtue of the capacity [it has] in relation to the Indenture, namely, [it was] appointed as Trustee . . . in relation to the Agreement

9

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

and Bonds issued thereunder, for which reason it is considered that [it] should be bound by the judgment, if any, that may be issued in this proceeding." (Id., Ex. 2 (Jul. 8, 2022 Mexican Cmplt.) (Dkt. No. 49-2) at 77-78)

On July 12, 2022, the Ninth Superior Court of Mexico issued an ex parte injunction (see id. (Dkt. No. 49) ¶ 12) granting "the precautionary measures requested by TV Azteca," including (1) "[t]he suspension of the effects and consequences that could derive from the document dated May 3, 2022, to which it was intended to give the character of 'Notice of Early Maturity,' presumably signed by the [Noteholders], by virtue of which they sought the 'Acceleration' and/or early maturity of principal and accrued and unpaid interest of all the bonds subscribed under the Indenture Agreement," and (2) "[t]he prohibition of the [Noteholders] to file and initiate any procedure aimed at the collection and/or payment of the unpaid capital of the bonds issued under the Indenture Agreement dated August 9, 2017, in execution or materialization of the document dated August 3, two thousand twenty-two, which was intended to be given the character of 'Notice of Early Maturity,' against [TV Azteca] or subsidiaries, including the subsidiary guarantors." (Id., Ex. 3 (Jul. 12, 2022 Mexican Court Injunction) (Dkt. No. 49-3) at 3 (emphasis omitted)) The July 12, 2022 injunction further provides that the "requested precautionary measures will be valid until the final and enforceable judgment is issued. . . ." (Id. at 4)

On August 17, 2022, the Ninth Superior Court extended the July 12, 2022 injunction "for the purpose of suspending the effects and consequences that may derive from the documents dated August 5 and 8, both of August 2022, referred to as 'Notice of Early Maturity'; The [Noteholders] and the trustee are prohibited from initiating and or initiating any procedure aimed at the collection and/or payment of the unpaid capital of the bonds issued under the

10
BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303535138303831373832

issuance contract dated August 9, 2017, in execution or materialization of the documents dated 5 and 8, both of August of the year 2022." (Id., Ex. 4 (Aug. 17, 2022 Mexican Court Injunction Extension) (Dkt. No. 49-4) at 2 (emphasis omitted))

Litigation remains ongoing in the July 2022 Mexican Action, and no final judgment has been issued in that case. (See Sept. 12, 2025 Joint Status Rpt. (Dkt. No. 96))

**2. The September 2022 Mexican Action**

As discussed above, on September 22, 2022, TV Azteca filed an ex parte complaint (see Jun. 28, 2024 Castillo Decl. (Dkt. No. 49) ¶¶ 16, 19) against the Bank of New York Mellon, as Trustee, and Bank of New York Mellon, London Branch, as Principal Paying Agent, and certain Noteholders in the Sixty-Third Superior Court of Mexico, asserting that due to "**acts of God or force majeure events**" related to the COVID-19 pandemic, "the performance of the obligations assumed in the [Indenture]" was a "**material and legal impossibility**," and that, as a result, TV Azteca "**did NOT fail to perform the contractual obligations** assumed in the [Indenture]." (See Jun. 28, 2024 Castillo Decl., Ex. 7 (Sept. 22, 2022 Mexican Cmplt.) (Dkt No. 49-7) at 4, 7; id. (Dkt No. 49) ¶¶ 16-17) (emphasis in original) TV Azteca asked the court to "decree that, as acts of God and force majeure event[s] took place which prevented the performance of the obligations assumed by [TV Azteca] as they were beyond their control, during the health emergency, the Early Maturity of the principal payment or the premium was not to take place, nor is the payment of interest on February 9, 2021, August 9, 2021 and February 9, 2022; nor delinquency or interest on arrears or any other additional amount, if any, established in the [Indenture]." (See id., Ex. 7 (Sept. 22, 2022 Mexican Cmplt.) (Dkt No. 49-7) at 7 (emphasis omitted)) TV Azteca further requested that the court "decree the legal ineffectiveness of the document entitled 'Notice of Early Maturity' dated May 3, 2022," and rule that "the Early Maturity of the principal payment or the premium [did] not take place," and thus

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383 2

that "it is not appropriate to require the payment of the premium, the accrued and unpaid interest, and other amounts owed under certain 8.250% Senior Bonds maturing in 2024." TV Azteca also asked the court to rule that "the [Indenture] agreement, dated August 9, 2017, [is] null and void." (Id. at 7-8 (emphasis omitted))

On September 27, 2022, the Sixty-Third Superior Court issued an ex parte injunction (see id. (Dkt. No. 49) ¶ 22) ordering that "until such time as the World Health Organization decrees the extinction of the pandemic known as SARS-CoV2 (COVID 19), [TV Azteca] is prohibited to make payments of obligations" under the Indenture "due prior to the present lawsuit." (Id., Ex. 8 (Sept. 27, 2022 Mexican Court Injunction) (Dkt No. 49-8) at 7, 19) The September 27, 2022 injunction also includes "a prohibition [as] to the [Noteholders] to initiate and/or file any proceeding for the collection and/or payment of the unpaid principal of the Bonds issued under the [Indenture], in execution or materialization of the document dated May 3, 2022, which was intended to be a 'Notice of Anticipated Maturity,'" and orders the "suspension of all enforcement proceedings and the prohibition of the securing of assets to the detriment of [TV Azteca] until the issuance of the judgment that becomes enforceable in the present proceeding." (Id. at 19) The September 27, 2022 injunction further orders "the suspension of the effects and consequences that could derive from the early maturity of the principal and accrued and unpaid interest of all the bonds subscribed under the [Indenture,]" and "the suspension of all payment obligations arising from the [Indenture]. . . ." (Id.)

Litigation in the September 2022 Mexican Action – as well as litigation in a related action challenging the constitutionality of the September 27, 2022 injunction under

12

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383032

Mexican law[3] – remains ongoing, and no final judgment has been issued. (See Sept. 12, 2025 Joint Status Rpt. (Dkt. No. 96))

**B. The Instant Action**

Plaintiff initiated the instant action on August 26, 2022, by filing a motion for summary judgment in lieu of complaint in Supreme Court of the State of New York, New York County. (MSJ in Lieu of Cmplt. (Dkt. No. 1-1)) On September 23, 2022, Defendants removed the action to this Court on the basis of diversity jurisdiction. (Notice of Removal (Dkt. No. 1))

In an October 16, 2023 order, this Court stayed the instant action pursuant to 11 U.S.C. § 362, pending resolution of involuntary Chapter 11 petitions filed against the Defendants by certain Noteholders in the United States Bankruptcy Court for the Southern District of New York. (Oct. 16, 2023 Order (Dkt. No. 28) at 1-3) That same day, this Court directed the parties to "file a joint letter updating the Court as to the status of the bankruptcy petition and the Mexican litigations every 30 days, and in any event, within three days of the resolution of any of those actions." (Id. at 3)

On June 28, 2024, Plaintiff moved for an order enjoining TV Azteca from "continuing to prosecute, or initiating any claims in, any action in Mexico in connection with the [Indenture]. . . ." (Pltf. Mot. (Dkt. No. 46) at 2)

Defendants filed their opposition to Plaintiff's motion on July 29, 2024 (Def. Opp. (Dkt. No. 52)), and Plaintiff filed its reply on August 14, 2024. (Pltf. Reply (Dkt. No. 54))

---

[3] On March 15, 2023, Plaintiff filed an "Amparo" action in Mexico, which "is a separate proceeding in a separate court to seek relief available in Mexican Courts to protect fundamental constitutional rights." (Jun. 28, 2024 Castillo Decl. (Dkt No. 49) ¶ 23 n.1) In its Amparo action, Plaintiff contends "that the September [27, 2022] [i]njunction violate[s] [Plaintiff's] due process rights." (Id. ¶ 23; see also id., Ex. 9 (Amparo Filing) (Dkt No. 49-9))

13

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303553138303831373832

On October 10, 2024, the stay in the instant action was lifted after the parties informed the Court that the United States Bankruptcy Court for the Southern District of New York had dismissed the bankruptcy action brought against the Defendants. (Oct. 10, 2024 Order (Dkt. No. 61))

## DISCUSSION

## I. LEGAL STANDARDS

"It is beyond question that a federal court may enjoin a party before it from pursuing litigation in a foreign forum." Paramedics Electromedicina Comercial, Ltda. v. GE Med. Sys. Info. Techs., Inc., 369 F.3d 645, 652 (2d Cir. 2004). "[P]rinciples of comity counsel[,] [however,] that injunctions restraining foreign litigation be 'used sparingly' and 'granted only with care and great restraint.'" Id. (quoting China Trade & Dev. Corp. v. M.V. Choong Yong, 837 F.2d 33, 36 (2d Cir. 1987)).

Before imposing an anti-suit injunction, a court must first find that the following threshold requirements are met: "[1.] the parties are the same in both matters, and [2.] resolution of the case before the enjoining court is dispositive of the action to be enjoined." Id. (citing China Trade, 837 F.2d at 35).

Where the threshold requirements for enjoining foreign litigation are satisfied, a court must go on to consider whether "'(1) [absent an injunction,] frustration of a policy in the enjoining forum [would ensue]; (2) [absent an injunction,] the foreign action would be vexatious; (3) [the foreign proceedings present] a threat to the issuing court's . . . jurisdiction; (4) the proceedings in the other forum prejudice equitable considerations; [and] (5) adjudication of the same issues in separate actions would result in delay, inconvenience, expense, inconsistency, or a race to judgment'" (the "China Trade factors"). China Trade, 837 F.2d at 35 (quoting American Home Assurance Corp. v. The Insurance Corp. of Ireland, Ltd., 603 F.Supp. 636, 643 (S.D.N.Y.

14

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030130303030353138303831373832

1984)); see also Karaha Bodas Co. v. Perusahaan Pertambangan Minyak Dan Gas Bumi Negara, 500 F.3d 111, 119 (2d Cir. 2007) (applying the same five factors).

Where a "court has addressed the propriety of imposing an anti-suit injunction under the China Trade test [and determined that an anti-suit injunction is warranted], the . . . court must then make findings on whether it is appropriate to enter a preliminary injunction. . . ." In re Millenium Seacarriers, Inc., 458 F.3d 92, 98 (2d Cir. 2006) (emphasis omitted); see also Dandong v. Pinnacle Performance Ltd., No. 10 CIV. 8086 LBS, 2011 WL 6156743, at *3 (S.D.N.Y. Dec. 12, 2011), aff'd in part, remanded in part on other grounds sub nom. Lam Yeen Leng v. Pinnacle Performance Ltd., 474 F. App'x 810 (2d Cir. 2012) ("In addition to satisfying the China Trade test, recent Second Circuit case law has held that a party seeking a preliminary anti-suit injunction must also satisfy the traditional test for a preliminary injunction." (citing Software A.G., Inc. v. Consist Software Solutions, Inc., 323 Fed. Appx. 11, 12 (2d Cir. 2009) (summary order); In re Millenium Seacarriers, 458 F.3d at 98)). "A party seeking a preliminary injunction must show (1) irreparable harm; (2) either a likelihood of success on the merits or both serious questions on the merits and a balance of hardships decidedly favoring the moving party; and (3) that a preliminary injunction is in the public interest." N. Am. Soccer League, LLC v. United States Soccer Fed'n, Inc., 883 F.3d 32, 37 (2d Cir. 2018).

## II. ANALYSIS

Noting that "the Indenture's forum selection clause . . . confers *exclusive* jurisdiction on New York courts to adjudicate all disputes arising under or related to the Indenture," Plaintiff contends that "TV Azteca's litigation in Mexico expressly seeks . . . to avoid its obligations under its [New York]-law governed Indenture and to evade the exclusive

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

jurisdiction of New York courts to which TV Azteca irrevocably submitted when it entered into the Indenture." (Pltf. Br. (Dkt. No. 47) at 6-7 (emphasis in original)) According to Plaintiff,

> TV Azteca's . . . attempt to undermine the jurisdiction of this Court and to evade its contractual obligations under [New York] law [constitutes]. . . . conduct [that] strikes at the heart of our judicial system and violates the strong public policy that supports enforcement of forum selection clauses and jurisdiction of federal courts in the United States.

(Id. at 7) Plaintiff "requests that this Court immediately enjoin TV Azteca from continuing or initiating any further proceedings in Mexico that arise under or relate to the Indenture. . . ." (Id.)

In opposing Plaintiff's motion for an anti-suit injunction, Defendants argue that principles of international comity control here, and that the request for an anti-suit injunction should be denied because it "would impinge upon [TV Azteca's] fundamental constitutional and other rights under Mexican law." (Def. Opp. (Dkt. No. 52) at 5) Defendants also note that "[l]itigation here and in Mexico [has] been proceeding simultaneously for a year-and-a-half and [that] Plaintiff has participated actively in both," demonstrating that "this Court does not need to act to protect its jurisdiction." "The Mexican litigations are not interfering with the jurisdiction of this Court" or "impeding the progress of [the instant] case." (Id.) As to irreparable harm, Defendants assert that Plaintiff "litigated in Mexico for eighteen months without ever claiming an irreparable injury," and that accordingly Plaintiff has not made the showing necessary to justify the "drastic remedy" of an anti-suit injunction. (Id. at 6)

### A. Threshold Requirements

As noted above, "[a]n anti-suit injunction against parallel [foreign] litigation may be imposed only if [1.] the parties are the same in both matters, and [2.] resolution of the case before the enjoining court is dispositive of the action to be enjoined." Paramedics, 369 F.3d at 652 (citing China Trade, 837 F.2d at 35).

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303030353138303831373832

Plaintiff argues that both of these threshold requirements are met here. (Pltf. Br. (Dkt. No. 47) at 18-21) As to "[t]he first threshold requirement," Plaintiff points out that "[t]he 'parties need not be identical in both matters so long as the "real parties in interest" are the same'" (id. at 18 (quoting Deutsche Mexico Holdings S.a.r.l. v. Accendo Bank, S.A., Case No. 19 Civ. 8692 (AKH), 2019 WL 5257995, at *5 (S.D.N.Y. Oct. 17, 2019))), and that "[c]ourts have found the parties to be the same 'real parties in interest' where their interests are aligned and/or the non-identical parties are superfluous to the action." (Id. at 18-19 (citing Int'l Equity Investments, Inc. v. Opportunity Equity Partners Ltd., 441 F. Supp. 2d 552, 562 (S.D.N.Y. 2006); Motorola Credit Corp. v. Uzan, Case No. 02 Civ. 666 (JSR), 2003 WL 56998, at *2 (S.D.N.Y. Jan. 7, 2003)))

Here, Plaintiff "is the Trustee [for the Notes], [and] is effectively a proxy for, and acting at the express direction of, the Noteholders seeking to enforce their interests with respect to the Indenture [as] against the defendant, TV Azteca, and its Guarantors. In the [f]oreign [a]ctions, the plaintiff is TV Azteca, [which] is seeking to enjoin acceleration and payments of the Notes under the *same Indenture* through litigation against the *same Trustee* safeguarding the rights of the *same Noteholders*." (Id. at 19 (emphasis in original)) The first threshold requirement is thus met because "[t]he [f]oreign and [d]omestic Actions all involve the same Indenture, the 'real' parties in interest in all these actions are clearly the same – TV Azteca and the Trustee acting at the direction of the Noteholders – and the non-overlapping parties (the Guarantors and the individual Noteholders) are superfluous in that they are not necessary to the requested relief." (Id.)

As to the second threshold requirement, Plaintiff argues that "'[t]he relevant inquiry is "whether the substance of the claims and arguments raised in the two actions is the

17

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030130303030353138303831373832

same.'"'" (Id. at 20 (quoting AU New Haven, LLC v. YKK Corp., Case No. 15-cv-3411 (GHW) (SN), 2018 WL 2128373, at *3 (S.D.N.Y. May 8, 2018) (quoting In re Vivendi Universal, S.A. Sec. Litig., No. 02-CV-5571 (RJH)(HBP), 2009 WL 3859066, at *6 (S.D.N.Y. Nov. 19, 2009)))) And according to Plaintiff, "[t]his Court's decision in the [d]omestic [a]ction, which is entirely about TV Azteca's obligations under the Indenture regarding unpaid interest and principal, would resolve entirely the underlying dispute [in] the [f]oreign [a]ctions (seeking non-enforcement of the very same Indenture)." (Id. at 21)

Defendants do not address whether the threshold requirements for issuance of an anti-suit injunction are met here. (See Def. Opp. (Dkt. No. 52))

As to the first threshold factor, Plaintiff is correct that "[d]ecisions interpreting China Trade have held that . . . the parties need not be identical in both matters, so long as the 'real parties in interest' are the same. . . ." Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *5 (citing Motorola Credit Corp. v. Uzan, No. 02-CV-666, 2003 WL 56998 (S.D.N.Y. Jan. 7, 2003)); see also Paramedics, 369 F.3d at 652-53 (first threshold requirement satisfied where "[t]he record supports the district court's finding of substantial similarity and affiliation between [the parties in the New York action] and [the parties in the foreign action]" (citing Motorola Credit Corp. v. Uzan, No. 02 CIV. 666 (JSR), 2003 WL 56998, at *2 (S.D.N.Y. Jan. 7, 2003) ("finding sufficient similarity between parties, even though not all parties to the two actions were identical, because 'the real parties in interest are the same in both matters'"); MasterCard Int'l Inc. v. Argencard Sociedad Anonima, No. 01 CIV. 3027 (JGK), 2002 WL 432379, at *10 (S.D.N.Y. Mar. 20, 2002) ("finding sufficient similarity between parties despite intervention in foreign action" by an entity that was "'not a necessary party to that action'"))); see also Int'l Equity Invs., Inc., 441 F. Supp. 2d at 562 ("Where parties to the two actions are

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303553138303831373832

affiliated or substantially similar, such that their interests are represented by one another, courts have found the first requirement is met.").

As to the second threshold factor, "[c]ourts in this Circuit have found anti-suit injunctions appropriate even when the claims in the foreign and domestic actions were not precisely identical, but were at least based on the same underlying dispute." Bailey Shipping Ltd. v. Am. Bureau of Shipping, No. 12 CIV. 5959 KPF, 2013 WL 5312540, at *10 (S.D.N.Y. Sept. 23, 2013) (citing Suchodolski Assocs., Inc. v. Cardell Fin. Corp., No. 03 Civ. 4148(WHP), 2006 WL 10886, at *3 (S .D.N.Y. Jan. 3, 2006), aff'd in relevant part, dismissed in part on other grounds, 261 F. App'x 324 (2d Cir.2008) (summary order); SG Avipro Fin. Ltd. v. Cameroon Airlines, No. 05 Civ. 655(LTS)(DFE), 2005 WL 1353955, at *3 (S.D.N.Y. June 8, 2005)). "The relevant inquiry [as to the second threshold factor] is 'whether the substance of the claims and arguments raised in the two actions is the same.'" AU New Haven, LLC, 2018 WL 2128373, at *3 (quoting In re Vivendi Universal, S.A. Sec. Litig., 2009 WL 3859066, at *6). "Thus, 'the "dispositive" criterion may be satisfied when a foreign proceeding will necessarily render a determination of the "core issue" at the heart of a claim appropriately decided only in a pending domestic action.'" Id. (quoting Bailey Shipping, 2013 WL 5312540, at *9).

Here, this Court finds that TV Azteca is a party to the July 2022 Mexican Action, the September 2022 Mexican Action, and the instant action. In all three cases, TV Azteca contends that it need not satisfy certain financial obligations under the Indenture arising out of its alleged default on $400 million in unsecured notes. (See Jun. 28, 2024 Castillo Decl., Ex. 2 (Jul. 8, 2022 Mexican Cmplt.) (Dkt. No. 49-2); id., Ex. 7 (Sept. 22, 2022 Mexican Cmplt.) (Dkt No. 49-7); Def. Br. (Dkt. No. 9) at 19-21 (outlining Defendants' arguments in opposition to Plaintiff's motion for summary judgment in lieu of complaint)) Moreover, Defendants in the

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303553138303831373832

instant action – TV Azteca and its subsidiary guarantors – "are affiliated or substantially similar" to TV Azteca in the two Mexican actions, "such that their interests are represented by one another." Int'l Equity Invs., 441 F. Supp. 2d at 562.

The Bank of New York Mellon – in its capacity as indenture trustee for the Notes – is a party to both the instant domestic action and the September 2022 Mexican Action. In both actions, The Bank of New York Mellon seeks to assert the Noteholders' interests against TV Azteca arising out of TV Azteca's alleged default on $400 million in unsecured notes under the Indenture. (See MSJ in Lieu of Cmplt. (Dkt. No. 1-1); Jun. 28, 2024 Castillo Decl., Ex. 7 (Sept. 22, 2022 Mexican Cmplt.) (Dkt No. 49-7)) And while The Bank of New York Mellon is not a party to the July 2022 Mexican Action, the defendants in that action are Noteholders who similarly seek to enforce their interests against TV Azteca related to TV Azteca's alleged default on $400 million in unsecured notes under the Indenture. (See Jun. 28, 2024 Castillo Decl., Ex. 2 (Jul. 8, 2022 Mexican Cmplt.) (Dkt. No. 49-2)) And TV Azteca has requested in its complaint in the July 2022 Mexican Action that The Bank of New York Mellon "be called as [a] third part[y], by virtue of the capacity [it has] in relation to the Indenture, namely, [it was] appointed as Trustee . . . in relation to the Agreement and Bonds issued thereunder, for which reason it is considered that [it] should be bound by the judgment, if any, that may be issued in this proceeding." (Id. at 77-78) The Court concludes that Plaintiff is "affiliated or substantially similar" to the defendants in the two Mexican actions, "such that their interests are represented by one another. . . ." Int'l Equity Invs, 441 F. Supp. 2d at 562.

In sum, while the parties in the instant domestic action are not identical to the parties in the two Mexican actions, the "real parties in interest" are the same in all three cases. The first threshold factor is therefore satisfied. See, e.g., AU New Haven, 2018 WL 2128373, at

20

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303553138303831373832

*2 (While party in domestic action was not identical to party in foreign action, the court concluded that both parties' "interests in the two actions are undoubtedly aligned. Both seek to demonstrate that YKK's products were covered by the Japanese Patent. . . . [Accordingly,] [t]he parties in the two actions are the same for purposes of the anti-suit injunction."); see also Eastman Kodak Co. v. Asia Optical Co., 118 F. Supp. 3d 581, 587 (S.D.N.Y. 2015) (holding that "[t]he first [threshold] requirement is satisfied," and noting that "[t]he presence of . . . an additional plaintiff [in the foreign action] does not alter this conclusion.").

As to the second threshold factor, this Court concludes that a decision in the instant domestic action would be dispositive of the Mexican actions, because all three cases concern Defendants' financial obligations arising out of TV Azteca's alleged default on $400 million in unsecured notes issued under the Indenture. As discussed above, both the July 2022 Mexican Action and the September 2022 Mexican Action concern TV Azteca's obligations related to its alleged default on the same unsecured notes issued under the Indenture. See, e.g., AU New Haven, 2018 WL 2128373, at *3 (finding the second threshold factor met because "[r]esolution of the present action will require the Court to decide the same underlying dispute – whether the products YKK sold in Japan were covered by the Japanese Patent and the [executive licensing agreement] – and thus will be dispositive of the Japanese action.")

For all these reasons, both threshold requirements are satisfied here.

**B. *China Trade* Factors Bearing on the Propriety of Granting Injunctive Relief**

Where, as here, the threshold requirements for enjoining foreign litigation are satisfied, a court must go on to consider whether "(1) [absent an injunction,] frustration of a policy in the enjoining forum [will ensue]; (2) [absent an injunction,] the foreign action would be vexatious; (3) [the foreign proceedings present] a threat to the issuing court's . . . jurisdiction; (4) the proceedings in the other forum prejudice other equitable considerations; [and] (5)

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303013030303035313830383137383

adjudication of the same issues in separate actions would result in delay, inconvenience, expense, inconsistency, or a race to judgment.'" China Trade, 837 F.2d at 35 (quoting American Home Assurance, 603 F.Supp at 643).

Plaintiff contends that all of these factors weigh in its favor, arguing that (1) absent an injunction, the Mexican actions will frustrate this nation's public policy of enforcing forum selection clauses; (2) the ex parte injunctions obtained by TV Azteca in the Mexican actions have been vexatious; (3) the forum selection clause grants this Court exclusive jurisdiction over any dispute related to the Indenture, and this Court's exclusive jurisdiction is threatened by the Mexican actions; (4) equitable considerations support the issuance of an anti-suit injunction, given that TV Azteca has engaged in forum shopping in violation of the forum selection clause; and (5) allowing the Mexican actions to proceed in violation of the forum selection clause would cause further delay, inconvenience, expense, and risk inconsistent rulings. (See Pltf. Br. (Dkt. No. 47) at 21-28)

In response, Defendants argue that analysis of the first and third China Trade factors here – whether the Mexican actions frustrate this nation's public policy interests, and whether the Mexican actions threaten this Court's jurisdiction – "weigh[s] against the issuance of an injunction," as does the equitable consideration of international comity. (Def. Opp. (Dkt. No. 52) at 11-12) Defendants do not substantively address the second and fifth China Trade factors – vexatiousness and delay, inconvenience, and expense – contending that although "courts typically consider [these] additional factors . . . , [they] are of lesser importance because they will likely 'be present whenever parallel actions are proceeding concurrently,' and so 'an anti-suit injunction grounded on these additional factors alone would tend to undermine the policy that

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303535313830383137383 2

allows parallel proceedings to continue and disfavors anti-suit injunctions.'" (Id. at 12 (quoting China Trade, 837 F.2d at 36))

Although "[t]he first and third [China Trade] factors . . . are of increased importance," Forbes IP (HK) Ltd. v. Media Bus. Generators, S.A. de C.V., No. 23-CV-11168 (JGLC), 2024 WL 1743109, at *5 (S.D.N.Y. Apr. 23, 2024) (citing China Trade, 837 F.2d at 36), and while "principles of comity counsel that injunctions restraining foreign litigation be 'used sparingly' and 'granted only with care and great restraint,'" Paramedics, 369 F.3d at 653 (quoting China Trade, 837 F.2d at 36), the Second Circuit has made clear "that all of the [China Trade] factors should be considered when determining whether an anti-suit injunction is warranted." Karaha Bodas, 500 F.3d at 119 (emphasis in original).

Accordingly, this Court analyzes below each of the China Trade factors.

**1. Frustration of a Domestic Public Policy**

In determining whether to issue an anti-suit injunction, a court must consider "whether the foreign proceeding threatens a strong public policy . . . of the domestic forum." Paramedics, 369 F.3d at 654.

Plaintiff argues that "[i]t is well established that 'there is a strong public policy in enforcing forum selection clauses'" (Pltf. Br. (Dkt. No. 47) at 21 (quoting Forbes, 2024 WL 1743109, at *5)), and "[h]ere[] there is no dispute that the Indenture contains a valid forum selection clause whereby each party 'irrevocably consents and submits to the exclusive jurisdiction of the New York courts' regarding 'any suit, action or proceeding . . . arising [from] or relating to this Indenture.'" (Id. at 22 (quoting Jun. 28, 2024 Qureshi Decl., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106)) Plaintiff further contends that "through the [f]oreign [a]ctions – where TV Azteca argues that it does not have to make any payment under the Indenture and that no such payments can be compelled – TV Azteca seeks to litigate in Mexico issues that are plainly

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030355313830383137383

'arising from or relating to' the Indenture." (Id.) According to Plaintiff, the Mexican actions thus constitute "a clear violation of the [f]orum [s]election [c]lause and undermine this Court's strong public policy in ensuring that such forum selection clauses are enforced." (Id.)

Defendants respond that "the majority of cases relied upon by Plaintiff for the issuance of an anti-suit injunction involved an arbitration clause." According to Defendants, these cases are distinguishable because "[t]he enforceability of arbitration clauses is the subject of a federal statute and international treaties to which the United States is a party, and the Second Circuit has been consistent and clear that a foreign litigation cannot disrupt arbitration proceedings that parties had validly agreed to." (Def. Opp. (Dkt. No. 52) at 14 (citing Karaha Bodas Co., 500 F.3d at 126; Amaprop Ltd. v. Indiabulls Fin. Servs. Ltd., No. 1:10-cv-01853-PGG-JCF, 2010 WL 1050988, at *6 (S.D.N.Y. Mar. 23, 2010))) Here, by contrast, "there has been no . . . ongoing frustration of any 'strong' public policy of this forum." (Id. at 15)

Defendants do not dispute, however, that the Indenture contains a forum selection clause that clearly states that each party "irrevocably consents and submits to the exclusive jurisdiction" of New York courts regarding "any suit, action or proceeding . . . arising out of or relating to this Indenture. . . ." (Jun. 28, 2024 Qureshi Decl., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106) And contrary to Defendants' argument, it is this nation's strong public policy to favor enforcement of forum selection clauses. Martinez v. Bloomberg LP, 740 F.3d 211, 218 (2d Cir. 2014) ("The presumptive enforceability of forum selection clauses reflects a strong federal public policy . . . which would . . . be undermined if another body of law were allowed to govern the enforceability of a forum selection clause."); Lipson v. Birch, 46 F. Supp. 3d 206, 213–14 (E.D.N.Y. 2014) ("As the Supreme Court and the Second Circuit have made clear, there is a strong federal policy in favor of enforcing forum selection clauses." (citing Roby v. Corp. of

BRUNO GASTELUM GLENDER 24/02/27 10:18:08 30303030313030303030353138303831373832

Lloyd's, 996 F.2d 1353, 1361 (2d Cir. 1993); Aguas Lenders Recovery Grp., LLC v. Suez, S.A., 585 F.3d 696, 700 (2d Cir. 2009)); Northwell Health, Inc. v. Grp. Hospitalization & Med. Servs., Inc., No. 2:23-CV-01268 (LDH) (ARL), 2024 WL 5213366, at *7 (E.D.N.Y. Dec. 24, 2024) ("There is a strong federal policy in favor of the enforcement of forum selection clauses." (citing M/S Bremen v. Zapata Off-Shore Co., 407 U.S. 1, 9-10 (1972); Roby, 996 F.2d at 1361)); Roby, 996 F.2d at 1361 (noting that parties' arguments about the scope of a forum selection clause must be made "in the face of strong public policy in favor of forum selection . . . clauses"). Moreover, "[t]he need to enforce forum-selection clauses is perhaps greatest in the international arena," CCM Pension-A, L.L.C. v. Republic of Argentina, No. 16-CV-1650 (TPG), 2016 WL 4154892, at *2 (S.D.N.Y. Aug. 2, 2016) (citing M/S Bremen v. Zapata Off-Shore Co., 407 U.S. 1, 9 (1972)), because "[t]he elimination of all such uncertainties by agreeing in advance on a forum acceptable to both parties is an indispensable element in international trade, commerce, and contracting." M/S Bremen, 407 U.S. at 13-14.

Consistent with these precedents, courts in this Circuit have found the first China Trade factor satisfied where a foreign suit is filed in violation of a forum selection clause. See, e.g., Int'l Equity Invs., 441 F. Supp. 2d at 563 ("Such attempts to make end runs around the forum selection clause and this Court's jurisdiction cannot be tolerated. Indeed, the justification for an anti-suit injunction 'crests' when a party seeks the aid of a foreign proceeding 'in a blatant attempt to evade the rightful authority of the forum court.'" (quoting Quaak v. Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren, 361 F.3d 11, 20 (1st Cir. 2004))); Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *6 ("The Mexico Injunction plainly attempts to 'sidestep' or make an 'end run[ ]' around the Purchase Agreement's forum selection clause, and that cannot be permitted." (quoting Storm LLC v. Telenor Mobile Comms. AS, No. 06-cv-

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

13157, 2006 WL 3735656, at *9 (S.D.N.Y. Dec. 15, 2006))); JPMorgan Chase Bank, N.A. v. VTB Bank, P.J.S.C., No. 1:24 CIV. 02924 (LGS), 2024 WL 1833606, at *1-2 (S.D.N.Y. Apr. 26, 2024) (given forum selection clause providing that lawsuits arising out of an "Account Terms" agreement "governing [a particular] correspondent bank account held at JPMorgan" must proceed in New York state or federal courts, foreign action threatened the strong public policy of the United States, because "[b]oth the United States and New York strongly favor enforcement of forum selection clauses").

Here, both the July 2022 Mexican Action and the September 2022 Mexican Action concern TV Azteca's financial obligations arising out of its alleged default on notes issued under the Indenture. Both foreign suits thus "aris[e] [from] or relat[e] to [the] Indenture" (Jun. 28, 2024 Qureshi Decl., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106), and both actions violate the Indenture's forum selection clause. Accordingly, analysis of the first China Trade factor indicates that an anti-suit injunction should issue. See, e.g., Forbes, 2024 WL 1743109 at *5 (finding that there is a strong public policy in favor of enforcing forum selection clauses, and concluding that first China Trade factor favored issuance of anti-suit injunction where applicable agreement designated New York state and federal courts as the "exclusive fora for 'any legal action or proceedings arising out of or in connection with [the agreement]'").

**2. Vexatiousness**

In determining whether to issue an anti-suit injunction, courts also consider whether – absent an injunction – "the foreign action would be vexatious." China Trade, 837 F.2d at 35 (internal quotations and citation omitted).

Here, Plaintiff argues that TV Azteca's conduct "at every stage" of the Mexican litigations "has been nothing but vexatious." (Pltf. Br. (Dkt. No. 47) at 24) In this regard, Plaintiff cites the multiple ex parte injunctions TV Azteca has sought and obtained in Mexican

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

courts. According to Plaintiff, TV Azteca provided "no notification of [the requested injunctions] . . . at the time they were sought," and "TV Azteca failed to inform either the bankruptcy court [in this District] or this Court [of the injunctions]." (Id.)

As noted above, Defendants do not substantively address vexatiousness, and instead merely assert that vexatiousness "will likely 'be present whenever parallel [foreign] actions are proceeding concurrently [with a domestic action]. . . .'" (Def. Opp. (Dkt. No. 52) at 12 (quoting China Trade, 837 F.2d at 36))

Courts have found foreign actions vexatious where they are filed ex parte or in violation of the parties' valid agreements. Jolen, Inc. v. Kundan Rice Mills, Ltd., No. 19-CV-1296 (PKC), 2019 WL 1559173, at *4 (S.D.N.Y. Apr. 9, 2019) ("The Indian suit is also vexatious because it was filed ex parte. . . . It is also the second such suit filed in India seeking an end run around the parties' agreement to arbitrate disputes." (internal citations omitted)); see also Storm LLC v. Telenor Mobile Communications AS, No. 06 CIV. 13157 GEL, 2006 WL 3735657, at *9 (S.D.N.Y. Dec. 15, 2006) ("The foreign litigation here has been conducted in the most vexatious way possible. Telenor has found its interests undermined by litigation to which it has not been made a party, and of which it has not even received notice until after orders have been entered.").

As discussed above, both the July 2022 Mexican Action and the September 2022 Mexican Actions were filed in violation of the parties' forum selection clause. Moreover, it is undisputed that in both Mexican actions TV Azteca sought and obtained injunctions on an ex parte basis and without notice to Plaintiff. (See Def. Opp. (Dkt. No. 52) at 7 ("[T]he Mexican complaints and preliminary injunctions were obtained on an ex parte basis without notice.")) Given these circumstances, the Mexican actions are vexatious. See, e.g., Forbes, 2024 WL

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

1743109, at *6 ("The Mexico Injunction is vexatious because it was filed ex parte. . . . Additionally, allowing the Mexico Injunction to be maintained will force Petitioner to challenge it in the Mexico courts, undermining Petitioner's rights to the agreed upon forum." (internal citations omitted)).

Accordingly, the second China Trade factor weighs in favor of issuing an anti-suit injunction.

**3. Threat to Enjoining Court's Jurisdiction**

Under the third China Trade factor, courts consider whether a foreign action is "a threat to the [enjoining] court's . . . jurisdiction. . . ." China Trade, 837 F.2d at 35 (internal quotations and citation omitted).

Plaintiff argues that here "[t]he [f]oreign [a]ctions are a clear threat to this Court's exclusive jurisdiction to adjudicate disputes arising under the Indenture." (Pltf. Br. (Dkt. No. 47) at 25)

In response, Defendants contend that the two Mexican actions are merely "parallel proceedings that do not threaten this Court's exercise of jurisdiction." (Def. Opp. (Dkt. No. 52) at 12) In this regard, Defendants note that the Mexican actions "have not reached any final judgments and are being litigated on the merits" (id. at 12-13), and that "[l]itigation here and in Mexico [has] been proceeding simultaneously for a year-and-a-half and Plaintiff has participated actively in both [Mexican actions]. . . ." (Id. at 5) Defendants also assert that the "Mexican injunctions do not have extraterritorial effect; they do not enjoin Plaintiff from taking any actions in this Court (or elsewhere in the U.S.), and do not purport to limit any aspect of this Court's jurisdiction." (Id. at 7)

Courts in this Circuit have found, however, that a foreign action threatens the enjoining court's jurisdiction where the foreign action contravenes a forum selection clause that

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

the parties agreed to. Int'l Equity Invs., 441 F. Supp. 2d at 563 ("Such attempts to make end runs around the forum selection clause and this Court's jurisdiction cannot be tolerated."); JPMorgan Chase Bank, N.A., 2024 WL 1833606, at *2 ("The Russian Action threatens the exclusive jurisdiction of this forum, which VTB agreed to in the parties' contract. . . ."); Forbes, 2024 WL 1743109, at *6 ("Because the Agreement provides for New York courts to have exclusive jurisdiction over any disputes raised under the Agreement, this factor weighs slightly in favor of an anti-suit injunction.").

As discussed above, it is undisputed here that the Indenture contains a forum selection clause providing that each party to the Indenture "irrevocably consents and submits to the exclusive jurisdiction" of New York courts regarding "any suit, action or proceeding . . . arising out of or relating to this Indenture. . . ." (Jun. 28, 2024 Qureshi Decl., Ex. 2 (Indenture) (Dkt. No. 48-2) at 106) The July 2022 Mexican Action and the September 2022 Mexican Action thus violate the Indenture's forum selection clause. And because the forum selection clause confers exclusive jurisdiction on this Court, Defendants – in pursuing the Mexican actions – are seeking to evade "the rightful authority of the forum court" and threatening "this Court's jurisdiction." See Int'l Equity Invs., 441 F. Supp. 2d at 563 (internal quotations and citations omitted).

For all these reasons, the third China Trade factor weighs in favor of enjoining the Mexican actions.

**4. Equitable Considerations**

Under the fourth China Trade factor, courts consider whether the foreign proceedings "prejudice other equitable considerations. . . ." China Trade, 837 F.2d at 35 (internal quotations and citations omitted).

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

Plaintiff argues that the equities weigh in its favor here because (1) despite "the fact that the Indenture clearly has a forum selection clause that requires *all* disputes surrounding the Indenture to be brought in New York, TV Azteca has filed multiple suits and multiple ex parte injunctions in Mexico with the goal of delaying any resolution of this matter"; and (2) "TV Azteca is making directly contradictory arguments in different fora" about the validity of the forum selection clause, the reach of this Court's jurisdiction, and whether TV Azteca owes interest or principal under the Indenture, and is thus engaged in "blatant and express forum shopping." (Pltf. Br. (Dkt. No. 47) at 26-27 (emphasis in original) (citing Jun. 28, 2024 Qureshi Decl., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Dkt. No. 48-11) and Jun. 28, 2024 Castillo Decl. (Dkt No. 49) ¶¶ 17, 20-21))

Defendants do not substantively respond to Plaintiff's arguments, but instead assert that "[t]he Second Circuit has held that international comity typically 'allows parallel proceedings to continue and disfavors anti-suit injunctions.'" (Def. Opp. (Dkt. No. 52) at 11 (quoting China Trade, 837 F.2d at 36)) According to Defendants, "principles of comity apply with particular force here, because . . . the relief sought by Plaintiff would impinge upon fundamental constitutional and other rights under Mexican Law." (Id. at 5) In this regard, Defendants argue that "Mexican citizens have a constitutional right to have justice administered by Mexican courts, and that right may not be restricted or impinged." Because "TV Azteca is a public company that trades on the Mexican stock exchange," it "is accountable to public shareholders and regulators in Mexico." (Id. at 11-12 (citing Voigt Decl. (Dkt. No. 53) ¶¶ 5–8, 11))

While China Trade states that "international comity" requires that "an anti-foreign-suit injunction should be 'used sparingly,' and should be 'granted only with care and

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

great restraint,'" China Trade, 837 F.2d at 35-36 (internal citations omitted), "[f]ederal courts generally extend comity [only where] the foreign court has proper jurisdiction and enforcement does not prejudice the rights of United States citizens or violate domestic public policy." Victrix S.S. Co., S.A. v. Salen Dry Cargo A.B., 825 F.2d 709, 713 (2d Cir. 1987). As discussed above, this Court has exclusive jurisdiction over suits arising from or related to the Indenture, and the Mexican actions initiated by TV Azteca violate this nation's strong policy of enforcing forum selection clauses. See Martinez, 740 F.3d at 218. Given these circumstances, international comity concerns do not justify denying a request for an anti-suit injunction.

Moreover, "equitable considerations such as deterring forum shopping favor [the imposition of foreign anti-suit injunctions]. . . ," Ibeto Petrochemical Indus. Ltd. v. M/T Beffen, 475 F.3d 56, 64 (2d Cir. 2007), particularly where "the timing of the foreign proceeding's commencement suggests that the party initiating that proceeding is seeking 'to distract the parties from litigating the claims here in favor of a more convenient forum.'"[4] AU New Haven, 2018 WL 2128373 at *4 (quoting Keep on Kicking Music, Ltd. v. Hibbert, 268 F. Supp. 3d 585, 591 (S.D.N.Y. 2017)).

And Defendants do not dispute Plaintiff's claim that they have made contradictory arguments before the U.S. Bankruptcy Court and the Mexican courts as to the validity of the forum selection clause, the reach of this Court's jurisdiction, and whether TV Azteca owes principal and interest under the Indenture.

---

[4] TV Azteca filed the September 2022 Mexican Action on September 22, 2022, about four weeks after Plaintiff filed the instant action in Supreme Court of the State of New York, New York County. (See MSJ in Lieu of Cmplt. (Dkt. No. 1-1); Jun. 28, 2024 Castillo Decl., Ex. 7 (Sept. 22, 2022 Mexican Cmplt.) (Dkt No. 49-7); Jun. 28, 2024 Castillo Decl. (Dkt No. 49) ¶ 16)

31

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

Given all of these circumstances, the fourth China Trade factor supports issuance of an anti-suit injunction. See Alstom Chile S.A. v. Mapfre Compania De Seguros Generales Chile S.A., No. 13 CIV. 2416 LTS DCF, 2013 WL 5863547, at *4 (S.D.N.Y. Oct. 31, 2013) ("[E]quitable considerations favor enjoining Defendant from pursuing the Chilean Action, as the Court must deter forum shopping and it appears here that Defendant sought an alternative forum to avoid the application of New York law."); Stolt Tankers BV v. Allianz Seguros, S.A., No. 11 CIV. 2331 SAS, 2011 WL 2436662, at *5 (S.D.N.Y. June 16, 2011) ("[T]he equitable considerations involved, such as deterring forum shopping, also compel enjoining the foreign action.").

**5. Delay, Inconvenience, Expense, and Risk of Inconsistent Judgments**

Under the fifth China Trade factor, courts consider whether "adjudication of the same issues in separate actions would result in delay, inconvenience, expense, inconsistency, or a race to judgment." China Trade, 837 F.2d at 35 (internal quotations and citations omitted).

Plaintiff argues that "[h]ere, as a result of the [f]oreign [a]ctions, [it] has been forced to hire Mexican counsel, litigate in two different countries, and coordinate with two different sets of opposing counsel. These inconveniences and additional expenses will only continue if the [f]oreign [a]ctions are permitted to proceed." (Pltf. Br. (Dkt. No. 47) at 27) Plaintiff further contends that "there is a risk of inconsistent rulings so long as the [d]omestic and [f]oreign [a]ctions – both of which are adjudicating the same issues – proceed simultaneously, all of which cuts in favor of granting an anti-suit injunction." (Id. at 27-28)

As discussed above, Defendants do not substantively address this factor, stating merely that delay, inconvenience, added expense, and the potential for inconsistent results "will likely be 'present whenever parallel actions are proceeding concurrently. . . .'" (Def. Opp. (Dkt. No. 52) at 12 (quoting China Trade, 837 F.2d at 36))

32

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303535138303831373832

In Amaprop Ltd. v. Indiabulls Fin. Servs. Ltd., No. 10 CIV. 1853 (PGG), 2010 WL 1050988, (S.D.N.Y. Mar. 23, 2010), this Court considered a motion to enjoin litigation in India, where the parties had agreed to submit any disputes to arbitration in New York. In concluding that the fifth China Trade factor favored issuance of an anti-suit injunction, the Court noted that "costs and . . . inconvenience will only increase if Amaprop is required to appear in the Indian proceedings in order to attempt to persuade the Indian court that the arbitration clause the parties agreed to should be honored. Parties enter into binding arbitration clauses – particularly in the international setting – precisely in order to avoid such costs and inconvenience." Id. at *7 (citing Storm, 2006 WL 3735657, at *9).

The logic of Amaprop applies with equal force here, where the parties entered into a forum selection clause that provides for any disputes to be resolved in New York. And the existence of the Mexican actions also presents a risk of inconsistent judgments. Accordingly, the fifth China Trade factor weighs in favor of enjoining the Mexican actions. See Ibeto, 475 F.3d at 64-65 (affirming district court ruling enjoining Nigerian litigation where the parties had entered into an arbitration provision providing for disputes to be resolved in London; "'it is likely that adjudication of the same issues in two separate actions would result in inconvenience, inconsistency, and a possible race to judgment'" (citations omitted)).

*    *    *    *

For the reasons stated above, all of the China Trade factors weigh in favor of issuing an anti-suit injunction.

### C. Whether the Requirements for a Preliminary Injunction Are Met

As discussed above, "[o]nce the . . . court has addressed the propriety of imposing an anti-suit injunction under the China Trade test, the . . . court must then make findings on whether it is appropriate to enter a preliminary injunction. . . ." In re Millenium Seacarriers, 458

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303553138303831373832

F.3d at 98 (emphasis in original); Dandong, 2011 WL 6156743, at *3 ("In addition to satisfying the China Trade test, recent Second Circuit case law has held that a party seeking a preliminary anti-suit injunction must also satisfy the traditional test for a preliminary injunction." (citing Software A.G., 323 Fed. Appx. at 12 (summary order) and In re Millenium Seacarriers, Inc., 458 F.3d at 98)).

"A party seeking a preliminary injunction must show (1) irreparable harm; (2) either a likelihood of success on the merits or both serious questions on the merits and a balance of hardships decidedly favoring the moving party; and (3) that a preliminary injunction is in the public interest." N. Am. Soccer League, 883 F.3d at 37.

Plaintiff contends that it has met the requirements for a preliminary injunction because (1) forcing Plaintiff to litigate in Mexican courts in violation of the forum selection clause constitutes irreparable harm; (2) Plaintiff has demonstrated a likelihood of success on the merits as to whether an anti-suit injunction should be issued; and (3) enforcing the forum selection clause through an anti-suit injunction is in the public interest. (Pltf. Br. (Dkt. No. 47) at 28-30)

Defendants respond that "Plaintiff has failed to show any imminent, irreparable harm," and note that "Plaintiff has actively participated in the Mexican Litigations for nearly eighteen months."[5] (Def. Opp. (Dkt. No. 52) at 16)

**1. Irreparable Harm**

As to irreparable harm, Plaintiff argues that "[i]t is well established that 'dragging Petitioners into litigation in a court other than the court having exclusive jurisdiction under the

[5] Defendants do not address likelihood of success or the public interest. (See Def. Opp. (Dkt. No. 52))

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

[Indenture] constitutes irreparable harm.'" (Pltf. Br. (Dkt. No. 47) at 28 (quoting Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *7)) According to Plaintiff, it is "*currently* being irreparably harmed because [it is] being forced to defend [itself] in a forum other than the one to which [it] contractually agreed." (Pltf. Reply (Dkt. No. 54) at 13 (emphasis in original))

Defendants respond that – given that Plaintiff waited eighteen months before filing its motion – it cannot credibly contend that it faces "imminent" harm. (Def. Opp. (Dkt. No. 52) at 16)

"To show irreparable harm under the first prong of the preliminary injunction test, [a plaintiff] must demonstrate that absent a preliminary injunction [it] will suffer an injury that is neither remote nor speculative, but actual and imminent, and one that cannot be remedied if a court waits until the end of the trial to resolve the harm." AU New Haven, 2018 WL 2128373, at *4 (internal quotations and citations omitted). Where a party faces foreign litigation in contravention of a forum selection clause, and seeks an anti-suit injunction, courts in this Circuit have found irreparable harm. See Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *7 ("[I]t is undeniable that dragging Petitioners into litigation in a court other than the court having exclusive jurisdiction under the Purchase Agreement constitutes irreparable harm."); Forbes, 2024 WL 1743109, at *7 ("[I]rreparable harm is shown when a party violates the forum selection clause of an agreement, thereby forcing the other party to litigate in an improper forum. . . . [I]f litigation were permitted to proceed in the Mexican courts, the benefit of the forum selection clause in the Agreement would be lost." (internal quotations and citations omitted)); Int'l Fashion Prods., B.V. v. Calvin Klein, Inc., No. 95 CIV. 0982 (JFK), 1995 WL 92321, at *2 (S.D.N.Y. Mar. 7, 1995) ("[T]he agreement at issue clearly states that New York is the chosen

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

forum for all disputes. The Court therefore finds that CKI would suffer irreparable harm by being forced to defend the writ in the Netherlands.").

As discussed above, here the Mexican actions were filed in violation of the Indenture's forum selection clause, indicating that Plaintiff is suffering irreparable harm by being forced to litigate these actions in Mexican courts.

Defendants argue, however, that "Plaintiff's delay in bringing this motion discredits any allegation of the 'imminence' of any harm." (Def. Opp. (Dkt. No. 52) at 16) And according to Defendants, "[i]t is well settled that '[e]quity counsels against granting an injunction when a Petitioner unreasonably and inexcusably delays seeking an injunction.'" (Id. at 17 (quoting Cybernaut Cap. Mgmt. Ltd. v. Partners Grp. Access Secondary 2008, L.P., No. 1:13-cv-05380-WHP, 2013 WL 4413754, at *6 (S.D.N.Y. Aug. 7, 2013)))

Plaintiff responds that "while [it] was on notice of the [f]oreign [a]ctions in 2023, the issue became more salient when the Sixty Third Superior Court [of Mexico issued a January 25, 2024 order denying a motion] to vacate the September [27, 2022] [i]njunction, notwithstanding that COVID-19" – the stated rationale for the injunction – "was no longer a health emergency. . . ." (Pltf. Br. (Dkt. No. 47) at 28 n.24 (citing Jun. 28, 2024 Castillo Decl. (Dkt. No. 49) ¶¶ 44, 47)) While Plaintiff appealed the January 25, 2024 order denying the motion to vacate the September 27, 2022 injunction, "[o]n July 8, 2024, the Third Superior Court of Appeals [in Mexico] affirmed the lower court's refusal to vacate the September [27, 2022] [i]njunction. . . ." (Aug. 14, 2024 Castillo Decl. (Dkt. No. 56) ¶ 4; see also Pltf. Reply (Dkt. No. 54) at 13) In sum, Plaintiff argues that, "[t]o the extent there has been any 'delay,' it is due to the ever-changing circumstances surrounding the [f]oreign [a]ctions." (Pltf. Reply (Dkt. No. 54) at 13 n.13) Plaintiff also argues that "other courts have ordered anti-suit injunctions following far

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030355313830383137383832

longer delays and when the foreign litigation was far closer to completion." (Pltf. Br. (Dkt. No. 47) at 28 n.24 (citing Bailey Shipping, 2013 WL 5312540, at *10, 17))

In Bailey Shipping, 2013 WL 5312540, the court considered an application to enjoin a Greek litigation in the face of a contractual provision providing that all disputes would be resolved in arbitration in New York. The parties seeking an injunction "permitted 13 months to elapse without seeking to prevent [their adversary] from pursuing its claims in Greece, during which time the parties conducted discovery and prepared for the Greek trial." Bailey Shipping, 2013 WL 5312540, at *7. The court concluded, however, that the thirteen-month gap did not preclude a finding of irreparable harm, because "[t]hough [movants] could have applied with more haste for the relief they seek here, the ongoing dispute over the arbitration throughout the late summer, and the parties' recent filing of their final submissions in the Greek court, provide adequate explanation for the delay in seeking this relief." Id. at *17 (internal citations omitted).

The Bailey Shipping court went on to say that it did not

> approve[] of [movants'] decision to file this injunction one week prior to the Greek proceeding. . . . However, given the complex and extensive interactions between the parties and with the Greek court over the last year, the Court cannot conclude that [movants] were simply failing to defend their interests in a way that waived their right to seek injunctive relief.

Id. at *17 n.14.

Here, while Plaintiff "could have applied with more haste for the relief [it] seek[s]," id. at *17, "given the complex and extensive interactions between the parties and with the [Mexican courts] over the [eighteen months preceding the instant motion], the Court cannot conclude that [Plaintiff was] simply failing to defend [its] interests in a way that waived [its] right to seek injunctive relief." Id. at *17 n.14. Indeed, Plaintiff represents that it "has always maintained that Mexico is not the appropriate venue and has (and continues to) seek to contest

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030355313830383137382

the jurisdiction of Mexican courts." (Pltf. Reply (Dkt. No. 54) at 14 (citing Jun. 28, 2024 Castillo Decl. (Dkt. No. 49) ¶¶ 29-36) (describing jurisdictional challenges Plaintiff has made to the Mexican actions in Mexican courts))) The Court concludes that – given these circumstances – Plaintiff's delay in filing the instant motion does not justify denying injunctive relief, and further concludes that Plaintiff has demonstrated that it will continue to suffer irreparable harm absent an injunction.

**2. Likelihood of Success on the Merits**

As to the second element – likelihood of success on the merits – Plaintiff argues that "[n]umerous courts have stated that the operative question is whether the petitioning party can demonstrate success regarding ***the anti-suit injunction, not the underlying claim***." (Pltf. Br. (Dkt. No. 47) at 29 (emphasis in original) (citing Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *6)) According to Plaintiff, "[i]t is clear that TV Azteca ignored and sought to avoid the [f]orum [s]election [c]lause when it filed the [f]oreign [a]ctions, which are focused on TV Azteca's payment obligations under the Indenture," and accordingly Plaintiff "can demonstrate a likelihood of success on the merits." (Id.)

As noted above, Defendants have not substantively addressed the likelihood of success on the merits element. (See Def. Opp. (Dkt. No. 52))

In the anti-suit injunction context, courts in this District have held that it is "appropriate to consider the movant's likelihood of success on the merits by assessing whether it can satisfy the China Trade test." Bailey Shipping, 2013 WL 5312540, at *18. In Bailey Shipping, for example, the court found that this "narrower . . . approach" was appropriate, because "[t]he 'merits' that [movants] seek to vindicate through this injunction are, properly understood, their right to arbitrate the negligent misrepresentation issue without the impairment of that right threatened by the claims in the Greek action whose legal substance is identical to the

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303013030303035313830383137383

negligent misrepresentation dispute." Id; see also WTA Tour, Inc. v. Super Slam Ltd., 339 F. Supp. 3d 390, 406 (S.D.N.Y. 2018) ("As to the first prong, Petitioners are correct that the relevant inquiry is the likelihood of success on the merits of their argument that the claims must be submitted to arbitration – not, as respondents claim, on the merits of the substantive foreign law claims."); Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995 at *6 (". . . as other courts in this district have concluded, the correct question is whether Petitioners are likely to succeed on their claim that obtaining the Mexico Injunction in the first instance ran afoul of the Purchase Agreement, not who is likely to win the arbitration itself.").

Here, as in Bailey Shipping, the "merits" of the claim Plaintiff seeks to vindicate through the instant motion is its right under the forum selection clause to litigate disputes arising from or related to the Indenture in New York, rather than in Mexico. And for the reasons discussed above, Plaintiff has satisfied all of the China Trade factors, and thus shown its likelihood of success on the merits of that claim. See Int'l Fashion Prods., 1995 WL 92321 at *2 ("The forum selection clause in the agreement underlying this action clearly specifies New York as the only appropriate forum. The Court therefore finds that CKI has demonstrated a probability of success on the merits of its claim that this action should be prosecuted here rather than in the Netherlands."); Forbes, 2024 WL 1743109, at *7 ("Petitioner has also shown a likelihood of success on the merits. In evaluating this element, 'the correct question is whether Petitioner[ ] [is] likely to succeed on [its] claim that obtaining the Mexico Injunction in the first instance ran afoul of the [Agreement]. . . .' By filing for the Mexico Injunction, Respondent breached the forum selection clause of the Agreement, which unambiguously provides that 'the New York State Supreme Court, New York County, and the United States District Court for the

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383 2

Southern District of New York' are the exclusive fora for 'any legal action or proceedings arising out of or in connection with this Agreement.'" (internal citations omitted)).

In sum, Plaintiff has shown a likelihood of success on the merits of its claim that the Mexican actions are barred under the forum selection clause in the Indenture.

### 3. Public Interest

As to the third element – whether an anti-suit injunction is in the public interest – Plaintiff argues that "the public interest and balance of equities weighs heavily in favor of injunctive relief," because "[t]here is a strong public policy of enforcing forum selection clauses," and "there is a 'strong public interest in enforcing contracts between sophisticated entities.'" (Pltf. Br. (Dkt. No. 47) at 29 (quoting Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *6)) According to Plaintiff, "where sophisticated parties negotiated and agreed to an entirely valid [f]orum [s]election [c]lause, it is in the public interest to ensure its enforcement through an anti-suit injunction." (Id. at 29-30)

Defendants do not address whether an anti-suit injunction is in the public interest. (See Def. Opp. (Dkt. No. 52))

As discussed above, there is a strong public interest in enforcing forum selection clauses, and the Mexican actions filed by TV Azteca violate the Indenture's forum selection clause. Given these circumstances, it is in the public interest to issue an anti-suit injunction. See Forbes, 2024 WL 1743109, at *7 ("[T]he Court finds that the public interest and the balance of equities favor enforcement of the forum selection clause[,] . . . . [as] there is a strong public policy of enforcing forum selection clauses."); Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, at *8 ("I find that public interest, specifically the strong public interest in enforcing contracts between sophisticated entities, favors granting the requested injunctive relief here." (internal quotations and citations omitted)).

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303535313830383137383

*  *  *  *

The Court concludes that the requirements for issuance of a preliminary injunction have been met.

**D. Scope of the Anti-Suit Injunction**

As to the scope of the anti-suit injunction, Plaintiff seeks an "[o]rder enjoining Defendant TV Azteca from continuing to prosecute, or initiating any claims in, any action in Mexico in connection with [the Indenture]." (Pltf. Mot. (Dkt. No. 46) at 2)

Any anti-suit injunction must be properly limited, in recognition of the fact that although it is "leveled against the party bringing the suit, it nonetheless 'effectively restricts the jurisdiction of the court of a foreign sovereign.'" Paramedics, 369 F.3d at 655 (quoting China Trade, 837 F.2d at 35). And in determining the scope of an anti-suit injunction, courts must give "due regard for principles of international comity" and exercise a "delicate touch." Ibeto, 475 F.3d at 65.

Anti-suit injunctions should be issued only against the offending parties – here Defendants and their subsidiaries, officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendants. See id. ("The injunction should be directed specifically to the parties, for it is only the parties before a federal court who may be enjoined from prosecuting a suit in a foreign country.").

The anti-suit injunction must also specify what activities are enjoined. Here, Defendants will be enjoined from commencing or prosecuting any action in Mexico concerning the Indenture. This form of relief is typical in cases where foreign anti-suit injunctions have been granted. See, e.g., Amaprop, 2010 WL 1050988, at *9 ("Here, Respondents will be enjoined from commencing or prosecuting any action in India concerning the Agreement.").

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030353138303831373832

The injunction will also require Defendants to take all steps necessary, forthwith, to cause the pending Mexican actions to be dismissed. This form of relief is appropriate under the circumstances, and has been granted in other cases where pending foreign litigation threatens, hinders, or delays proceedings here. See Paramedics, 369 F.3d at 650 (affirming district court order directing defendant to "immediately take all steps necessary to cause dismissal of the [foreign] action" (internal quotations and citations omitted)); Suchodolski Assocs., Inc. v. Cardell Fin. Corp., No. 03 CIV. 4148 (WHP), 2006 WL 3327625, at *4 (S.D.N.Y. Nov. 16, 2006) ("Plaintiffs, their officers, directors, employees and agents, and all persons acting under their direction and control are directed to withdraw from and discontinue the Brazilian Action forthwith."). If Defendants' actions fall short of a full withdrawal or discontinuance of the two pending Mexican lawsuits, they will not be in compliance with the Court's order accompanying this opinion and will be subject to contempt sanctions. See Suchodolski, 2006 WL 3327625, at *4 ("[A]nything short of full withdrawal and discontinuance – for example, a stay or partial discontinuance – will constitute non-compliance with this Order, and Plaintiffs will be sanctioned accordingly.").

## CONCLUSION

For the reasons stated above, Plaintiff's motion to enjoin TV Azteca from continuing to prosecute or initiating any claims related to the Indenture in Mexico is granted (Dkt. No. 46).

Defendant TV Azteca and its subsidiaries, officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendant TV Azteca, are enjoined from prosecuting the July 2022 Mexican Action and the September 2022 Mexican Action; are instructed to take all steps necessary, forthwith, to dismiss or cause to be dismissed these actions and any other actions currently pending in Mexico arising from the

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035313830383137383 2

Indenture; and are enjoined from prosecuting any legal actions in Mexico arising from the Indenture, or commencing any new legal actions in Mexico arising from the Indenture. The Clerk of Court is directed to terminate the motion (Dkt. No. 46).

Dated: New York, New York
September 22, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO SUR DE NUEVA YORK

THE BANK OF NEW YORK MELLON,

Demandante,

-contra-

TV AZTECA, S.A.B. DE C.V. ET AL.,

Demandados.

**MEMORÁNDUM DE OPINIÓN Y ORDEN**

Civil 22 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J. (*Juez de Distrito de los Estados Unidos*):

En esta acción, el demandante The Bank of New York Mellon, en su calidad de Fiduciario del contrato de notas *senior* de TV Azteca, S.A.B. de C.V. 8.25% con vencimiento en 2024, alega que la demandada TV Azteca, S.A.B. de C.V. y treinta y cuatro garantes subsidiarios de TV Azteca (en conjunto, "Demandados") están en incumplimiento de pago de $400 millones en notas no garantizadas (las "Notas"). (MSJ en lugar de Reclamación (Exp. No. 1-1); Escrito del Demandante (Exp. No. 47) en 9 n.3)[1] Como resultado del presunto incumplimiento, los propietarios de más del 25% del monto principal agregado de los Bonos en circulación (los "Tenedores de Bonos") autorizaron la emisión de un aviso de aceleración a TV Azteca el 3 de mayo de 2022, que declaraba "el principal impago de (y la prima, si corresponde) e intereses devengados y no pagados sobre todos los Bonos que vencerán y serán pagaderos inmediatamente según lo dispuesto en el contrato del 9 de agosto de 2017 (el "Contrato") que rige los Bonos. (28 de junio de 2024 Qureshi Decl., Ex. 3 (Aviso de aceleración del 3 de mayo de 2022) (Exp. No. 48-3) en 2-3; d (Exp. No. 48) párrafo 4)

El 5 de agosto de 2022, bajo la dirección de los Bonistas, el Demandante transmitió

[1] Las citas de números de página reflejan la paginación generada por el sistema de Archivos Electrónicos de Casos ("ECF") de este Distrito.

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030353138303831373832

un aviso de aceleración a TV Azteca, y el 8 de agosto de 2022, el Demandante transmitió a TV Azteca un suplemento al aviso de aceleración del 5 de agosto de 2022 que declaró "el capital impago de $400,000,000, prima, intereses devengados y no pagados, y cualquier otro monto adeudado en los Bonos, y bajo el Contrato, vencerán y serán pagaderos inmediatamente según lo dispuesto ... bajo el contrato". (Véase el 28 de junio de 2024 Qureshi Decl., Ex. 4 (Aviso de aceleración del 5 de agosto de 2022) (Exp. No. 48-4) en 2; id., Ex. S (Aviso de aceleración suplementaria del 8 de agosto de 2022) (Exp. No. 48-5) en 2) El 8 de julio de 2022, TV Azteca presentó una demanda en el Noveno Tribunal Superior de México contra ciertos tenedores de bonos, alegando "que el documento llamado 'Aviso de aceleración' de fecha 3 de mayo de 2022, ... no es legalmente válido y no tiene efecto legal alguno", y solicitando que "[l]a orden judicial que el pago del principal impago de los Bonos emitidos en virtud del Contrato ... no es debida ni pagadera". (28 de junio de 2024 Castillo Decl., Ex. 2 (8 de julio de 2022 Cmplt mexicano) (Exp. No. 49-2) en 4-5 (énfasis omitido); Id. (Exp. No. 49) párrafo 9)

El 12 de julio de 2022, el Noveno Tribunal Superior emitió una orden judicial que prohíbe a los tenedores de bonos hacer cualquier esfuerzo para cobrar el capital impago y los intereses adeudados por los bonos. (Id., Ex. 3 (12 de julio de 2022 Orden judicial mexicana) (Exp. No. 49-3))

El demandante inició la acción instantánea presentando una moción de juicio sumario en lugar de una demanda en la Corte Suprema del Estado de Nueva York, Condado de Nueva York, el 26 de agosto de 2022. (MSJ en lugar de Cmplt. (Exp. No. 1-1))

El 22 de septiembre de 2022, TV Azteca presentó una demanda contra Bank of New York Mellon, como Fiduciario, Bank of New York Mellon, London Branch, como Agente Principal de Pago, y ciertos tenedores de bonos en el Sexagésimo Tercer Tribunal Superior de México, buscando que se dictamine que, debido a "**casos fortuitos o de fuerza mayor**" relacionados con la pandemia de COVID-19, "el cumplimiento de las obligaciones asumidas en el [Contrato]" fue **una "imposibilidad material y jurídica"** y, en consecuencia, TV Azteca "NO

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

incumplió **las obligaciones contractuales** asumidas en el [Contrato]". (Ver 28 de junio de 2024 Castillo Decl., Ex. 7 (22 de septiembre de 2022 Tribunal Mexicano) (Dkt No. 49-7) en 4, 7 (énfasis en el original); d (Dkt No. 49) párrafos 16-17) TV Azteca solicitó al tribunal mexicano que "decrete que, por ocurrir casos fortuitos y de fuerza mayor que impidieron el cumplimiento de las obligaciones asumidas por [TV Azteca] por estar fuera de su control, durante la emergencia sanitaria, no se llevaría a cabo el vencimiento anticipado del pago del principal o de la prima, ni se realizará el pago de intereses en [ciertas fechas especificadas en el Contrato]; ni morosidad o intereses de demora o cualquier otra cantidad adicional, si la hubiera, establecida en el [Contrato]". (Véase id., Ex. 7 (22 de septiembre de 2022 Tribunal Mexicano) (Dkt No. 49-7) en 7 (énfasis omitido))

El 23 de septiembre de 2022, los demandados trasladaron la acción instantánea a este Tribunal sobre la base de la jurisdicción de diversidad. (Aviso de remoción (Exp. No. 1))

El 27 de septiembre de 2022, el Sexagésimo Tercer Tribunal Superior emitió una medida cautelar (ver 28 de junio de 2024 Castillo Decl. (Exp. No. 49) párrafo 20) que prohibió a TV Azteca realizar pagos adeudados en virtud del Contrato hasta que la Organización Mundial de la Salud decretara que la pandemia de COVID-19 había terminado. (Id., Ex. 8 (27 de septiembre de 2022 Orden judicial mexicana) (Dkt No. 49-8) en 7, 19)

El 28 de junio de 2024, el demandante presentó la presente demanda para que se dictara una orden que prohibiera a TV Azteca continuar procesando o iniciando acciones o reclamos en México en relación con el contrato. (Moción del Demandante (Exp. No. 46))

Por las razones que se indican a continuación, se concederá la solicitud de los demandantes de una orden judicial.

## ANTECEDENTES

### I. HECHOS

La demandada TV Azteca, uno de los mayores productores de contenido televisivo

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicado el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303535313830383137383

en español del mundo, está constituida en México y tiene su oficina principal en la Ciudad de México, México. (28 de junio de 2024 Qureshi Decl., Ex. 11 (Stip. Conjunto de Quiebras. Hechos no controvertidos) (Exp. No. 48-11) párrafos 1-2)[2] Las acciones de TV Azteca cotizan en la Bolsa Mexicana de Valores y en la Bolsa Latibex de España. (Id. párrafo 4) Un ciudadano mexicano y dos corporaciones mexicanas afiliadas tienen una participación mayoritaria en las acciones de TV Azteca. (id)

TV Azteca cuenta con 50 filiales directas e indirectas. (Id. párrafo 5) Seis de esas subsidiarias están organizadas bajo la ley de los Estados Unidos, mientras que las subsidiarias restantes están organizadas bajo la ley de otros países, incluido México. (Id. párrafo 5) Treinta y cuatro de las subsidiarias de TV Azteca son garantes de los Bonos bajo el Contrato. (Id. párrafo 6)

El 9 de agosto de 2017, de conformidad con el Contrato, TV Azteca emitió $400 millones en notas no garantizadas, que vencían en 2024. (Id. 18; párrafo Consulte también 28 de junio de 2024 Qureshi Decl., Ex. 2 (Contrato) (Exp. No. 48-2)) En virtud del Contrato, TV Azteca está obligada a realizar pagos de intereses a una tasa del 8.250% anual sobre la suma principal de $400 millones el 9 de agosto y el 9 de febrero de cada año durante el plazo del Contrato. (28 de junio de 2024 Qureshi Decl., Ex. 2 (Contrato) (Exp. No. 48-2) en 126; id., Ex. 11 (Estiupulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) párrafo 19)

El contrato contiene disposiciones sobre la elección de la ley y la selección del foro.

---

[2] El demandante ha presentado como prueba de su moción una estipulación conjunta de hechos no controvertidos que se presentó en el Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Nueva York después de que ciertos tenedores de bonos presentaran peticiones involuntarias del Capítulo 11 contra los demandados. (Véase el 28 de junio de 2024 Qureshi Decl., Ex. 11 (Stip. Conjunto de Quiebras Hechos No Controvertidos) (Exp. No. 48-11); Orden del 16 de octubre de 2023 (Exp. No. 28) en 1; In re TV Azteca, S.A.B. de C.V., No. 23-10385 (LGB) (Bankr. S.D.N.Y.), Exp. No. 61) Los demandados no se oponen al uso de esta prueba por parte del demandante (ver Oposición del demandado(Exp. No. 52)), y el Tribunal lo cita con el fin de proporcionar información de antecedentes.

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

Dichas disposiciones precisan, en particular, que cada parte del contrato

(1) "acuerda que cualquier demanda, acción o procedimiento en su contra que surja de o esté relacionado con este Contrato (incluidas las Garantías de los Bonos) o los Pagarés ... puede instituirse en cualquier tribunal del Estado de Nueva York o en cualquier tribunal de los Estados Unidos que se reúna, en cada caso, en el *Borough* de Manhattan, la ciudad de Nueva York, Nueva York, Estados Unidos de América, y cualquier tribunal de apelación de cualquier tribunal de la misma' (id., Ex. 2 (Contrato) (Exp. No. 48-2) en 106; véase también id., Ex. 11 (Estipulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) párrafo 20);

(2) "renuncia, en la medida en que lo permita la ley aplicable, a cualquier objeto que pueda tener ahora o en el futuro para establecer el lugar de cualquier demanda, acción o procedimiento, a cualquier inmunidad de jurisdicción de dichos tribunales sobre cualquier demanda, acción o procedimiento, a su derecho a entablar una acción en cualquier otra jurisdicción que pueda aplicarse en virtud de su domicilio presente o futuro o por cualquier otra razón, cualquier reclamo de que cualquier demanda, acción o procedimiento en dicho tribunal se ha presentado en un foro inconveniente y cualquier derecho a cualquier otra jurisdicción a la que pueda tener derecho debido al lugar de residencia o domicilio, o por cualquier otra razón" (id., Ex. 2 (Contrato) (Exp. No. 48-2) en 106; véase también id., Ex. 11 (Estipulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) párrafo 20);

(3) "consiente irrevocablemente y se somete a la jurisdicción exclusiva de cualquier tribunal del Estado de Nueva York o de cualquier tribunal de los Estados Unidos que se reúna, en cada caso, en el distrito de Manhattan, la ciudad de Nueva York, Nueva York, los Estados Unidos de América, y cualquier tribunal de apelación de cualquier tribunal de los mismos" (d, Ex. 2 (Contrato) (Exp. No. 48-2) en 106; véase también id., Ex. 11 (Estipulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) párrafo 20);

(4) "acuerda que la sentencia definitiva en cualquier demanda, acción o procedimiento que se presente en dicho tribunal será concluyente y vinculante y podrá ejecutarse en los tribunales de la jurisdicción a la que está sujeta mediante una demanda tras la sentencia [.]" (Id., Ex. 2 (Contrato) (Exp. No. 48-2) en 106; véase también id., Ex. 11 (Estiupulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) párrafo 20)

"Antes del 9 de febrero de 2021, TV Azteca pagaba intereses a su vencimiento en virtud de los Bonos". "El 9 de febrero de 2021, [sin embargo,] TV Azteca anunció públicamente que 'aplazaría' el pago de intereses adeudado en esa fecha " (id. Ex. 11 (Estiupulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) párrafo 23; véase también id., Ex. 7 (Comunicado de prensa de TY Azteca del 9 de febrero de 2021) (Exp. No. 48-7)), y TV Azteca no realizó los pagos de intereses requeridos que vencían el 9 de agosto de

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030353138303831373832

2021, el 9 de febrero de 2022, el 9 de agosto de 2022 y en febrero de 2023. (Ej. 11 (Estipulaciones Conjuntas de Quiebra Hechos No Controvertidos) (Exp. No. 48-11) parrafo 24)

El 3 de mayo de 2022, los tenedores de más del 25% del monto principal agregado de los Bonos en circulación en emisión (los "Tenedores de Bonos") autorizaron la emisión de un aviso de aceleración a TV Azteca, que declaró que "el principal impago (y la prima, si corresponde) y los intereses devengados y no pagados de todos los Bonos vencen y son pagaderos de inmediato según lo dispuesto en el Contrato". (Id., Ex. 3 (Aviso de aceleración del 3 de mayo de 2022) (Exp. No. 48-3) en 3) Bajo la dirección de los tenedores de bonos, el demandante emitió un aviso de aceleración a TV Azteca el 5 de agosto de 2022 y emitió un suplemento al aviso de aceleración del 5 de agosto de 2022 a TV Azteca el 8 de agosto de 2022. El aviso complementario declaró que "el capital impago de $ 400,000,000, la prima, los intereses acumulados y no pagados, y cualquier otro monto adeudado en los Bonos, y bajo el Contrato, vencen y son pagaderos inmediatamente según lo dispuesto ... bajo el contrato". (Véase id., Ex. 4 (Aviso de aceleración del 5 de agosto de 2022) (Exp. No. 48-4) en 2; id., Ex. S (8 de agosto de 2022 Supp. Aviso de aceleración) (Exp. No. 48-5) en 2)

## II. HISTORIA DEL PROCEDIMIENTO

### A. Litigios extranjeros

#### 1. La Acción Mexicana en julio de 2022

Como se señaló anteriormente, el 8 de julio de 2022, TV Azteca presentó una demanda en el Noveno Tribunal Superior de México contra ciertos Bonistas (la "Acción Mexicana de julio de 2022"), afirmando "que el documento denominado 'Aviso de Aceleración' de fecha 3 de mayo de 2022, ... no es legalmente válido y no tiene ningún efecto legal", y pidiendo que "[l]a orden judicial que el pago del principal impago de los Bonos emitidos en virtud del Contrato ... no es debida ni pagadera". (Jun. 28, 2024 Castillo Decl., Ex. 2 (8 de julio de 2022 Cmplt. Mexicano) (Exp. No. 49-2) en 4-5 (énfasis omitido); id. (Exp. No. 49) párrafo

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035531383038313733832

9) Si bien el demandante no es nombrado como demandado en esta acción, TV Azteca solicitó que el demandante "sea llamado como [un] tercero [y], en virtud de la capacidad [que tiene] en relación con el contrato, es decir, [fue] designado como Fiduciario ... en relación con el Acuerdo y Bonos emitidos en virtud de la misma, por lo que se considera que debe estar obligado por la sentencia, si la hubiera, que pueda emitirse en este procedimiento". (ID., Ex. 2 (8 de julio de 2022 Cmplt mexicano) (Exp. No. 49-2) en 77-78)

El 12 de julio de 2022, el Tribunal Superior Noveno de México emitió una ex parte interdicto (véase id. (Exp. No. 49) párrafo 12) otorgando "las medidas cautelares solicitadas por TV Azteca", incluyendo (1) "[l]a suspensión de los efectos y consecuencias que pudieran derivarse del documento de fecha 3 de mayo de 2022, al que se pretendía dar el carácter de 'Aviso de Vencimiento Anticipado', presumiblemente suscrito por los [Bonistas], en virtud del cual buscaban la 'Aceleración' y/o vencimiento anticipado del principal e intereses devengados y no pagados de todos los bonos suscritos bajo el Contrato Acuerdo", y (2) "[l]a prohibición de los [Tenedores de Bonos] de presentar e iniciar cualquier procedimiento destinado al cobro y/o pago del capital impago de los bonos emitidos en virtud del Acuerdo de Contrato de fecha 9 de agosto de 2017, en ejecución o materialización del documento de fecha 3 de agosto de dos mil veintidós, al que se pretendía dar el carácter de 'Aviso de Vencimiento Anticipado, contra [TV Azteca] o subsidiarias, incluidos los garantes subsidiarios". (Id., Ex. 3 (12 de julio de 2022 Orden judicial mexicana) (Exp. No. 49-3) en 3 (énfasis omitido)) La medida cautelar del 12 de julio de 2022 establece además que las "medidas cautelares solicitadas serán válidas hasta que se dicte la sentencia definitiva y ejecutoria...". (Id. en 4)

El 17 de agosto de 2022, el Noveno Tribunal Superior prorrogó la medida cautelar del 12 de julio de 2022 "con el fin de suspender los efectos y consecuencias que puedan derivarse de los documentos de fecha 5 y 8 de agosto, ambos de agosto de 2022, denominados 'Aviso de Vencimiento Anticipado'; Se prohíbe a los [tenedores de bonos] y al fiduciario iniciar cualquier procedimiento destinado a la recaudación y/o pago del capital no

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035313830383137383832

pagado de los bonos emitidos en virtud del contrato de emisión de fecha 9 de agosto de 2017, en ejecución o materialización de los documentos de fecha 5 y 8, ambos de agosto del año 2022." (id, Ex. 4 (Prórroga de la orden judicial mexicana del 17 de agosto de 2022) (Exp. No. 49-4) en 2 (énfasis omitido))

El litigio sigue en curso en la Acción Mexicana de julio de 2022, y no se ha emitido una sentencia definitiva en ese caso. (Ver 12 de septiembre de 2025 Regla de estado conjunto (Exp. No. 96))

2. **La Acción Mexicana de septiembre de 2022**

Como se discutió anteriormente, el 22 de septiembre de 2022, TV Azteca presentó una demanda ex parte (ver 28 de junio de 2024 Castillo Decl. (Exp. No. 49) párrafos 16, 19) contra el Bank of New York Mellon, como Fiduciario, y Banlc of New York Mellon, Sucursal de Londres, como Agente Pagador Principal, y ciertos tenedores de bonos en el Sexagésimo Tercer Tribunal Superior de México, afirmando que debido a "casos fortuitos o de fuerza mayor" relacionados con la pandemia de COVID-19, "el cumplimiento de las obligaciones asumidas en el [Contrato]" era **una "imposibilidad material y leal"**, y que, en consecuencia, TV Azteca **"NO dejó de cumplir con las obligaciones contractuales** asumidas en el [Contrato]". ( Ver 28 de junio de 2024 Castillo Decl., Ex. 7 (22 de septiembre de 2022 Cmplt.) mexicano (Dkt No. 49-7) en 4, 7; id. (Dkt No. 49) párrafos 16-17) (énfasis en el original) TV Azteca solicitó al tribunal que "decrete que, como caso fortuito y evento de fuerza mayor lugar que impidió el cumplimiento de las obligaciones asumidas por [TV Azteca] por estar fuera de su control, durante la emergencia sanitaria, no se iba a realizar el Vencimiento Anticipado del pago del principal o de la prima, ni tampoco el pago de intereses el 9 de febrero de 2021, el 9 de agosto de 2021 y el 9 de febrero de 2022; ni morosidad o intereses de demora o cualquier otra cantidad adicional, si la hubiera, establecida en el [Contrato]". (Véase id., Ex. 7 (22 de septiembre de 2022 Cmplt mexicano) (Dkt No. 49-7) en 7 (énfasis omitido)) TV Azteca solicitó además que el tribunal "decrete la ineficacia legal del documento titulado 'Aviso de vencimiento anticipado' con

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CIUDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030353138303831373832

fecha del 3 de mayo de 2022", y dictamine que "el vencimiento anticipado del pago del principal o la prima [no tuvo] lugar", y por lo tanto que "no es apropiado exigir el pago de la prima, los intereses devengados y no pagados, y otros montos adeudados en virtud de ciertos bonos senior al 8.250% con vencimiento en 2024". TV Azteca también pidió al tribunal que dictaminara que "el acuerdo [de contrato], con fecha del 9 de agosto de 2017, [es] nulo y sin efecto". (Id. en 7-8 (énfasis omitido))

El 27 de septiembre de 2022, el Sexagésimo Tercer Tribunal Superior emitió un ex parte interdicto (véase id. (Exp. No. 49) párrafo 22) ordenando que "hasta el momento en que la Organización Mundial de la Salud decrete la extinción de la pandemia conocida como SARS-CoV2 (COVID 19), [TV Azteca] tiene prohibido cobrar pagos de obligaciones" bajo el Contrato "vencido antes de la presente demanda". (ID., Ex. 8 (27 de septiembre de 2022 Orden judicial mexicana) (Dkt No. 49-8) en 7, 19) La medida cautelar del 27 de septiembre de 2022 también incluye "una prohibición [como] para los [Tenedores de Bonos] de iniciar y/o presentar cualquier procedimiento para el cobro y/o pago del principal impago de los Bonos emitidos bajo el [Contrato], en ejecución o materialización del documento de fecha 3 de mayo de 2022, que pretendía ser un 'Aviso de Vencimiento Anticipado,'" y ordena la "suspensión de todo procedimiento de ejecución y la prohibición de la garantía de bienes en perjuicio de [TV Azteca] hasta la emisión de la sentencia que sea ejecutoria en el presente procedimiento". (kL a los 19) La medida cautelar del 27 de septiembre de 2022 ordena además "la suspensión de los efectos y consecuencias que pudieran derivarse del vencimiento anticipado del principal y de los intereses devengados y no pagados de todos los bonos suscritos en virtud del [Contrato]" y "la suspensión de todas las obligaciones de pago derivadas del [Contrato]...". (Ídem.)

Litigio en la Acción Mexicana de septiembre de 2022 , así como litigio en una acción relacionada que impugna la constitucionalidad de la medida cautelar del 27 de septiembre de 2022 en virtud de La ley mexicana 3 sigue en curso y no se ha emitido una

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383238

sentencia definitiva. (Ver 12 de septiembre de 2025 Estatuto Conjunto (Exp. Nº 96))

**B. La acción instantánea**

El demandante inició la acción instantánea el 26 de agosto de 2022 al presentar una moción de juicio sumario en lugar de una queja [3] en la Corte Suprema del Estado de Nueva York, Condado de Nueva York. (MSJ en lugar de Cmplt. (Exp. No. 1-1)) El 23 de septiembre de 2022, los Demandados trasladaron la acción a este Tribunal sobre la base de la jurisdicción de diversidad. (Aviso de remoción (Exp. No. 1))

En una orden del 16 de octubre de 2023, este Tribunal suspendió la acción instantánea de conformidad con la sección 362, del 11 U.S.C. pendiente de resolución de peticiones involuntarias del Capítulo 11 presentadas contra los Demandados por ciertos Tenedores de Bonos en el Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Nueva York. (Orden del 16 de octubre de 2023 (Exp. No. 28) en 1-3) Ese mismo día, este Tribunal ordenó a las partes que "presentaran una carta conjunta actualizando al Tribunal sobre el estado de la petición de quiebra y los litigios mexicanos cada 30 días y, en cualquier caso, dentro de los tres días posteriores a la resolución de cualquiera de esas acciones". (Id. en 3)

El 28 de junio de 2024, el demandante solicitó una orden que prohibiera a TV Azteca "continuar procesando o iniciando cualquier reclamo en cualquier acción en México en relación con el [contrato]...". (Moción del Demandante (Exp. No. 46) en 2)

Los demandados presentaron su oposición a la moción de los demandantes el 29 de julio de 2024 (Oposición del demandado (Exp. No. 52)), y el demandante presentó su respuesta el 14 de agosto de 2024. (Respuesta Demandante (Exp. No. 54))

---

3 El 15 de marzo de 2023, el demandante presentó una acción de "amparo" en México, que "es un procedimiento separado en un tribunal separado para buscar la reparación disponible en los tribunales mexicanos para proteger los derechos constitucionales fundamentales". (28 de junio de 2024 Castillo Decl. (Dkt No. 49) \ 23 n.1) En su acción de amparo, el demandante sostiene "que la medida cautelar [27 de septiembre de 2022] viola los derechos al debido proceso [del demandante]". (Ídem. \ 23; véase también id., Ejemplo 9 (Recurso de amparo) (Dkt Nº 49-9))

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035313830383137383832

El 10 de octubre de 2024, se levantó la suspensión de la presente acción después de que las partes informaran al Tribunal de que el Tribunal de Quiebras de los Estados Unidos para el Distrito Sur de Nueva York había desestimado la acción de quiebra presentada contra los Demandados. (Orden del 10 de octubre de 2024 (Exp. No. 61))

## DISCUSIÓN

### I. NORMAS LEGALES

"Está fuera de toda duda que un tribunal federal puede prohibir a una parte ante él que inicie un litigio en un foro extranjero". Paramedics Electromedicina Comercial, Ltda. v. GE Med. Sys. Info. Techs., Inc., 369 F.3d 645, 652 (2d Cir. 2004). "[P]rinciples de cortesía aconsejan [,] [sin embargo,] que las medidas cautelares que restringen los litigios extranjeros se 'usen con moderación' y se otorguen solo con cuidado y gran moderación". Id. (citando China Trade & Dev. Corp. v. M.V. Choong Yong, 837 F.2d 33, 36 (2d Cir. 1987)).

Antes de imponer una medida cautelar, un tribunal debe determinar primero que se cumplen los siguientes requisitos mínimos: "[1.] las partes son las mismas en ambos asuntos, y [2.] la resolución del caso ante el tribunal de medidas cautelares es determinante de la acción que se va a prohibir". ID. (citando China Trade, 837 F.2d en 35).

Cuando se cumplen los requisitos mínimos para prohibir litigios extranjeros, un tribunal debe considerar si "(1) [en ausencia de una orden judicial,] la frustración de una política en el foro de prohibición [se produciría]; (2) [en ausencia de una orden judicial,] la acción extranjera sería vejatoria;

(3) [el procedimiento extranjero presenta una amenaza para el órgano jurisdiccional emisor [...]

jurisdicción; (4) el los procedimientos en el otro foro perjudican las consideraciones de equidad; [y] (5) la adjudicación de las mismas cuestiones en acciones separadas daría lugar a demoras, inconvenientes, gastos, incompatibilidades o una carrera por juzgar"[4] (los "factores comerciales de China"). China Trade, 837 F.2d en 35 (citando American Home Assurance Corp. v. La Corporación de Seguros de Irlanda, Ltd., 603 F.Supp. 636, 643 (S.D.N.Y. 1984)); véase también Karaha Bodas Co. v. Perusahaan Pertambangan Minyak Dan Gas Bumi Negara, 500 F.3d 111, 119

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.
LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303035353138303831373832

(2d Cir. 2007) (aplicando los mismos cinco factores).

Cuando un "tribunal ha abordado la conveniencia de imponer una medida cautelar en virtud de la prueba del China Trade [y ha determinado que se justifica una medida cautelar], el... el tribunal debe entonces determinar si es apropiado dictar una orden judicial preliminar...". In re Millenium Seacarriers, Inc., 458 F.3d 92, 98 (2d Cir. 2006) (énfasis omitido); véase también Dandong v. Pinnacle Performance Ltd., No. 10 CIV. 8086 LBS, 2011 WL 6156743, en *3 (S.D.N.Y. 12 de diciembre de 2011), aff'd en parte, devuelto en parte por otros motivos sub nom. Lam Yeen Leng v. Pinnacle Performance Ltd., 474 F. App'x 810 (2d Cir. 2012) ("Además de satisfacer la prueba de China Trade , la jurisprudencia reciente del Segundo Circuito ha sostenido que una parte que solicita una medida cautelar preliminar también debe satisfacer la prueba tradicional para una medida cautelar preliminar". (citando Software A.G., Inc. v. Consist Software Solutions, Inc., 323 Fed. Appx. 11, 12 (2d Cir. 2009) (orden sumaria); In re Millenium Seacarriers, 458 F.3d en 98)). "Una parte que solicita una orden judicial preliminar debe demostrar (1) un daño irreparable; (2) una probabilidad de éxito en los méritos o tanto cuestiones serias en los méritos como un equilibrio de dificultades que favorecen decididamente a la parte actora; y (3) que una orden judicial preliminar es de interés público". Liga de Fútbol de América del Norte, LLC contra United States Soccer Fed'n, Inc., 883 F.3d 32, 37 (2d Cir. 2018).

## II. ANÁLISIS

Señalando que "la cláusula de selección de foro del Contrato ... confiere *jurisdicción exclusiva* a los tribunales de Nueva York para adjudicar todas las disputas que surjan o estén relacionadas con el Contrato", el Demandante sostiene que "el litigio de TV Azteca en México busca expresamente ... para eludir sus obligaciones en virtud de su contrato de arrendamiento regido por la ley [de Nueva York] y para evadir la jurisdicción de los tribunales de Nueva York a la que TV Azteca se sometió irrevocablemente cuando firmó el contrato". (Demandante Br. (Exp. No. 47) en 6-7 (énfasis en el original)) Según el demandante,

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030353138303831373832

> TV Azteca... intento de socavar la jurisdicción de este Tribunal y evadir sus obligaciones contractuales en virtud de la ley [de Nueva York] [constituye].... conducta [que] golpea el corazón de nuestro sistema judicial y viola la sólida política pública que apoya la aplicación de las cláusulas de selección de foro y la jurisdicción de los tribunales federales en los Estados Unidos.

(id en 7) El demandante "solicita que este Tribunal prohíba inmediatamente a TV Azteca continuar o iniciar cualquier otro procedimiento en México que surja o se relacione con el Contrato... " (Íd.)

Al oponerse a la moción del Demandante para una medida cautelar contra la demanda, los Demandados argumentan que los principios de cortesía internacional prevalecen aquí, y que la solicitud de una medida cautelar contra la demanda debe ser denegada porque "afectaría los derechos constitucionales fundamentales [de TV Azteca] y otros derechos bajo la ley mexicana". (Oposición del demandado(Exp. No. 52) en 5) Los demandados también señalan que "[l]itigación aquí y en México [ha] estado procediendo simultáneamente durante un año y medio y [que] el demandante ha participado activamente en ambos", lo que demuestra que "este Tribunal no necesita actuar para proteger su jurisdicción". "Los litigios mexicanos no están interfiriendo con la jurisdicción de esta Corte" ni "impidiendo el progreso del [presente] caso". (Ídem.) En cuanto al daño irreparable, los Demandados afirman que el Demandante "litigó en México durante dieciocho meses sin reclamar nunca un daño irreparable" y que, en consecuencia, el Demandante no ha hecho la demostración necesaria para justificar el "remedio drástico" de una orden judicial contra la demanda. (Id. en 6)

A. <u>Requisitos de umbral</u>

Como se señaló anteriormente, "[u]na medida cautelar contra litigios [extranjeros] paralelos solo puede imponerse si [1.] las partes son las mismas en ambos asuntos, y [2.] la resolución del caso ante el tribunal de medidas cautelares es determinante de la acción que se va a ordenar". <u>Paramédicos,</u> 369 F.3d en 652 (citando <u>China Trade,</u> 837 F.2d en 35).

El demandante argumenta que estos dos requisitos de umbral se cumplen aquí. (Demandante Br. (Exp. No. 47) en 18-21) En cuanto al "primer requisito de umbral", el demandante

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

señala que "no es necesario que las partes sean idénticas en ambos asuntos siempre que las "partes reales interesadas" sean las mismas" (d en 18 (citando Deutsche Mexico Holdings S.a.r.l. v. Accendo Bank, S.A., Caso No. 19 Civ. 8692 (AKH), 2019 WL 5257995, en *5 (S.D.N.Y. 17 de octubre, 2019))), y que "las [c]ortes han encontrado que las partes son las mismas 'partes reales en interés' cuando sus intereses están alineados y/o las partes no idénticas son superfluas para la acción". (Ídem. en 18-19 (citando Int'l Equity Investments, Inc. v. Opportunity Equity Partners Ltd., 441 F. Supp. 2d 552, 562 (S.D.N.Y. 2006); Motorola Credit Corp. v. Uzan, Caso No. 02 Civ. 666 (JSR), 2003 WL 56998, en *2 (S.D.N.Y. 7 de enero de 2003)))

Aquí, el Demandante "es el Fiduciario [de los Bonos], [y] es efectivamente un apoderado y actúa bajo la dirección expresa de los Tenedores de Bonos que buscan hacer valer sus intereses con respecto al Contrato [como] contra el demandado, TV Azteca, y sus Garantes. En las [a]ctions, el demandante es TV Azteca, [que] busca prohibir la aceleración y los pagos de los Bonos bajo el *mismo Contrato* a través de un litigio contra el *mismo Fiduciario* salvaguardando los derechos de los *mismos Tenedores de Bonos*". (ID. en 19 (énfasis en el original)) Por lo tanto, el primer requisito de umbral se cumple porque "si las acciones soberanas y democráticas implican el mismo contrato, las partes 'reales' interesadas en todas estas acciones son claramente las mismas: TV Azteca y el Fiduciario que actúan bajo la dirección de los tenedores de bonos, y las partes que no se superponen (el Garantes y los tenedores de bonos individuales) son superfluos en el sentido de que no son necesarios para el alivio solicitado". (Id.)

En cuanto al segundo requisito de umbral, el demandante argumenta que "La investigación relevante es "si la sustancia de las reclamaciones y argumentos planteados en las dos acciones es lo mismo". (Ídem. en 20 (citando AU New Haven, LLC v. YKI€ Corp., Caso No. 15-cv-3411 (GHW) (SN), 2018 WL 2128373, en *3 (S.D.N.Y. 8 de mayo de 2018) (citando In re Vivendi Universal, S.A. Sec. Litig., No. 02-CV-5571 (RJH)(HBP), 2009 WL 3859066, en *6 (S.D.N.Y. 19 de noviembre de 2009))))

Y según el demandante, "[e]sta decisión de la Corte en la [a]cción [d]oméstica, que se refiere completamente a las obligaciones de TV Azteca bajo el Contrato con respecto a los

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizado por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicado el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

intereses y el capital no pagados, resolvería por completo la disputa subyacente [en] las [alcciones soberanas [que buscan la no aplicación del mismo Contrato]". (Id. en 21)

Los demandados no abordan si aquí se cumplen los requisitos mínimos para la emisión de una orden judicial contra la demanda. (Véase Oposición del demandado(Exp. No. 52))

En cuanto al primer factor umbral, el demandante tiene razón en que "[l]as decisiones que interpretan China Trade han sostenido que ... las partes no necesitan ser idénticas en ambos asuntos, siempre que las 'partes reales interesadas' sean las mismas..." Deutsche Mexico Holdings S.a.r.1., 2019 WL 5257995, en *5 (citando Motorola Credit Corp. v. Uzan, No. 02-CV-666, 2003 WL 56998 (S.D.N.Y. 7 de enero de 2003)); véase también Paramedics, 369 F.3d en 652-53 (primer requisito de umbral satisfecho cuando "[e]l expediente respalda la vinculación del tribunal de distrito de similitud y afiliación sustanciales entre [las partes en la acción de Nueva York] y [las partes en la acción extranjera]" (citando Motorola Credit Corp. v. Uzan, No. 02 CIV. 666 (JSR), 2003 WL 56998, en *2 (S.D.N.Y. 7 de enero, 2003) ("constatando una similitud suficiente entre las partes, aunque no todas las partes en las dos acciones fueran idénticas, porque 'las partes reales interesadas son las mismas en ambas materias'"); MasterCard Int'l Inc. v. Argencard Sociedad Anonima, No. 01 CIV. 3027 (JGK), 2002 WL 432379, en *10 (S.D.N.Y. 20 de marzo de 2002) ("encontrando suficiente similitud entre las partes a pesar de la intervención en una acción extranjera" por parte de una entidad que "'no era parte necesaria en esa acción"))); véase también Int'l Equity Invs., Inc., 441 F. Supp. 2d en 562 ("Cuando las partes en las dos acciones son afiliados o sustancialmente similares, de modo que sus intereses estén representados entre sí, los tribunales han determinado que se cumple el primer requisito").

En cuanto al segundo factor umbral, "[l]os tribunales de este Circuito han considerado que las medidas cautelares son apropiadas incluso cuando las reclamaciones en las acciones extranjeras y nacionales no eran exactamente idénticas, sino que al menos se basaban en la misma disputa subyacente". Bailey Shipping Ltd. v. Am. Bureau of Shipping, No. 12 CIV. 5959 KPF, 2013 WL 5312540, en *10 (S.D.N.Y. 23 de septiembre de 2013) (citando

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México; certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. A[illegible] Y. PALMA CARRO
PERITO [illegible]CTOR AUTORIZADO
H. TRIB[illegible] [illegible]PERIOR DE JUSTICIA
[illegible]DAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303535138303831373832

Suchodolski Assocs., Inc. v. Cardell Fin. Corp. No. 03 Civ. 4148(WHP), 2006 WL 10886, en *3 (S.D.N.Y. 3 de enero de 2006), affid en la parte relevante, desestimado en parte por otros motivos, 261 F. App'x 324 (2d Cir.2008) (orden sumaria); SG Avipro Fin. Ltd. v. Cameroon Airlines, No. 05 Civ. 655 (LTS) (DFE), 2005 WL 1353955, en * 3 (S.D.N.Y. 8 de junio de 2005)). "El la pregunta pertinente [en cuanto al segundo factor umbral] es 'si la sustancia de las alegaciones y argumentos planteados en las dos acciones es la misma'". AU New Haven, LLC, 2018 WL 2128373, en *3 (citando In re Vivendi Universal, S.A. Sec. Litig., 2009 WL 3859066, en *6). "Por lo tanto, 'el criterio 'dispositivo' puede satisfacerse cuando un procedimiento extranjero necesariamente hará que una determinación de la 'cuestión central' en el centro de una reclamación se decida adecuadamente solo en una acción interna pendiente."' Id. (citando a Bailey Shipping, 2013 WL 5312540, en *9).

Aquí, este Tribunal determina que TV Azteca es parte de la Acción Mexicana de julio de 2022, la Acción Mexicana de septiembre de 2022 y la presente acción. En los tres casos, TV Azteca sostiene que no necesita cumplir con ciertas obligaciones financieras bajo el Contrato que surgen de su presunto incumplimiento de $400 millones en notas no garantizadas. (Ver Decl. Castillo del 28 de junio de 2024, Ex. 2 (8 de julio de 2022 Cmplt mexicano) (Exp. No. 49-2); id., Ex. 7 (22 de septiembre de 2022 Cmplt mexicano) (Dkt No. 49-7); Def. Br. (Exp. No. 9) en 19-21 (que describe los argumentos de los Demandados en oposición a la moción del Demandante para un juicio sumario en lugar de la demanda)) Además, los Demandados en el acción instantánea — TV Azteca y sus garantes subsidiarios — "están afiliados o son sustancialmente similares" a TV Azteca en las dos acciones mexicanas; "de modo que sus intereses están representados entre sí". Acciones Internacionales Invs., 441 F. Supp. 2d en 562.

The Bank of New York Mellon , en su calidad de Fiduciario de los bonos— es parte tanto de la acción nacional instantánea como de la Acción Mexicana de septiembre de 2022. En ambos acciones, The Bank of New York Mellon busca hacer valer los intereses de los tenedores de bonos contra TV Azteca que surgen del presunto incumplimiento de TV Azteca de $400

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 25 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030553138303831373832

millones en notas no garantizadas bajo el contrato. *Véase* MSJ en lugar de Cmplt. (Exp. No. 1-1); 28 de junio de 2024 Castillo Decl., Ex. 7 (22 de septiembre de 2022 Cmplt. Mexicano) (Dkt No. 49-7)) Y aunque The Bank of New York Mellon no es parte de la Acción Mexicana de julio de 2022, los demandados en esa acción son tenedores de bonos que de manera similar buscan hacer valer sus intereses contra TV Azteca relacionados con el presunto incumplimiento de TV Azteca de $400 millones en notas no garantizadas bajo el Contrato. (Ver Decl. Castillo del 28 de junio de 2024, Ex. 2 (8 de julio de 2022 Cmplt mexicano) (Exp. No. 49-2)) Y TV Azteca ha solicitado en su demanda en la Acción Mexicana de julio de 2022 que The Bank of New York Mellon "sea llamado como [un] tercero[y], en virtud de la capacidad [que tiene] en relación con el Contrato, es decir, [fue] designado como Fiduciario ... en relación con el Acuerdo y los Bonos emitidos en virtud del mismo, por lo que se considera que debe estar obligado por la sentencia, si la hubiere, que pueda emitirse en este procediendo". (Id. en 77-78) El Tribunal concluye que el Demandante está "afiliado o sustancialmente similar" a los demandados en las dos acciones mexicanas, "de modo que sus intereses estén representados el uno por el otro...". Invs de Renta Variable Internacional, 441 F. Supp. 2d en 562.

En resumen, si bien las partes en la presente acción interna no son idénticas a las partes en las dos acciones mexicanas, las "partes reales en interés" son las mismas en los tres casos. Por lo tanto, se cumple el primer factor umbral. Véase , por ejemplo, AU New Haven, 2018 WL 2128373, en

*2 (Si bien la parte en la acción nacional no era idéntica a la parte en la acción extranjera, el tribunal concluyó que los "intereses de ambas partes en las dos acciones están indudablemente alineados. Ambos tratan de demostrar que los productos de YKIC estaban amparados por la patente japonesa. [En consecuencia,] [l]as partes en las dos acciones son las mismas a los efectos de la medida cautelar anti-demanda."); véase también Eastman Kodak Co. v. Asia Optical Co., 118 F. Supp. 3d 581, 587 (S.D.N.Y. 2015) (sosteniendo que "se cumple el primer requisito [umbral]", y señalando que "la presencia de un demandante adicional [en la acción

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CIUDAD DE MÉXICO

60

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303035353138303831373832

extranjera] no altera esta conclusión").

En cuanto al segundo factor umbral, este Tribunal concluye que una decisión en la presente acción nacional sería determinante de las acciones mexicanas, porque los tres casos se refieren a las obligaciones financieras de los Demandados derivadas del presunto incumplimiento de TV Azteca de $400 millones en notas no garantizadas emitidas bajo el Contrato. Como se discutió anteriormente, tanto la Acción Mexicana de julio de 2022 como la Acción Mexicana de septiembre de 2022 se refieren a las obligaciones de TV Azteca relacionadas con su presunto incumplimiento de los mismos bonos no garantizados emitidos bajo el Contrato. Véase, por ejemplo, AU New Haven, 2018 WL 2128373, en *3 (en el que se concluye que se cumplió el segundo factor umbral porque "la resolución de la presente acción requerirá que el Tribunal decida la misma controversia subyacente , si los productos que YKK vendió en Japón estaban cubiertos por la patente japonesa y el [acuerdo de licencia ejecutiva ], y por lo tanto será determinante de la acción japonesa").

Por todas estas razones, aquí se cumplen ambos requisitos de umbral.

B. **Factores en China Trade que influyen en la conveniencia de otorgar medidas cautelares**

Cuando, como en este caso, se cumplen los requisitos mínimos para prohibir los litigios extranjeros, un tribunal debe pasar a considerar si "(1) [en ausencia de una orden judicial, I frustración de una política en el foro de prohibición [se producirá]; (2) [en ausencia de una orden judicial,] la acción extranjera sería vejatoria; 3) [el procedimiento extranjero presenta] una amenaza para el órgano jurisdiccional emisor [...] jurisdicción; (4) los procedimientos en el otro foro perjudican otras consideraciones equitativas; [y] (5) la adjudicación de los mismos asuntos en acciones separadas resultaría en demoras, inconvenientes, gastos, inconsistencias o una carrera hacia el juicio". China Trade, 837 F.2d en 35 (citando American Home Assurance, 603 F.Supp en 643).

El demandante sostiene que todos estos factores pesan a su favor,

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

Caso 1:22-cv-08164-PGG Documento 97 Presentado el 22/09/25 Página 19 de 40

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030313030303030353138303831373832

argumentando que (1) en ausencia de una orden judicial, las acciones mexicanas frustrarán la política pública de esta nación de hacer cumplir las cláusulas de selección de foro; (2) las medidas cautelares ex parte obtenidas por TV Azteca en las acciones mexicanas han sido vejatorias; (3) la cláusula de selección de foro otorga a este Tribunal jurisdicción exclusiva sobre cualquier disputa relacionada con el Contrato, y la jurisdicción exclusiva de este Tribunal se ve amenazada por las acciones mexicanas; (4) consideraciones equitativas respaldan la emisión de una orden judicial contra la demanda, dado que TV Azteca ha participado en la búsqueda del foro en violación de la cláusula de selección de foro; y (5) permitir que las acciones mexicanas procedan en violación de la cláusula de selección de foro causaría más demoras, inconvenientes, gastos y arriesgaría fallos inconsistentes. (Ver Demandante Br. (Exp. No. 47) en 21-28)

En respuesta, los demandados argumentan que el análisis del primer y tercer factor de China Trade aquí, si las acciones mexicanas frustran los intereses de política pública de esta nación y si las acciones mexicanas amenazan la jurisdicción de esta Corte, "pesa en contra de la emisión de una medida cautelar", al igual que la consideración equitativa de la cortesía internacional. (Oposición del demandado (Exp. No. 52) en 11-12) Los demandados no abordan sustancialmente los factores segundo y quinto de China Trade (vejatoria y demora, inconvenientes y gastos) y sostienen que aunque "los tribunales generalmente consideran [estos] factores adicionales ... , [ellos] son de menor importancia porque probablemente 'estarán presentes siempre que se lleven a cabo acciones paralelas al mismo tiempo, por lo que 'una medida cautelar anti-demanda basada en estos factores adicionales factores por sí solos tenderían a socavar la política que permite que continúen los procedimientos paralelos y desfavorece las medidas cautelares contra la demanda". (Id. en 12 (citando China Trade, 837 F.2d en 36))

Aunque "[l]os primeros y terceros factores [del China Trade] ... son de mayor importancia", Forbes IP (HK) Ltd. v. Media Bus. Generators, S.A. de C.V., No. 23-CV-11168 (JGLC), 2024 WL 1743109, en *5 (S.D.N.Y. 23 de abril de 2024) (citando China Trade, 837 F.2d

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035313830383137383

en 36),

y aunque "los principios de cortesía aconsejan que las medidas cautelares que restringen los litigios extranjeros se 'utilicen con moderación' y 'se concedan sólo con cuidado y gran moderación'", Paramedics, 369 F.3d en 653 (citando China Trade, 837 F.2d en 36), el Segundo Circuito ha dejado claro "que todos los factores [de China Trade] deben tenerse en cuenta al determinar si se justifica una medida cautelar". Karaha Bodas, 500 F.3d en 119 (énfasis en el original).

En consecuencia, este Tribunal analiza a continuación cada uno de los factores comerciales de China .

1. **Frustración de una política pública interna**

Para determinar si se emite una orden judicial contra la demanda, un tribunal debe considerar "si el procedimiento extranjero amenaza una política pública sólida... del foro nacional". Paramédicos, 369 F.3d en 654.

El demandante argumenta que "está bien establecido que 'existe una fuerte política pública para hacer cumplir las cláusulas de selección de foro'" (Demandante Br. (Exp. No. 47) en 21 (citando a Forbes, 2024 WL 1743109, en *5)), y "[e]s no hay duda de que el Contrato contiene una cláusula válida de selección de foro por la cual cada parte 'consiente irrevocablemente y se somete a la jurisdicción exclusiva de los tribunales de Nueva York' con respecto a 'cualquier demanda, acción o procedimiento ... que surjan [de] o estén relacionados con este Contrato''. (d en 22 (citando el 28 de junio de 2024 Qureshi Decl., Ex. 2 (Contrato) (Exp. No. 48-2) en 106)) El demandante sostiene además que "a través de las [a]cciones soberanas , donde TV Azteca argumenta que no tiene que hacer ningún pago en virtud del Contrato y que no se pueden obligar tales pagos , TV Azteca busca litigar en México cuestiones que son claramente 'que surja de' o se relacione con' el Contrato". (ID.) Según el Demandante, las acciones mexicanas constituyen "una clara violación del [f]orum [s]election [clause] y socavan la sólida política pública de esta Corte para garantizar que se cumplan dichas cláusulas de selección de foro". d)

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030130303030303553138303831373832

Los demandados responden que "la mayoría de los casos en los que se basa el demandante para la emisión de una orden judicial contra la demanda involucraron una cláusula de arbitraje". Según los Demandados, estos casos se distinguen porque "[l]a aplicabilidad de las cláusulas de arbitraje es objeto de una ley federal y de tratados internacionales de los que Estados Unidos es parte, y el Segundo Circuito ha sido coherente y claro en cuanto a que un litigio extranjero no puede interrumpir los procedimientos de arbitraje que las partes habían acordado válidamente". (Oposición del demandado(Exp. No. 52) en 14 (citando Karaha Bodas Co., 500 F.3d en 126; Amaprop Ltd. v. Indiabulls Fin. Servs. Ltd., No. 1:10-cv-01853- PGG-JCF, 2010 WL 1050988, en *6 (S.D.N.Y. 23 de marzo de 2010))) Aquí, por el contrario, "no ha habido ... frustración continua de cualquier política pública 'fuerte' de este foro". ( Id. los 15)

Sin embargo, los demandados no discuten que el Contrato contiene una cláusula de selección de foro que establece claramente que cada parte "consiente irrevocablemente y se somete a la jurisdicción exclusiva" de los tribunales de Nueva York con respecto a "cualquier demanda, acción o procedimiento ... que surjan de o estén relacionados con este Contrato ... " (28 de junio de 2024 Qureshi Decl., Ex. 2 (Contrato) (Exp. No. 48-2) en 106) Y contrariamente al argumento de los Demandados, es la fuerte política pública de esta nación favorecer la aplicación de las cláusulas de selección de foro. Martínez v. Bloomberg LP, 740 F.3d 211, 218 (2d Cir. 2014) ("La presunta aplicabilidad de las cláusulas de selección de foro refleja una sólida política pública federal ... que ... se socavaría si se permitiera que otro cuerpo legal rigiera la aplicabilidad de una cláusula de selección de foro."); Lipson v. Birch, 46 F. Supp. 3d 206, 213-14 (E.D.N.Y. 2014) ("Como han dejado claro la Corte Suprema y el Segundo Circuito, existe una fuerte política federal a favor de hacer cumplir las cláusulas de selección de foro". (citando Roby v. Corp. de Lloyd's, 996 F.2d 1353, 1361 (2d Cir. 1993); Aguas Lenders Recovery Grp., LLC v. Suez, S.A., 585 F.3d 696, 700 (2d Cir. 2009)); Northwell Health, Inc. v. Grp. Hospitalization & Med. Servs., Inc., No. 2:23-CV-01268 (LDH) (ARL), 2024 WL 5213366, en *7 (E.D.N.Y. 24 de diciembre de 2024) ("Existe una fuerte política federal a favor de la aplicación de las cláusulas de selección de foro". (citando M/S Bremen

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

v. Zapata Off-Shore Co., 407 U.S. 1, 9-10 (1972); Roby, 996 F.2d en 1361)); Roby, 996 F.2d en 1361 (señalando que los argumentos de las partes sobre el alcance de una cláusula de selección de foro deben hacerse "frente a una política pública sólida a favor de la selección de foro ... cláusulas"). Además, "[l]a necesidad de hacer cumplir las cláusulas de selección de foro es quizás mayor en el ámbito internacional", CCM Pension-A, L.L.C. v. República de Argentina, No. 16-CV-1650 (TPG), 2016 WL 4154892, en *2 (S.D.N.Y. 2 de agosto de 2016) (citando M/S Bremen v. Zapata Off-Shore Co., 407 U.S. 1, 9 (1972)), porque "la eliminación de todas esas incertidumbres acordando de antemano un foro aceptable para ambas partes es un elemento indispensable en el comercio internacional, comercio y contratación". M/S Bremen, 407 U.S. en 13-14.

De acuerdo con estos precedentes, los tribunales de este Circuito han encontrado que el primer factor de China Trade se satisface cuando se presenta una demanda extranjera en violación de una cláusula de selección de foro. Véase, por ejemplo, Int'l Equity Invs., 441 F. Supp. 2d en 563 ("No se pueden tolerar tales intentos de eludir la cláusula de selección de foro y la jurisdicción de esta Corte. De hecho, la justificación de una orden judicial contra la demanda 'alcanza su punto máximo' cuando una parte busca la ayuda de un procedimiento extranjero 'en un intento flagrante de evadir la autoridad legítima del tribunal del foro'". (citando Quaak v. Klynveld Peat Marwick Goerdeler Bedrijfsrevisoren, 361 F.3d 11, 20 (1st Cir. 2004))); Deutsche Mexico Holdings S.de.r.l., 2019 WL 5257995, en *6 ("La medida cautelar de México claramente intenta 'eludir' o hacer una 'carrera final [ ] alrededor de la cláusula de selección de foro del Acuerdo de Compra, y eso no se puede permitir". (citando Storm LLC v. Telenor Mobile Comms. AS, No. 06-cv-13157, 2006 WL 3735656, en *9 (S.D.N.Y. 15 de diciembre de 2006))); JPMorgan Chase Bank, N.A. v. VTB Bank, P.J.S.C., No. 1:24 CIV. 02924 (LGS), 2024 WL 1833606, en *1-2 (S.D.N.Y. Apr. 26, 2024) (dada la cláusula de selección de foro que establece que las demandas que surjan de un acuerdo de "Términos de cuenta" "que rige [una] cuenta bancaria corresponsal en particular mantenida en JPMorgan" deben proceder en los tribunales estatales o federales de Nueva York, la acción extranjera amenazó la fuerte política

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizado por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.
LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383 2

pública de los Estados Unidos, porque "[e]n los Estados Unidos y Nueva York favorecen firmemente la aplicación de las cláusulas de selección de foro").

Aquí, tanto la Acción Mexicana de julio de 2022 como la Acción Mexicana de septiembre de 2022 se refieren a las obligaciones financieras de TV Azteca derivadas de su presunto incumplimiento de los bonos emitidos bajo el Contrato. Por lo tanto, ambas demandas extranjeras "surgen [de] o se re1en [el] contrato" (28 de junio de 2024 Qureshi Decl., Ex. 2 (contrato) (Exp. No. 48-2) en 106), y ambas acciones violan la cláusula de selección de foro del contrato. En consecuencia, el análisis del primer factor de China Trade indica que debe emitirse una medida cautelar. Véase, por ejemplo, Forbes, 2024 WL 1743109 en *5 (en el que se concluye que existe una fuerte política pública a favor de la aplicación de las cláusulas de selección de foro, y se concluye que el primer factor de China Trade favoreció la emisión de medidas cautelares contra la demanda cuando el acuerdo aplicable designó a los tribunales estatales y federales de Nueva York como los "foros exclusivos para 'cualquier acción o procedimiento legal que surja de o en relación con [el acuerdo]'").

2. Vejación (*Vexatiousness*)

Al determinar si emitir una orden judicial contra la demanda, los tribunales también consideran si , en ausencia de una orden judicial , "la acción extranjera sería vejatoria (*vexatious*)". China Trade, 837 F.2d en 35 (se omiten las citas internas y la cita).

Aquí, el demandante argumenta que la conducta de TV Azteca "en cada etapa" de los litigios mexicanos "no ha sido más que vejatoria". (Demandante Br. (Exp. No. 47) en 24) En este sentido, el demandante cita las múltiples medidas cautelares ex parte que TV Azteca ha solicitado y obtenido en México Tribunales. Según el demandante, TV Azteca no proporcionó "ninguna notificación de [las medidas cautelares solicitadas] ... en el momento en que fueron buscados" y "TV Azteca no informó ni al tribunal de quiebras [en este Distrito] ni a este Tribunal [de las medidas cautelares]". (Id.)

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizado por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030355138303831373832

Como se señaló anteriormente, los Demandados no abordan sustancialmente la vejación, y en su lugar simplemente afirman que la vejatoria "probablemente 'estará presente siempre que se procedan acciones paralelas [extranjeras] al mismo tiempo [con una acción nacional]...'" (Oposición del demandado(Exp. No. 52) en 12 (citando China Trade, 837 F.2d en 36))

Los tribunales han encontrado que las acciones extranjeras son vejatorias cuando se presentan ex parte o en violación de los acuerdos válidos entre las partes. Jolen, Inc. v. Kundan Rice Mills, Ltd., No. 19-CV- 1296 (PKC), 2019 WL 1559173, en *4 (S.D.N.Y. 9 de abril de 2019) ("La demanda india también es vejatoria porque se presentó ex parte.... También es la segunda demanda de este tipo presentada en la India que busca eludir el acuerdo de las partes para arbitrar disputas". (se omiten las citas internas)); véase también Storm LLC v. Telenor Mobile Communications AS, No. 06 CIV. 13157 GEL, 2006 WL 3735657, en *9 (S.D.N.Y. 15 de diciembre de 2006) ("El litigio extranjero aquí se ha llevado a cabo de la manera más vejatoria posible. Telenor ha visto sus intereses socavados por litigios en los que no ha sido parte, y de los que ni siquiera ha recibido notificación hasta después de que se hayan dictado las órdenes").

Como se discutió anteriormente, tanto la Acción Mexicana de julio de 2022 como las Acciones Mexicanas de septiembre de 2022 se presentaron en violación de la cláusula de selección de foro de las partes. Además, es indiscutible que en ambas acciones mexicanas TV Azteca solicitó y obtuvo medidas cautelares ex parte y sin previo aviso al demandante. (Véase Oposición del demandado(Exp. No. 52) en 7 ("[L]as quejas mexicanas y las medidas cautelares preliminares se obtuvieron ex parte sin previo aviso")) Dadas estas circunstancias, las acciones mexicanas son vejatorias. Véase, por ejemplo, Forbes, 2024 WL 1743109, en *6 ("La orden judicial de México es vejatoria porque se presentó ex parte.... Además, permitir que se mantenga la medida cautelar de México obligará al peticionario a impugnarla en los tribunales de México, socavando los derechos del peticionario al foro acordado". (se omiten las citas internas)).

En consecuencia, el segundo factor de China Trade pesa a favor de emitir una

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

Caso 1:22-cv-08164-PGG Documento 97 Presentado el 22/09/25 Página 25 de 40
67
BRUNO GASTELUM GLENDER 24/02/27 10:18:08 30303031303030303035313830383137383 2

antidemanda

**3. Amenaza a disfrutar de la jurisdicción de la corte**

En el tercer factor de China Trade, los tribunales consideran si una acción extranjera es "un amenaza a [disfrutar] la ... jurisdicción del tribunal..." China Trade, 837 F.2d en 35 (se omiten las citas internas y la cita).

El demandante argumenta que aquí "[Las [a [cciones extranjeras son una clara amenaza para la jurisdicción exclusiva para resolver disputas que surjan en virtud del Contrato". (Demandante Br. (Exp. No. 47) en 25)

En respuesta, los demandados sostienen que las dos acciones mexicanas son simplemente "procedimientos paralelos que no amenazan el ejercicio de la jurisdicción de esta Corte". (Oposición del demandado(Exp. No. 52) en 12) A este respecto, los Demandados señalan que las acciones mexicanas "no han llegado a ninguna sentencia definitiva y están siendo litigadas en cuanto al fondo" (id. en 12-13), y que "[l]itigación aquí y en México [ha] estado procediendo simultáneamente durante un año y medio y el Demandante ha participado activamente en ambas [acciones mexicanas]..." (Id. en 5) Los demandados también afirman que las "medidas cautelares mexicanas no tienen efecto extraterritorial; no prohíben al demandante tomar ninguna acción en este Tribunal (o en cualquier otro lugar de los EE. UU.) y no pretenden limitar ningún aspecto de la jurisdicción de este Tribunal". (Id. en 7)

Sin embargo, los tribunales de este Circuito han determinado que una acción extranjera amenaza la jurisdicción del tribunal que prohíbe la jurisdicción cuando la acción extranjera contraviene una cláusula de selección de foro que las partes acordaron. Inversiones de capital internacional, 441 F. Supp. 2d en 563 ("No se pueden tolerar tales intentos de eludir la cláusula de selección de foro y la jurisdicción de esta Corte"); Banco JPMorgan Chase, N.A., 2024 WL 1833606, en *2 ("La Acción Rusa amenaza la jurisdicción exclusiva de este foro, que VTB acordó en el contrato de las partes. "); Forbes 2024 WL 1743109, en *6 ("Debido a que el Acuerdo establece que los tribunales de Nueva York tienen jurisdicción exclusiva sobre cualquier disputa planteada en virtud del Acuerdo, este

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizado por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

25

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

factor pesa ligeramente a favor de una orden judicial antidemanda").

Como se discutió anteriormente, es indiscutible aquí que el Contrato contiene una cláusula de selección de foro que establece que cada parte del Contrato "consiente irrevocablemente y se somete a la jurisdicción exclusiva" de los tribunales de Nueva York con respecto a "cualquier demanda, acción o

procedimiento... que surjan de o estén relacionados con este Contrato ..." (28 de junio de 2024 Qureshi Decl., Ex. 2 (Contrato) (Exp. No. 48-2) en 106) La Acción Mexicana de julio de 2022 y la Acción Mexicana de septiembre de 2022 violan así la cláusula de selección de foro del Contrato. Y debido a que la cláusula de selección de foro confiere jurisdicción exclusiva a este Tribunal, los Demandados, al perseguir las acciones mexicanas , buscan evadir "la autoridad legítima del tribunal del foro" y amenazan "la jurisdicción de este Tribunal". Véase Invs. de renta variable internacional., 441 F. Supp. 2d en 563 (se omiten las citas internas y las citas).

Por todas estas razones, el tercer factor comercial con China pesa a favor de prohibir las acciones mexicanas.

**4. Consideraciones de equidad**

En el cuarto factor del China Trade, los tribunales consideran si los procedimientos extranjeros "perjudican otras consideraciones de equidad..". China Trade, 837 F.2d en 35 (se omiten las citas internas y las citas).

El demandante argumenta que las acciones pesan a su favor aquí porque (1) a pesar de "el hecho de que el Contrato tiene claramente una cláusula de selección de foro que requiere que *todas las* disputas relacionadas con el Contrato se presenten en Nueva York, TV Azteca ha presentado múltiples demandas y múltiples medidas cautelares ex parte en México con el objetivo de retrasar cualquier resolución de este asunto"; y (2) "TV Azteca está haciendo argumentos directamente contradictorios en diferentes foros" sobre el validez de la cláusula de selección de foro, el alcance de la jurisdicción de este Tribunal y si TV Azteca debe intereses o

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035531383038313737383

capital bajo el Contrato y, por lo tanto, está involucrado en una "búsqueda de foro flagrante y expresa". (Demandante Br. (Exp. No. 47) en 26-27 (énfasis en el original) (citando el 28 de junio de 2024 Qureshi Decl., Ex. 11 (Bankruptcy Joint Stip. Uncontested Facts) (Exp. No. 48-11) y 28 de junio de 2024 Castillo Decl. (Dkt No. 49) párrafo 17, 20-21))

Los demandados no responden sustancialmente a los argumentos del demandante, sino que afirman que "el Segundo Circuito ha sostenido que la cortesía internacional generalmente 'permite que continúen los procedimientos paralelos y desfavorece las medidas cautelares contra la demanda'". (Oposición del demandado(Exp. No. 52) en 11 (citando China Trade, 837 F.2d en 36)) Según los demandados, "los principios de cortesía se aplican con especial fuerza aquí, porque ... la reparación solicitada por el demandante afectaría los derechos constitucionales fundamentales y otros derechos bajo la ley mexicana". (Id. en 5) A este respecto, los demandados argumentan que "los ciudadanos mexicanos tienen el derecho constitucional de que la justicia sea administrada por los tribunales mexicanos, y ese derecho no puede ser restringido ni afectado". Debido a que "TV Azteca es una empresa pública que cotiza en la bolsa mexicana de valores", "es responsable ante los accionistas públicos y los reguladores en México". (Id. en 11-12 (citando Voigt Decl. (Exp. No. 53) párrafos 5-8,

Mientras que China Trade establece que la "cortesía internacional" requiere que "una orden judicial contra demandas extranjeras debe 'usarse con moderación' y debe otorgarse solo con cuidado y gran moderación", China Trade, 837 F.2d en 35-36 (se omiten las citas internas), "[l]os tribunales federales generalmente extienden la cortesía [solo cuando] el tribunal extranjero tiene la jurisdicción adecuada y la aplicación no perjudica los derechos de los ciudadanos de los Estados Unidos ni viola la política pública nacional". Victrix S.S. Co., S.A. v. Salen Dry Cargo A.B., 825 F.2d 709, 713 (2d Cir. 1987). Como se discutió anteriormente, este Tribunal tiene jurisdicción exclusiva sobre las demandas que surjan o estén relacionadas con el Contrato, y las acciones mexicanas iniciadas por TV Azteca violan la fuerte

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035313830383137383 2

política de esta nación de hacer cumplir las cláusulas de selección de foro. Ver Martínez, 740 F.3d en 218. Dadas estas circunstancias, las preocupaciones de cortesía internacional no justifican la denegación de una solicitud de interdicto contra la demanda.

Además, "las consideraciones equitativas, como disuadir la búsqueda de foros, favorecen [la imposición de medidas cautelares extranjeras]...", Ibeto Petrochemical Indus. Ltd. v. M/T Beffen, 475 F.3d 56, 64 (2d Cir. 2007), particularmente cuando "el momento del inicio del procedimiento extranjero sugiere que la parte que inicia ese procedimiento está tratando de 'distraer a las partes de litigar las reclamaciones aquí a favor de un foro más conveniente'.[4] AU New Haven, 2018 WL 2128373 en *4 (citando Keep on Kicking Music, Ltd. v. Hibbert, 268 F. Supp. 3d 585, 591 (S.D.N.Y. 2017)).

Y los Demandados no discuten la afirmación de los Demandantes de que han presentado argumentos contradictorios ante el Tribunal de Quiebras de los Estados Unidos y los tribunales mexicanos en cuanto a la validez de la cláusula de selección de foro, el alcance de la jurisdicción de este Tribunal y si TV Azteca debe capital e intereses en virtud del Contrato.

Dadas todas estas circunstancias, el cuarto factor de China Trade respalda la emisión de una medida cautelar. Véase Alstom Chile S.A. v. Mapfre Compañia de Seguros Generales Chile S.A., No. 13 CIV. 2416 LTS DCF, 2013 WL 5863547, en *4 (S.D.N.Y. 31 de octubre de 2013)
("[L]as consideraciones equitativas favorecen la prohibición de que el demandado continúe con la acción chilena, ya que el Tribunal debe disuadir la búsqueda del foro y parece aquí que el demandado buscó un foro alternativo para evitar la aplicación de la ley de Nueva York"); Stolt Tankers BV v.

---

[4] TV Azteca presentó la Acción Mexicana de septiembre de 2022 el 22 de septiembre de 2022, aproximadamente cuatro semanas después de que el Demandante presentara la acción instantánea en la Corte Suprema del Estado de Nueva York, Condado de Nueva York. (Véase MSJ en lugar de Cmplt. (Exp. No. 1-1); 28 de junio de 2024 Castillo Decl., Ex. 7 (22 de septiembre de 2022 Cmplt. Mexicano) (Dkt No. 49-7); 28 de junio de 2024 Castillo Decl. (Dkt No. 49) párrafo 16)

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

71
BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303553138303831373832

Allianz Seguros, S.A., No. 11 CIV. 2331 SAS, 2011 WL 2436662, en *5 (S.D.N.Y. 16 de junio de 2011) ("[L]a equidad las consideraciones involucradas, como disuadir la búsqueda de foros, también obligan a prohibir la acción extranjera").

5. **Demora, inconvenientes, gastos y riesgo de juicios inconsistentes**

En el quinto factor de China Trade, los tribunales consideran si "la adjudicación de las mismas cuestiones en acciones separadas daría lugar a demoras, inconvenientes, gastos, incompatibilidades o una carrera hacia el juicio". China Trade, 837 F.2d en 35 (se omiten las citas internas y las citas).

El demandante argumenta que "[lere, como resultado de las [a]ctions, [él] se ha visto obligado a contratar abogados mexicanos, litigar en dos países diferentes y coordinarse con dos grupos diferentes de abogados contrarios. Estos inconvenientes y gastos adicionales solo continuarán si se permite que continúen las subastas soberanas". (Demandante Br. (Exp. No. 47) en 27) El demandante sostiene además que "existe el riesgo de fallos inconsistentes siempre que las [a]cciones democráticas y [soberanas] -las cuales adjudican las mismas cuestiones- procedan simultáneamente, todo lo cual corta a favor de otorgar una orden judicial contra la demanda". (Id. en 27-28)

Como se discutió anteriormente, los Demandados no abordan sustancialmente este factor, afirmando simplemente que la demora, los inconvenientes, los gastos adicionales y el potencial de resultados inconsistentes "probablemente estarán 'presentes siempre que se lleven a cabo acciones paralelas al mismo tiempo...'". (Oposición del demandado(Exp. No. 52) en 12 (citando China Trade, 837 F.2d en 36))

En Amaprop Ltd. v. Indiabulls Fin. Servs. Ltd., No. 10 CIV. 1853 (PGG), 2010 WL 1050988, (S.D.N.Y. 23 de marzo de 2010), este Tribunal consideró una moción para prohibir el litigio en la India, donde las partes habían acordado someter cualquier disputa a arbitraje en Nueva York. Al concluir que el quinto factor de China Trade favorecía la emisión de una medida cautelar, el Tribunal señaló que "los costos y ... los inconvenientes solo aumentarán si

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303031303030303035313830383137383

se requiere que Amaprop comparezca en los procedimientos indios para intentar persuadir al tribunal indio de que se debe cumplir la cláusula de arbitraje acordada por las partes. Las partes celebran cláusulas de arbitraje vinculantes, particularmente en el entorno internacional, precisamente para evitar tales costos e inconvenientes". Id. en *7 (citando a Storm, 2006 WL 3735657, en *9).

La lógica de Amaprop se aplica con la misma fuerza aquí, donde las partes celebraron una cláusula de selección de foro que prevé que cualquier disputa se resuelva en Nueva York. Y la existencia de las acciones mexicanas también presenta un riesgo de sentencias inconsistentes. En consecuencia, el quinto factor comercial de China pesa a favor de prohibir las acciones mexicanas. Véase Ibeto, 475 F.3d en 64-65 (que confirma el fallo del tribunal de distrito que prohíbe los litigios nigerianos cuando las partes habían celebrado una disposición de arbitraje que preveía que las disputas se resolvieran en Londres; "'es probable que la adjudicación de las mismas cuestiones en dos acciones separadas resulte en inconvenientes, inconsistencias y una posible carrera hacia el juicio'" (citas omitidas)).

Por las razones expuestas anteriormente, todos los factores de China Trade pesan a favor de emitir una orden judicial contra la demanda.

C. **Acaso se cumplen los requisitos para una medida cautelar**

Como se discutió anteriormente, "[o]na la ... tribunal ha abordado la conveniencia de imponer una orden judicial contra la demanda bajo la prueba de China Trade , el ... el tribunal debe entonces determinar si es apropiado dictar una orden judicial preliminar...". In re Millenium Seacarriers, 458 F.3d en 98 (énfasis en el original); Dandong, 2011 WL 6156743, en *3 ("Además de satisfacer la prueba del China Trade , la jurisprudencia reciente del Segundo Circuito ha sostenido que una parte que solicita una medida cautelar preliminar también debe satisfacer la prueba tradicional para una medida cautelar". (citando Software A.G., 323 Fed. Appx. en 12 (orden resumida) e In re Millenium Seacarriers, Inc., 458 F.3d en 98)).

"Una parte que solicita una orden judicial preliminar debe demostrar (1) un daño

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

Caso 1:22-cv-08164-PGG Documento 97 Presentado el 22/09/25 Página 31 de 40

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030303531383038313735832

irreparable; (2) una probabilidad de éxito en los méritos o tanto cuestiones serias en los méritos como un equilibrio de dificultades que favorecen decididamente a la parte actora; y (3) que una orden judicial preliminar es de interés público". Liga de Fútbol de Norteamérica, 883 F.3d en 37.

El demandante sostiene que ha cumplido con los requisitos para una orden judicial preliminar porque (1) obligar al demandante a litigar en los tribunales mexicanos en violación de la cláusula de selección de foro constituye un daño irreparable; (2) El demandante ha demostrado una probabilidad de éxito en cuanto al fondo en cuanto a si se debe emitir una orden judicial contra la demanda; y (3) hacer cumplir la cláusula de selección de foro a través de una orden judicial contra la demanda es de interés público. (Demandante Br. (Exp. No. 47) ezn 28-30)

Los demandados responden que "el demandante no ha demostrado ningún daño inminente e irreparable" y señalan que "el demandante ha participado activamente en los litigios mexicanos durante casi dieciocho meses"[5]. (Oposición del demandado (Exp. No. 52) en 16)

**1. Daño irreparable**

En cuanto al daño irreparable, el demandante argumenta que "está bien establecido que 'arrastrar a los peticionarios a un litigio en un tribunal que no sea el tribunal que tiene jurisdicción exclusiva en virtud de el [contrato] constituye un daño irreparable."' (Demandante Br. (Exp. No. 47) en 28 (citando a Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, en *7)) Según el demandante, "*actualmente* está siendo dañado irreparablemente porque [está] siendo obligado a defenderse en un foro distinto de aquel que [él] acordó contractualmente". (Respuesta (Exp. No. 54) en 13 (énfasis en el original))

Los demandados responden que , dado que el demandante esperó dieciocho meses antes de presentar su moción , no puede sostener de manera creíble que enfrenta un daño

---

[5] Los demandados no abordan la probabilidad de éxito o el interés público. (ver Oposición del demandado(Exp. No. 52))

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030355138303831373832

"inminente". (Oposición del demandado(Exp. No. 52) en 16)

"Para demostrar un daño irreparable bajo la primera parte de la prueba de la orden judicial preliminar, [un demandante] debe demostrar que en ausencia de una orden judicial preliminar [sufrirá] un daño que no es remoto ni especulativo, sino real e inminente, y que no se puede remediar si un tribunal espera hasta el final del juicio para resolver el daño". AU New Haven, 2018 WL 2128373, en *4 (se omiten las citas internas y las citas). Cuando una parte se enfrenta a un litigio extranjero en contravención de una cláusula de selección de foro y solicita una orden judicial contra la demanda, los tribunales de este Circuito han encontrado un daño irreparable. Véase Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, en *7 ("Es innegable que arrastrar a los peticionarios a un litigio en un tribunal que no sea el tribunal que tiene jurisdicción exclusiva en virtud del Acuerdo de Compra constituye un daño irreparable"); Forbes 2024 WL 1743109, en *7 ("Se muestra un daño irreparable cuando una parte viola la cláusula de selección de foro de un acuerdo, lo que obliga a la otra parte a litigar en un foro inadecuado [S]i se permitiera que el litigio procediera en los tribunales mexicanos, se perdería el beneficio de la cláusula de selección de foro en el Acuerdo". (se omiten las citas internas y las citas)); Int'l Fashion Prods., BV v. Calvin Klein, Inc., No. 95 CIV. 0982 (JFK), 1995 WL 92321, en *2 (S.D.N.Y. 7 de marzo de 1995) ("[E]l acuerdo en cuestión establece claramente que Nueva York es el elegido foro para todas las disputas. Por lo tanto, el Tribunal considera que CKI sufriría un daño irreparable al verse obligada a defender el recurso en los Países Bajos").

Como se discutió anteriormente, aquí las acciones mexicanas se presentaron en violación de la cláusula de selección de foro del contrato, lo que indica que el demandante está sufriendo un daño irreparable al verse obligado a mitigar estas acciones en los tribunales mexicanos.

Los demandados argumentan, sin embargo, que "los demandantes se demoran en presentar esta moción desacredita cualquier alegación de la 'inminencia' de cualquier daño". (Oposición del demandado(Exp. No. 52) en 16) Y según los demandados, "está bien

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030353138303831373832

establecido que la equidad aconseja no otorgar una orden judicial cuando un peticionario demora irrazonable e inexcusablemente la solicitud de una orden judicial". (Id. en 17 (citando Cybernaut Cap. Mgmt. Ltd. v. Partners Grp. Access Secondary 2008, L.P., No. 1:13-cv-05380-WHP, 2013 WL 4413754, en *6 (S.D.N.Y. 7 de agosto de 2013)))

El demandante responde que "si bien [estaba] al tanto de las [a]cacciones [soberanas] en 2023, el tema se volvió más destacado cuando el Sexagésimo Tercer Tribunal Superior [de México emitió una orden el 25 de enero de 2024] para anular la [i]njunction [27 de septiembre de 2022], a pesar de que COVID-19", la justificación declarada para la orden judicial , "ya no era una orden judicialemergencia de salud..". (Demandante Br. (Exp. No. 47) en 28 n.24 (citando el 28 de junio de 2024 Castillo Decl. (Exp. No. 49) párrafos 44, 47)) Si bien el demandante apeló la orden del 25 de enero de 2024 que denegó la moción para anular la medida cautelar del 27 de septiembre de 2022, "[e]l 8 de julio de 2024, el Tercer Tribunal Superior de Apelaciones [en México] confirmó la negativa del tribunal inferior a anular la medida cautelar [27 de septiembre de 2022]...". (14 de agosto de 2024 Castillo Decl. (Exp. No. 56) párrafo 4; véase también Demandante Respuesta (Exp. No. 54) en 13) En resumen, el demandante argumenta que, "en la medida en que ha habido algún retraso, se debe a las circunstancias siempre cambiantes que rodean las [a]ctions". (Respuesta Demandante (Exp. No. 54) en 13 n.13) El demandante también argumenta que "otros tribunales han ordenado medidas cautelares contra la demanda siguiendo hasta ahora demoras más largas y cuando el litigio extranjero estaba mucho más cerca de completarse". (Demandante Br. (Exp. No. 47) en 28 n.24 (citando a Bailey Shipping, 2013 WL 5312540, en *10, 17))

En Bailey Shipping, 2013 WL 5312540, el tribunal consideró una solicitud para prohibir un litigio griego frente a una disposición contractual que establecía que todas las disputas se resolverían en arbitraje en Nueva York. Las partes que buscaban una orden judicial "permitieron que transcurrieran 13 meses sin tratar de evitar que [su adversario] siguiera adelante con sus reclamos en Grecia, tiempo durante el cual las partes llevaron a cabo el

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303035313830383137383

descubrimiento y se prepararon para el juicio griego". Bailey Shipping, 2013 WL 5312540, en *7. El tribunal concluyó, sin embargo, que la brecha de trece meses no impedía una conclusión de daño irreparable, porque "aunque [los demandantes] podrían haber solicitado con más prisa la reparación que buscan aquí, la disputa en curso sobre el arbitraje a fines del verano y la reciente presentación de las partes de sus presentaciones finales en el tribunal griego, brindan una explicación adecuada de la demora en la búsqueda de esta reparación". ID. en *17 (se omiten las citas internas).

El tribunal de Bailey Shipping continuó diciendo que no

> aprobar la decisión [de los demandantes] de presentar esta orden judicial una semana antes del procedimiento griego ... Sin embargo, dadas las complejas y extensas interacciones entre las partes y con el tribunal griego durante el último año, el Tribunal no puede concluir que [los demandantes] simplemente no defendieron sus intereses de una manera que renunciara a su derecho a solicitar medidas cautelares.

Id. en *17 n.14.

Aquí, mientras que el demandante "podría haber solicitado con más prisa el alivio [itl busca[s]", id. en *17, "dadas las complejas y extensas interacciones entre las partes y con los [tribunales mexicanos] durante los [dieciocho meses anteriores a la presente moción], el Tribunal no puede concluir que [el demandante] simplemente no defendió [sus] intereses de una manera que renunció a [su] derecho a solicitar medidas cautelares". id en *17 n.14. De hecho, el demandante declara que "siempre ha sostenido que México no es el lugar apropiado y ha buscado (y continúa) impugnar la jurisdicción de los tribunales mexicanos". (Demandante Reply (Exp. No. 54) en 14 (citando el 28 de junio de 2024 Castillo Decl. (Exp. No. 49) párrafo\ 29-36) (describiendo las impugnaciones jurisdiccionales que el demandante ha hecho a las acciones mexicanas en los tribunales mexicanos))) El Tribunal concluye que , dadas estas circunstancias,— La demora del demandante en presentar la moción instantánea no justifica la denegación de medidas cautelares y, además, concluye que el demandante ha demostrado que continuará sufriendo un daño irreparable en ausencia de una orden judicial.

2. **Probabilidad de éxito en los méritos**

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030355313830383137832

En cuanto al segundo elemento, la probabilidad de éxito en cuanto al fondo, el demandante argumenta que "numerosos tribunales han declarado que la cuestión operativa es si la parte peticionaria puede demostrar el éxito con respecto a ***la medida cautelar, no con el reclamo de hojalata"***. (Demandante Br. (Exp. No. 47) en 29 (énfasis en el original) (citando Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, en *6)) Según el Demandante, "está claro que TV Azteca ignoró y trató de evitar el [f]orum [s]election [c]lause cuando presentó las [acciones] del [f]oreign, que se centran en las obligaciones de pago de TV Azteca en virtud del Contrato, " y, en consecuencia, el demandante "puede demostrar una probabilidad de éxito en los méritos". (Íd.)

Como se señaló anteriormente, los Demandados no han abordado sustancialmente la probabilidad de éxito en el elemento de fondo. (Véase Oposición del demandado(D1ct. No. 52))

En el contexto de la medida cautelar, los tribunales de este Distrito han sostenido que es "apropiado considerar la probabilidad de éxito del solicitante en cuanto al fondo evaluando si puede satisfacer la prueba de China Trade ". Bailev Shipping, 2013 WL 5312540, en *18. En Bailev Shipping, por ejemplo, el tribunal determinó que esto "más estrecho ... enfoque" era apropiado, porque "[l]os 'méritos' que [los demandantes] tratan de reivindicar a través de esta medida cautelar son, correctamente entendidos, su derecho a arbitrar la cuestión de la tergiversación negligente sin el menoscabo de ese derecho amenazado por las reclamaciones en la acción griega cuya sustancia jurídica es idéntica a la

disputa por tergiversación negligente". Id.; véase también WTA Tour, Inc. v. Super Slam Ltd., 339 F. Supp. 3d 390, 406 (S.D.N.Y. 2018) ("En cuanto al primer aspecto, los peticionarios tienen razón en que la investigación pertinente es la probabilidad de éxito en cuanto a los méritos de su argumento de que las reclamaciones deben someterse a arbitraje , no, como afirman los demandados, sobre los méritos de las reclamaciones sustantivas de derecho extranjero"); Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995 en *6 ("... como han concluido otros tribunales de este distrito, la pregunta correcta es si es probable que los peticionarios tengan éxito en su reclamo

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030353138303831373832

de que la obtención de la orden judicial de México en primera instancia entró en conflicto con el Acuerdo de Compra, no quién es probable que gane el arbitraje en sí").

Aquí, como en Bailey Shipping, los "méritos" del reclamo que el demandante busca reivindicar a través de la presente moción es su derecho bajo la cláusula de selección de foro para litigar disputas que surjan o estén relacionadas con el contrato en Nueva York, en lugar de en México. Y por las razones discutidas anteriormente, el demandante ha satisfecho todos los factores comerciales de China y, por lo tanto, ha demostrado su probabilidad de éxito en los méritos de ese reclamo. Véase Int'l Fashion Prods., 1995 WL 92321 en *2 ("La cláusula de selección de foro en el acuerdo subyacente a esta acción especifica claramente a Nueva York como el único foro apropiado. Por lo tanto, el Tribunal considera que CKI ha demostrado una probabilidad de éxito en cuanto al fondo de su reclamación de que esta acción debe ser procesada aquí y no en los Países Bajos."); Forbes, 2024 WL 1743109, en *7 ("El peticionario también ha demostrado una probabilidad de éxito en cuanto al fondo. Al evaluar este elemento, 'la pregunta correcta es si es probable que el peticionario [ ] tenga éxito en [su] reclamo de que la obtención de la medida cautelar de México en primera instancia entró en conflicto con el [Acuerdo]...' Al solicitar la medida cautelar de México, el Demandado violó la cláusula de selección de foro del Acuerdo, que establece inequívocamente que 'la Corte Suprema del Estado de Nueva York, el Condado de Nueva York y el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York' son los foros exclusivos para 'cualquier acción o procedimiento legal que surja de o en relación con este Acuerdo'. (se omiten las citas internas)).

En resumen, el Demandante ha demostrado una probabilidad de éxito en los méritos de su reclamo de que las acciones mexicanas están prohibidas bajo la cláusula de selección de foro en el Contrato.

3. **Interés público**

En cuanto al tercer elemento, si una orden judicial contra la demanda es de interés público, el demandante argumenta que "el interés público y el equilibrio de las acciones pesan

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CIUDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
303030303130303030353138303831373832

mucho a favor de las medidas cautelares", porque "existe una fuerte política pública de hacer cumplir las cláusulas de selección de foro" y "existe un 'fuerte interés público en hacer cumplir los contratos entre entidades sofisticadas'". (Demandante Br. (Exp. No. 47) en 29 (citando Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, en *6)) Según el demandante, "cuando partes sofisticadas negociaron y acordaron un [c]lause electoral [f]orum] completamente válido, es de interés público garantizar su cumplimiento a través de una orden judicial contra la demanda". (Id. en 29-30)

Los demandados no abordan si una orden judicial contra la demanda es de interés público. (Véase Oposición del demandado(Exp. No. 52))

Como se discutió anteriormente, existe un fuerte interés público en hacer cumplir las cláusulas de selección de foro, y las acciones mexicanas presentadas por TV Azteca violan la cláusula de selección de foro del Contrato. Dadas estas circunstancias, es de interés público emitir una orden judicial contra la demanda. Ver Forbes 2024 WL 1743109, en *7 ("[L]a Corte considera que el interés público y el equilibrio de las acciones favorecen la aplicación de la cláusula de selección de foro [,] [como] hay un público fuerte política de hacer cumplir las cláusulas de selección de foro."); Deutsche Mexico Holdings S.a.r.l., 2019 WL 5257995, en *8 ("Encuentro que el interés público, específicamente el fuerte interés público en hacer cumplir los contratos entre entidades sofisticadas, favorece la concesión de la medida cautelar solicitada aquí". (se omiten las citas internas y las citas)).

El Tribunal concluye que se han cumplido los requisitos para la emisión de una orden judicial preliminar.

**D. Alcance de la medida cautelar contra la demanda**

En cuanto al alcance de la medida cautelar contra la demanda, el demandante busca una "orden que prohiba al demandado TV Azteca continuar presentando o iniciando cualquier reclamo en cualquier acción en México en relación con [el Contrato]". (Moción del

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303013030303035313830383137383 2

Demandante (Exp. No. 46) en 2)

Cualquier medida cautelar contra la demanda debe limitarse adecuadamente, en reconocimiento del hecho de que, aunque está "dirigida contra la parte que presenta la demanda, no obstante 'restringe efectivamente la jurisdicción del tribunal de un extranjero soberano'". Paramédics, 369 F.3d en 655 (citando China Trade, 837 F.2d en 35). Y al determinar el alcance de una orden judicial para evitar la demanda, los tribunales deben tener "debidamente en cuenta los principios de cortesía internacional" y ejercer un "toque delicado". Ibeto, 475 F.3d en 65.

Las medidas cautelares prohibiendo demandas deben emitirse solo contra las partes infractoras , aquí los Demandados y sus subsidiarias, funcionarios, agentes, sirvientes, empleados y abogados, y todas las demás personas que están en acuerdo o participación activa con los Demandados. Véase id. ("La orden judicial debe dirigirse específicamente a las partes, ya que sólo se puede prohibir a las partes ante un tribunal federal que procesen una demanda en un país extranjero").

La medida cautelar también debe especificar qué actividades se prohíben. Aquí, se prohibirá a los Demandados iniciar o procesar cualquier acción en México con respecto al Contrato. Esta forma de reparación es típica en los casos en que se han otorgado medidas cautelares extranjeras. Véase, por ejemplo, Amaprop, 2010 WL 1050988, en *9 ("Aquí, se prohibirá a los demandados iniciar o enjuiciar cualquier acción en la India en relación con el Acuerdo").

La medida cautelar también requerirá que los Demandados tomen todas las medidas necesarias, de inmediato, para que se desestimen las acciones mexicanas pendientes. Esta forma de reparación es apropiada dadas las circunstancias, y se ha otorgado en otros casos en los que un litigio extranjero pendiente amenaza, dificulta o retrasa los procedimientos aquí. Véase Paramedics, 369 F.3d en 650 (afirmando la orden del tribunal de distrito que ordena al acusado "tomar inmediatamente todas las medidas necesarias para desestimar la acción [extranjera]" (se omiten las citas y citas internas)); Suchodolski Assocs., Inc. v. Cardell Fin. Corp. No. 03 CIV.

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
LA CUIDAD DE MÉXICO

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
3030303130303030355138303831373832

4148 (WHP), 2006 WL 3327625, en *4 (S.D.N.Y. 16 de noviembre de 2006) ("Los demandantes, sus funcionarios, directores, empleados y agentes, y todas las personas que actúan bajo su dirección y control deben retirarse y suspender la Acción Brasileña de inmediato"). Si las acciones de los Demandados no llegan a un retiro total o descontinuación de las dos demandas mexicanas pendientes, no cumplirán con la orden del Tribunal que acompaña a esta opinión y estarán sujetas a sanciones por desacato. Véase Suchodolski, 2006 WL 3327625, en *4 ("Nada menos que la retirada total y la interrupción, por ejemplo, una suspensión o interrupción parcial , constituirá un incumplimiento de esta Orden, y los Demandantes serán sancionados en consecuencia").

## CONCLUSIÓN

Por las razones expuestas anteriormente, se concede la moción de los Demandantes para prohibir a TV Azteca continuar presentando o iniciando cualquier reclamo relacionado con el Contrato en México (Exp. No. 46).

Se prohíbe a la demandada TV Azteca y sus subsidiarias, funcionarios, agentes, sirvientes, empleados y abogados, y a todas las demás personas que estén en acuerdo o participación activa con la demandada TV Azteca, procesar la Acción Mexicana de julio de 2022 y la Acción Mexicana de septiembre de 2022; se instruye a tomar todas las medidas necesarias, de inmediato, para desestimar o hacer que se desestime estas acciones y cualquier otra acción actualmente pendiente en México que surja de la Contrato; y se les prohíbe entablar cualquier acción legal en México que surja del Contrato, o iniciar nuevas acciones legales en México que surjan del Contrato. Se ordena al Secretario del Tribunal que ponga fin a la moción (Exp. No. 46).

Fecha: Nueva York, Nueva York 22 de septiembre de 2025

ORDENADO.

[Firma Ilegible]

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030130303030303551383038313732

Paul G. Gardephe
Juez de Distrito de los Estados Unidos

LIC. ADRIANA Y. PALMA CARRO
PERITO TRADUCTOR AUTORIZADO
H. TRIBUNAL SUPERIOR DE JUSTICIA
DE LA CUIDAD DE MÉXICO

Adriana Yolanda Palma Carro, perito traductor inglés-español autorizada por el H. Tribunal Superior de Justicia de la Ciudad de México, conforme a la Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México, publicada el 23 de febrero de 2024 en el Boletín Judicial de la Ciudad de México, certifico que la presente es, a mi leal saber y entender, una traducción al español del documento en inglés que tuve a la vista.

# PERITOS AUXILIARES DE LA ADMINISTRACIÓN DE JUSTICIA

## LISTA DE PERITOS AUXILIARES DE LA ADMINISTRACIÓN DE JUSTICIA DEL PODER JUDICIAL DE LA CIUDAD DE MÉXICO

En cumplimiento al **Acuerdo 42-04/2024**, emitido por el Consejo de la Judicatura de la Ciudad de México, en sesión plenaria ordinaria celebrada el día trece de febrero de dos mil veinticuatro, se hace del conocimiento de los Magistrados, Jueces y Servidores Públicos del Poder Judicial de la Ciudad de México, litigantes, postulantes y público en general, la Actual ***Lista de Peritos Auxiliares de la Administración de Justicia del Poder Judicial de la Ciudad de México*** y que a partir del **viernes 23 de febrero de 2024**, deberá ser considerada como oficial, dejando sin efectos la lista que fue publicada en fecha lunes ocho de marzo de 2021. Por lo que a continuación se consideran a los siguientes profesionistas, precisándose especialidad, número consecutivo, nombres, direcciones de correo electrónico y teléfonos que a continuación se enlistan:

| ESPECIALIDAD: ACTUARÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | GUTIÉRREZ CU ALONSO | alonso_gcu@hotmail.com | 55-26-31-76-46<br>55-34-66-75-44 |
| **2** | REYES LEÓN JOSÉ ANTONIO | act.antonio.reyes@gmail.com | 55-38-99-53-25<br>55-75-72-59-34 |
| **3** | RUEDA SANDOVAL MARICARMEN | maricarmenrsa@gmail.com | 55-55-14-36-34<br>55-54-55-45-44 |

| ESPECIALIDAD: ADMINISTRACIÓN | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ARRIAGA REYNOSO ALEJANDRO | airamarale@hotmail.com | 55-55-97-35-45<br>55-37-33-62-76 |
| **2** | BARAJAS PÉREZ LUIS EDUARDO | ebarajas@prodigy.net.mx | 55-52-33-96-69<br>55-37-17-11-05 |
| **3** | SÁNCHEZ GODÍNEZ CECILIA | cecilia.san2703@gmail.com | 55-68-82-37-23 |

| ESPECIALIDAD: AEROFOTOGRAMETRÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | BUTANDA CARRILLO EDGAR | toposkalc@gmail.com | 55-53-10-42-92<br>55-61-11-13-01 |
| **2** | GUTIÉRREZ ARREDONDO PATRICIA | gapaty@gmail.com | 55-55-73-53-92<br>55-19-88-89-65 |
| **3** | LOEZA AMARO DANTE AUGUSTO | dante@mxtopografia.com | 55-56-95-75-70<br>55-46-02-56-79 |

| ESPECIALIDAD: AGRIMENSURA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | BARRAGÁN CASTILLA LIDIA | valuaartek@gmail.com | 55-58-62-62-96<br>55-37-38-80-27 |
| **2** | BELTRÁN DEL OSO JOSÉ GUADALUPE | ing_jose_beltran@hotmail.com | 55-55-71-77-87<br>55-91-05-23-05 |
| **3** | BELTRÁN LEÓN FERNANDO DAVID | beltran.lfd@gmail.com | 55-55-71-77-87<br>55-30-77-72-00 |
| **4** | BUTANDA CARRILLO EDGAR | toposkalc@gmail.com | 55-53-10-42-92<br>55-61-11-13-01 |
| **5** | CANSECO MORALES MARIO | cammserving@yahoo.com.mx | 55-55-78-32-44<br>55-51-58-78-75 |
| **6** | LOEZA AMARO DANTE AUGUSTO | dante@mxtopografia.com | 55-56-95-75-70<br>55-46-02-56-79 |

| ESPECIALIDAD: AGRIMENSURA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **7** | MORALES HERNÁNDEZ FIDEL | fidel_morales1@hotmail.com | 55-47-51-69-92<br>55-51-87-54-26 |
| **8** | OLIVARES HERNÁNDEZ HÉCTOR MARGARITO | hectoliva@yahoo.com.mx | 55-51-16-55-48<br>55-18-00-15-51 |
| **9** | OLIVARES HERNÁNDEZ JORGE | jorgeolivah@yahoo.com.mx | 55-68-29-61-13<br>55-15-10-43-29 |

| ESPECIALIDAD: ANÁLISIS DE VIDEOS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | CÁRDENAS CHAVARRÍA EDUARDO | eduardocr52@gmail.com | 55-75-54-80-18 |
| **2** | GARCÍA CRUZ JOSÉ ANTONIO | servforenses@gmail.com | 55-19-42-60-21<br>55-44-73-05-51 |
| **3** | HERCE CERDA VIVIANNA | viviannaherce@hotmail.com | 55-55-95-65-71<br>55-65-02-96-34 |
| **4** | QUEZADA ESTRADA RICARDO | sitt@live.com.mx | 55-60-20-40-42<br>55-56-48-80-73 |
| **5** | ZAMORA DEL VALLE CÉSAR ALONSO | periales@hotmail.com | 55-26-90-08-96 |

| ESPECIALIDAD: ANESTESIOLOGÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ARANDA SÁNCHEZ VIRGINIA | arandayasociaodos@gmail.com | 55-57-10-07-10 |
| **2** | MÁRQUEZ TORRES ALMA FABIOLA | anticuerpo_fab@hotmail.com | 55-13-26-15-85<br>55-29-52-35-46 |
| **3** | MENDOZA ESCOTO VÍCTOR MANUEL | vmmedic@hotmail.com | 55-58-40-01-70<br>55-35-65-87-87 |
| **4** | ZARAGOZA SAAVEDRA JUAN JOSÉ MARIO | jjmzaragoza@hotmail.com | 55-81-96-56-35 |

| ESPECIALIDAD: ARQUITECTURA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ARRACHE PLIEGO TERESITA DÁNAE | danaearrache@yahoo.com.mx | 55-15-63-26-55<br>55-13-20-51-88 |
| **2** | AYALA BRITO GILBERTO | iagilaya@yahoo.com.mx | 55-56-43-37-91<br>55-31-94-41-50 |
| **3** | BAZÁN CRUZ MARTHA PATRICIA | aloha_heart@hotmail.com | 55-66-50-75-99<br>55-32-58-75-20 |
| **4** | BUENO GUTIÉRREZ MARÍA CONCEPCIÓN | connie_buenoguiterrez@yahoo.com.mx | 55-56-87-48-14<br>55-14-51-42-78 |
| **5** | CARREÓN FREYRE MARÍA DEL CARMEN NÉRIDA | arqnericf@gmail.com | 55-56-87-48-14<br>55-50-31-71-68 |
| **6** | CASTAÑEDA NIEBLA SALVADOR | pasa.avaluos@gmail.com | 55-55-34-31-05<br>55-55-02-63-62 |
| **7** | CHAVERO HERNÁNDEZ MARÍA EUGENIA | chaveromaru@yahoo.com.mx | 55-43-22-33-20<br>55-10-92-98-96 |
| **8** | CRUZ MORALES JUAN CARLOS | juancarlos.cruzmorales@gmail.com | 55-52-71-94-42<br>55-23-05-31-07 |
| **9** | CRUZ SANTANA HOMERO | sixcrusah11@hotmail.com | 55-46-22-29-79<br>55-64-93-12-45 |
| **10** | GARCÍA CALATAYUD LEONORA EUGENIA | norik.garcia@gmail.com | 55-56-82-91-64<br>55-59-46-83-35 |
| **11** | GARCÍA CARMONA JOSÉ ENRIQUE | egarca01@hotmail.com | 55-56-74-91-68<br>55-46-56-53-06 |
| **12** | GARCÍA ESPINOSA JORGE | arqjgarciaespinosa@gmail.com | 55-55-45-78-76<br>55-54-09-00-60 |
| **13** | GARCÍA MORA SERGIO | sgmavaluos@yahoo.com.mx | 55-55-88-39-42<br>55-31-19-73-80 |

| ESPECIALIDAD: ARQUITECTURA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **14** | GARCÍA OCAMPO ANTONIO | peritosyvaluacion@gmail.com | 55-81-92-29-10<br>55-19-48-48-97 |
| **15** | GÓNGORA ARAUJO JOSÉ ISAAC | ctc.avaluos@gmail.com | 55-10-85-99-40<br>55-60-74-84-80 |
| **16** | GUTIÉRREZ RODRÍGUEZ CLAUDIO GABRIEL | grvaluadores@gmail.com | 55-56-39-96-04<br>55-27-12-06-72 |
| **17** | JUÁREZ GARCÍA DANIEL | tsj_djg@prodigy.net.mx | 55-55-88-72-16<br>55-32-83-16-86 |
| **18** | LARA CORTÉS JORGE ISAAC | laraisaac@yahoo.com.mx | 55-55-74-12-69<br>55-11-16-68-22 |
| **19** | LEAL GUERRERO MARÍA DE LOS ÁNGELES | arq.angelesl@gmail.com | 55-55-54-11-45<br>55-54-09-40-91 |
| **20** | LÓPEZ DE LA GARZA FERNANDO SABAS | fslg_13@hotmail.com | 55-55-88-26-41<br>55-14-74-18-65 |
| **21** | LÓPEZ MARTÍNEZ ESTEBAN | estebanlm45@hotmail.com | 55-57-30-37-27<br>55-54-38-89-46 |
| **22** | LÓPEZ RAMÍREZ ZITO FEDERICO | felora45@yahoo.com.mx | 55-91-80-36-62<br>55-18-00-03-32 |
| **23** | MARTÍNEZ BERNAL ARTURO HUMBERTO | ahmb_dro_2003@outlook.com | 55-16-31-87-12<br>55-36-53-25-57 |
| **24** | MARTÍNEZ CONTRERAS BEATRIZ | beamtzc@gmail.com | 55-52-50-63-11<br>55-91-97-77-69 |
| **25** | MARTÍNEZ SAHAGÚN JARUMI | arqmsahagun@outlook.com | 55-70-37-39-49<br>55-25-60-52-64 |
| **26** | MEJÍA JERÓNIMO FRANCISCO JORGE | avamexia18@gmail.com | 55-56-70-72-50<br>55-39-89-34-97 |
| **27** | OCHOA LANDEROS VICENTE | vincent8a1@gmail.com | 56-61-34-63-75<br>56-35-65-97-13 |
| **28** | OLMEDO SOTELO ISRAEL BOOZ | astrobooz@yahoo.com.mx | 55-26-35-28-26<br>55-18-46-97-23 |
| **29** | PÉREZ RODRÍGUEZ RUBÉN ALFREDO | arq.alfredoperez@gmail.com | 55-26-03-48-20<br>55-54-04-77-53 |
| **30** | QUIROZ SASIA BEATRIZ | bqsasia@gmail.com | 55-56-82-29-65<br>55-32-03-43-49 |
| **31** | RODRÍGUEZ DE LA ROSA AGUSTÍN PEDRO | Agustinpedro@gmail.com | 55-58-42-18-02<br>55-11-44-97-88 |
| **32** | RODRÍGUEZ LORETO ÓSCAR | comalimx@yahoo.com.mx | 55-88-86-50-85<br>55-29-03-08-44 |
| **33** | ROMERO SASTRÉ EDITH AMALIA | avaluosinmuebles10@gmail.com | 55-55-88-95-78<br>55-29-55-12-57 |
| **34** | SALAS CHAVARRÍA JAVIER EDUARDO | javiersalas05@yahoo.com | 55-55-79-65-88<br>55-36-45-30-18 |
| **35** | SALAZAR FERRAIZ JUAN MANUEL | ferraiz67@hotmail.com | 55-22-65-86-00 |
| **36** | SEDEÑO TORRES JOSÉ RODRIGO | avaluosinmobiliariosmexico@gmail.com | 55-48-19-86-84 |
| **37** | TAPIA HERNÁNDEZ MANUEL DE JESÚS | ingmanueltapia@gmail.com | 55-85-02-06-73<br>55-54-00-41-91 |
| **38** | VARGAS MÁRQUEZ JESÚS ALEXEY | alexey_vargas@yahoo.com.mx | 55-17-01-08-61<br>55-53-16-77-05 |
| **39** | VÁZQUEZ SÁNCHEZ EUCARIO | eucario_vasan@hotmail.com | 55-57-30-37-27<br>55-18-42-97-22 |

| ESPECIALIDAD: AUDITORÍA Y CONTADURÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ABUNDIZ HERNÁNDEZ SERGIO | abundiz.peritajescontables@gmail.com | 55-58-39-83-65<br>55-42-88-25-74 |
| **2** | AGUILERA GALINDO GUILLERMO CÉSAR | gaguilera@wtpo.mx | 55-55-15-55-76<br>55-54-08-41-77 |
| **3** | AGUIRRE MARTÍNEZ LAURA | laura101jet@yahoo.com.mx | 55-54-13-75-96<br>55-92-98-71-49 |

86

| ESPECIALIDAD: AUDITORÍA Y CONTADURÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 4 | ALBINO JAVIER DESIDERIO | aljade_0211@yahoo.com.mx | 55-26-36-74-52 55-37-13-22-33 |
| 5 | ARELLANO REYES MARÍA GUADALUPE | lupitaa0908@yahoo.com.mx | 55-57-96-95-03 55-20-68-72-49 |
| 6 | ARRIAGA REYNOSO ALEJANDRO | airamarale@hotmail.com | 55-55-97-35-45 55-37-33-62-76 |
| 7 | BÁEZ GUERRERO JOSÉ JESÚS | jbaezg@yahoo.com.mx | 55-58-01-93-88 55-55-09-81-22 |
| 8 | BALLESTEROS CELAYA MARIBEL | mballesteros11@hotmail.com | 55-89-51-89-97 55-13-63-72-35 |
| 9 | BARAJAS QUILES DULCE MARÍA | dulcequiles@hotmail.com | 55-59-65-78-19 |
| 10 | BARRAGÁN TORRES FRANCISCO DARIO | bartor.peritocontable@gmail.com | 55-51-35-17-46 55-45-05-03-45 |
| 11 | BARRIOS BELTRÁN ROSALÍA | barriosrb@hotmail.com | 55-28-40-10-00 55-15-10-64-96 |
| 12 | BENÍTEZ BENÍTEZ LORETO | lbenitez2@gmail.com | 55-57-14-00-52 55-36-99-39-53 |
| 13 | BERAZA MÉNDEZ MARISELA | marberaza@yahoo.com.mx | 55-57-41-54-24 55-12-11-62-95 |
| 14 | BRAVO MENA HUMBERTO | hbravom@gmail.com | 55-10-54-39-45 55-44-43-57-71 |
| 15 | BRIONES AGUILAR JOSÉ RENÉ | rbrionesa@gmail.com | 55-59-38-39-40 55-11-43-53-95 |
| 16 | BRISEÑO PONCE MARÍA GUADALUPE | brisenoponce@hotmail.com | 55-13-15-83-25 55-59-65-01-15 |
| 17 | CABEZA GARCÍA MARÍA DEL SOCORRO | soco_cabeza@yahoo.com.mx | 55-89-69-93-68 55-63-69-96-98 |
| 18 | CALDERÓN MALDONADO ARMANDO | armandocama@hotmail.com | 55-17-33-03-30 55-31-21-03-35 |
| 19 | CARRILLO FLORES AZALIA | azaliacf@gmail.com | 55-19-57-50-73 |
| 20 | CASTAÑEDA NIEBLA ALBERTO MANUEL | castanedaalberto1947@gmail.com | 55-55-54-89-83 55-85-81-79-56 |
| 21 | CASTILLO JIMÉNEZ ARACELI | aracastillo_05@yahoo.com.mx | 55-47-52-20-38 55-29-35-22-67 |
| 22 | CRUZ GÓMEZ RAÚL ARMANDO | acruz@revenuecompliance.com | 55-20-35-08-37 |
| 23 | CU TINOCO LUCERO | lucerocu@hotmail.com | 55-67-26-16-81 55-32-00-11-26 |
| 24 | DE LUIS ROMERO MARÍA EVA | evadeluis@hotmail.com | 55-63-53-15-64 55-27-27-12-75 |
| 25 | DUEÑAS ZÚÑIGA MOISÉS | moisesduzu@gmail.com | 55-14-52-42-28 |
| 26 | ESCOBAR MOTA RAFAEL CARLOS | carlosescobar24@hotmail.com | 55-55-49-86-57 55-54-31-76-27 |
| 27 | ESQUIVIAS GUTIÉRREZ MARTHA | marthaesquivias@hotmail.com | 55-35-27-47 55-28-86-11-88 |
| 28 | FLORES MENDOZA LAURA INÉS | laurafm63@gmail.com | 55-14-77-22-18 55-21-60-37-79 |
| 29 | FUNES ROSELLÓN GRISELDA | grifuro8@prodigy.net.mx | 55-56-74-82-40 55-28-61-83-50 |
| 30 | GONZÁLEZ LOBATO GUADALUPE | golgka@prodigy.net.mx | 55-56-57-57-24 55-40-15-48-08 |
| 31 | GONZÁLEZ VILLANUEVA ALONSO | alonsog@prodigy.net.mx | 55-22-48-66-54 |
| 32 | GOVEA SANDOVAL MIRIAM | miriam_govea@hotmail.com | 55-55-81-21-64 55-18-50-82-16 |
| 33 | GRANADOS RAMOS DALIA ERNESTINA | dgranados11@yahoo.com.mx | 55-55-44-34-90 55-26-90-48-63 |

| ESPECIALIDAD: AUDITORÍA Y CONTADURÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **34** | GUZMÁN QUIROZ MARCOS | mguzman64@hotmail.com | 55-56-05-05-30<br>55-41-43-39-70 |
| **35** | HAM HERNÁNDEZ MARÍA ALICIA | ahhvir@hotmail.com | 55-55-58-22-79<br>55-16-82-10-58 |
| **36** | HERMIDA GUERRERO SERGIO FRANCISCO | despgha@prodigy.net.mx | 55-55-74-47-21<br>55-41-43-17-90 |
| **37** | HERNÁNDEZ CAMACHO SONIA LINA | sunylinahernandez23@gmail.com | 56-19-98-99-01<br>55-55-10-08-74 |
| **38** | HERNÁNDEZ CHACÓN MARTHA ANGÉLICA | aahc20055@gmail.com | 55-57-85-27-03<br>55-34-17-09-65 |
| **39** | HERNÁNDEZ GAMA RENÉ | renehgama@gmail.com | 55-17-98-36-84<br>55-57-74-53-88 |
| **40** | HERNÁNDEZ GARCÍA JOSÉ FIDEL | acanjfhg@hotmail.com | 55-57-41-54-24<br>55-12-11-34-12 |
| **41** | LAGUNA SÁNCHEZ JUAN CARLOS | perito.cont@gmail.com | 55-16-22-65-07<br>55-59-71-00-36 |
| **42** | LEYVA HERNÁNDEZ MARÍA DEL CARMEN | carmenleyva@att.net.mx | 55-53-91-93-51<br>55-34-07-85-23 |
| **43** | LÓPEZ DUARTE ULISES ELI | uliseseli1@gmail.com | 55-59-77-11-67<br>55-13-37-01-20 |
| **44** | LÓPEZ HERNÁNDEZ FRANCISCO JAVIER | francisco.hdz06@gmail.com | 55-26-26-15-56<br>55-35-07-02-62 |
| **45** | LÓPEZ RAMÍREZ GERARDO HÉCTOR | gerardohectorlr@gmail.com | 55-55-87-21-49<br>55-23-35-26-56 |
| **46** | MAQUEDA MARTÍNEZ JOSÉ LUIS TIBURCIO | jlmaqma@hotmail.com | 55-54-24-17-18<br>55-52-17-66-59 |
| **47** | MARTÍNEZ SOTO JOSÉ ANTONIO | mayracontadores@yahoo.com.mx | 55-57-78-08-41<br>55-18-50-17-75 |
| **48** | MATUS URTECHO JOSÉ LUIS | abogadojlmu@gmail.com | 55-56-44-03-88<br>55-28-80-34-44 |
| **49** | MENDOZA HERNÁNDEZ JOSÉ LUIS | jluismendozacp@gmail.com | 55-56-80-12-41<br>55-54-07-72-68 |
| **50** | MONTES DE OCA ROMERO BLANCA ESTELA | blanch@mop.com.mx | 55-91-95-55-09 |
| **51** | MORÁN GARCÍA ENRIQUE | emoranipn29@gmail.com | 56-16-69-26-12 |
| **52** | NÁJERA MARTÍNEZ ANA LILIA | annalina70@yahoo.com.mx | 55-55-78-35-83<br>55-34-46-32-82 |
| **53** | ORTEGA DE LA TORRE HÉCTOR | hectorte@att.net.mx | 55-56-01-20-37<br>55-12-30-27-67 |
| **54** | ORTUÑO GONZÁLEZ ERIK | erik.ortuno15@gmail.com | 55-21-21-15-84<br>55-13-60-00-74 |
| **55** | OSCOS BASURTO LUIS RENÉ | rene_oscos@yahoo.es | 55-54-08-27-86<br>55-84-24-36 |
| **56** | PADILLA PEÑA VALENTÍN RICARDO | ricardo.jose@prodigy.net.mx | 55-21-09-15-87 |
| **57** | PEÑA CARRADA ELEAZAR RODRIGO | eleazarrodrigo@hotmail.com | 55-13-15-71-70<br>55-74-55-69-37 |
| **58** | PEÑA MONTES DE OCA BLANCA YADIRA | bypmo@mop.com.mx | 55-56-05-01-74<br>55-91-95-54-71 |
| **59** | PEÑA MONTES DE OCA ÓSCAR ISRAEL | oscar@mop.com.mx | 55-91-95-54-49 |
| **60** | PEÑAFORT GARCÍA FRANCISCO JAVIER | fjpenafort@yahoo.com | 55-56-50-40-07<br>55-91-97-07-21 |
| **61** | PEÑAFORT OLIVAS LYDIA IVETTE | ivette_confye@hotmail.com | 55-56-50-40-07<br>55-10-68-25-50 |
| **62** | PONCE GÓMEZ ADRIÁN | adrianponceg@hotmail.com | 55-57-76-39-75<br>55-91-91-85-44 |
| **63** | PONCE ISLAS RAÚL EUGENIO | rpiep@hotmail.com | 55-57-76-39-75<br>55-22-18-85-51 |

| ESPECIALIDAD: AUDITORÍA Y CONTADURÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **64** | PRADO DELGADILLO PAOLA ASTRID | astrid.prado@outlook.com | 55-52-76-12-97<br>55-14-74-04-76 |
| **65** | RAMÍREZ CASTAÑEDA ALEJANDRO | aramizcar@prodigy.net.mx | 55-55-56-10-64<br>55-27-65-77-65 |
| **66** | RAMÍREZ DÍAZ CARLOS MANUEL | radica_54@hotmail.com | 55-89-97-71-56<br>22-21-04-70-58 |
| **67** | RAMOS RAMÍREZ MARTHA ARACELI | mayracontadores@hotmail.com | 55-57-78-08-41<br>55-91-90-30-67 |
| **68** | REYES ISLAS MARCOS MANUEL | mmmreyes5@gmail.com | 55-57-85-27-03<br>55-63-50-51-08 |
| **69** | RÍOS RAYÓN MIGUEL | miguelrrayon@yahoo.com.mx | 55-55-10-08-74<br>55-54-37-59-43 |
| **70** | RIVAS LANDÍN ALBERTO CECILIO | rivaslandin@yahoo.com.mx | 55-13-15-83-25<br>55-54-09-15-16 |
| **71** | RODRÍGUEZ PELAYO ALBERTO JAVIER | albertojrodriguezpelayo29@gmail.com | 55-58-22-17-48<br>99-33-99-68-37 |
| **72** | ROSAS ROSAS ANA LILIA | alrosas@prodigy.net.mx | 55-58-22-17-48<br>55-32-23-95-70 |
| **73** | SANTOS GILES RICARDO | ricardo_santosg@yahoo.com.mx | 72-21-91-96-52 |
| **74** | TORRES ESQUEDA LEOPOLDO EDUARDO | cpltorres@hotmail.com | 55-56-65-87-57<br>55-54-55-93-48 |
| **75** | TOVAR VALLES JOHOVANA | johovana@msn.com | 55-92-15-87-40<br>55-20-70-69-67 |
| **76** | YÁÑEZ SÁNCHEZ ARMANDO DAVID | sibawe@yahoo.com.mx | 55-10-54-39-46<br>55-44-42-88-12 |
| **77** | ZERÓN DEL MORAL MARGARITA | margaritazerondelmoral@gmail.com | 55-52-86-68-77<br>55-54-14-71-55 |

| ESPECIALIDAD: BIOQUÍMICA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | CANSECO FLORIÁN JORGE OCTAVIO | joctavioflorian@gmail.com | 44-22-17-47-26<br>44-22-50-06-91 |

| ESPECIALIDAD: CALIGRAFÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ÁLVAREZ MUÑÓZ MARTINA DEL ROSARIO | peritomartinaalvarez@gmail.com | 55-26-70-74-94 |
| **2** | NAVARRETE TÉLLEZ PATRICIA | pattnate1@gmail.com | 55-22-51-86-01 |
| **3** | PACHECO IBARRA EVANGELINA | iggc@live.com | 55-56-91-84-98<br>55-25-60-45-21 |
| **4** | ROSETE BARRERA RICARDO ALFREDO | alfredo_rosete@hotmail.com | 55-85-90-37-58<br>55-16-50-24-05 |
| **5** | SANTOS ALFARO MIGUEL ÁNGEL | masa_perito@yahoo.com | 55-55-78-67-08<br>55-23-14-68-08 |
| **6** | VARELA SÁNCHEZ ALEJANDRO | operaciones@varelaperitos.mx | 55-56-09-18-73<br>55-15-12-91-91 |
| **7** | VARELA SÁNCHEZ ENRIQUE | licevasa_2@hotmail.com | 55-15-99-70-64<br>55-31-77-26-08 |

| ESPECIALIDAD: CRIMINALÍSTICA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ÁVILA OLGUÍN MARÍA ELENA | ro-ho-ma@hotmail.com | 55-32-07-39-07<br>55-57-68-24-63 |
| **2** | CAL Y MAYOR RODRÍGUEZ FAMILIAR LUIS FERMÍN | lcym@prodigy.net.mx | 55-56-81-70-23<br>55-54-06-91-01 |
| **3** | CAMARGO MORENO LETICIA JOSELYN | leticamargo187@gmail.com | 56-18-06-87-85 |

| ESPECIALIDAD: CRIMINALÍSTICA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **4** | GARCÍA CRUZ JOSÉ ANTONIO | servforenses@gmail.com | 55-19-42-60-21<br>55-44-73-05-51 |
| **5** | GUTIÉRREZ RIQUELME CESAR AUGUSTO | perito_riquelme@yahoo.com.mx | 55-13-82-90-58<br>55-57-77-40-34 |
| **6** | LÓPEZ RUIZ IZEBEL | izebel88@gmail.com | 55-56-81-70-23<br>55-43-39-65-57 |
| **7** | LÓPEZ SOSA ARELY MONSERRAT | arelylosa@gmail.com | 55-90-49-58-84<br>55-74-30-07-35 |
| **8** | MARQUEZ ÁNGELES JESÚS | jesusmarquezangeles@yahoo.com.mx | 55-52-71-35-77<br>55-21-97-81-52 |
| **9** | MARTÍNEZ JIMÉNEZ GREGORIO | gregdoc52@hotmail.com | 55-26-26-38-67<br>55-41-44-29-64 |
| **10** | MORALES GUILLÉN MERCEDES | mercedesmorgui@gmail.com | 55-57-61-22-00<br>55-74-74-37-49 |
| **11** | NAVARRETE TÉLLEZ PATRICIA | pattnate1@gmail.com | 55-22-51-86-01 |
| **12** | ORTÍZ ÁNGELES MARCO ANTONIO | itperitajes@gmail.com | 55-57-61-22-00<br>55-54-12-01-59 |
| **13** | PACHECO IBARRA ENRIQUE GERARDO | enriquegerardopacheco@yahoo.com.mx | 55-27-14-34-56<br>55-74-80-09-63 |
| **14** | PACHECO IBARRA JUAN MANUEL | peritojm@hotmail.com | 55-15-46-82-11<br>55-29-02-21-17 |
| **15** | PASCO BARRADAS ALICIA | helloaliaco2000@hotmail.com | 55-55-79-32-33<br>55-45-84-58-73 |
| **16** | RESÉNDIZ VAZQUEZ PAULINA | paulinavz2901@gmail.com | 55-57-51-55-48<br>55-23-00-87-70 |
| **17** | ROMERO SASTRÉ DÉBORA ALEJANDRA | deborarslegal@gmail.com | 55-54-08-76-67 |
| **18** | TINOCO GONZÁLEZ BRAULIO | braulio_tg65@hotmail.com | 55-21-99-71-12<br>55-13-84-88-61 |
| **19** | TRONCOSO GONZÁLEZ DAVID | troncosoyasociados@hotmail.com | 55-55-88-07-68<br>55-10-48-30-89 |
| **20** | VARELA SÁNCHEZ ALEJANDRO | operaciones@varelaperitos.mx | 55-56-09-18-73<br>55-15-12-91-91 |
| **21** | ZÁRATE HERNÁNDEZ ATZIRY ARAZU | zaratecrimi@gmail.com | 55-72-17-40-99 |
| **22** | ZAYAS PEÑA EDMUNDO | assemexicolabcrim@yahoo.com | 55-55-46-42-72<br>55-10-07-21-32 |

| ESPECIALIDAD: CRIMINOLOGÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |
| **2** | VARELA SÁNCHEZ ALEJANDRO | operaciones@varelaperitos.mx | 55-56-09-18-73<br>55-15-12-91-91 |

| ESPECIALIDAD: DACTILOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |
| **2** | CASTAÑEDA MORALES EDITH | ecastaneda@cmhabogados.com | 55-67-95-96-12<br>55-44-43-16-99 |
| **3** | DÍAZ MIRANDA MARIO OCTAVIO | peritomariodiaz@gmail.com | 55-55-88-96-58<br>55-23-29-65-17 |
| **4** | EMICENTE AGUIRRE ELBA LUZ | elbaemicente@hotmail.com | 55-34-88-51-46 |
| **5** | ESTRADA RODRÍGUEZ MÓNICA ISABEL | perito_estrada@yahoo.com.mx | 55-55-95-65-71<br>55-22-63-05-15 |
| **6** | KIHUEN LÓPEZ ANGÉLICA ELIZABETH | okkihuen@hotmail.com | 55-57-65-08-70<br>55-10-07-87-92 |

| ESPECIALIDAD: DACTILOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **7** | LUNA MORLÁN IDALIA | peritoidalialunamorlan@hotmail.com | 55-58-70-82-05<br>55-63-51-83-30 |
| **8** | MATA SORIA MARÍA DE LOURDES | cp_lourdesms@hotmail.com | 55-28-47-44-22<br>55-55-24-42-69 |
| **9** | NAVARRETE TÉLLEZ PATRICIA | pattnate1@gmail.com | 55-22-51-86-01 |
| **10** | NÚÑEZ POLO MARCOS ADRIÁN | adnupo@hotmail.com | 56-18-80-76-41<br>56-78-90-54 |
| **11** | OLIVARES OLIVARES EDWYN DANIEL | periciales_cienciasforenses@yahoo.com.mx | 77-11-61-28-58<br>55-10-11-90-37 |
| **12** | OSORNO ZAVALA MARÍA GUADALUPE | maria.osorno07@gmail.com | 55-92-48-84-88<br>55-54-99-36-68 |
| **13** | PACHECO IBARRA ENRIQUE GERARDO | enriquegerardopacheco@yahoo.com.mx | 55-27-14-34-56<br>55-74-80-09-63 |
| **14** | PACHECO IBARRA EVANGELINA | iggc@live.com | 55-56-91-84-98<br>55-25-60-45-21 |
| **15** | PLOVIN ENRIQUEZ ANA LUISA | luisaplovinpericiales@gmail.com | 55-61-21-40-91<br>56-10-40-78-41 |
| **16** | RAMÍREZ CASTAÑEDA ALEJANDRO | aramizcar@prodigy.net.mx | 55-55-56-10-64<br>55-27-65-77-65 |
| **17** | RIVERA LÓPEZ GERMÁN | germanriveralopez1@gmail.com | 55-39-29-06-79<br>55-28-54-31-61 |
| **18** | ROMERO SASTRÉ DÉBORA ALEJANDRA | deborarslegal@gmail.com | 55-54-08-76-67 |
| **19** | ROSAS FERNÁNDEZ MERCEDES PATRICIA | mprf@live.com.mx | 55-56-46-29-65<br>72-22-03-38-85 |
| **20** | SANTOS ALFARO MIGUEL ÁNGEL | masa_perito@yahoo.com | 55-55-78-67-08<br>55-23-14-68-08 |
| **21** | TRONCOSO GONZÁLEZ DAVID | troncosoyasociados@hotmail.com | 55-55-88-07-68<br>55-10-48-30-89 |
| **22** | VÁZQUEZ AGUIÑAGA HELENA | hevaa74@hotmail.com | 55-28-54-51-06<br>55-12-94-46-27 |

| ESPECIALIDAD: DAÑOS A EDIFICIOS, CONSTRUCCIÓN, CIMENTACIONES, ESTRUCTURAS Y POR SINIESTROS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | BALTAZAR MARTÍNEZ JOSÉ MANUEL | prodiisa@gmail.com | 59-56-88-38-04<br>55-18-31-94-37 |
| **2** | CASTAÑEDA NIEBLA SALVADOR | pasa.avaluos@gmail.com | 55-55-34-31-05<br>55-55-02-63-62 |
| **3** | CRUZ CAMPOAMOR RAÚL | rccampoamor@hotmail.com | 55-56-05-23-19<br>55-18-19-50-21 |
| **4** | CRUZ MORALES JUAN CARLOS | juancarlos.cruzmorales@gmail.com | 55-52-71-94-42<br>55-23-05-31-07 |
| **5** | CUEVAS LOMELÍN ALEJANDRO | acl@catsa.com.mx | 55-68-23-77-30<br>55-13-33-17-78 |
| **6** | DE ROBINA RABASA GONZALO | robina@derobina.com | 55-56-59-97-84<br>55-54-36-83-72 |
| **7** | ESCUDERO ZABALANDICOECHEA JOSÉ MANUEL | construventa@gmail.com | 55-52-75-26-29 |
| **8** | GARCÍA CARMONA JOSÉ ENRIQUE | egarca01@hotmail.com | 55-56-74-91-68<br>55-46-56-53-06 |
| **9** | GARCÍA MORA SERGIO | sgmavaluos@yahoo.com.mx | 55-55-88-39-42<br>55-31-19-73-80 |
| **10** | GÓNGORA ARAUJO JOSÉ ISAAC | ctc.avaluos@gmail.com | 55-10-85-99-40<br>55-60-74-84-80 |
| **11** | LARA CORTÉS JORGE ISAAC | laraisaac@yahoo.com.mx | 55-74-12-69<br>55-11-16-68-22 |
| **12** | LÓPEZ MARTÍNEZ ESTEBAN | estebanlm45@hotmail.com | 55-57-30-37-27<br>55-54-38-89-46 |

| ESPECIALIDAD: DAÑOS A EDIFICIOS, CONSTRUCCIÓN, CIMENTACIONES, ESTRUCTURAS Y POR SINIESTROS | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 13 | LÓPEZ RAMÍREZ ZITO FEDERICO | felora45@yahoo.com.mx | 55-91-80-36-62<br>55-18-00-03-32 |
| 14 | MARTÍNEZ BERNAL ARTURO HUMBERTO | ahmb_dro_2003@outlook.com | 55-16-31-87-12<br>55-36-53-25-57 |
| 15 | MARTÍNEZ MAZATZI RENÉ | remtzi8@gmail.com | 55-53-63-89-93<br>55-30-69-42-99 |
| 16 | MEJÍA JERÓNIMO FRANCISCO JORGE | avamexia18@gmail.com | 55-56-70-72-50<br>55-39-89-34-97 |
| 17 | MONTIEL MARTÍNEZ ROMUALDO GABRIEL | gabriel_montiel_mtz@yahoo.com.mx | 55-55-25-53-71<br>55-31-26-80-43 |
| 18 | MORENO NUCAMENDI ALFONSO | cperitos@hotmail.com | 55-27-11-48-06<br>56-11-12-08-40 |
| 19 | MORENO SÁNCHEZ CESAR | panelecologico2000@gmail.com | 55-57-68-59-85<br>24-61-11-38-86 |
| 20 | PÉREZ ESCOBAR RUBISEL | arqrubisel@prodigy.net.mx | 55-21-57-47-44<br>55-25-02-74-35 |
| 21 | QUIROZ MORALES JORGE IMATINI | ing.imatini@gmail.com | 55-91-61-29-86 |
| 22 | SÁENZ DE MIERA JUÁREZ MANUEL | ing_masam@yahoo.com.mx | 55-58-48-38-30<br>55-14-51-51-28 |
| 23 | SALAS CHAVARRÍA JAVIER EDUARDO | javiersalas05@yahoo.com | 55-55-79-65-88<br>55-36-45-30-18 |
| 24 | SÁNCHEZ ROSAS GERMÁN | germansanchezrosas@yahoo.com.mx | 55-56-10-24-82<br>55-25-61-20-99 |
| 25 | SANDOVAL SÁMANO HUMBERTO BRICIO | sandovalsamano@gmail.com | 55-58-60-10-55<br>55-40-33-15-53 |
| 26 | SEDEÑO TORRES JOSÉ RODRIGO | avaluosinmobiliariosmexico@gmail.com | 55-48-19-86-84 |
| 27 | TAPIA HERNÁNDEZ MANUEL DE JESÚS | ingmanueltapia@gmail.com | 55-85-02-06-73<br>55-54-00-41-91 |

| ESPECIALIDAD: DOCUMENTOSCOPÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | AGUILAR DE LA CRUZ OLGA LILIA | olgaliliac@hotmail.com | 55-55-34-38-59<br>55-39-81-69-33 |
| 2 | ALCÁNTARA VILORIA CLAUDIA ISEL | viloria_c15@hotmail.com | 55-63-08-82-98<br>55-30-33-36-88 |
| 3 | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |
| 4 | ARROYO DÍAZ ARACELI | arapericales@gmail.com | 55-55-43-15-72<br>55-26-84-59-52 |
| 5 | BERISTAIN MARTÍNEZ SILVIA DEL CARMEN | silviaberismar@hotmail.com | 55-55-24-90-01<br>55-54-09-35-83 |
| 6 | CAL Y MAYOR RODRÍGUEZ MARTHA DEL PILAR | calymayor.pilar@yahoo.com.mx | 55-30-43-94-30 |
| 7 | CASTAÑEDA GALINDO RODOLFO | rodolfocasta17@hotmail.com | 55-14-73-84-96 |
| 8 | CERVANTES MEDINA FLORENCIO ARMANDO | armandgrafos@gmail.com | 55-53-47-69-96<br>55-64-31-65-32 |
| 9 | DE LOS SANTOS SÁNCHEZ MANUEL | carmanardi@yahoo.com.mx | 55-54-27-21-17<br>55-17-30-69-18 |
| 10 | DÍAZ MIRANDA MARIO OCTAVIO | peritomariodiaz@gmail.com | 55-55-88-96-58<br>55-23-29-65-17 |
| 11 | DOMÍNGUEZ ESCOBEDO DIONISIA TERESA DE JESÚS | teridomin@hotmail.com | 55-55-78-76-18<br>55-39-33-89-02 |
| 12 | ESPÍNDOLA DÍAZ UBALDO | uespindola@gmail.com | 56-72-68-08<br>55-30-45-76-93 |
| 13 | ESPINOSA AGUILAR GUADALUPE | espinosa_gea@hotmail.com | 55-57-15-89-34<br>55-17-29-57-55 |

| ESPECIALIDAD: DOCUMENTOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **14** | ESTRADA RODRÍGUEZ MÓNICA ISABEL | perito_estrada@yahoo.com.mx | 55-55-95-65-71 55-22-63-05-15 |
| **15** | FLORES LÓPEZ GIOVANNA DARLENE | giovannadarlene16@hotmail.com | 55-90-65-15-94 55-61-49-62-87 |
| **16** | GARCÍA VIDAURRI SERGIO | vidaurri2@hotmail.com | 55-55-78-76-18 55-31-36-45-24 |
| **17** | GUILLÉN MANDUJANO JORGE | jguillen58@gmail.com | 55-52-74-05-16 55-81-92-19-84 |
| **18** | HERNÁNDEZ HERNÁNDEZ WENCESLAO | wenherperito@gmail.com | 55-52-04-44-95 55-28-44-77-22 |
| **19** | JIMÉNEZ TEJEDA JULIO CÉSAR | grafhos2002@yahoo.com.mx | 99-81-56-66-33 |
| **20** | MARTÍNEZ SÁNCHEZ JOSÉ ANTONIO | jams77880@outlook.com | 55-52-64-69-75 55-89-61-11-18 |
| **21** | MENDOZA HIPÓLITO MARÍA DE LAS NIEVES | nievesmendozah@yahoo.com | 55-55-46-42-72 98-11-21-52-19 |
| **22** | MONTERO MORENO JESÚS MAURO | jesus_m_1@yahoo.com.mx | 55-87-55-59-44 55-22-70-99-60 |
| **23** | MONTIEL HERNÁNDEZ GABRIEL | gabrielmontiel240372@gmail.com | 55-65-86-19-11 55-80-36-40-14 |
| **24** | NAVARRETE TÉLLEZ PATRICIA | pattnate1@gmail.com | 55-22-51-86-01 |
| **25** | NÚÑEZ RODRÍGUEZ MARICRUZ | documentoscuestionadosmnr@gmail.com | 55-55-34-38-59 55-13-97-64-71 |
| **26** | PACHECO IBARRA EVANGELINA | iggc@live.com | 55-56-91-84-98 55-25-60-45-21 |
| **27** | ROSETE BARRERA RICARDO ALFREDO | alfredo_rosete@hotmail.com | 55-85-90-37-58 55-16-50-24-05 |
| **28** | SANTOS ALFARO MIGUEL ÁNGEL | masa_perito@yahoo.com | 55-55-78-67-08 55-23-14-68-08 |
| **29** | TORRES BELMONT PEDRO | torresbelmont.68@gmail.com | 55-39-52-22-95 55-77-03-27-60 |
| **30** | VARELA SÁNCHEZ ALEJANDRO | operaciones@varelaperitos.mx | 55-56-09-18-73 55-15-12-91-91 |
| **31** | VARGAS SANDOVAL ELVIA JOVITA | elviavs2@hotmail.com | 55-56-76-58-95 55-38-95-75-16 |
| **32** | ZAYAS PEÑA EDMUNDO | assemexicolabcrim@yahoo.com | 55-55-46-42-72 55-10-07-21-32 |

| ESPECIALIDAD: ECONOMÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | DE LA CRUZ GARCÍA SALVADOR | sdlacruz@gmail.com | 55-58-49-39-34 55-10-48-70-46 |
| **2** | ZULETA CONTRERAS VIRGILIO AMADO | vzuletac@hotmail.com | 55-71-60-31-64 55-39-99-24-90 |

| ESPECIALIDAD: FONÉTICA Y ACÚSTICA FORENSE | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | GARCÍA CRUZ JOSÉ ANTONIO | servforenses@gmail.com | 55-19-42-60-21 55-44-73-05-51 |

| ESPECIALIDAD: FOTOGRAFÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | HERCE CERDA VIVIANNA | viviannaherce@hotmail.com | 55-55-95-65-71 55-65-02-96-34 |
| **2** | OCHOA RIVERA GABRIELA | gabriela.ochoa12@hotmail.com | 55-55-68-18-33 55-32-76-45-30 |
| **3** | PACHECO IBARRA ENRIQUE GERARDO | enriquegerardopacheco@yahoo.com.mx | 55-27-14-34-56 55-74-80-09-63 |

| ESPECIALIDAD: FOTOGRAFÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 4 | PANIAGUA SABINES LUIS HUMBERTO | luispani@yahoo.com | 55-41-85-32-99<br>55-15-49-02-48 |
| 5 | SALAZAR SÁNCHEZ LIZBETH GUADALUPE | lizbetsalazar_s@hotmail.com | 55-52-57-52-25<br>55-86-69-79-50 |
| 6 | VARGAS CORTEZ FERNANDO | a7vfvarcort@hotmail.com | 55-28-80-68-53 |
| 7 | ZAMORA DEL VALLE CÉSAR ALONSO | periales@hotmail.com | 55-26-90-08-96 |

| ESPECIALIDAD: GENÉTICA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | BETANZOS PALMEROS ZURISADDAI | Zbetanzos@yahoo.com | 77-12-22-37-59<br>55-27-06-50-43 |
| 2 | GUILLÉN ALFARO JORGE | jguillen_01@yahoo.com.mx | 55-29-19-09-10 |
| 3 | RUBIO RIVERA RUBÍ | rrrgenetica@gmail.com | 55-89-76-69-22<br>56-19-27-75-97 |

| ESPECIALIDAD: GRAFOLOGÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ÁLVAREZ MUÑÓZ MARTINA DEL ROSARIO | peritomartinaalvarez@gmail.com | 55-26-70-74-94 |
| 2 | ÁVILA OLGUÍN MARÍA ELENA | ro-ho-ma@hotmail.com | 55-32-07-39-07<br>55-57-68-24-63 |
| 3 | CU TINOCO LUCERO | lucerocu@hotmail.com | 55-67-26-16-81<br>55-32-00-11-26 |
| 4 | DÍAZ MIRANDA MARIO OCTAVIO | peritomariodiaz@gmail.com | 55-55-88-96-58<br>55-23-29-65-17 |
| 5 | ESTRADA RODRÍGUEZ MÓNICA ISABEL | perito_estrada@yahoo.com.mx | 55-55-95-65-71<br>55-22-63-05-15 |
| 6 | FINKELSTEIN ISRAEL ESTHER | tessysulkin@yahoo.com | 55-55-57-63-19<br>55-30-38-33-42 |
| 7 | LINARES AGUIRRE KARINA | karinalinag@gmail.com | 55-69-91-19-99<br>55-51-82-44-01 |
| 8 | MUÑOZ BARROSO MARÍA DEL CARMEN TERESITA | dictamenespericialesmex@gmail.com | 55-43-40-38-29<br>55-15-28-85-85 |
| 9 | PACHECO IBARRA EVANGELINA | iggc@live.com | 55-56-91-84-98<br>55-25-60-45-21 |
| 10 | RAMÍREZ CASTAÑEDA ALEJANDRO | aramizcar@prodigy.net.mx | 55-56-55-10-64<br>55-27-65-77-65 |
| 11 | RIVERA VELASCO MARIO ALBERTO | mariorv@abogadosrv.com.mx | 55-71-57-57-79<br>55-51-87-86-46 |
| 12 | ROSETE BARRERA RICARDO ALFREDO | alfredo_rosete@hotmail.com | 55-85-90-37-58<br>55-16-50-24-05 |
| 13 | RUBIO CORTÉS SOCORRO GABRIELA | grubio@rfl.com.mx | 55-53-59-26-44<br>55-20-06-81-07 |
| 14 | VÁZQUEZ AGUIÑAGA HELENA | hevaa74@hotmail.com | 55-28-54-51-06<br>55-12-94-46-27 |
| 15 | ZAYAS PEÑA EDMUNDO | assemexicolabcrim@yahoo.com | 55-55-46-42-72<br>55-10-07-21-32 |

| ESPECIALIDAD: GRAFOMETRÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | DÍAZ MIRANDA MARIO OCTAVIO | peritomariodiaz@gmail.com | 55-55-88-96-58<br>55-23-29-65-17 |
| 2 | ROSETE BARRERA RICARDO ALFREDO | alfredo_rosete@hotmail.com | 55-85-90-37-58<br>55-16-50-24-05 |
| 3 | SANTOS ALFARO MIGUEL ÁNGEL | masa_perito@yahoo.com | 55-55-78-67-08<br>55-23-14-68-08 |

| ESPECIALIDAD: GRAFOMETRÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **4** | VARELA SÁNCHEZ ENRIQUE | licevasa_2@hotmail.com | 55-15-99-70-64<br>55-31-77-26-08 |

| ESPECIALIDAD: GRAFOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | AGALLO LULO JOSÉ ANTONIO | peritoagallo68@yahoo.com | 55-50-38-55-24<br>55-59-43-58-72 |
| **2** | AGUILAR DE LA CRUZ OLGA LILIA | olgaliliac@hotmail.com | 55-55-34-38-59<br>55-39-81-69-33 |
| **3** | ALCÁNTARA VILORIA CLAUDIA ISEL | viloria_c15@hotmail.com | 55-63-08-82-98<br>55-30-33-36-88 |
| **4** | ALDANA COVELO ELVIA AMPARO | coveloa@yahoo.com.mx | 55-29-50-16-80 |
| **5** | ANDRADE ARCE DIEGO RAFAEL | peritoval@gmail.com | 55-41-49-51-52<br>55-66-76-51-50 |
| **6** | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |
| **7** | ARRIETA ESPINOSA ADRIANA | peritoarrieta.adriana@gmail.com | 55-46-16-03-85<br>55-16-50-41-49 |
| **8** | ARROYO DÍAZ ARACELI | arapericales@gmail.com | 55-55-43-15-72<br>55-26-84-59-52 |
| **9** | AVILÉS MEZA VÍCTOR MANUEL | avis.grafos@gmail.com | 55-55-63-97-41<br>55-54-54-29-94 |
| **10** | BAUTISTA DÍAZ JAVIER KOYEE | bautistapericiales@live.com.mx | 56-14-81-22-69 |
| **11** | BENAVIDES LEÓN MARÍA CONCEPCIÓN | connie3029@hotmail.com | 55-17-03-86-84 |
| **12** | BERISTAIN MARTÍNEZ SILVIA DEL CARMEN | silviaberismar@hotmail.com | 55-55-24-90-01<br>55-54-09-35-83 |
| **13** | CAL Y MAYOR RODRÍGUEZ FAMILIAR LUIS FERMÍN | lcym@prodigy.net.mx | 55-56-81-70-23<br>55-54-06-91-01 |
| **14** | CAL Y MAYOR RODRÍGUEZ ISIDORO LUIS | icym5807@gmail.com | 55-10-90-97-14 |
| **15** | CAL Y MAYOR RODRÍGUEZ MARTHA DEL PILAR | calymayor.pilar@yahoo.com.mx | 55-30-43-94-30 |
| **16** | CANACASCO CORONEL JOSÉ HORUS | jhorusc2@gmail.com | 55-51-62-74-18<br>55-14-51-41-43 |
| **17** | CANACASCO GUIVERRA JOSÉ | josecanacasco@hotmail.com | 55-57-61-99-53<br>55-20-46-74-30 |
| **18** | CARRILLO TOSCANO JOSÉ IGNACIO | pepecatoscano@yahoo.com.mx | 55-46-34-84-94<br>55-55-74-44-25 |
| **19** | CASTAÑEDA GALINDO RODOLFO | rodolfocasta17@hotmail.com | 55-14-73-84-96 |
| **20** | CASTAÑEDA NIEBLA ALBERTO MANUEL | castanedaalberto1947@gmail.com | 55-55-54-89-83<br>55-85-81-79-56 |
| **21** | CERVANTES MEDINA FLORENCIO ARMANDO | armandgrafos@gmail.com | 55-53-47-69-96<br>55-64-31-65-32 |
| **22** | CORONA LÓPEZ MARÍA | mcoronal12@hotmail.com | 55-26-08-58-11<br>55-22-72-67-41 |
| **23** | CORTES VARGAS MIREYA | mircova25@gmail.com | 55-50-87-99-01<br>55-23-90-83-83 |
| **24** | CRUZ CEDILLO SALVADOR | sxcedillo@gmail.com | 56-12-81-47-75 |
| **25** | CU TINOCO LUCERO | lucerocu@hotmail.com | 55-67-26-16-81<br>55-32-00-11-26 |
| **26** | DE LOS SANTOS SÁNCHEZ MANUEL | carmanardi@yahoo.com.mx | 55-54-27-21-17<br>55-17-30-69-18 |

| ESPECIALIDAD: GRAFOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **27** | DÍAZ MIRANDA MARIO OCTAVIO | peritomariodiaz@gmail.com | 55-55-88-96-58<br>55-23-29-65-17 |
| **28** | DOCAL MONTANTE BLANCA OLIVIA | odocal@hotmail.com | 55-35-36-26-28<br>55-16-78-16-65 |
| **29** | DOMÍNGUEZ ESCOBEDO DIONISIA TERESA DE JESÚS | teridomin@hotmail.com | 55-55-78-76-18<br>55-39-33-89-02 |
| **30** | EMICENTE AGUIRRE ELBA LUZ | elbaemicente@hotmail.com | 55-34-88-51-46 |
| **31** | ESPÍNDOLA DÍAZ UBALDO | uespindola@gmail.com | 56-72-68-08<br>55-30-45-76-93 |
| **32** | ESPINOSA AGUILAR GUADALUPE | espinosa_gea@hotmail.com | 55-57-15-89-34<br>55-17-29-57-55 |
| **33** | ESQUIVEL TERRAZAS ALAN | alanperito@hotmail.com | 55-44-44-57-96<br>55-27-05-35-11 |
| **34** | ESTRADA RODRÍGUEZ MÓNICA ISABEL | perito_estrada@yahoo.com.mx | 55-55-95-65-71<br>55-22-63-05-15 |
| **35** | FERNÁNDEZ LARA SUSANA IVONNE | susy.fdl@gmail.com | 55-42-60-40-63<br>55-40-63-43-84 |
| **36** | FINKELSTEIN ISRAEL ESTHER | tessysulkin@yahoo.com | 55-55-57-63-19<br>55-30-38-33-42 |
| **37** | FLORES LÓPEZ GIOVANNA DARLENE | giovannadarlene16@hotmail.com | 55-90-65-15-94<br>55-61-49-62-87 |
| **38** | GARCÍA CHÁVEZ DOMINGO ALEJANDRO | domingoperito@yahoo.com.mx | 55-54-36-13-83<br>55-13-16-16-18 |
| **39** | GARCÍA CLARA SILVESTRE | licgarciaclara@gmail.com | 55-54-40-49-53<br>55-11-33-34-67 |
| **40** | GARCÍA GARCÍA ABIGAIL | odiagg@hotmail.com | 55-77-76-10-27<br>55-52-55-09-56 |
| **41** | GARCÍA VIDAURRI SERGIO | vidaurri2@hotmail.com | 55-55-78-76-18<br>55-31-36-45-24 |
| **42** | GONZÁLEZ CORONA STEPHANNY GABRIELA | gabyglezc1@gmail.com | 55-72-65-18-24<br>55-16-50-62-31 |
| **43** | GONZÁLEZ RAMÍREZ MIGUEL ÁNGEL | perito_miguelangel@hotmail.com | 55-26-08-58-11<br>55-26-90-56-31 |
| **44** | GUARNEROS TREJO ELISA | elisa.guarneros.trejo@gmail.com | 55-26-08-72-41<br>55-54-03-78-53 |
| **45** | GUILLÉN MANDUJANO JORGE | jguillen58@gmail.com | 55-52-74-05-16<br>55-81-92-19-84 |
| **46** | HERCE CERDA VIVIANNA | viviannaherce@hotmail.com | 55-55-95-65-71<br>55-65-02-96-34 |
| **47** | HERNÁNDEZ GODÍNEZ KARLA BERENICE | karlabhernandez@hotmail.com | 55-51-01-10-17 |
| **48** | HERNÁNDEZ HERNÁNDEZ WENCESLAO | wenherperito@gmail.com | 55-52-04-44-95<br>55-28-44-77-22 |
| **49** | HERNÁNDEZ MARTÍNEZ DULCE ROCÍO | dulcewendolyndany@yahoo.com | 55-67-86-14-45 |
| **50** | JIMÉNEZ SEVILLA ABRAHAM | info.ajs.servicios@gmail.com | 55-26-01-07-42<br>55-31-34-98-23 |
| **51** | JIMÉNEZ TEJEDA JULIO CESAR | grafhos2002@yahoo.com.mx | 99-81-56-66-33 |
| **52** | LAURE SOTO ALMA LIDIA | lic_almalaure@yahoo.com.mx | 55-55-37-05-56<br>55-36-55-96-43 |
| **53** | LÓPEZ ZAMUDIO ERIKA LETICIA | peritoerikalopez@gmail.com | 55-11-93-59-09 |
| **54** | LUNA GONZÁLEZ LEVI | peritajes.luna@gmail.com | 55-74-21-29-39 |
| **55** | MARTÍNEZ JIMÉNEZ GREGORIO | gregdoc52@hotmail.com | 55-26-26-38-67<br>55-41-44-29-64 |
| **56** | MARTÍNEZ SÁNCHEZ JOSÉ ANTONIO | jams77880@outlook.com | 55-52-64-69-75<br>55-89-61-11-18 |

| ESPECIALIDAD: GRAFOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **57** | MATA SORIA MARÍA DE LOURDES | cp_lourdesms@hotmail.com | 55-28-47-44-22 55-55-24-42-69 |
| **58** | MATADAMAS CARRERA DANIEL | danmata61@hotmail.com | 55-57-43-22-26 55-47-10-26-39 |
| **59** | MENA CHÁVEZ FERNANDO | licfmch@hotmail.com | 55-52-71-81-46 55-54-52-86-90 |
| **60** | MENDEZ BERISTAIN ADRIANA | adrianamberistain@gmail.com | 55-54-52-16-65 |
| **61** | MENDOZA HIPÓLITO MARÍA DE LAS NIEVES | nievesmendozah@yahoo.com | 55-55-46-42-72 98-11-21-52-19 |
| **62** | MONTERO MORENO JESÚS MAURO | jesus_m_1@yahoo.com.mx | 55-87-55-59-44 55-22-70-99-60 |
| **63** | MONTIEL HERNÁNDEZ GABRIEL | gabrielmontiel240372@gmail.com | 55-80-36-40-14 55-65-86-19-11 |
| **64** | MORALES GUILLÉN MERCEDES | mercedesmorgui@gmail.com | 55-57-61-21-42 55-74-74-37-49 |
| **65** | MUÑOZ BARROSO MARÍA DEL CARMEN TERESITA | dictamenespericialesmex@gmail.com | 55-43-40-38-29 55-15-28-95-85 |
| **66** | NAVARRETE TÉLLEZ PATRICIA | pattnate1@gmail.com | 55-22-51-86-01 |
| **67** | NORIA BASTIDA ÁNGEL | perito_tercero@yahoo.com.mx | 55-55-18-27-07 55-85-06-29-54 |
| **68** | NÚÑEZ RODRÍGUEZ MARICRUZ | documentoscuestionadosmnr@gmail.com | 55-55-34-38-59 55-13-97-64-71 |
| **69** | OLIVARES OLIVARES EDWYN DANIEL | periciales_cienciasforenses@yahoo.com.mx | 77-11-61-28-58 55-10-11-90-37 |
| **70** | ORDUÑA TREJO JOSÉ CARLOS | pericialgrafoscopica@gmail.com | 55-48-66-18-83 55-70-94-07-31 |
| **71** | ORTÍZ ÁNGELES MARCO ANTONIO | itperitajes@gmail.com | 55-57-61-22-00 55-54-12-01-59 |
| **72** | PACHECO IBARRA ENRIQUE GERARDO | enriquegerardopacheco@yahoo.com.mx | 55-27-14-34-56 55-74-80-09-63 |
| **73** | PACHECO IBARRA EVANGELINA | iggc@live.com | 55-56-91-84-98 55-25-60-45-21 |
| **74** | PACHECO IBARRA JUAN MANUEL | peritojm@hotmail.com | 55-15-46-82-11 55-29-02-21-17 |
| **75** | PADILLA ORTEGA GEORGINA | georginapadillaortega@hotmail.com | 55-70-37-72-19 55-36-35-66-33 |
| **76** | PEDROZA PACHECO MAX | perito_mpedrozapacheco@yahoo.com.mx | 55-56-91-84-98 55-79-03-39-97 |
| **77** | PÉREZ OLVERA NANCY | nancyperezolvera@hotmail.com | 55-59-26-10-75 |
| **78** | PLOVIN ENRIQUEZ ANA LUISA | luisaplovinpericiales@gmail.com | 55-61-21-40-91 56-10-40-78-41 |
| **79** | QUEZADA ESTRADA RICARDO | sitt@live.com.mx | 55-56-48-80-73 55-60-20-40-42 |
| **80** | RAMÍREZ CASTAÑEDA ALEJANDRO | aramizcar@prodigy.net.mx | 55-55-56-10-64 55-27-65-77-65 |
| **81** | RAMÍREZ REYES MARÍA DEL ROCÍO | marare77@gmail.com | 55-55-29-26-36 55-11-97-57-14 |
| **82** | RÍOS CELISEO SONIA | soniajuridica@yahoo.com.mx | 55-22-35-96-21 55-38-94-22-31 |
| **83** | RIVERA VELASCO MARIO ALBERTO | mariorv@abogadosrv.com.mx | 55-71-57-57-79 55-51-87-86-46 |
| **84** | RODRÍGUEZ FRANCO ARMANDO | armando57@peritomx.com | 55-53-82-46-73 55-18-19-23-69 |
| **85** | ROMÁN VÁZQUEZ IRMA | irmaperito@hotmail.com | 55-57-61-71-13 55-32-02-10-02 |
| **86** | ROMERO MARTÍNEZ SONIA | soniaperito@yahoo.com.mx | 55-63-17-08-08 55-66-96-10-16 |

| ESPECIALIDAD: GRAFOSCOPÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **87** | ROMERO SASTRÉ DÉBORA ALEJANDRA | deborarslegal@gmail.com | 55-54-08-76-67 |
| **88** | ROMERO ZECUA HUMBERTO MANUEL | peritosauxiliaresoficiales@outlook.com | 55-63-66-71-33<br>55-17-78-05-69 |
| **89** | ROSAS FERNÁNDEZ MERCEDES PATRICIA | mprf@live.com.mx | 55-56-46-29-65<br>72-22-03-38-85 |
| **90** | ROSETE BARRERA RICARDO ALFREDO | alfredo_rosete@hotmail.com | 55-85-90-37-58<br>55-16-50-24-05 |
| **91** | RUBIO CORTÉS SOCORRO GABRIELA | grubio@rfl.com.mx | 55-53-59-26-44<br>55-20-06-81-07 |
| **92** | SAAVEDRA PICAZO JOSÉ GREGORIO FRANCISCO | saavedra.gregorio@gmail.com | 55-26-31-79-75<br>55-85-72-92-31 |
| **93** | SANTIAGO LAVÍN JOSÉ ANTONIO | holandes.santi@gmail.com | 55-90-52-62-04<br>55-49-19-10-90 |
| **94** | SANTOS ALFARO MIGUEL ÁNGEL | masa_perito@yahoo.com | 55-55-78-67-08<br>55-23-14-68-08 |
| **96** | TECUAPETLA SÁNCHEZ GONZALO FRANCISCO | ftecuapetla@hotmail.com | 55-42-67-43-63 |
| **97** | TÉLLEZ HERNÁNDEZ ENRIQUE | peritajesprofesionales@hotmail.com | 55-56-50-92-29<br>55-25-19-96-60 |
| **98** | TORRES BAHENA JOSÉ AMED | jatb_2007@hotmail.com | 55-54-33-48-69 |
| **99** | TORRES BELMONT PEDRO | torresbelmont.68@gmail.com | 55-39-52-22-95<br>55-77-03-27-60 |
| **100** | TORRES GÓMEZ ZGAIVETTE | vratorrespa@gmail.com | 55-59-13-83-58<br>55-60-10-66-26 |
| **101** | TRONCOSO GONZÁLEZ DAVID | troncosoyasociados@hotmail.com | 55-55-88-07-68<br>55-10-48-30-89 |
| **102** | VARELA SÁNCHEZ ALEJANDRO | operaciones@varelaperitos.mx | 55-56-09-18-73<br>55-15-12-91-91 |
| **103** | VARELA SÁNCHEZ ENRIQUE | licevasa_2@hotmail.com | 55-15-99-70-64<br>55-31-77-26-08 |
| **104** | VARGAS SANDOVAL ELVIA JOVITA | elviavs2@hotmail.com | 55-56-76-58-95<br>55-38-95-75-16 |
| **105** | VÁZQUEZ AGUIÑAGA HELENA | hevaa74@hotmail.com | 55-28-54-51-06<br>55-12-94-46-27 |
| **106** | VÁZQUEZ VALENCIA RUTH ORQUÍDEA | peritajesvazquez@gmail.com | 55-56-86-39-54<br>55-74-68-35-63 |
| **107** | ZAYAS PEÑA EDMUNDO | assemexicolabcrim@yahoo.com | 55-55-46-42-72<br>55-10-07-21-32 |
| **108** | ZURITA CARMONA JOSÉ ALFREDO | periciales_zurita@hotmail.com | 55-55-88-84-28<br>55-91-62-64-42 |

| ESPECIALIDAD: IMPACTO AMBIENTAL | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | GARCÍA TREJO JUAN | juan8690@gmail.com | 55-55-75-84-03<br>55-39-28-23-52 |
| **2** | LEAL GUERRERO MARÍA DE LOS ÁNGELES | arq.angelesl@gmail.com | 55-55-54-11-45<br>55-54-09-40-91 |
| **3** | PONCE NAVA TREVIÑO SONIA HILDA | poncenavas@gmail.com | 55-56-19-14-26<br>55-54-06-89-12 |
| **4** | VALENCIA REMUS JOSÉ LUIS | jvalencia@globalas.com.mx | 55-56-39-31-19<br>55-27-55-88-22 |

| ESPECIALIDAD: INFORMÁTICA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | GARCÍA CRUZ JOSÉ ANTONIO | servforenses@gmail.com | 55-19-42-60-21<br>55-44-73-05-51 |
| **2** | RAMOS RIVERA MARCO ANTONIO | mramos@4comp.net | 55-58-80-42-79<br>55-11-27-25-37 |

**ESPECIALIDAD: INGENIERÍA BIOMEDICA**

| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
|---|---|---|---|
| 1 | LUNA TRILLO VÍCTOR MANUEL | vimalutri56@hotmail.com | 55-28-57-69-81<br>55-21-75-09-62 |

**ESPECIALIDAD: INGENIERÍA CIVIL**

| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
|---|---|---|---|
| 1 | ANDRADE ARCE DIEGO RAFAEL | peritoval@gmail.com | 55-66-76-51-50<br>55-41-49-51-52 |
| 2 | ANOTA FIGUEROA ANTONIO | aanotaf@gmail.com | 55-76-77-86-33<br>55-20-79-68-32 |
| 3 | ARREDONDO OSUNA MIGUEL ÁNGEL | cinare_2001@yahoo.com.mx | 55-62-86-62-62 |
| 4 | BELTRÁN DEL OSO JOSÉ GUADALUPE | ing_jose_beltran@hotmail.com | 55-55-71-77-87<br>55-91-05-23-05 |
| 5 | CANSECO MORALES MARIO | cammserving@yahoo.com.mx | 55-55-78-32-44<br>55-51-58-78-75 |
| 6 | CASTAÑEDA NIEBLA EDUARDO ADOLFO | eduardocastanedaniebla@gmail.com | 55-56-58-70-87<br>55-10-48-18-12 |
| 7 | CUEVAS LOMELÍN ALEJANDRO | acl@catsa.com.mx | 55-68-23-77-30<br>55-13-33-17-78 |
| 8 | ESCUDERO ZABALANDICOECHEA JOSÉ MANUEL | construventa@gmail.com | 55-52-75-26-29 |
| 9 | GARCÍA CARMONA JOSÉ ENRIQUE | egarca01@hotmail.com | 55-56-74-91-68<br>55-46-56-53-06 |
| 10 | GARCÍA MORA SERGIO | sgmavaluos@yahoo.com.mx | 55-55-88-39-42<br>55-31-19-73-80 |
| 11 | GÓNGORA ARAUJO JOSÉ ISAAC | ctc.avaluos@gmail.com | 55-10-85-99-40<br>55-60-74-84-80 |
| 12 | LARA CORTÉS JORGE ISAAC | laraisaac@yahoo.com.mx | 55-74-12-69<br>55-11-16-68-22 |
| 13 | MAYO GARCÍA DAVID | dmayog@hotmail.com | 55-57-54-18-75<br>55-14-13-49-06 |
| 14 | MEJÍA JERÓNIMO FRANCISCO JORGE | avamexia18@gmail.com | 55-56-70-72-50<br>55-39-89-34-97 |
| 15 | MONTALVO COLIN RAÚL | raul.montalvo.colin@gmail.com | 55-63-78-71-63<br>55-23-14-52-21 |
| 16 | MONTIEL MARTÍNEZ ROMUALDO GABRIEL | gabriel_montiel_mtz@yahoo.com.mx | 55-55-25-53-71<br>55-31-26-80-43 |
| 17 | OLIVARES HERNÁNDEZ HÉCTOR MARGARITO | hectoliva@yahoo.com.mx | 55-51-16-55-48<br>55-18-00-15-51 |
| 18 | ORTEGA MONDRAGÓN JOSÉ | jomondra02@gmail.com | 55-57-39-16-83<br>55-16-90-84-53 |
| 19 | PÉREZ DE TEJADA MONDRAGÓN CARLOS MANUEL | carlos.perez@valperin.com | 55-55-59-77-99<br>55-22-20-34-32 |
| 20 | QUIROZ MORALES JORGE IMATINI | ing.imatini@gmail.com | 55-91-61-29-86 |
| 21 | RIVAS Y OLIVERA FERNANDO | fernandorivasyolivera80@gmail.com | 55-13-28-50-41<br>55-14-08-08-83 |
| 22 | SALAS CHAVARRÍA JAVIER EDUARDO | javiersalas05@yahoo.com | 55-55-79-65-88<br>55-36-45-30-18 |
| 23 | SOTO GARDUÑO JOSÉ SERGIO | ing_sergio_soto@hotmail.com | 55-55-46-13-61<br>55-25-54-12-57 |
| 24 | TORRES TÉLLEZ SERGIO | sergiotorrestellez82@gmail.com | 55-56-82-58-31<br>55-85-37-71-79 |

**ESPECIALIDAD: INGENIERÍA INDUSTRÍAL**

| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
|---|---|---|---|
| 1 | RUBIO CORTÉS JOSÉ RAFAEL | rafa_rubioc@yahoo.com.mx | 55-53-59-26-44<br>55-45-32-44-44 |

| ESPECIALIDAD: INGENIERÍA MECÁNICA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | MADRIGAL GÓMEZ JORGE EDUARDO | ingedmago@gmail.com | 55-34-07-34-67 |

| ESPECIALIDAD: MEDICINA GENERAL | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | GARCÍA TOLEDO GERMÁN | gergart@hotmail.com | 55-75-80-86-62<br>55-54-04-06-66 |
| 2 | VALDÉS GARZA ALEJANDRO | drbuincy@gmail.com | 55-56-81-70-23<br>44-22-19-04-59 |

| ESPECIALIDAD: MEDICINA FORENSE CON CONOCIMIENTOS EN EL PROTOCOLO DE ESTAMBUL | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | GARCÍA TOLEDO GERMÁN | gergart@hotmail.com | 55-75-80-86-62<br>55-54-04-06-66 |
| 2 | NAVA FRÍAS RÉGULO | nava.medicinaforense@hotmail.com | 55-55-11-04-85<br>55-65-86-91-65 |
| 3 | ROMERO MENDOZA FREDDY LUDWING | drfreddyromero@yahoo.com.mx | 55-39-68-78-68<br>55-55-88-12-57 |
| 4 | SÁNCHEZ LAZO EDUARDO | e.sanchez.lazo@gmail.com | 55-37-60-99-64<br>77-72-79-12-30 |
| 5 | VALDÉS GARZA ALEJANDRO | drbuincy@gmail.com | 55-56-81-70-23<br>44-22-19-04-59 |

| ESPECIALIDAD: MEDICINA GENÉTICA MOLECULAR | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | ESCORZA REVILLA XIMENA | pericialesxer2024@gmail.com | 55-55-84-05-21<br>55-38-97-10-33 |

| ESPECIALIDAD: MEDIOS ELECTRÓNICOS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | GARCÍA CRUZ JOSÉ ANTONIO | servforenses@gmail.com | 55-19-42-60-21<br>55-44-73-05-51 |
| 2 | RAMOS RIVERA MARCO ANTONIO | mramos@4comp.net | 55-58-80-42-79<br>55-11-27-25-37 |
| 3 | RAMOS ZÚÑIGA MARCO ANTONIO | maramosz@4comp.net | 55-58-80-42-79<br>55-30-39-52-65 |

| ESPECIALIDAD: ODONTOLOGÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | DE LA PEÑA MÉNDEZ CONCEPCIÓN | con.aloha@live.com.mx | 55-58-66-06-29<br>55-10-15-44-04 |
| 2 | RAMOS LÓPEZ ANDREA DEL PILAR | aprl061288@gmail.com | 55-57-93-91-21<br>55-40-49-57-82 |

| ESPECIALIDAD: ORTOPEDIA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | LÓPEZ RAMOS MAURICIO ERNESTO | mauriziomd@msn.com | 55-91-55-58-48<br>55-25-58-21-53 |
| 2 | MARTÍNEZ GALBIATTI GILBERTO ENRIQUE | emartinezgalbiatti@yahoo.com.mx | 55-54-03-68-39 |

| ESPECIALIDAD: PARTIDOR | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| 1 | ABURTO BECERRIL MARÍA IVONNE | cp_aburto@hotmail.com | 55-92-18-85-33<br>55-18-08-88-31 |
| 2 | CRUZ MARTÍNEZ JAVIER | javierc6@hotmail.com | 55-53-60-35-44<br>89-99-50-90-47 |

| ESPECIALIDAD: PARTIDOR | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 3 | GUZMÁN QUIROZ MARCOS | mguzman64@hotmail.com | 55-56-05-05-30<br>55-41-43-39-70 |
| 4 | OLIVARES HERNÁNDEZ HÉCTOR MARGARITO | hectoliva@yahoo.com.mx | 55-51-16-55-48<br>55-18-00-15-51 |
| 5 | PIÑÓN LOERA ELIZABETH | lcelizabeth@hotmail.com | 55-53-60-35-44<br>55-83-04-08-37 |
| 6 | TORRES MALDONADO NELY | moninely@gmail.com | 55-51-16-55-48<br>55-39-13-05-47 |
| 7 | TOVAR VALLES JOHOVANA | johovana@msn.com | 55-92-15-87-40<br>55-20-70-69-67 |

| ESPECIALIDAD: PEDAGOGÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | PÉREZ CARRANZA YADIRA | yadira.perez0702@gmail.com | 55-53-06-87-63<br>56-25-96-47-84 |
| 2 | REYES DURÁN MARÍA DEL CARMEN | karmenrd1705@gmail.com | 55-53-01-33-22<br>55-72-06-08-53 |

| ESPECIALIDAD: PSICOLOGÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ABURTO MACÍAS LILIANA | lilianaaburtomacias@yahoo.com.mx | 55-75-86-64<br>55-18-22-03-05 |
| 2 | ALOR AZPEITIA LAURA ELENA | lauraalor@hotmail.com | 55-55-23-05-95<br>55-15-12-35-93 |
| 3 | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |
| 4 | BENAVIDES LÓPEZ EDUARDO | ebenavidesmx@yahoo.com.mx | 55-48-90-40-07<br>55-27-64-05-22 |
| 5 | CABRERA REYNA NORMA ZOIA | norma.cabrera.reyna@gmail.com | 55-56-51-28-96<br>55-37-33-34-30 |
| 6 | DOMÍNGUEZ ELIZARRARÁS MARÍA TERESA | eliza3005_pisc@hotmail.com | 55-53-86-10-99<br>55-60-58-29-51 |
| 7 | FLORES ELÍAS LAURA VIANEY | vianeyflores177.if@gmail.com | 55-24-94-56-24<br>55-91-96-99-38 |
| 8 | FLORES GARCÍA NORA DEL CARMEN | nfcapsidi@gmail.com | 55-52-64-66-29 |
| 9 | FUENTES MONTPELLIER YAZMÍN | fmypsicologia@gmail.com | 55-31-06-90-12<br>55-70-24-24-64 |
| 10 | GALICIA GARCÍA OLGA LETICIA | ollegaga@gmail.com | 55-55-84-83-84<br>55-19-52-25-75 |
| 11 | GARCÍA AGUILAR REY | rey.garcia.aguilar@outlook.com | 55-68-12-21-10<br>55-48-40-60-90 |
| 12 | GARCÍA SÁNCHEZ DELFINO EPIGMENIO | delgarciasanchez@gmail.com | 55-13-94-94-59 |
| 13 | GONZÁLEZ CORONA VÍCTOR HUGO | vhugonzalezc@hotmail.com | 55-26-08-58-11<br>55-33-26-51-40 |
| 14 | GUZMÁN RENTERÍA KARLA JUDITH | peritopsicologa.karlaguzman@gmail.com | 55-52-66-72-76<br>55-23-68-70-53 |
| 15 | HERNÁNDEZ BATISTA EMMA ROSALÍA | dharma8@live.com | 55-56-04-44-47<br>55-18-49-54-85 |
| 16 | IBARRA HIDALGO NADIA GUADALUPE | ngih.psicolegal@gmail.com | 55-10-79-56-54<br>55-10-79-56-52 |
| 17 | MANZANO AVENDAÑO MÓNICA | monicamanzano.9@gmail.com | 55-59-44-44-17 |
| 18 | MERCHAN ROJAS ALBA LIBERTAD | libert147@hotmail.com | 55-85-76-97-17 |
| 19 | MORALES GONZÁLEZ MIGUEL ÁNGEL | psic_moralesg@hotmail.com | 55-57-34-75-79<br>55-45-08-98-34 |
| 20 | MORALES MELO GERARDO ANTONIO | gerardomorales10@hotmail.com | 22-25-63-39-42 |

| ESPECIALIDAD: PSICOLOGÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 21 | MORALES POZO MIRIAM | miriammpozo@yahoo.com.mx | 55-56-16-01-58<br>55-34-12-92-24 |
| 22 | MORENO ESPINOSA NADIA YAZMÍN | nadiayazminmoreno@gmail.com | 55-62-84-73-24<br>55-16-81-24-25 |
| 23 | NAVA LEDEZMA ANA KAREN | anakarennavaledezma@gmail.com | 55-87-53-26-38<br>55-28-46-31-10 |
| 24 | NORIEGA OLIVO SEZANGARI | sezangarinoriega@gmail.com | 55-55-56-13-33<br>55-91-85-53-22 |
| 25 | ORTÍZ MORALES VIRIDIANA | psicanaidiriv@gmail.com | 55-41-83-41-79<br>55-57-61-21-42 |
| 26 | ROMERO SÁNCHEZ NORMA | periciales.en.psicologia@gmail.com | 55-57-85-02-15<br>55-36-23-12-74 |
| 27 | RUÍZ ATRISTÁIN SALOMÉ CLAUDIA | atristain7210@hotmail.com | 55-49-31-90-62 |
| 28 | VARGAS AGUILAR VIRGINIA | vargas_virginia@yahoo.com.mx | 55-51-48-05-68<br>55-77-54-10-45 |
| 29 | VÁZQUEZ GRANILLO JESÚS | jesusvagra@gmail.com | 55-24-22-68-67<br>70-91-54-58 |
| 30 | VÁZQUEZ VERA VICENTE APOLO | vavv69@gmail.com | 55-57-32-27-64<br>56-21-72-91-82 |
| 31 | VILLALOBOS SÁNCHEZ LAURO BISMARK | laurobismark@gmail.com | 55-28-44-47-80 |

| ESPECIALIDAD: PSICOLOGÍA (CON ESPECIALIZACIÓN EN ADOPCIÓN) | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |
| 2 | BENAVIDES LÓPEZ EDUARDO | ebenavidesmx@yahoo.com.mx | 55-48-90-40-07<br>55-27-64-05-22 |
| 3 | CLAVIJO MENESES CARLOS ARTURO | carlosclavijomeneses@gmail.com | 55-55-90-39-38<br>55-51-09-20-36 |
| 4 | FUENTES MONTPELLIER YAZMÍN | fmypsicologia@gmail.com | 55-31-06-90-12<br>55-70-24-24-64 |
| 5 | MORALES POZO MIRIAM | miriammpozo@yahoo.com.mx | 55-56-16-01-58<br>55-34-12-92-24 |
| 6 | NORIEGA OLIVO SEZANGARI | sezangarinoriega@gmail.com | 55-55-56-13-33<br>55-91-85-53-22 |

| ESPECIALIDAD: PSICOLOGÍA FORENSE CON CONOCIMIENTOS EN EL PROTOCOLO DE ESTAMBUL | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | BELTRÁN DEL OSO ADRIÁN | adriandeloso@hotmail.com | 56-16-60-01-35<br>55-23-09-10-88 |
| 2 | GALICIA GARCÍA OLGA LETICIA | ollegaga@gmail.com | 55-55-84-83-84<br>55-19-52-25-75 |
| 3 | MORALES POZO MIRIAM | miriammpozo@yahoo.com.mx | 55-56-16-01-58<br>55-34-12-92-24 |
| 4 | ORTÍZ MORALES VIRIDIANA | psicanaidiriv@gmail.com | 55-41-83-41-79<br>55-57-61-21-42 |
| 5 | REYES ROMERO JOSÉ ARNULFO | psico.peritos@gmail.com | 55-15-07-70-17 |
| 6 | ROMERO SÁNCHEZ NORMA | periciales.en.psicologia@gmail.com | 55-57-85-02-15<br>55-36-23-12-74 |
| 7 | VARGAS AGUILÁR VIRGINIA | vargas_virginia@yahoo.com.mx | 55-51-48-05-68<br>55-77-54-10-45 |
| 8 | VÁZQUEZ GRANILLO JESÚS | jesusvagra@gmail.com | 55-24-22-68-67<br>70-91-54-58 |

| ESPECIALIDAD: PSICOLOGÍA INFANTIL | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ARMENTA PICHARDO ANGÉLICA | aapcdmx@gmail.com | 55-55-11-04-85<br>55-10-19-56-01 |

| ESPECIALIDAD: PSICOLOGÍA INFANTIL | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **2** | BENAVIDES LÓPEZ EDUARDO | ebenavidesmx@yahoo.com.mx | 55-48-90-40-07<br>55-27-64-05-22 |
| **3** | CALVO GÓMEZ MARÍA DE LAS NIEVES | edurne_calvo@yahoo.es | 55-76-53-20-11<br>55-68-63-01-03 |
| **5** | CRUZ TAPIA BEATRIZ | psic_bct@yahoo.com.mx | 55-56-13-19-78<br>55-49-98-00-24 |
| **6** | CRUZ VÁZQUEZ JORGE MARIO | jomacdmx@gmail.com | 55-43-32-09-58<br>55-55-25-91-68 |
| **7** | FUENTES MONTPELLIER YAZMÍN | fmypsicologia@gmail.com | 55-31-06-90-12<br>55-70-24-24-64 |
| **8** | GALICIA GARCÍA OLGA LETICIA | ollegaga@gmail.com | 55-55-84-83-84<br>55-19-52-25-75 |
| **9** | GARCÍA CASTILLO MA ANEL | ma_anel@yahoo.com.mx | 55-54-01-95-32 |
| **10** | MORALES POZO MIRIAM | miriammpozo@yahoo.com.mx | 55-56-16-01-58<br>55-34-12-92-24 |
| **11** | ROMERO SÁNCHEZ NORMA | periciales.en.psicologia@gmail.com | 55-57-85-02-15<br>55-36-23-12-74 |

| ESPECIALIDAD: PSIQUIATRÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | AYUZO GONZÁLEZ JULIO CÉSAR | mcayuzo@gmail.com | 55-54-17-97-06 |

| ESPECIALIDAD: QUÍMICA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | BARRIA GARCÍA GUILLERMO HAROLD | haroldbarria@gmail.com | 55-37-30-66-37 |
| **2** | BETANZOS PALMEROS ZURISADDAI | Zbetanzos@yahoo.com | 77-12-22-37-59<br>55-27-06-50-43 |
| **3** | GARCÍA TREJO JUAN | juan8690@gmail.com | 55-55-75-84-03<br>55-39-28-23-52 |
| **4** | PÉREZ SALGADO ANAMIM DEL ROCÍO | anamimps@outlook.com | 55-26-24-27-21<br>55-43-69-34-34 |

| ESPECIALIDAD: SEXOLOGÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | LÓPEZ PÉREZ LIVIER FERNANDA | livier.flp@live.com | 55-19-29-51-25 |

| ESPECIALIDAD: TOPOGRAFÍA | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | BELTRÁN DEL OSO JOSÉ GUADALUPE | ing_jose_beltran@hotmail.com | 55-55-71-77-87<br>55-91-05-23-05 |
| **2** | BELTRÁN LEÓN FERNANDO DAVID | beltran.lfd@gmail.com | 55-55-71-77-87<br>55-30-77-72-00 |
| **3** | BUTANDA CARRILLO EDGAR | toposkalc@gmail.com | 55-53-10-42-92<br>55-61-11-13-01 |
| **4** | CUEVAS LOMELÍN ALEJANDRO | acl@catsa.com.mx | 55-68-23-77-30<br>55-13-33-17-78 |
| **5** | GARCÍA MORA SERGIO | sgmavaluos@yahoo.com.mx | 55-55-88-39-42<br>55-31-19-73-80 |
| **6** | GUTIÉRREZ ARREDONDO PATRICIA | gapaty@gmail.com | 55-55-73-53-92<br>55-19-88-89-65 |
| **7** | HERNÁNDEZ BELTRÁN MARÍA ISABEL | ingisabelhdezb@yahoo.com.mx | 55-88-64-99-30<br>55-39-55-57-29 |
| **8** | LOEZA AMARO DANTE AUGUSTO | dante@mxtopografia.com | 55-56-95-75-70<br>55-46-02-56-79 |
| **9** | MARTÍNEZ SAHAGÚN JARUMI | arqmsahagun@outlook.com | 55-70-37-39-49<br>55-25-60-52-64 |

203

| ESPECIALIDAD: TOPOGRAFÍA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 10 | MEZA MARTÍNEZ JUAN GABRIEL | inglegatop@gmail.com | 55-55-12-17-74<br>55-58-97-66-83 |
| 11 | MORALES HERNÁNDEZ FIDEL | fidel_morales1@hotmail.com | 55-47-51-69-92<br>55-51-87-54-26 |
| 12 | NAVA BRAVO OMAR | nabo_ac@yahoo.com.mx | 55-55-73-53-92<br>55-19-88-89-64 |
| 13 | OLIVARES HERNÁNDEZ HÉCTOR MARGARITO | hectoliva@yahoo.com.mx | 55-51-16-55-48<br>55-18-00-15-51 |
| 14 | OLIVARES HERNÁNDEZ JORGE | jorgeolivah@yahoo.com.mx | 55-68-29-61-13<br>55-15-10-43-29 |
| 15 | ORTÍZ ÁNGELES MARCO ANTONIO | itperitajes@gmail.com | 55-57-61-22-00<br>55-54-12-01-59 |
| 16 | PACHECO ALARCÓN JUAN CARLOS | ing.jcpacheco@gmail.com | 22-15-68-36-52 |
| 17 | RODRÍGUEZ VILLA RUBÉN | rod_vill@prodigy.net.mx | 55-10-38-74-13<br>55-13-42-03-79 |
| 18 | VELÁZQUEZ VARGAS AXEL | axel_unam@hotmail.com | 55-50-48-76-35<br>55-39-16-24-65 |

| ESPECIALIDAD: TRABAJO SOCIAL | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ALCÁNTAR GARCÍA GLORIA | gloria.alcantar.g@gmail.com | 55-59-26-71-04<br>55-16-91-46-12 |
| 2 | BLAS SALGADO PAOLA | pblassalgado@yahoo.com.mx | 56-34-75-36-26<br>55-87-97-52-71 |
| 3 | COCA LUNA RAÚL | raulcocaluna@gmail.com | 55-26-14-22-11<br>55-10-49-22-46 |
| 4 | ESPINO BARROS RAMÍREZ ERIKA | lic.erika.ebr@gmail.com | 55-40-98-59-23 |
| 5 | FERIA PASCUAL JUANA | feriap1805@gmail.com | 55-89-71-54-65<br>55-27-24-72-32 |
| 6 | FERNÁNDEZ REYES ALMA LILIA | almalilia2.fr@gmail.com | 55-56-70-54-27<br>55-74-42-25-02 |
| 7 | GONZÁLEZ ZUÑIGA LETICIA | zuniga_lety88@hotmail.com | 55-62-86-48-49<br>55-36-78-82-95 |
| 8 | HERNÁNDEZ MÁRQUEZ MIGUEL ALEJANDRO | ts_consultores_pericial@outlook.com | 55-82-32-94-19 |
| 9 | LÓPEZ DELGADO MARÍA MAGDALENA | peritaje.tsunam@gmail.com | 55-32-45-62-88 |
| 10 | OLMOS FIGUEROA ROSALINDA | rosalindaolmos@yahoo.com.mx | 55-39-74-14-97 |
| 11 | SÁNCHEZ LABRA PATRICIA | paty_sanchez_labra@yahoo.com.mx | 55-57-30-70-23<br>55-14-84-04-07 |

| ESPECIALIDAD: TRABAJO SOCIAL (CON ESPECIALIZACIÓN EN ADOPCIÓN) | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ALCÁNTAR GARCÍA GLORIA | gloria.alcantar.g@gmail.com | 55-59-26-71-04<br>55-16-91-46-12 |
| 2 | FERIA PASCUAL JUANA | feriap1805@gmail.com | 55-89-71-54-65<br>55-27-24-72-32 |
| 3 | SÁNCHEZ LABRA PATRICIA | paty_sanchez_labra@yahoo.com.mx | 55-57-30-70-23<br>55-14-84-04-07 |

| ESPECIALIDAD: TRÁNSITO TERRESTRE | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ANDRADE ARCE DIEGO RAFAEL | peritoval@gmail.com | 55-41-49-51-52<br>55-66-76-51-50 |
| 2 | GARCÍA CHÁVEZ DOMINGO ALEJANDRO | domingoperito@yahoo.com.mx | 55-54-36-13-83<br>55-13-16-16-18 |
| 3 | GUTIÉRREZ RIQUELME CESAR AUGUSTO | perito_riquelme@yahoo.com.mx | 55-13-82-90-58<br>55-57-77-40-34 |

| ESPECIALIDAD: TRÁNSITO TERRESTRE | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 4 | MORENO NUCAMENDI ALFONSO | cperitos@hotmail.com | 55-27-11-48-06<br>56-11-12-08-40 |
| 5 | ORTÍZ ÁNGELES MARCO ANTONIO | itperitajes@gmail.com | 55-57-61-22-00<br>55-54-12-01-59 |
| 6 | PACHECO IBARRA JUAN MANUEL | peritojm@hotmail.com | 55-15-46-82-11<br>55-29-02-21-17 |
| 7 | PÉREZ DE TEJADA MONDRAGÓN CARLOS MANUEL | carlos.perez@valperin.com | 55-55-59-77-99<br>55-22-20-34-32 |
| 8 | QUEZADA ESTRADA RICARDO | sitt@live.com.mx | 55-60-20-40-42<br>55-56-48-80-73 |
| 9 | RIVERO SARABIA HUGO | riverohugo82@gmail.com | 55-57-00-86-35<br>55-32-30-22-08 |
| 10 | ROBLES CASTRO GABRIEL BENJAMÍN | gab_robles@yahoo.com | 55-56-71-32-06<br>55-34-67-21-59 |
| 11 | SÁNCHEZ LABRA ALEJANDRA | alabra@telmex@mail.com | 55-59-77-93-39<br>55-54-12-88-79 |
| 12 | SÁNCHEZ MORALES JORGE JAIME | jjsm64@hotmail.com | 55-52-64-59-92<br>55-20-95-58-02 |
| 13 | TRONCOSO GONZÁLEZ DAVID | troncosoyasociados@hotmail.com | 55-55-88-07-68<br>55-10-48-30-89 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ACEVES LÓPEZ JUAN JOSÉ | placonsa@prodigy.net.mx | 55-12-86-12-43<br>55-55-46-48-74 |
| 2 | AGUIRRE MARTÍNEZ SALVADOR RAFAEL | saguimtz@yahoo.com | 55-56-71-80-14<br>55-13-99-59-97 |
| 3 | ALONSO LÓPEZ ROBERTO | ralonso@adrappraisers.com.mx | 55-56-61-15-00<br>Ext. 227<br>55-29-02-31-63 |
| 4 | ALONSO PADILLA CAROLINA | karoalonso@hotmail.com | 55-34-34-56-35<br>55-15-49-02-48 |
| 5 | ÁLVAREZ LARA FRANCISCO JAVIER | javier.alvarezl@iaasc.mx | 55-56-46-33-47<br>55-30-05-44-37 |
| 6 | ANDRADE ARCE DIEGO RAFAEL | peritoval@gmail.com | 55-41-49-51-52<br>55-66-76-51-50 |
| 7 | ANDRADE ROQUE ALEJANDRA VALERIA | andradearquitecta@gmail.com | 55-17-75-55-65<br>55-62-74-18-79 |
| 8 | ANGUIANO FUENTES LUIS ERNESTO | eanguianof@hotmail.com | 55-26-36-18-30<br>55-27-29-96-09 |
| 9 | ANGULO CARRILLO ENRIQUE LEONARDO | ing.enriquel.anguloc@gmail.com | 55-90-56-43-43<br>55-10-93-92-68 |
| 10 | ARANDA SÁNCHEZ DAVID | arandayasociados@gmail.com | 55-57-10-07-10<br>55-54-66-33-74 |
| 11 | ARCETA MORALES ERASMO | earceta6101@gmail.com | 55-56-06-40-44<br>56-25-74-36-43 |
| 12 | ARCHUNDIA VELÁZQUEZ JOSÉ CRUZ GUSTAVO | garchundia@hotmail.com | 55-53-65-53-28<br>55-26-96-64-67 |
| 13 | ARRACHE PLIEGO TERESITA DÁNAE | danaearrache@yahoo.com.mx | 55-15-63-26-55<br>55-13-20-51-88 |
| 14 | ARREAZOLA ESTEVEZ JORGE | avaluos_arreazola@hotmail.com | 55-68-30-18-15<br>55-40-10-23-91 |
| 15 | AYALA BRITO GILBERTO | iagilaya@yahoo.com.mx | 55-56-43-37-91<br>55-31-94-41-50 |
| 16 | BAHENA MARTÍNEZ GERMÁN | germanbahena@hotmail.com | 55-55-46-72-49<br>55-43-75-43-60 |
| 17 | BALTAZAR MARTÍNEZ JOSÉ MANUEL | prodiisa@gmail.com | 59-56-88-38-04<br>55-18-31-94-37 |
| 18 | BAÑOS ROMAN ABNER HORACIO | abner50@gmail.com | 55-10-78-18-95 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 19 | BARAJAS PÉREZ LUIS EDUARDO | ebarajas@prodigy.net.mx | 55-52-33-96-69 55-37-17-11-05 |
| 20 | BAZÁN CRUZ MARTHA PATRICIA | aloha_heart@hotmail.com | 55-66-50-75-99 55-32-58-75-20 |
| 21 | BEATO CÓRDOVA JOSÉ LUIS | luisjose_bea@hotmail.com | 55-56-65-92-84 55-29-55-88-38 |
| 22 | BECERRA FRANCO RAÚL FRANCISCO | raulbf50@hotmail.com | 55-56-44-51-40 55-38-93-80-00 |
| 23 | BELTRÁN DEL OSO JOSÉ GUADALUPE | ing_jose_beltran@hotmail.com | 55-55-71-77-87 55-91-05-23-05 |
| 24 | BELTRÁN LEÓN FERNANDO DAVID | beltran.lfd@gmail.com | 55-55-71-77-87 55-30-77-72-00 |
| 25 | BENÍTEZ BENÍTEZ HILARIO | bbenitezh@gmail.com | 55-57-14-00-52 55-90-15-23-47 |
| 26 | BLANCO FERNÁNDEZ GABRIEL RAMÓN | arqgrbf@hotmail.com | 55-57-53-45-52 55-18-96-39-32 |
| 27 | BRAVO ORTEGA JOSÉ RAÚL | jraulbravo@hotmail.com | 55-55-24-08-24 55-15-98-08-53 |
| 28 | BRITO HERRERA AGUSTÍN DE JESÚS | ing.abrito@gmail.com | 55-55-02-68-87 |
| 29 | BUENO GUTIÉRREZ MARÍA CONCEPCIÓN | connie_buenoguiterrez@yahoo.com.mx | 55-55-45-78-76 55-14-51-42-78 |
| 30 | CAL Y MAYOR RODRÍGUEZ FAMILIAR LUIS FERMÍN | lcym@prodigy.net.mx | 55-56-81-70-23 55-54-06-91-01 |
| 31 | CAMACHO ALANIS FRANCIS KARINA | karinacamacho2002@yahoo.com.mx | 55-54-26-82-88 55-13-63-42-32 |
| 32 | CANSECO MORALES MARIO | cammserving@yahoo.com.mx | 55-55-78-32-44 55-51-58-78-75 |
| 33 | CARDOSO NÁJERA ENGRACIA JAHEL | jcardoso1967@gmail.com | 55-76-50-44-82 55-10-48-80-83 |
| 34 | CARREÓN FREYRE MARÍA DEL CARMEN NÉRIDA | arqnericf@gmail.com | 55-56-87-48-14 55-50-31-71-68 |
| 35 | CARVAJAL DELGADO SIGFRIDO MOISÉS | sigcarvajal@gmail.com | 55-54-24-49-23 55-30-50-85-07 |
| 36 | CASTAÑEDA NIEBLA EDUARDO ADOLFO | eduardocastanedaniebla@gmail.com | 55-56-58-70-87 55-10-48-18-12 |
| 37 | CASTAÑEDA NIEBLA SALVADOR | pasa.avaluos@gmail.com | 55-55-34-31-05 55-55-02-63-62 |
| 38 | CASTILLO RAMÍREZ ERIC | valuación.castillo@gmail.com | 55-89-68-77-82 55-11-53-45-17 |
| 39 | CERDA MEDINA VICKY | lic_vickycerda@yahoo.com | 55-55-95-65-71 55-10-90-50-98 |
| 40 | CERVANTES VEGA JORGE ALBERTO | jcervantesv13@gmail.com | 55-92-07-38-21 55-11-16-06-90 |
| 41 | CHAVERO HERNÁNDEZ MARÍA EUGENIA | chaveromaru@yahoo.com.mx | 55-43-22-33-20 55-10-92-98-96 |
| 42 | CHÁVEZ GÓMEZ CARLOS ARTURO | artur5412@gmail.com | 55-59-12-73-69 55-54-12-55-90 |
| 43 | CHÁVEZ HERNÁNDEZ HÉCTOR | ing.evi.chavez@gmail.com | 55-56-38-40-03 55-51-52-60-10 |
| 44 | CHÁVEZ RODRÍGUEZ JOSÉ | tresacentos@gmail.com | 55-38-88-76-81 55-56-60-87-12 |
| 45 | COLIN CAMACHO ALEJANDRO | acolin492@gmail.com | 55-15-58-89-40 56-31-43-27-41 |
| 46 | COLMENERO FABILA JOSÉ JESÚS | arqjosecolmenero@yahoo.com.mx | 55-70-34-91-04 56-19-94-62-29 |
| 47 | CRUZ CAMPOAMOR RAÚL | rccampoamor@hotmail.com | 55-56-05-23-19 55-18-19-50-21 |
| 48 | CRUZ MOCTEZUMA FRANCISCO JAVIER | serproval9119@gmail.com | 55-26-27-27-42 55-19-30-68-75 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **49** | CRUZ SANTANA HOMERO | sixcrusah11@hotmail.com | 55-46-22-29-79<br>55-64-93-12-45 |
| **50** | CUENCA MORALES JOSÉ GUADALUPE | j-cuenca@hotmail.com | 55-52-60-38-67<br>55-12-49-99-04 |
| **51** | CUEVAS LOMELÍN ALEJANDRO | acl@catsa.com.mx | 55-68-23-77-30<br>55-13-33-17-78 |
| **52** | CUEVAS LOMELÍN SAMIR OMAR | samir@catsa.com.mx | 55-52-60-60-30<br>55-54-07-45-82 |
| **53** | DE LA CRUZ GARCÍA SALVADOR | sdlacruz@gmail.com | 55-58-49-39-34<br>55-10-48-70-46 |
| **54** | DE LA ROSA LAGUNAS JUAN CARLOS | jcdlrl@hotmail.com | 55-53-56-40-53<br>55-27-55-31-59 |
| **55** | DE ROBINA RABASA GONZALO | robina@derobina.com | 55-56-59-97-84<br>55-54-36-83-72 |
| **57** | ESTRADA ORTÍZ JOSÉ ANTONIO | estrada.josea@gmail.com | 55-55-46-35-98<br>55-13-33-49-62 |
| **58** | FERIA TORRES LUIS JAVIER | urvaluacion@gmail.com | 55-57-72-89-84<br>55-49-85-73-10 |
| **59** | FERNÁNDEZ ÁGUILA SUSANA | avansa@infinitummail.com | 55-55-49-14-58<br>55-54-18-50-50 |
| **60** | FLORES RIQUELME Y OVIEDO SERGIO | serfloriov@hotmail.com | 55-84-65-10-57<br>55-33-33-34-54 |
| **61** | FLORES SOLANO RAMÓN TOMÁS | ramontflo@hotmail.com | 55-55-44-74-25<br>55-27-28-40-55 |
| **62** | FUENTES BONILLA ANA ALICIA | aalicia.fuentesb@gmail.com | 55-57-45-75-71<br>55-48-88-21-28 |
| **63** | GALLEGOS CENTENO VENANCIO | vegac@yahoo.com | 55-51-13-15-62<br>55-41-76-18-12 |
| **64** | GARCÍA CALATAYUD LEONORA EUGENIA | norik.garcia@gmail.com | 55-56-82-91-64<br>55-59-46-83-35 |
| **65** | GARCÍA CARMONA JOSÉ ENRIQUE | egarca01@hotmail.com | 55-56-74-91-68<br>55-46-56-53-06 |
| **66** | GARCÍA CASTILLEJOS MANUEL | manuel.garcia.c@gmail.com | 55-52-86-19-45<br>55-34-08-66-69 |
| **67** | GARCÍA CÓRDOVA MANUEL JOSÉ FRANCISCO | mgcpac@prodigy.net.mx | 55-52-11-56-95<br>55-33-31-89-46 |
| **68** | GARCÍA CÓRDOVA MÓNICA DEL CARMEN | monicagc0405@hotmail.com | 55-52-86-19-45<br>55-54-04-65-04 |
| **69** | GARCÍA DOMÍNGUEZ DAVID | mvdavidgarcia@yahoo.com.mx | 55-55-92-69-19<br>55-16-98-24-57 |
| **70** | GARCÍA ESPINOSA JORGE | arqjgarciaespinosa@gmail.com | 55-55-45-78-76<br>55-54-09-00-60 |
| **71** | GARCÍA JIMÉNEZ EDUARDO | gdaeduardo@gmail.com | 55-24-65-05-14<br>55-28-94-99-26 |
| **72** | GARCÍA JIMÉNEZ RODRIGO CRISTÓBAL | rodrigogarciaj@live.com.mx | 55-35-44-30-95<br>55-29-03-65-51 |
| **73** | GARCÍA LAZO JOSÉ LUIS | garcilazo01@hotmail.com | 55-52-52-91-83<br>55-81-05-97-57 |
| **74** | GARCÍA LÓPEZ JOSÉ LUIS | arq_garcialopez@hotmail.com | 55-56-57-77-90<br>55-31-26-60-22 |
| **75** | GARCÍA MARTÍNEZ MARIO ARTEMIO | auriga2015@gmail.com | 55-56-03-69-16<br>55-33-34-30-69 |
| **76** | GARCÍA MORA SERGIO | sgmavaluos@yahoo.com.mx | 55-55-88-39-42<br>55-31-19-73-80 |
| **77** | GARCÍA OCAMPO ANTONIO | peritosyvaluacion@gmail.com | 55-81-92-29-10<br>55-19-48-48-97 |
| **78** | GASCA RANGEL JORGE | jorge_gasca@prodigy.net.mx | 55-57-57-54-84<br>55-21-48-08-02 |
| **79** | GÓMEZ BECERRA FERNANDO | fernando.gomez8590@gmail.com | 55-55-88-78-37<br>55-15-06-38-31 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **80** | GÓNGORA ARAUJO JOSÉ ISAAC | ctc.avaluos@gmail.com | 55-10-85-99-40<br>55-60-74-84-80 |
| **81** | GONZÁLEZ BERNAL ADRIANA REMEDIOS | ing.adrianagb@gmail.com | 55-55-92-08-74<br>55-36-24-48-80 |
| **82** | GONZÁLEZ VALDEZ PASCUAL | pascualgv@hotmail.com | 55-53-86-41-04<br>55-43-42-72-49 |
| **83** | GUERRERO JIMÉNEZ MARÍA | arqmagro@yahoo.com.mx | 55-76-79-86-28<br>55-20-95-58-14 |
| **84** | GUERRERO SOLÍS OMAR ERNESTO | omar@avaluosinmobiliarios.mx | 55-70-27-55-51<br>55-63-13-09-61 |
| **85** | GUERRERO VEGA SERGIO | sgvgriego@yahoo.com.mx | 55-66-77-04-73<br>55-51-03-99-14 |
| **86** | GUILLÉN GUTIÉRREZ LUIS ANTONIO | fabricaespacios@hotmail.com | 55-24-53-95-06<br>55-13-43-33-43 |
| **87** | GUTIÉRREZ ARREDONDO PATRICIA | gapaty@gmail.com | 55-55-73-53-92<br>55-19-88-89-65 |
| **88** | GUTIÉRREZ LÓPEZ ESPERANZA | esperanza_gul@hotmail.com | 55-56-89-04-25<br>55-54-55-17-64 |
| **89** | GUTIÉRREZ MARTÍNEZ ALMA ORFELIA | arqalmagutierrezmtz@gmail.com | 55-55-36-20-98<br>55-10-69-08-74 |
| **90** | GUTIÉRREZ MARTÍNEZ THALÍA GUADALUPE | ingthaliagutierrez@gmail.com | 55-55-36-20-98<br>55-22-72-29-74 |
| **91** | GUTIÉRREZ RODRÍGUEZ CLAUDIO GABRIEL | grvaluadores@gmail.com | 55-56-39-96-04<br>55-27-12-06-72 |
| **92** | GUTIÉRREZ TORRES JOSÉ REMEDIOS | reyergroup@yahoo.com.mx | 55-10-54-49-13<br>55-19-21-10-48 |
| **93** | HERNÁNDEZ SEGURA HÉCTOR | proyectos_financieros2003@yahoo.com.mx | 55-56-33-67-19<br>55-91-99-73-54 |
| **94** | HERNÁNDEZ SEGURA JOSÉ | jhsproyectos@yahoo.com.mx | 55-55-71-84-07<br>55-44-94-98-61 |
| **95** | IBAÑEZ PÉREZ MARCOS | marcosibap@yahoo.com.mx | 55-86-25-60-87<br>55-11-54-37-00 |
| **96** | JIMÉNEZ LÓPEZ GABRIEL | avisa2010@prodigy.net.mx | 55-55-18-35-05<br>55-33-55-53-80 |
| **97** | JUÁREZ GARCÍA DANIEL | tsj_djg@prodigy.net.mx | 55-55-88-72-16<br>55-32-83-16-86 |
| **98** | LÓPEZ BUSTAMANTE MARIO RENÉ | construavaluos_ajusco@yahoo.com.mx | 55-56-82-42-80<br>55-91-97-80-39 |
| **99** | LÓPEZ CUEVAS ALBERTO | albertoavaluos@gmail.com | 55-54-24-49-23<br>55-51-07-86-80 |
| **100** | LÓPEZ LÓPEZ LUIS ARIEL | avaluos.luis.lopez@gmail.com | 55-58-50-73-06<br>55-61-10-07-21 |
| **101** | LÓPEZ MARTÍNEZ ESTEBAN | estebanlm45@hotmail.com | 55-57-30-37-27<br>55-54-38-89-46 |
| **102** | LÓPEZ PINEDA JAIME | jaimelopezpineda@gmail.com | 55-57-64-24-40<br>55-48-95-23-51 |
| **103** | LÓPEZ RAMÍREZ ZITO FEDERICO | felora45@yahoo.com.mx | 55-91-80-36-62<br>55-18-00-03-32 |
| **104** | LORENZO RODRÍGUEZ VÍCTOR ALEJANDRO | alejandro.lorenzo@valdca.com | 55-55-87-64-71<br>55-49-83-19-66 |
| **105** | LOVERA LINO SERGIO | slavaluos@gmail.com | 55-56-06-69-91<br>55-54-35-52-32 |
| **106** | MAGUELLAR LÓPEZ GUSTAVO | avaluos.gml@gmail.com | 55-26-43-14-08<br>55-16-87-08-30 |
| **107** | MANJARREZ QUEZADA JORGE SALVADOR | manjarrez.tsj@gmail.com | 55-17-94-14-27 |
| **108** | MANZANO RENDÓN VICENTE JOSÉ | asarqav@prodigy.net.mx | 55-56-39-29-15<br>55-17-98-56-66 |
| **109** | MARTÍNEZ CONTRERAS BEATRIZ | beamtzc@gmail.com | 55-52-50-63-11<br>55-91-97-77-69 |

208

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **110** | MARTÍNEZ OROZCO ROSA LILIA | Inmavaluosmexico@gmail.com | 55-68-87-69-02<br>55-70-25-63-83 |
| **111** | MARTÍNEZ RIOJA BALTAZAR | b_rioja@yahoo.com | 55-73-13-52-47<br>55-31-15-34-98 |
| **112** | MARTÍNEZ SAHAGÚN JARUMI | arqmsahagun@outlook.com | 55-70-37-39-49<br>55-25-60-52-64 |
| **113** | MAYORGA PLATAS FRANCISCO JAVIER | fjmp_2005@yahoo.com.mx | 55-44-24-29-16<br>55-13-57-12-65 |
| **114** | MEJÍA CHÁVEZ JORGE ALBERTO | jorge.mejiachavez@gmail.com | 55-91-55-13-20<br>55-13-90-83-46 |
| **115** | MEJÍA GONZÁLEZ GUILLERMINA | mego.mx@gmail.com | 55-57-09-12-71<br>55-40-26-03-42 |
| **116** | MEJÍA JERÓNIMO FRANCISCO JORGE | avamexia18@gmail.com | 55-56-70-72-50<br>55-39-89-34-97 |
| **117** | MENDOZA COHETERO AGUSTÍN ADÁN | vacsa4@yahoo.com.mx | 55-55-36-60-41<br>55-12-35-58-34 |
| **118** | MENDOZA MORONATI ARMANDO | amoronati@gmail.com | 55-30-95-42-01<br>55-54-00-26-71 |
| **119** | MIGUEL BARRERA RAÚL | arq.raul.miguel@gmail.com | 55-56-84-46-86<br>55-43-41-79-43 |
| **120** | MONROY MARÍN ÓSCAR ROMÁN | ormonroy@hotmail.com | 55-10-70-94-40<br>55-14-88-02-92 |
| **121** | MONTIEL MARTÍNEZ ROMUALDO GABRIEL | gabriel_montiel_mtz@yahoo.com.mx | 55-55-25-53-71<br>55-31-26-80-43 |
| **122** | MORALES MARTÍNEZ CLAUDIA JAZMÍN | moralesmclaudiaj@gmail.com | 55-28-44-74-24<br>56-27-56-65-86 |
| **123** | MORALES MUÑOZ ROCÍO | arq.rocio.morales@gmail.com | 55-58-49-69-83<br>55-44-63-38-84 |
| **124** | MORALES ZAMORA MÓNICA | arqmonimorales@yahoo.com.mx | 55-55-35-85-36<br>55-45-41-44-98 |
| **125** | MORENO NUCAMENDI ALFONSO | cperitos@hotmail.com | 55-27-11-48-06<br>56-11-12-08-40 |
| **126** | NAVA BRAVO OMAR | nabo_ac@yahoo.com.mx | 55-55-73-53-92<br>55-19-88-89-64 |
| **128** | NAVA RIVERA EVARISTO | evaristo3mx@yahoo.com.mx | 55-62-85-61-31<br>55-33-99-33-96 |
| **129** | NAVARRO HERNÁNDEZ PEDRO | pedro_navarro_h@hotmail.com | 55-15-57-03-12<br>55-11-96-73-14 |
| **130** | NEGRETE HERNÁNDEZ VICENTE | arq.vicente.negrete@gmail.com | 55-55-54-80-71<br>55-27-68-55-26 |
| **131** | NEGRETE PARRA TANIA | eviim.tania@gmail.com | 55-52-43-83-51<br>55-72-16-37-64 |
| **132** | NEGRETE PARRA VICENTE ANTONIO | vanegrete2@gmail.com | 55-52-43-83-51<br>55-27-70-51-53 |
| **133** | NORIS PÉREZ DE ALVA RAÚL | noris.crearq@gmail.com | 55-55-98-69-63<br>55-31-31-51-71 |
| **134** | OCHOA LANDEROS VICENTE | vincent8a1@gmail.com | 56-61-34-63-75<br>56-35-65-97-13 |
| **135** | OLIVARES HERNÁNDEZ HÉCTOR MARGARITO | hectoliva@yahoo.com.mx | 55-51-16-55-48<br>55-18-00-15-51 |
| **136** | OLIVARES HERNÁNDEZ JORGE | jorgeolivah@yahoo.com.mx | 55-68-29-61-13<br>55-15-10-43-29 |
| **137** | OLIVER HERNÁNDEZ IGNACIO | oliver.ignacio@gmail.com | 55-55-44-98-93<br>55-54-33-71-94 |
| **138** | OLMEDO SOTELO ISRAEL BOOZ | astrobooz@yahoo.com.mx | 55-26-35-28-26<br>55-18-46-97-23 |
| **139** | ORDUÑO PONCE MOISÉS | ingmoisesop@hotmail.com | 55-57-10-07-10<br>55-39-01-11-23 |
| **140** | ORTEGA MEDINA ANDREA DEL CARMEN | aortega@eviarquitectos.com.mx | 55-55-84-30-02<br>55-27-28-24-90 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **141** | ORTÍZ ÁNGELES MARCO ANTONIO | itperitajes@gmail.com | 55-57-61-22-00<br>55-54-12-01-59 |
| **142** | PADILLA MENDOZA MARIO ANTONIO | mpadilla50@yahoo.com.mx | 55-56-79-36-96 |
| **143** | PAMILA BAÉZ MARÍA DE LA LUZ | mpamila.valuacion@gmail.com | 55-68-11-42-56<br>55-65-01-67-11 |
| **144** | PAZ ROCHA ARMANDO | shalomex2002@hotmail.com | 55-52-15-01-15<br>55-85-02-48-54 |
| **145** | PENELA QUINTANILLA ALFONSO LUIS | apenela@apqarq.com.mx | 55-15-00-88-86<br>55-24-42-52-37 |
| **146** | PÉREZ DE TEJADA MONDRAGÓN CARLOS MANUEL | carlos.perez@valperin.com | 55-55-59-77-99<br>55-22-20-34-32 |
| **147** | PÉREZ ESCOBAR RUBISEL | arqrubisel@prodigy.net.mx | 55-21-57-47-44<br>55-25-02-74-35 |
| **148** | POMAR MALDONADO VÍCTOR MANUEL | vpomar@govyndaya.com.mx | 55-91-33-30-04<br>55-19-49-45-09 |
| **149** | PONCE ISLAS RAÚL EUGENIO | rpiep@hotmail.com | 55-57-76-39-75<br>55-22-18-85-51 |
| **150** | QUINTANA CAMARGO PABLO ALEJANDRO | pablo.qcamargo@gmail.com | 55-51-03-21-81<br>55-80-57-48-38 |
| **151** | QUIROZ SASIA BEATRIZ | bqsasia@gmail.com | 55-56-82-29-65<br>55-32-03-43-49 |
| **152** | RAMÍREZ MONTIEL ALEJANDRO | alejandro.ramirez@alenca.com | 55-56-63-09-75<br>55-19-48-65-62 |
| **153** | RAMÍREZ MONTIEL JUAN CARLOS | juancarlos.ramirez@alenca.com | 55-56-63-06-95<br>55-19-48-65-93 |
| **154** | RAMÍREZ SANTIAGO PATRICIA | Ukaluk27@gmail.com | 55-92-59-18-72<br>55-31-98-90-26 |
| **155** | RAMOS GARCÍA JUAN JESÚS | juanjrk@yahoo.com.mx | 55-56-54-88-66<br>55-29-00-68-80 |
| **156** | RASCON FLORES MANUEL ENRIQUE | rasconflores@yahoo.com.mx | 55-56-12-96-16<br>55-51-90-40-60 |
| **157** | REYES CARTAGENA GISELA | gisela.cartagena@gmail.com | 55-26-38-18-86<br>55-10-68-56-03 |
| **158** | RICO BALLETEROS JOSÉ LUIS | rico.joseluis@hotmail.com | 55-40-85-05-59 |
| **159** | RICO LANDIN MAURICIO | ingmauriciorico@gmail.com | 55-91-55-13-20<br>55-49-88-70-72 |
| **160** | RICO MORENO JOSÉ JULIÁN | julian_rico1@yahoo.com.mx | 55-46-33-94-50<br>55-54-10-91-36 |
| **161** | RIVAS Y OLIVERA FERNANDO | fernandorivasyolivera80@gmail.com | 55-13-28-50-41<br>55-14-08-08-83 |
| **162** | RIVERA DELGADO FRANCISCO PABLO | franciscorivera.valuador@gmail.com | 55-56-97-08-78<br>55-54-33-90-02 |
| **163** | RODRÍGUEZ LORETO ÓSCAR | comalimx@yahoo.com.mx | 55-88-86-50-85<br>55-29-03-08-44 |
| **164** | RODRÍGUEZ ALFARO EVELYN BRIGITTE | evelynrgz@yahoo.com.mx | 55-62-34-15-50<br>55-29-14-00-72 |
| **165** | RODRÍGUEZ ARREDONDO ÁNGEL REMIGIO | angelrod201@hotmail.com | 55-54-18-00-32 |
| **166** | RODRÍGUEZ DE LA ROSA AGUSTÍN PEDRO | Agustinpedro@gmail.com | 55-58-42-18-02<br>55-11-44-97-88 |
| **167** | RODRÍGUEZ GERARDO | Geraline89@gmail.com | 55-58-24-39-23<br>55-34-24-80-55 |
| **168** | ROMERO MARTÍNEZ FRANCISCO | rommarq@live.com.mx | 55-34-19-17-97<br>55-70-28-89-27 |
| **169** | ROMERO MARTÍNEZ RAMÓN | ramon_romero_martinez@yahoo.com.mx | 55-55-52-00-89<br>55-23-16-31-89 |
| **170** | ROMERO SASTRÉ EDITH AMALIA | avaluosinmuebles10@gmail.com | 55-55-88-95-78<br>55-29-55-12-57 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **171** | RUIZ CÁRDENAS RODRIGO | rod_ruiz@yahoo.com | 55-39-77-23-78 |
| **172** | SAENZ AZUELA MAURICIO | mauricio.saenz.azuela@gmail.com | 55-56-69-19-00 55-43-51-94-90 |
| **173** | SALAS CHAVARRIA JAVIER EDUARDO | javiersalas05@yahoo.com | 55-55-79-65-88 55-36-45-30-18 |
| **174** | SALAS ROLDÁN CLAUDIA | Csalasr10@gmail.com | 55-66-50-65-92 55-37-07-44-51 |
| **175** | SALAZAR FERRAIZ JUAN MANUEL | ferraiz67@hotmail.com | 55-22-65-86-00 |
| **176** | SALINAS DOMÍNGUEZ RAÚL | poterra_sado@hotmail.com | 55-51-97-96-19 55-56-00-48-03 |
| **177** | SÁNCHEZ JIMÉNEZ JOSÉ EFRAÍN | arq_jesanchezj@live.com.mx | 55-57-52-06-20 55-54-16-32-56 |
| **178** | SÁNCHEZ LÓPEZ LEONEL | sanlop13@hotmail.com | 55-55-35-85-36 55-33-27-08-42 |
| **179** | SÁNCHEZ ROSAS GERMÁN | germansanchezrosas@yahoo.com.mx | 55-56-10-24-82 55-25-61-20-99 |
| **180** | SÁNCHEZ SANDOVAL FERNANDO GERMÁN | fernandogermanss@hotmail.com | 55-56-10-24-82 55-45-74-05-17 |
| **181** | SANDOVAL MIRANDA FERNANDO LUIS | fsandoval@govyndaya.com.mx | 55-53-57-11-88 55-55-07-15-29 |
| **182** | SANDOVAL SÁMANO HUMBERTO BRICIO | sandovalsamano@gmail.com | 55-58-60-10-55 55-40-33-15-53 |
| **183** | SEDEÑO TORRES JOSÉ RODRIGO | avaluosinmobiliariosmexico@gmail.com | 55-48-19-86-84 |
| **184** | SEGUEDA CEJA PATRICIA | patsegueda@yahoo.com.mx | 55-73-12-96-70 55-35-14-70-76 |
| **185** | SILVA ESTEVA NANCI | nanci.silva64@yahoo.com.mx | 55-52-07-25-99 55-39-66-24-15 |
| **186** | SOTO GARDUÑO JOSÉ SERGIO | ing-sergio-soto@hotmail.com | 55-55-46-13-61 55-25-54-12-57 |
| **187** | TAPIA HERNÁNDEZ MANUEL DE JESUS | ingmanueltapia@gmail.com | 55-85-02-06-73 55-54-00-41-91 |
| **188** | TORRES LÓPEZ EDUARDO JOSÉ | ejtlopez@prodigy.net.mx | 55-56-39-66-73 55-91-89-37-79 |
| **189** | TORRES ROMERO JOSÉ LUIS | joseluistorres_avaluos@hotmail.com | 55-32-46-97-33 55-44-23-35-77 |
| **190** | TORRES TÉLLEZ JOSÉ DEL CARMEN | aerqtorreste@yahoo.com.mx | 55-56-82-25-83 55-52-17-41-32 |
| **191** | VALDÉS KRIEG ADRIANA MARÍA | adriana.valdes@mivak.com.mx | 55-85-00-42-45 55-51-03-06-57 |
| **192** | VALENCIA REMUS JOSÉ LUIS | jvalencia@globalas.com.mx | 55-56-39-31-19 55-27-55-88-22 |
| **193** | VARELA SÁNCHEZ ENRIQUE | licevasa_2@hotmail.com | 55-15-99-70-64 55-31-77-26-08 |
| **194** | VARGAS CANALES ANA LUISA | arqvanatsj@gmail.com | 55-55-45-57-68 55-12-28-13-36 |
| **195** | VARGAS MÁRQUEZ JESÚS ALEXEY | alexey_vargas@yahoo.com.mx | 55-53-16-77-05 55-17-01-08-61 |
| **196** | VARGAS RODRÍGUEZ DAVID MARIANO | ingvargas@avaluossvi.com.mx | 55-63-66-80-08 55-10-69-22-47 |
| **197** | VELÁZQUEZ VARGAS AXEL | axel_unam@hotmail.com | 55-50-48-76-35 55-39-16-24-65 |
| **198** | VAZQUÉZ AGUIÑADA HELENA | hevaa74@hotmail.com | 55-28-54-51-06 55-12-94-46-27 |
| **199** | VÁZQUEZ SÁNCHEZ EUCARIO | eucario_vasan@hotmail.com | 55-57-30-37-27 55-18-42-97-22 |
| **200** | VILLA SANTANA JOEL | Joel_1365@hotmail.com | 55-55-92-66-62 55-14-95-16-52 |

| ESPECIALIDAD: VALUACIÓN DE BIENES INMUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **201** | VON HARRSCH AMERENA TEODORO | teo@harrsch.com | 55-78-24-00-90<br>55-91-97-00-15 |
| **202** | ZAVALA JIMÉNEZ DE LARA PALMIRA EMILIA | palmira.zavala@gmail.com | 55-70-45-92-33<br>55-54-54-41-58 |

| ESPECIALIDAD: VALUACIÓN DE BIENES MUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ALONSO PADILLA CAROLINA | karoalonso@hotmail.com | 55-34-34-56-35<br>55-15-49-02-48 |
| **2** | ÁLVAREZ LARA FRANCISCO JAVIER | javier.alvarezl@iaasc.com | 55-56-46-33-47<br>55-30-05-44-37 |
| **3** | ANDRADE ARCE DIEGO RAFAEL | peritoval@gmail.com | 55-66-76-51-50<br>55-41-49-51-52 |
| **4** | BALTAZAR MARTÍNEZ JOSÉ MANUEL | prodiisa@gmail.com | 59-56-88-38-04<br>55-18-31-94-37 |
| **5** | BRAVO ORTEGA JOSÉ RAÚL | jraulbravo@hotmail.com | 55-55-24-08-24<br>55-15-98-08-53 |
| **6** | CAL Y MAYOR RODRÍGUEZ FAMILIAR LUIS FERMÍN | lcym@prodigy.net.mx | 55-56-81-70-23<br>55-54-06-91-01 |
| **7** | CAL Y MAYOR RODRÍGUEZ ISIDORO LUIS | icym5807@gmail.com | 55-10-90-97-14 |
| **8** | CANSECO MORALES MARIO | cammserving@yahoo.com.mx | 55-55-78-32-44<br>55-51-58-78-75 |
| **9** | CRUZ MOCTEZUMA FRANCISCO JAVIER | serproval9119@gmail.com | 55-26-27-27-42<br>55-19-30-68-75 |
| **10** | GARCÍA MARTÍNEZ MARIO ARTEMIO | auriga2015@gmail.com | 55-56-03-69-16<br>55-33-34-30-69 |
| **11** | GUTIÉRREZ MARTÍNEZ ALMA ORFELIA | arqalmagutierrezmtz@gmail.com | 55-55-36-20-98<br>55-10-69-08-74 |
| **12** | GUTIÉRREZ MARTÍNEZ THALIA GUADALUPE | ingthaliagutierrez@gmail.com | 55-55-36-20-98<br>55-22-72-29-74 |
| **13** | GUTIÉRREZ RIQUELME CESAR AUGUSTO | perito_riquelme@yahoo.com.mx | 55-57-77-40-34<br>55-13-82-90-58 |
| **14** | JIMÉNEZ LÓPEZ GABRIEL | avisa2010@prodigy.net.mx | 55-55-18-35-05<br>55-33-55-53-80 |
| **15** | JUÁREZ GARCÍA DANIEL | tsj_djg@prodigy.net.mx | 55-55-88-72-16<br>55-32-83-16-86 |
| **16** | LÓPEZ LÓPEZ LUIS ARIEL | avaluos.luis.lopez@gmail.com | 55-58-50-73-06<br>55-61-10-07-21 |
| **17** | LORENZO RODRÍGUEZ VÍCTOR ALEJANDRO | alejandro.lorenzo@valdca.com | 55-55-87-64-71<br>55-49-83-19-66 |
| **18** | MARTÍNEZ SAHAGÚN JARUMI | arqmsahagun@outlook.com | 55-70-37-39-49<br>55-25-60-52-64 |
| **19** | MORALES MARTÍNEZ CLAUDIA JAZMÍN | moralesmclaudiaj@gmail.com | 55-28-44-74-24<br>56-27-56-65-86 |
| **20** | NEGRETE PARRA TANIA | eviim.tania@gmail.com | 55-52-43-83-51<br>55-72-16-37-64 |
| **21** | ORTÍZ ÁNGELES MARCO ANTONIO | itperitajes@gmail.com | 55-57-61-22-00<br>55-54-12-01-59 |
| **22** | PACHECO IBARRA ENRIQUE GERARDO | enriquegerardopacheco@yahoo.com.mx | 55-27-14-34-56<br>55-74-80-09-63 |
| **23** | PÉREZ DE TEJADA MONDRAGÓN CARLOS MANUEL | carlos.perez@valperin.com | 55-55-59-77-99<br>55-22-20-34-32 |
| **24** | POMAR MALDONADO VÍCTOR MANUEL | vpomar@govyndaya.com.mx | 55-91-33-30-04<br>55-19-49-45-09 |
| **25** | PONCE ISLAS RAÚL EUGENIO | rpiep@hotmail.com | 55-57-76-39-75<br>55-22-18-85-51 |
| **26** | RÍOS RAYÓN MIGUEL | miguelrrayon@yahoo.com.mx | 55-55-10-08-74<br>55-54-37-59-43 |

302

| ESPECIALIDAD: VALUACIÓN DE BIENES MUEBLES | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **27** | RODRÍGUEZ LORETO ÓSCAR | comalimx@yahoo.com.mx | 55-88-86-50-85<br>55-29-03-08-44 |
| **28** | ROMERO SASTRÉ EDITH AMALIA | avaluosinmuebles10@gmail.com | 55-55-88-95-78<br>55-29-55-12-57 |
| **29** | SANDOVAL SAMANO HUMBERTO BRICIO | sandovalsamano@gmail.com | 55-58-60-10-55<br>55-40-33-15-53 |
| **30** | SEDEÑO TORRES JOSÉ RODRIGO | avaluosinmobiliariosmexico@gmail.com | 55-48-19-86-84 |
| **31** | VARELA SÁNCHEZ ALEJANDRO | operaciones@varelaperitos.mx | 55-56-09-18-73<br>55-15-12-91-91 |
| **32** | VARELA SÁNCHEZ ENRIQUE | licevasa_2@hotmail.com | 55-15-99-70-64<br>55-31-77-26-08 |
| **33** | VAZQUÉZ AGUIÑAGA HELENA | hevaa74@hotmail.com | 55-28-54-51-06<br>55-12-94-46-27 |

| ESPECIALIDAD: VALUACIÓN DE DERECHOS DE AUTOR | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ANDRADE ARCE DIEGO RAFAEL | peritoval@gmail.com | 55-66-76-51-50<br>55-41-49-51-52 |
| **2** | ARCETA MORALES ERASMO | earceta6101@gmail.com | 55-56-06-40-44<br>56-25-74-36-43 |
| **3** | BARAJAS PÉREZ LUIS EDUARDO | ebarajas@prodigy.net.mx | 55-52-33-96-69<br>55-37-17-11-05 |

| ESPECIALIDAD: VALUACIÓN DE JOYAS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | CASTAÑEDA NIEBLA SALVADOR | pasa.avaluos@gmail.com | 55-55-34-31-05<br>55-55-02-63-62 |

| ESPECIALIDAD: VALUACIÓN DE OBRAS DE ARTE | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ALONSO PADILLA CAROLINA | karoalonso@hotmail.com | 55-34-34-56-35<br>55-15-49-02-48 |
| **2** | CASTAÑEDA NIEBLA SALVADOR | pasa.avaluos@gmail.com | 55-55-34-31-05<br>55-55-02-63-62 |
| **3** | GARCÍA MARTÍNEZ DAVID BRANDON | davidcicatrizzz@outlook.com | 55-35-43-26-99<br>56-30-58-03-80 |
| **4** | PERZABAL IBAÑEZ GLORIA | gloria.perzabal@hotmail.com | 55-57-99-59-67<br>55-32-49-53-94 |
| **5** | RÍOS RAYÓN MIGUEL | miguelrrayon@yahoo.com.mx | 55-55-10-08-74<br>55-54-37-59-43 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS ALEMÁN | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ANTONIO DE LA GARZA MARTÍN | traduccioneslegales@yahoo.de | 55-56-18-60-44<br>55-12-32-64-89 |
| **2** | AUDRY LUER MARÍA | info@luer.com.mx | 55-55-19-78-62<br>55-54-03-91-83 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS ALEMÁN | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | CATZIN KUHLMANN SANDRA CRISTINA<br>TRADUCTOR | lagunac@prodigy.net.mx | 55-55-72-64-58<br>55-13-84-26-26 |
| **2** | CERVANTES MEYER ELKE | elke.cervantes@icloud.com | 55-64-16-00-94 |
| **3** | PERSICKE KRAMMIG SABINE<br>TRADUCTOR | sabine.persicke@gmail.com | 72-21-20-52-36<br>55-18-16-88-49 |
| **4** | SCHMIEDEL SIGLER ALEXANDER EDGAR<br>TRADUCTOR | alterglosia@gmail.com | 55-55-39-23-57<br>55-31-21-44-25 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS ÁRABE | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | EL ASKALANI EL SABBAGH NOHA ABDEL MONEIM | noha.askalain@gmail.com | 55-56-65-71-25<br>55-54-12-29-29 |
| **2** | EL YAZIDI AHMED RIDA | ahmedridaelyazidi@gmail.com | 55-22-64-00-22 |
| **3** | MOHAMED ZABADY MOHAMED REZK | mohamedinterprete@gmail.com | 55-52-03-50-92<br>55-39-66-08-40 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS ÁRABE | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | OMARI MOURAD | mourad.omari@hotmail.com | 55-92-13-85-45<br>55-44-48-03-21 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS BÚLGARO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | LOZANOVA ELENA BOGOMILOVA | ebogomil@gmail.com | 55-34-30-78-25 |

| ESPECIALIDAD: INTÉRPRETES EN LENGUAS EXTRANJERAS BÚLGARO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | LOZANOVA ELENA BOGOMILOVA | ebogomil@gmail.com | 55-34-30-78-25 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS CHINO MANDARIN | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | CHEN DENG YAOZU | centramex2@yahoo.com | 55-52-56-40-38<br>55-91-01-00-10 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS COREANO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | KIM YOUNG GON | ygconsulting@hotmail.com | 55-52-07-89-15<br>55-34-03-45-59 |
| **2** | LEE JINHO | gino.jinho.lee@gmail.com | 55-91-55-14-06<br>55-36-88-80-00 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS FRANCÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ATZORI MATTEU GIAMPAOLO | tradintergam@gmail.com | 55-56-61-10-50<br>55-35-77-86-43 |
| **2** | DONES LORENZO SILVIA AMPARO | donestraducciones@yahoo.com.mx | 55-55-84-41-76<br>55-72-24-73-74 |
| **3** | PAGANO CALABRESE MICHELE | mpagano@prodigy.net.mx | 55-52-86-81-89<br>55-23-00-55-58 |
| **4** | ROMO CASTRO MORA LUZ MARÍA | luzmaria@romocastro.com | 55-55-96-07-71<br>55-21-28-36-29 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS FRANCÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ANTONIO DE LA GARZA MARTÍN | traduccioneslegales@yahoo.de | 55-56-18-60-44<br>55-12-32-64-89 |
| **2** | ARÁMBULA HERNÁNDEZ MARÍA FERNANDA | mafer_perito@yahoo.com | 55-33-34-07-52<br>55-55-32-67-27 |
| **3** | ARROYO TEPICHIN ROSA MARÍA | americantraduccionjuridica@gmail.com | 55-55-67-50-59<br>55-79-31-05-89 |
| **4** | CANALE LERDO DE TEJEDA MARÍA BEATRÍZ | canalebeatríz@hotmail.com | 55-55-45-94-05<br>55-54-05-07-18 |
| **5** | CHRISTEN Y GRACIA LUCILA MARÍA | lucilachristen@gmail.com | 55-55-39-02-02<br>55-21-29-47-22 |
| **6** | CORONA ALBA CARMEN GRACIELA | carmen.coralba@gmail.com | 55-52-17-42-28 |

324

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS FRANCÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **7** | CORRAL MAYNEZ YASSMIN | yassminc@hotmail.com | 55-55-53-45-89<br>55-59-65-64-48 |
| **8** | CORREA ETCHEGARAY MARÍA ISABEL | icorrea.traducciones@gmail.com | 55-52-91-25-44<br>55-55-03-23-67 |
| **9** | GARCÍA CUERVO DE LA FUENTE ROSALBA | koinetraductores@prodigy.net.mx | 55-55-64-52-56<br>55-54-14-41-90 |
| **10** | GARCÍA OLÍN LUCILA DEL ROSARIO | lucilago24@yahoo.com.mx | 55-55-47-71-40<br>55-31-94-45-02 |
| **11** | HERNÁNDEZ RIVERA MARGARITA ALICIA | peggyallie@outlook.com | 55-76-79-78-43<br>55-18-38-89-75 |
| **12** | JIMÉNEZ DÍAZ BARRIGA EDUARDO | eduardo.jimenezdb@gmail.com | 55-55-27-56-20<br>55-19-51-27-08 |
| **13** | PÉREZ CASTILLO MARÍA LUISA | maria@traduweb.com | 55-52-93-94-30<br>55-10-58-49-98 |
| **14** | PÉREZ CUE MARÍA DE LOS ÁNGELES | marianpc@prodigy.net.mx | 55-55-72-49-38<br>55-40-30-54-41 |
| **15** | SÁNCHEZ GUADARRAMA GEORGINA HAYDÉ | gsanchez@msg-at.com | 55-53-90-86-98<br>55-54-18-55-27 |
| **16** | SANTOS JIMÉNEZ LUIS DEMETRIO | lu.dessaints@gmail.com | 55-56-60-99-11<br>55-17-98-46-55 |
| **17** | SESÍN CARPIO SARA DOLORES | sarasesincarpio@gmail.com | 55-56-04-16-58<br>55-54-02-59-00 |
| **18** | SILVA INFANTE VIVIANA | vsitraducciones@gmail.com | 55-56-01-40-20<br>55-40-85-02-05 |
| **19** | VILLAGÓMEZ SÁNCHEZ HRINDANAXI GUELA | codextraductores@gmail.com | 55-46-22-29-72<br>55-59-95-93-25 |
| **20** | VON HARRSCH AMERENA TEODORO | teo@harrsch.com | 55-78-24-00-90<br>55-91-97-00-15 |
| **21** | WEHNER MARDUEÑO EDUARDO | translatus@mexis.com | 55-52-03-22-61<br>55-11-40-61-12 |

| ESPECIALIDAD: INTÉRPRETES EN LENGUAS EXTRANJERAS FRANCÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | SÁNCHEZ ESTRADA ROBERTO | roberto-se@live.com | 55-26-19-05-97<br>55-54-05-12-00 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS HEBREO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | EISENBACH ATTIE SARA | sarichayo@gmail.com | 55-70-22-23-65<br>56-18-65-38-30 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS HEBREO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | PLOTNIK GOLCMAN DINA | Dinathan77@hotmail.com | 55-36-05-14-42<br>55-55-08-26-18 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS HOLANDÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | DE WINTER GALLEGOS WILLY ISIDOR | willydewinter@prodigy.net.mx | 55-26-79-87-49<br>55-55-45-57-64 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ANTONIO DE LA GARZA MARTÍN | traduccioneslegales@yahoo.de | 55-56-18-60-44<br>55-12-32-64-89 |
| **2** | ATZORI MATTEU GIAMPAOLO | tradintergam@gmail.com | 55-56-61-10-50<br>55-35-77-86-43 |
| **3** | BARBA CARSTENS VIVIAN SUSANA | sbtraduccionesperito@gmail.com | 55-22-11-02-78 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **4** | BLANCA MENDOZA BEATRÍZ EUGENIA | talento86@yahoo.com | 55-56-01-17-72<br>55-25-74-44-63 |
| **5** | CASTRO BADILLO JUAN GABRIEL | gabcab25@hotmail.com | 55-55-24-27-14<br>55-23-16-76-84 |
| **6** | CRUCES RAMÍREZ MARÍA ELENA | comunicarserviciossc@gmail.com | 55-56-66-20-55<br>55-40-99-42-71 |
| **7** | CRUZ AGUILAR LUIS ALBERTO | luis.cruz@movantaclub.com | 55-43-17-37-96<br>55-48-11-69-69 |
| **8** | CHRISTEN Y GRACIA LUCILA MARÍA | lucilachristen@gmail.com | 55-55-39-02-02<br>55-21-29-47-22 |
| **9** | DONES LORENZO SILVIA AMPARO | donestraducciones@yahoo.com.mx | 55-55-84-41-76<br>55-72-24-73-74 |
| **10** | FAVILA ACALÁ MARIANA | mfavilaa90@gmail.com | 55-10-56-06-24<br>22-25-05-17-02 |
| **11** | GENIS GONZÁLEZ MÉNDEZ ROBERTO SERGIO | genisgm@gmail.com | 55-32-32-53-59<br>55-55-75-22-12 |
| **12** | HAAS LÓPEZ PATRICIA YOLANDA | pyhaasl@gmail.com | 55-55-74-40-05 |
| **13** | JIMÉNEZ BOLAÑOS PAOLA MONSERRAT | contacto@traduccionesperitadas.com.mx | 55-84-88-47-28<br>55-39-16-08-05 |
| **14** | LADEWING SEÑKOWSKI SLAUKA | slaukal@outlook.com.com | 55-56-61-13-54<br>55-55-06-33-60 |
| **15** | LIZARDI ENS SUSANA CATHERINE | susana.lizardi@gmail.com | 55-32-00-64-59 |
| **16** | MARTÍNEZ Y GONZÁLEZ ANA LUISA | almgonzalez8@gmail.com | 55-55-45-00-85<br>55-26-99-81-16 |
| **17** | PAVÍA LOPÉZ MARÍA ENRIQUETA | petconsultoriapoliglotas@prodigy.net.mx | 55-53-63-06-58<br>55-53-43-66-44 |
| **18** | PÉREZ CUE MARÍA DE LOS ÁNGELES | marianpc@prodigy.net.mx | 55-55-72-49-38<br>55-40-30-54-41 |
| **19** | SEPÚLVEDA BARRERA GUSTAVO | tavorelainter@gmail.com | 55-55-38-43-95<br>55-10-09-05-33 |
| **20** | VELÁZQUEZ NAVA MARIANA | asistenciajuridica1@yahoo.com.mx | 55-56-23-15-21<br>55-19-20-79-91 |
| **21** | WEHNER MARDUEÑO EDUARDO | translatus@mexis.com | 55-52-03-22-61<br>55-11-40-61-12 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ACLE AQUIQUE CARLOS MANUEL | carlos.acle.aquique@gmail.com | 55-37-07-89-92 |
| **2** | ACUÑA MORALES GRACIELA MARÍA | gacuna6@yahoo.com | 55-56-17-15-54<br>55-12-98-40-33 |
| **3** | AGUILAR VIRGEN QUETZALCÓATL | traduccion.distrito@gmail.com | 55-25-21-33-34 |
| **4** | AGUIRREZABAL CORTÉS MAGDALENA | male_trad4@hotmail.com | 55-56-98-40-81<br>55-31-43-99-93 |
| **5** | ALCÁZAR TORRES NADIA ANGÉLICA | alcazarnadia@gmail.com | 55-43-57-73-80 |
| **6** | ANIMAS MADRAZO MARCELA | marcela.animas.traductor@gmail.com | 55-41-66-90-77<br>55-13-53-78-92 |
| **7** | ARÁMBULA HERNÁNDEZ MARÍA FERNANDA | mafer_perito@yahoo.com | 55-33-34-07-52<br>55-55-32-67-27 |
| **8** | ARIZMENDI SALEM MARGARITA | contacto@margaritaarizmendi.com | 55-73-95-07-26<br>55-44-59-79-08 |
| **9** | ARROYO TEPICHIN ROSA MARÍA | americantraduccionjuridica@gmail.com | 55-55-67-50-59<br>55-79-31-05-89 |
| **10** | BALLESTEROS LÓPEZ LUIS REY | luisreyballesteros@gmail.com | 55-55-39-11-40<br>55-32-02-51-55 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **11** | BARANDA WESTPHAL DIEGO FEDERICO | diegobarandaw@gmail.com | 55-51-71-88-56<br>55-43-41-87-95 |
| **12** | BARROSO RINCÓN GILDA VALENTINA | sittco1@yahoo.com.mx | 55-52-90-93-29<br>55-26-92-32-56 |
| **13** | BELLO OLVERA YOLANDA | yolanda.bello@gmail.com | 55-27-23-84-65 |
| **14** | BENNETT PALLÁS CLAUDIA | claudia@bennett.com.mx | 55-27-90-62-76<br>55-10-10-98-62 |
| **15** | BERTRAND CORTÉS SILVIA | ebertrand@outlook.com | 55-19-42-35-64<br>55-29-64-03-47 |
| **16** | BO IZQUIERDO HELENA | helen_bo@yahoo.com | 55-58-24-09-48<br>55-54-13-82-32 |
| **17** | BRAMBILA SOLÓRZANO LORENA | lorebram36@gmail.com | 55-52-06-63-85<br>55-35-75-93-20 |
| **18** | BUCHANAN GARCÍA ANA PAULA | anapbuchanan@gmail.com | 55-54-18-14-08 |
| **19** | CALLEJAS MEDELLÍN ISAURA | fraucallejas@gmail.com | 55-55-79-78-85<br>55-17-03-26-58 |
| **20** | CAMPOS GARZA MARÍA ELENA | elecampos@gmail.com | 55-55-96-92-24<br>55-54-12-51-96 |
| **21** | CANALE LERDO DE TEJEDA MARÍA BEATRÍZ | canalebeatríz@hotmail.com | 55-55-45-94-05<br>55-54-05-07-18 |
| **22** | CANALS LÓPEZ VELARDE DIEGO | diego.clv@outlook.com | 55-29-51-10-47 |
| **23** | CÁRDENAS CEDEÑO MIGUEL ÁNGEL | mac@cititraductores.com | 55-90-00-11-00<br>55-13-33-04-65 |
| **24** | CÁRDENAS LOERA OLIVIA DEL CARMEN | ocloera@gmail.com | 55-56-04-13-61<br>55-26-23-96-92 |
| **25** | CARDOSO RÍOS OFELIA | ofcardoso@prodigy.net.mx | 55-11-07-81-51<br>42-72-19-32-00 |
| **26** | CAREAGA MILLER ANA PAULINA MARGARITA | anapaucm@hotmail.com | 55-55-89-68-83<br>55-63-25-63-90 |
| **27** | CARRASCO VARGAS IVONNE | icarrascov@rocketmail.com | 55-56-81-26-73 |
| **28** | CARTER BARTLETT MARÍA TERESA DE JESÚS | terecarter@yahoo.com | 55-52-86-74-83<br>55-38-89-07-28 |
| **29** | CASTILLO GARCÍA ANA MARÍA | amcg61@hotmail.com | 55-56-35-85-80<br>55-54-36-04-97 |
| **30** | CASTILLO PAULINA DOEN | p.doencastillo@gmail.com | 56-41-59-89-34 |
| **31** | CERVANTES ESPINOSA YOLANDA | yoces1981@hotmail.com | 55-13-33-96-55<br>55-47-55-96-77 |
| **32** | CERVANTES GIJÓN PAOLA | paola.tradcer@gmail.com | 55-68-31-02-53<br>55-13-78-33-20 |
| **33** | CERVANTES NEGRETE ROSA MARÍA | r_cervan@hotmail.com | 55-55-21-50-52<br>55-36-27-86-40 |
| **34** | CHÁRRAGA HINOJOSA PATRICIA FABIOLA | fcharraga@yahoo.com | 55-57-68-74-83<br>55-29-54-06-72 |
| **35** | CHÁVEZ INIESTRA MARÍA TERESA DE JESÚS | mtjchi@yahoo.com.mx | 55-56-56-52-33<br>55-43-39-64-45 |
| **36** | CHÁVEZ INIESTRA PATRICIA MAGDALENA | patchaveziniestra@gmail.com | 55-55-68-67-73<br>55-10-78-06-20 |
| **37** | CHÁVEZ LOZANO GERALDINA | geraldinachavezlozano@gmail.com | 55-37-27-27-63 |
| **38** | CISNEROS STOIANOWSKI VICTORIA | vcisne@prodigy.net.mx | 55-56-06-02-70<br>55-39-49-66-69 |
| **39** | CORONA ALBA CARMEN GRACIELA | carmen.coralba@gmail.com | 55-52-17-42-28 |
| **40** | CORREA ETCHEGARAY MARÍA ISABEL | icorrea.traducciones@gmail.com | 55-52-91-25-44<br>55-55-03-23-67 |

357

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **41** | CRUZ MOLINA ANA PAULA | anapaulacruz1@hotmail.com | 55-17-39-08-30<br>55-27-29-89-03 |
| **42** | CUEVAS OSTRIA LOURDES SUSANA | ostria.traducciones@gmail.com | 55-65-48-99-34<br>55-34-80-79-66 |
| **43** | DE LA VEGA VIOLANTE MARIANA | m.delavegav@gmail.com | 55-54-07-94-46 |
| **44** | DE REGULES SILVA DIANA ALICIA | dianaderegules@me.com | 55-52-92-21-95<br>55-54-31-44-34 |
| **45** | DE VILLAFRANCA MORALES LEONOR | leonor_de_v@yahoo.com | 55-55-85-30-55<br>55-59-65-85-30 |
| **46** | DE WINTER CASTILLO SASKIA ELIZABETH | saskia@traduccionesdewinter.com | 55-26-79-84-49<br>55-52-03-25-85 |
| **47** | DELGADO FRESÁN ENRIQUE | delgado.fresan@gmail.com | 55-57-54-43-70<br>55-13-60-47-27 |
| **48** | DELGADO ROSAS ANA CARMEN | ana-delgado@ribenack.com.mx | 55-56-89-08-09<br>55-18-14-84-32 |
| **49** | DESVIGNES VILLASEÑOR MÓNICA GERALDINE | mdesvignes68@gmail.com | 55-52-91-64-18<br>55-54-34-55-59 |
| **50** | DUARTE FONSECA ALEXANDER | alexduarte@alestra.net.mx | 55-13-90-25-37 |
| **51** | ESCOBAR CASTILLO HUGO ADALBERTO | hugoadalberto_escobar@yahoo.com.mx | 55-56-42-98-19<br>55-35-24-46-13 |
| **52** | FARAH DUAYHE HILDA | hilda.farah@hfd.com.mx | 55-43-54-96-36 |
| **53** | FLORES FERNÁNDEZ ALMA ROSA | certificaciones.alma.flores@gmail.com | 55-56-76-45-78<br>55-40-10-84-47 |
| **54** | FLORES SÁNCHEZ AIDA ROSARIO | aidaflores.tr@gmail.com | 55-41-77-93-95<br>55-55-64-26-25 |
| **55** | FORTUL REBULL JENNIFFER | jfortulr@gmail.com | 55-18-20-14-84 |
| **56** | FREIJO NIEBLA MARÍA DE LOS MILAGROS PILAR | milliefreijo@yahoo.com.mx | 55-58-13-80-29<br>55-27-73-23-74 |
| **57** | GALEWICZ BARRAGÁN TATIANA | tgalewicz@prodigy.net.mx | 55-54-32-32-58<br>55-52-95-36-97 |
| **58** | GALINDO AGUIRRE ISSEL | isselga@gmail.com | 55-89-98-76-29<br>55-40-31-53-67 |
| **59** | GALLARDO GUERRA MIGUEL | migardo@gmail.com | 55-52-92-52-32<br>55-54-14-55-54 |
| **60** | GARCÍA CASAS ADRIANA | adriana_garcia_c@hotmail.com | 55-22-41-33-05 |
| **61** | GARCÍA CUELLAR WOOD ADRIANA | agcw@hotmail.com | 55-55-70-17-15<br>55-45-30-37-58 |
| **62** | GARCÍA CUERVO DE LA FUENTE ROSALBA | koinetraductores@prodigy.net.mx | 55-55-64-52-56<br>55-54-14-41-90 |
| **63** | GARCÍA GONZÁLEZ JAIME SALVADOR | jaime.garcia@formatuempresa.com.mx | 55-55-36-76-84<br>55-13-31-11-11 |
| **64** | GARCÍA PACHECO ZULUEM JULIETA | zuluemgp@prodigy.net.mx | 55-52-19-68-95<br>55-10-48-15-09 |
| **65** | GARCÍA PANTOJA ROBERTO | rgarcia@gys.mx | 55-52-92-27-80<br>55-27-37-39-32 |
| **66** | GARCÍA PÉREZ VÍCTOR DANIEL | vgarcia@slle.mx | 55-59-65-53-46 |
| **67** | GARIBALDI PÉREZ VILCHIS THELMA JAET | peritotraductoraingles@gmail.com | 55-56-87-77-69 |
| **68** | GASTEASORO SEVILLA REBECA | rgasteasoro@gmail.com | 55-13-58-85-30 |
| **69** | GAZARIAN GAZARIAN GRIGORI | grigori@gazarian.net | 55-19-51-52-92<br>55-54-40-47-79 |
| **70** | GIMÉNEZ GÓMEZ VANESSA MARÍA | vanessa@letratranslations.com | 55-43-90-36-94 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **71** | GIRAULT FACHA MARÍA JOSÉ | giraultmariaJose@gmail.com | 55-18-50-95-86<br>55-50-80-86-84 |
| **72** | GOMÉZ RODRÍGUEZ LIZBETH | lizgmzrdz@gmail.com | 55-55-30-28-23<br>55-45-39-59-03 |
| **73** | GONZÁLEZ BLASQUEZ CERRO JUAN ROLANDO | juanro.gonblas@gmail.com | 55-55-23-86-55<br>55-67-92-82-68 |
| **74** | GONZÁLEZ MENEZ CESAR DANIEL | peritodanielg@gmail.com | 55-45-19-46-05<br>55-49-23-92-45 |
| **75** | GONZÁLEZ SALGADO CLAUDIA GEORGINA | gosc_18@yahoo.com.mx | 55-57-05-24-84<br>55-36-50-89-05 |
| **76** | GONZÁLEZ SÁNCHEZ GILDA RUTH | ggonzalez@bbgsmexico.com | 55-15-91-10-33<br>55-14-51-11-19 |
| **77** | GONZÁLEZ SARAVIA CASTRO MARÍA JIMENA | jimenagonzalezsaraviacastro@outlook.com | 55-64-89-43-90<br>55-64-89-43-90 |
| **78** | GRANADOS JIMÉNEZ ROCÍO DEL CARMEN | rociogj2@gmail.com | 44-22-47-43-20<br>55-59-81-66-64 |
| **79** | GUZMÁN AHUMADA ANA HILDA | ahumada.annaguzman@gmail.com | 55-66-47-73-38<br>55-32-22-29-41 |
| **80** | HERMIDA VERÓNICA CECILIA | vcecilia.hermida@gmail.com | 55-55-59-38-50<br>55-91-06-65-06 |
| **81** | HERNÁNDEZ CUEVAS GUILLERMO | ghc.perito.traductor@gmail.com | 55-25-91-99-71<br>55-54-54-53-67 |
| **82** | HERNÁNDEZ GUZMÁN MARÍA DEL CARMEN | tonoalfa@prodigy.net.mx | 55-55-66-05-90<br>55-15-24-50-66 |
| **83** | HERNÁNDEZ MINOR LILLIE | lihemi@gmail.com | 55-52-51-39-17<br>55-10-48-75-57 |
| **84** | HERRERÍAS SORDO MARÍA DEL MAR | marherrerias13@gmail.com | 55-56-06-78-84<br>55-39-66-68-80 |
| **85** | HORNEDO RENOVALES RODRIGO | rodrigo@hijambo.mx | 55-52-80-43-80<br>55-13-53-00-04 |
| **86** | IBARRA HIDALGO SAIDALY VIVIANA | saidaly.metafrasi@gmail.com | 55-13-85-23-44 |
| **87** | IGLESIAS AGUILERA MANUEL | manuiglesias67@gmail.com | 55-54-57-23-29<br>55-52-92-83-88 |
| **88** | IRIGOYEN CERECEDO GALIA | gcerecedo@gmail.com | 55-55-44-67-63<br>55-54-00-37-19 |
| **89** | JAIMES DEL VALLE ANA MERCEDES | anajaimes@intlad.com | 55-32-08-04-08<br>55-66-29-41-46 |
| **90** | JIMÉNEZ GONZÁLEZ YITS KAAN KAMALA | direccion@lenguajeglobal.com | 55-30-83-20-91 |
| **91** | KAISER JAIME ANDREA | andrea.kaiser.j@gmail.com | 55-72-65-47-06<br>55-29-05-94-73 |
| **92** | KRAUSE MANTILLA INGRID ESTHER | ingrid-krause@hotmail.com | 55-55-24-47-71<br>55-25-64-52-93 |
| **93** | LAGUARDIA PULIDO FRANCISCO JOSÉ | franciscolaguardia@gmail.com | 55-52-74-20-23<br>55-29-19-67-54 |
| **94** | LARA CERDA LINDA ELVIRA | lindalarac@hotmail.com | 55-55-15-35-32<br>55-43-39-04-90 |
| **95** | LEDUC SEGURA LETICIA | leducsegura@gmail.com | 55-56-83-84-20<br>55-24-74-86-63 |
| **96** | LEMUS ARMAS MARÍA ESTHER | lemustrad@gmail.com | 55-67-30-15-60<br>55-20-93-18-93 |
| **97** | LEYVA FERZULI OSCAR JOSAFAT | ojlferzuli@hotmail.com | 55-68-38-35-75<br>55-34-59-74-52 |
| **98** | LÓPEZ FERRO ANDREA DEJANIRA | andrealopezferro@gmail.com | 55-53-42-57-47<br>44-21-30-28-41 |
| **99** | LÓPEZ LÓPEZ ESTELA | estela_lopez_lopez@hotmail.com | 55-55-78-01-68<br>55-54-36-50-74 |
| **100** | LÓPEZ VÁZQUEZ ISAAC | zavi2013@gmail.com | 55-11-27-81-64<br>55-54-56-81-33 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **101** | LUGO ALCÁNTARA OLIVIA ARACELI | lugoalcantaraolivia@gmail.com | 55-53-93-77-00<br>55-23-35-24-92 |
| **102** | LUNA LUCIO BERNARDO | bluna@lltraducciones.com | 55-55-98-34-42<br>55-54-16-55-46 |
| **103** | MARTÍN DEL CAMPO STETA LAURA | delcamposteta@yahoo.com | 55-55-93-57-23 |
| **104** | MARTÍNEZ LAVIN CASTAÑEDA CECILIA | mlctraducciones@lavin.com.mx | 44-28-07-93-31 |
| **105** | MEDINA LAMADRID GUILLERMO EFRÉN | guillermomedinal@yahoo.com.mx | 55-55-11-99-46<br>55-10-06-83-63 |
| **106** | MERCADO GONZÁLEZ MARGARITA ISABEL | isabelmgz@yahoo.com | 55-56-91-95-75<br>55-54-33-90-71 |
| **107** | MONJARÁZ FUENTES ADELAIDA | adelaida_mofu7@hotmail.com | 55-55-73-79-91<br>55-38-94-09-58 |
| **108** | MOSQUEDA MARTÍNEZ ANA TERESA | traduccionesanamosqueda@yahoo.com | 55-43-46-37-73 |
| **109** | MUNIVE MELCHOR MARÍA DEL SOCORRO | munive_1@hotmail.com | 55-55-83-01-01<br>55-54-09-47-01 |
| **110** | MUÑOZ BERRONES MARÍA TERESA | maritere@tradocs.com.mx | 55-53-48-82-54<br>55-34-76-23-70 |
| **111** | NOBLE LUGO PATRICIA | garzanoble3@gmail.com | 55-56-52-51-56<br>55-18-49-11-63 |
| **112** | NÚÑEZ ACEVEDO PAOLA MARÍA | paola@traductores.com.mx | 55-52-11-00-91<br>55-43-43-84-42 |
| **113** | OBREGÓN WIDMER ANDREA FRANCISCA | aow@aowtraducciones.com | 55-43-44-01-84 |
| **114** | OJEDA PESQUERA MARÍA INÉS | manes@abaeterno.com.mx | 55-22-72-50-96<br>55-55-63-56-86 |
| **115** | OROZCO MENDOZA GLORIA | goma_06700@yahoo.com | 55-90-00-11-00<br>55-25-61-61-40 |
| **116** | ORTIZ DE ZÁRATE SILVA MAYRA | mayraoz@mac.com | 55-55-70-87-54<br>55-91-97-76-65 |
| **117** | ORTIZ MONASTERIO QUINTANA RODRIGO | romonasterio@gmail.com | 55-52-77-10-50<br>55-13-81-71-36 |
| **118** | OVADIA NAGMIAS ESTHER | estherovadia@gmail.com | 55-52-91-15-50<br>55-49-49-61-87 |
| **119** | PAGANO CALABRESE MICHELE | mpagano@prodigy.net.mx | 55-52-86-81-89<br>55-23-00-55-58 |
| **120** | PALMA CARRO ADRIANA YOLANDA | apalca1@gmail.com | 55-55-68-59-31<br>55-23-42-76-99 |
| **121** | PÉREZ AMADOR DE CASTRO SILVIA | silvia.traductora@gmail.com | 55-55-82-23-73 |
| **122** | PÉREZ BONILLA PAULA MARIANA | pbonillatrad@gmail.com | 55-44-37-55-79<br>55-23-26-23-13 |
| **123** | PÉREZ CASTILLO MARÍA LUISA | maria@traduweb.com | 55-52-93-94-30<br>55-10-58-49-98 |
| **124** | PICAZO GUADARRAMA MARÍA EMILIA | perito-traductor@usa.net | 55-52-11-62-19<br>55-54-13-03-99 |
| **125** | PICO OSVALDO JAVIER | osvaldopico@gmail.com | 55-46-14-74-89 |
| **126** | PIZARRO LEBRIJA LAURA | laura@pizarro-sc.com | 55-50-27-00-00<br>55-54-52-07-84 |
| **127** | PONCE NAVA TREVIÑO DIANA LUCERO | dponcenava@gmail.com | 55-56-97-65-35<br>55-54-52-97-66 |
| **128** | PONCE REYES GABRIELA EDITH | gponcetraductora@yahoo.com.mx | 55-56-78-45-73<br>72-22-54-04-17 |
| **129** | PRAGET PIMENTEL MARÍA DEL CARMEN | carmenpraget@lexica.com.mx | 55-58-13-45-00<br>55-61-22-69-41 |
| **130** | PRIETO GONZÁLEZ JANET EUNICE | traducciones.jpg@gmail.com | 55-39-88-67-33 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **131** | PRUNEDA HERNÁNDEZ ADRIANA | pruneda.adriana@gmail.com | 55-26-58-21-45 |
| **132** | PUENTE MONTELONGO ALMA ELIZABETH | traduccionycertificacion@gmail.com | 55-21-98-57-85 |
| **133** | QUEZADA GRANADOS MARTHA LAURA | mlauraq@yahoo.com | 55-90-31-04-53<br>55-91-99-73-64 |
| **134** | QUINTANILLA RAMOS MARÍA CATALINA | catalinaqr@prodigy.net.mx | 55-52-11-94-90<br>55-54-53-94-32 |
| **135** | RAMÍREZ ALAMO GABRIELA | gabriela.ramirez@tpro.com.mx | 55-56-87-38-93<br>55-54-38-97-23 |
| **136** | REYES MORÁN IRMA | irmareyesmoran@gmail.com | 55-92-98-66-91<br>55-22-99-86-64 |
| **137** | REYNOSO REYES ANA BELEM | anabelem.cretraducciones@outlook.com | 55-46-14-09-27<br>55-58-13-87-72 |
| **138** | RITCH GRANDE AMPUDIA JAMES ENRIQUE | jritchga@gmail.com | 55-91-78-70-00<br>55-54-05-04-02 |
| **139** | ROBLES JARA ADRIANA | adriana_roblesjara@yahoo.com | 55-31-94-93-55 |
| **140** | RODRÍGUEZ ÁVILA MARÍA YOLANDA | myra.rodriguezav@gmail.com | 59-51-33-14-62<br>55-59-17-40-45 |
| **141** | RODRÍGUEZ RICO HILDA ALEJANDRA | alejandra@rodriguezrico.com | 55-24-97-56-27<br>55-74-84-41-83 |
| **142** | ROMERO RUIZ ROCÍO | oicor79@gmail.com | 55-57-81-20-20<br>55-40-05-31-10 |
| **143** | ROMO CASTRO MORA LUZ MARÍA | luzmaria@romocastro.com | 55-21-28-36-29<br>55-55-96-07-71 |
| **144** | ROSALES DOMÍNGUEZ SUSANA | srosales@sertra.net | 55-55-14-77-21<br>55-40-48-22-00 |
| **145** | RUIZ VIVANCO GLORIA ARACELI | aracelitraductora@gmail.com | 55-55-25-35-57<br>55-29-22-46-33 |
| **146** | SABA DJADDAH CECILIA | sabac@me.com | 55-52-51-44-89<br>55-14-74-06-26 |
| **147** | SALAZAR FIGUERAS LUISA FERNANDA | fernandasalazarfigueras@gmail.com | 55-53-41-77-63<br>55-49-40-03-25 |
| **148** | SALAZAR SAYAGO VIOLETA | salazarvioleta@hotmail.com | 55-21-77-72-94 |
| **149** | SÁNCHEZ ESTRADA ROBERTO | roberto-se@live.com | 55-26-19-05-97<br>55-54-05-12-00 |
| **150** | SÁNCHEZ GUADARRAMA GEORGINA HAYDÉ | gsanchez@msg-at.com | 55-53-90-86-98<br>55-54-18-55-27 |
| **151** | SANDOVAL KINGWERS GUSTAVO | correogsk@yahoo.com | 55-55-19-77-87<br>55-32-41-05-56 |
| **152** | SANSORES CEBALLOS MIRNA | mirnasansores@hotmail.com | 55-21-52-90-34 |
| **153** | SANTAMARÍA RODRÍGUEZ ELIZABETH | santamarializ@hotmail.com | 55-53-89-04-02<br>55-37-16-49-49 |
| **154** | SANTAMARÍA ROMO CASTRO CARLA | carlasantarc@gmail.com | 55-43-16-00-53<br>55-54-54-51-10 |
| **155** | SANTOS JIMÉNEZ LUIS DEMETRIO | lu.dessaints@gmail.com | 55-56-60-99-11<br>55-17-98-46-55 |
| **156** | SARABIA DE LEÓN ANA CECILIA | ceciliasarabia2@gmail.com | 55-52-94-41-67<br>55-30-10-32-54 |
| **157** | SARMIENTO MARABOTTO ERICK ANTONIO | a.sarmiento@marabottoret.com | 55-14-42-09-82 |
| **158** | SCHMIEDEL SIGLER ALEXANDER EDGAR | alterglosia@gmail.com | 55-55-39-23-57<br>55-31-21-44-25 |
| **159** | SILVA INFANTE VIVIANA | vsitraducciones@gmail.com | 55-56-01-40-20<br>55-40-85-02-05 |
| **160** | SOLÓRZANO CASTELLANOS ROSA EVELIA | rosaeveliasolorzano@gmail.com | 55-56-87-67-30<br>55-54-31-46-56 |

391

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **161** | SURO CÁRCAMO DAVID | traductorperito@gmail.com | 55-21-53-12-19 |
| **162** | TÁPIA SÁNCHEZ VALERY GABRIELA | valerygts@gmail.com | 55-80-33-15-21 |
| **163** | TAVERA CASADO MARCOS | marctavera@hotmail.com | 55-57-05-19-39 55-29-36-12-13 |
| **164** | TORRES DUQUE VÁZQUEZ ALDANA ENRIQUE | etorresduque@prodigy.net.mx | 55-21-84-82-94 56-11-69-71-90 |
| **165** | TRUJILLO GONZÁLEZ DIANA BERENICE | dianatrujillo@hotmail.com | 55-43-98-72-12 55-27-59-55-51 |
| **166** | VÁZQUEZ ARELLANO DORA LUZ | doraluzvazare@yahoo.com | 55-55-47-55-60 55-31-14-96-79 |
| **167** | VÁZQUEZ RUIZ LUIS IGNACIO | luis@luisvazquez.mx | 55-47-48-06-77 55-41-41-54-48 |
| **168** | VEGA ALBELA GOYENECHE ALEJANDRO | vega356@gmail.com | 55-70-95-61-58 55-33-34-27-23 |
| **169** | VELÁZQUEZ ROCH ANA GABRIELA | velazquezgabriela@hotmail.com | 55-54-51-20-36 55-56-62-31-90 |
| **170** | VILLAGOMÉZ HERNÁNDEZ GONZALO RAFAEL | gonzalo.villagomez@gmail.com | 55-55-39-33-82 55-26-53-58-87 |
| **171** | VILLAVICENCIO CABRERA PAULA | paulavillacab@gmail.com | 55-44-94-36-04 55-18-83-50-08 |
| **172** | VIVES FERNÁNDEZ KARLA | karlavives@gmail.com | 55-78-22-27-60 55-29-40-67-76 |
| **173** | VON HARRSCH AMERENA TEODORO | teo@harrsch.com | 55-78-24-00-90 55-91-97-00-15 |
| **174** | YÉPEZ ROLDÁN CAROLINA | c.yepezroldan@gmail.com | 55-75-80-70-04 55-41-35-92-54 |
| **175** | ZAMBRANO HERNÁNDEZ JUAN CARLOS | juancarloszambranoh@gmail.com | 55-56-51-04-60 55-32-37-79-36 |
| **176** | ZAMORA COVARRUBIAS EMILIO | emiliozamorac@gmail.com | 55-56-03-22-43 55-12-95-17-16 |
| **177** | ZAYAS PRADO JOSÉ MARÍA | zayasjosemaria@gmail.com | 56-10-60-53-21 55-52-47-48-33 |

| ESPECIALIDAD: INTÉRPRETES EN LENGUAS EXTRANJERAS INGLÉS | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | PÉREZ CASTILLO MARÍA LUISA | maria@traduweb.com | 55-52-93-94-30 55-10-58-49-98 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS ITALIANO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ATZORI MATTEU GIAMPAOLO | tradintergam@gmail.com | 55-56-61-10-50 55-35-77-86-43 |
| **2** | CATTANEO GASPARINI MARINA GIOVANNA | traductoracattaneo@gmail.com | 55-53-73-50-25 55-54-08-49-80 |
| **3** | DE LA TORRE CATTANEO STEPHANIE FRANCESCA MARINA | stctraductora@gmail.com | 55-53-43-19-18 55-38-51-51-36 |
| **4** | PAVÍA LÓPEZ MARÍA ENRIQUETA | petconsultoriapoliglotas@prodigy.net.mx | 55-53-43-66-44 55-53-63-06-58 |
| **5** | PAGANO CALABRESE MICHELE | mpagano@prodigy.net.mx | 55-52-86-81-89 55-23-00-55-58 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS ITALIANO | | | |
|---|---|---|---|
| **NUM** | **NOMBRE** | **CORREO ELECTRÓNICO** | **TELÉFONO** |
| **1** | ANTONIO DE LA GARZA MARTÍN | traduccioneslegales@yahoo.de | 55-56-18-60-44 55-12-32-64-89 |
| **2** | NOBLE LUGO PATRICIA | garzanoble3@gmail.com | 55-56-52-51-56 55-18-49-11-63 |
| **3** | OBREGÓN WIDMER ANDREA FRANCISCA | aow@aowtraducciones.com | 55-43-44-01-84 |

402

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS ITALIANO | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 4 | TAVERA CASADO MARCOS | marctavera@hotmail.com | 55-57-05-19-39<br>55-29-36-12-13 |

| ESPECIALIDAD: INTÉRPRETES EN LENGUAS EXTRANJERAS ITALIANO | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | RAMÍREZ MARTÍNEZ SANDRA PAOLA | sandra.p.ram@gmail.com | 55-60-96-23-82<br>56-44-30-59-68 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS PORTUGUÉS | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | BLANCA MENDOZA BEATRIZ EUGENIA | talento86@yahoo.com | 55-56-01-17-72<br>55-25-74-44-63 |
| 2 | PAVÍA LÓPEZ MARÍA ENRIQUETA | petconsultoriapoliglotas@prodigy.net.mx | 55-53-63-06-58<br>55-53-43-66-44 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS PORTUGUÉS | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ANTONIO DE LA GARZA MARTÍN | traduccioneslegales@yahoo.de | 55-56-18-60-44<br>55-12-32-64-89 |
| 2 | DE LA FUENTE CHÁVEZ CARMEN LEONOR | clf.leonor@gmail.com | 55-36-03-95-90<br>55-43-32-94-97 |
| 3 | GARCÍA PACHECO ZULUEM JULIETA | zuluemgp@prodigy.net.mx | 55-52-19-68-95<br>55-10-48-15-09 |
| 4 | HUTZ ROSANE | rohutz@yahoo.com.mx | 55-77-04-84-86<br>55-39-34-19-98 |
| 5 | JIMÉNEZ BOLAÑOS PAOLA MONSERRAT | contacto@traducccionesperitadas.com.mx | 55-84-88-47-28<br>55-39-16-08-05 |
| 6 | SÁNCHEZ GUADARRAMA GEORGINA HAYDÉ | gsanchez@msg-at.com | 55-53-90-86-98<br>55-54-18-55-27 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS RUMANO | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | SANDU LUDMILA | liudmilas@hotmail.com | 55-77-05-21-15<br>55-37-35-14-71 |

| ESPECIALIDAD: TRADUCTORES EN LENGUAS EXTRANJERAS RUSO | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | GAZARIAN GAZARIAN GRIGORI | grigori@gazarian.net | 55-54-40-47-79<br>55-19-51-52-92 |

| ESPECIALIDAD: TRADUCTORES E INTÉRPRETES EN LENGUAS EXTRANJERAS TURCO | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | ORNEK YLLMAS CETIN SELIM | ornekcs@gmail.com | 56-34-51-50-09<br>22-23-64-04-64 |

| ESPECIALIDAD: INTÉRPRETES DE LENGUA DE SEÑAS MEXICANA Y PERSONAS SORDAS O CON DISCAPACIDAD AUDITIVA | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | AGUILAR NAVA ANGÉLICA DEL PILAR | azriela07@yahoo.com.mx | 55-11-37-93-08 |
| 2 | MÉNDEZ RIVERA RUBÍ ALEJANDRA | rubi.interpretacion.lsm7@gmail.com | 56-19-85-95-06 |
| 3 | PÉREZ MERINO JOSÉ MANUEL IVAN | merinojmi@gmail.com | 55-89-76-65-49<br>77-76-06-02-29 |
| 4 | RIVERA SOSA MARÍA GENOVEVA | m.geno.rivera@gmail.com | 55-55-88-92-79<br>55-29-06-73-45 |
| 5 | ROSTRO AYALA EUCIRIS SUHEILY | euciris25@gmail.com | 55-84-53-35-55 |

| ESPECIALIDAD: INTÉRPRETES EN LENGUAS INDÍGENAS MIXTECO BAJO | | | |
|---|---|---|---|
| NUM | NOMBRE | CORREO ELECTRÓNICO | TELÉFONO |
| 1 | LEYVA NOLAZCO FEDERICO | silenserleyva@gmail.com | 55-41-40-83-17 |



BRUNO GASTELUM GLENDER 24/02/27 10:18:08
30303030313030303030303535138303831373832

PJCDMX PODER JUDICIAL CIUDAD DE MÉXICO

**EVIDENCIA CRIPTOGRAFICA - TRANSACCION**

**Archivo Firmado: LISTA AUTORIZADA_PERITOS ABRIL 2025**
**Autoridad Certificadora del Poder Judicial de la Ciudad de México**
**Firmante(s): 1**
**Hoja(s): 40** **Folio: 63A2D2B9-B16B-4E48-8C14-B1DACF8A7666**

| Firmantes | | | | Firmas | |
|---|---|---|---|---|---|
| **Nombre(s):** | JULIO CESAR RAMIREZ BECERRA | **Validez:** | Vigente | **No Serie:** | 70.6a.63.64.6d.78.32.30.30.30.37.33.37.34 |

| OCSP | |
|---|---|
| **Fecha: (UTC / CDMX)** | 09/04/25 19:41:18 - 09/04/25 13:41:18 |
| **Nombre del respondedor(es):** | Servicio delegado OCSP de la AC del Poder Judicial de la CDMX |
| **Emisor(es) del respondedor(es):** | Autoridad Certificadora del Poder Judicial de la Ciudad de México |
| **Numero(s) de serie:** | 70.6a.63.64.6d.78.32.30.32 |

| TSP | |
|---|---|
| **Fecha: (UTC / CDMX)** | 09/04/25 19:41:18 - 09/04/25 13:41:18 |
| **Nombre del emisor de la respuesta TSP:** | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México |
| **Emisor del certificado TSP:** | Autoridad Certificadora del Poder Judicial de la Ciudad de México |

| Sellos Digitales |
|---|
| 70 91 60 40 39 1d b4 61 ff 4b 92 1a e4 f4 76 f4 8f 73 ed 26 fe fc 0a 16 15 d0 e7 08 b2 c2 56 42 4a 93 e3 d4 2e da 23 01 1e ba 04 |

**EVIDENCIA CRIPTOGRAFICA - TRANSACCION**

**Archivo Firmado: 20251014 TVA Informe de Anti Suit Injuct.pdf**
**AUTORIDAD CERTIFICADORA**
**Firmante(s): 1**
**Hoja(s): 123** **Folio: 890E7870-89A3-43A1-82E5-D0B27DF3BB04**

| Firmantes | | | | Firmas | |
|---|---|---|---|---|---|
| **Nombre(s):** | BRUNO GASTELUM GLENDER | **Validez:** | Vigente | **No Serie:** | 30.30.30.30.31.30.30.30.30.30.30.35.31.38.30.38.31.37.38.32 |

| OCSP | |
|---|---|
| **Fecha: (UTC / CDMX)** | 14/10/25 21:27:17 - 14/10/25 15:27:17 |
| **Nombre del respondedor(es):** | Servicio OCSP SAT |
| **Emisor(es) del respondedor(es):** | AUTORIDAD CERTIFICADORA |
| **Numero(s) de serie:** | 30.30.30.30.31.30.38.38.38.38.38.38.30.30.30.30.30.30.33.39 |

| TSP | |
|---|---|
| **Fecha: (UTC / CDMX)** | 14/10/25 21:27:54 - 14/10/25 15:27:54 |
| **Nombre del emisor de la respuesta TSP:** | Entidad Emisora de Sellos de Tiempo del Poder Judicial de la Ciudad de México |
| **Emisor del certificado TSP:** | Autoridad Certificadora del Poder Judicial de la Ciudad de México |

| Sellos Digitales |
|---|
| 21 08 14 c5 c4 13 e3 0d 47 2b b3 b3 3e df c4 f4 5b 25 ab e3 c3 a5 18 6f 16 29 dc 60 e7 6b 71 3f 4b 44 c7 65 12 01 ed da c9 aa 8d |



"2025, Año de la Mujer Indígena."

## Datos personales del interesado o su representante legal

| | |
|---|---|
| Nombre completo | **BRUNO GASTELUM GLENDER** |
| Correo para recibir notificaciones | **DAN_SU_VA@HOTMAIL.COM** |
| Teléfono celular con lada | **5538911941** |

## Datos del escrito

| | | | | | |
|---|---|---|---|---|---|
| Número de Folio: | **B5KEI8np** | Fecha de recepción | **14/10/2025 15:27** | | |
| Materia | **C - CIVIL DE PROCESO ESCRITO** | Expediente | **203** | Año | **2025** |
| Órgano Jurisdiccional | **JUZGADO 38 DE LO CIVIL** | | | | |

## Archivos adjuntos

Total de archivos: 1

Archivos:

- 20251014 TVA Informe de Anti Suit Injuction OM 203 25 VFP.pdf

