

John C. Molluzzo Jr.
212.801.9200
molluzzoj@gtlaw.com

October 29, 2025

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,*
     Case No. 22-cv-8164 (PGG)

Dear Judge Gardephe:

   On behalf of Defendants TV Azteca, S.A.B. de C.V. and certain affiliates (collectively, "TV Azteca" or "Defendants"), we write pursuant to Rule I.A. of Your Honor's Individual Rules to request permission to bring laptops and mobile phones to the November 4, 2025 initial pre-trial conference, pursuant to Standing Order M10-468.

         Sincerely,

         */s/ John C. Molluzzo Jr.*

         John C. Molluzzo Jr.


cc:  Counsel of Record (via ECF)