October 31, 2025

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

  Re: *The Bank of N.Y. Mellon*[1] *v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

  Pursuant to the Court's Individual Rule of Practice for Civil Cases, Section IV.F, Plaintiff The Bank of New York Mellon, in its capacity as Trustee, and Defendants TV Azteca, S.A.B. de C.V. and its affiliates jointly write to respectfully request that the Court so order the protective order enclosed as Exhibit A.  A blackline showing all deviations from the Court's Model Protective Order is enclosed as Exhibit B.  The Parties appreciate the Court's attention to this matter.

            Respectfully submitted,

            /s/ Justin M. Ellis
            Justin M. Ellis


            /s/ Hal S. Shaftel

            Hal S. Shaftel
            Greenberg Traurig, LLP


CC: All counsel of record (via CM/ECF)

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes due 2024."