UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

THE BANK OF NEW YORK MELLON,

                Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      By **November 12, 2025**, the parties will make submissions addressing in detail (1) their plan for discovery, and (2) the scope of anticipated discovery. The parties will set forth their areas of agreement and disagreement as to the length and scope of discovery, both as to fact and expert discovery. Where appropriate, the submissions cite to (1) the provisions of the Indenture agreement impacting the scope of discovery, and (2) case law supporting their arguments regarding the proper scope of discovery.

      By **November 12, 2025**, Defendants will submit a letter stating whether they wish to proceed with a proposed motion to dismiss or a motion to seek a stay pending arbitration. In the event that Defendants wish to proceed with either motion, they will address concerns about the viability of these motions the Court raised today.

Dated: New York, New York
       November 4, 2025

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge