# EXHIBIT B

T.V. AZTECA SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE

VS

CYRUS 1740 MASTER FUND, L.P.; CANARY SC MASTER FUND, L.P.; CYRUS OPPORTUNITIES MASTER FUND II, LTD; CRESCENT 1, L.P.; CRS MASTER FUND, L.P.; CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD; CYRUS SELECT OPPORTUNITIES MASTER FUND II, L.P.; PC INVESTORS III, LLC; PETERSON CAPITAL INVESTORS, LLC, ET AL

**JUICIO:** ORDINARIO MERCANTIL
**FILE:** 203/2025

**THE REQUIREMENT ORDERED BY THE RULING DATED OCTOBER 28, 2025, IS HEREBY COMPLIED WITH**

C. JUDGE THIRTY-EIGHTH CIVIL JUDGE OF WRITTEN PROCESS IN MEXICO CITY, PRESENT.

**BRUNO GASTÉLUM GLENDER**, in my capacity as judicial attorney-in-fact for the plaintiff **TV AZTECA S.A.B. DE C.V.** (hereinafter, "**TVA**" and/or "my client"), a capacity that I have duly proven in the case at bar, I appear before You, with due respect, and state as follows:

By means of this writ, having reviewed the order dated October 28, 2025, whereby my **client** was required to define the procedural conduct it will assume in the proceeding, taking into consideration what was stated in a separate submission of October 14 of this year in which the decision dated September 22, 2025, issued by the Hon. Paul G. Gardephe, United States District Judge for the Southern District of New York, United States of America (hereinafter, the "**Foreign Court**"), was produced and reported; the following is stated:

I.  While it is true that, by submission dated October 14, 2025, **TVA** informed this Court of the September 22, 2025 decision issued by the **Foreign Court,** whereby **TVA** is ordered not to continue prosecuting the cases related to the agreement underlying the action; it is also true that **in** said submission my client stated that it is challenging that decision through the legal means and remedies available to it under the laws of the State of New York, United States of America; **therefore, the same is** *sub judice*.

II.  Likewise, it is brought to Your Honor's attention that, in addition to the fact that the September 22, 2025 decision is *sub judice*, as a result of the statements of Mr. **Fernando del Castillo Elorza** (legal representative of the defendants **The Bank of New York Mellon** and **The Bank of New York Mellon London Branch** in this case) before the **Foreign Court** in paragraphs 34 and 35 of his most recent declaration, in which he stated



1

that, with the consent of his clients, **TVA** could suspend its litigation in Mexico without extinguishing any substantive right; on **October 30, 2025**, <u>my **client** sent by email a proposed preferred commercial agreement for the suspension of the proceeding</u>.

In said preferred commercial proceeding, based on Articles 1051 and 1052 of the Commercial Code, my **client** proposes that the parties mutually agree to suspend the present proceeding, as well as to suspend judicial terms and the time periods set forth in the Commercial Code, the Federal Code of Civil Procedure, the National Code of Civil Procedure, or any other supplementary applicable law, including the period for the expiration of the instance, until a final resolution is issued with respect to **(i)** the motion for reconsideration currently pending under ECF No. 100; or **(ii)** in the event that the motion for reconsideration is denied, the corresponding appeal, in the case of The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V. et al., before the United States District Judge for the Southern District of New York, under case number 22-cv-08164 (PGG), in the United States of America, has been duly notified to this Court, or until the parties jointly so inform Your Honor.

Notwithstanding the foregoing, as of the date of filing of this writ, my **client** has not received any response from the defendants to execute the preferred commercial agreement in connection with the proceeding at issue.

For the purpose of substantiating the foregoing, attached hereto as **EXHIBIT 1** is the declaration of **Mr. Fernando del Castillo Elorza** before the **Foreign Court** in its original language, together with its corresponding Spanish translation as **EXHIBIT 2**, and a copy of the email sent by **TVA** to the legal representatives of **The Bank of New York Mellon** in its original language as **EXHIBIT 3**, together with its corresponding Spanish translation as EXHIBIT **4.**

Consequently, until a final and duly notified resolution is issued to this Court, or until the parties reach an agreement regarding the suspension of this proceeding, <u>**TVA is obligated to continue complying with its procedural duties**</u>.

**III.**    In view of the foregoing, it is respectfully requested that the submissions dated October 22 and 23, 2025 be admitted accordingly and that: **(i)** the change of domicile of the entity **BOSTON PATRIOT SUMMER ST. LLC** be recorded; **(ii)** the copies submitted for service be deemed duly filed so that said entity may be summoned; **(iii)** an official letter rogatory be issued to the central authority "**PROCESS FORWARDING INTERNATIONAL (ABS Legal)**" where the defendant is located, so that, in assistance of this Court's duties, it may carry out the corresponding service of process; and **(iv)** that such documents be directed to the Legal Affairs Department of the Ministry of Foreign Affairs so that said authority may carry out the service of process upon the entity in the United States of America.



3

Based on the foregoing facts and legal grounds,

**TO YOU, HONORABLE JUDGE**, I respectfully request:

**FIRST.** That I be acknowledged in the terms of this writ and with the legal capacity under which I appear, thereby complying with the order issued on October 28, 2025.

**SECOND.** That the submissions filed by **TV AZTECA S.A.B. DE C.V.** on October 22 and 23, 2025 be admitted and ruled upon accordingly.

**I SO ATTEST.**
Mexico City, November 4, 2025.


*(Electronically signed)*
_____
**BRUNO GASTÉLUM GLENDER**
on behalf of
**T.V. AZTECA, S.A.B. DE C.V.**



I, the undersigned, **Mr. David Suro**, authorized by the **Superior Court of Justice of Mexico City** (*Tribunal Superior de Justicia de la Ciudad de México*) to practice as English and Spanish Official Expert Translator, as set forth in **Resolution 42-04/2024**, published in its Gazette for Legal Notices & Advertisements (*Boletín Judicial*) on **23 February 2024** issue No. **34**, **Tome CCIII**, page **34**, and listed in the ***Register of Auxiliary Official Experts for the Public Administration*** under **No. 161**, **DO CERTIFY** that this document consisting of _03_ (_"three"_) page (s), is an accurate translation to the best of my knowledge, of the source document that I had at sight.

Mexico City _November_, _10_, 2025.                                    DIRECTUM TRANSLATIONS

