# EXHIBIT C

**Reynolds, Mason**

| | |
|---|---|
| **From:** | Reynolds, Mason |
| **Sent:** | Wednesday, November 12, 2025 1:37 PM |
| **To:** | pulecioboekd@gtlaw.com; molluzzoj@gtlaw.com; shaftelh@gtlaw.com |
| **Cc:** | TV Azteca |
| **Subject:** | RE: Stay Stipulation |

Daniel,

Our position from our November 3 email has not changed. As we have said, we remain open to doing what Defendants said they would try to do during the November 4 conference, which is to dismiss the Mexican litigation without prejudice.

If we are misunderstanding Defendants' offer of "a joint stipulation of stay without prejudice," we are happy to meet and confer.

Best,

**Mason E. Reynolds**

430 Park Avenue
New York, NY 10022
T:  (212) 607-8178
M: (917) 992-7245
mreynolds@mololamken.com
www.mololamken.com

---

**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Tuesday, November 11, 2025 10:07 PM
**To:** Reynolds, Mason <Mreynolds@mololamken.com>; Ellis, Justin <JEllis@mololamken.com>; molluzzoj@gtlaw.com
**Cc:** shaftelh@gtlaw.com; TV Azteca <TVAzteca@mololamken.com>
**Subject:** Re: Stay Stipulation

To be clear, Plaintiff and Noteholders are formally rejecting entering into a joint stipulation of stay without prejudice?

Thanks

Daniel Pulecio-Boek

Shareholder | Chair Washington DC Cross-Border Disputes Group | Greenberg Traurig, LLP

---

**From:** Reynolds, Mason <Mreynolds@mololamken.com>
**Sent:** Tuesday, November 11, 2025 3:05:47 PM
**To:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>; Ellis, Justin <JEllis@mololamken.com>; Molluzzo Jr, John C. (OfCnl-NY-LT) <molluzzoj@gtlaw.com>

1

**Cc:** Shaftel, Hal (Shld-NY-LT) <shaftelh@gtlaw.com>; TV Azteca <TVAzteca@mololamken.com>
**Subject:** RE: Stay Stipulation

Daniel,

For the reasons set out in our November 3 email, the Trustee cannot agree to either stipulation to stay the litigation in Mexico. At last week's pretrial conference, Defendants told the Court they "would like to come up with a mechanism to dismiss those cases without prejudice" and that dismissal without prejudice "appropriately respects and has regard for TV Azteca's rights." Hearing Tr. 34:5-34:14. We note that the Court's conclusion that "things are moving in the right direction" was based on Defendants' expressed willingness to dismiss—not stay—the Mexican litigation. Hearing Tr. 35:9-35:12. We also note that, when denying Defendants' request for a stay of the anti-suit injunction pending appeal, the Court reiterated that "while dismissal of the Mexican actions may cause injury to defendants 'the Supreme Court has made clear that irreparable injury alone does not require a sta[y].' " Hearing Tr. 16:10-16:16.

We understand that the Tenth Circuit Court's ruling on the Thirty-Eighth Court's injunction effectively resolves the merits of the Thirty-Eighth case because that ruling addressed the same underlying issues and is binding on the Thirty-Eighth Court. Setting aside that the anti-suit injunction ordered TV Azteca to dismiss the Thirty-Eighth case "forthwith," what else (if anything) needs to be resolved in the Thirty-Eighth case such that a stay, instead of dismissal, would be appropriate?

We remain willing to consider a proposal from Defendants to dismiss the Mexican litigation without prejudice. Hearing Tr. 34:18-35:8. If Defendants wish to make such a proposal, please provide it ASAP.

Best,

**Mason E. Reynolds**

430 Park Avenue
New York, NY 10022
T:  (212) 607-8178
M: (917) 992-7245
mreynolds@mololamken.com
www.mololamken.com

---

**From:** pulecioboekd@gtlaw.com <pulecioboekd@gtlaw.com>
**Sent:** Monday, November 10, 2025 2:39 PM
**To:** Reynolds, Mason <Mreynolds@mololamken.com>; Ellis, Justin <JEllis@mololamken.com>; molluzzoj@gtlaw.com
**Cc:** shaftelh@gtlaw.com; TV Azteca <TVAzteca@mololamken.com>
**Subject:** RE: Stay Stipulation

Dear All:

Following up on one of the issues discussed at the hearing, attached here is the filing made by TVA in Mexico on November 4.

TVA informs the Mexican Court that it is attempting to reach a joint stay stipulation with Defendants.

Daniel

**Daniel Pulecio-Boek**

Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street N.W. | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography

**GT GreenbergTraurig**

---

**From:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Sent:** Monday, November 10, 2025 10:56 AM
**To:** Reynolds, Mason <Mreynolds@mololamken.com>; Ellis, Justin <JEllis@mololamken.com>; Molluzzo Jr, John C. (OfCnl-NY-LT) <molluzzoj@gtlaw.com>
**Cc:** Shaftel, Hal (Shld-NY-LT) <shaftelh@gtlaw.com>; TV Azteca <TVAzteca@mololamken.com>
**Subject:** Re: Stay Stipulation

Following up.

Thanks

Daniel Pulecio-Boek

Shareholder | Chair Washington DC Cross-Border Disputes Group | Greenberg Traurig, LLP

---

**From:** Pulecio-Boek, Daniel (Shld-DC-LT)
**Sent:** Wednesday, November 5, 2025 9:56:27 AM
**To:** Reynolds, Mason <Mreynolds@mololamken.com>; Ellis, Justin <JEllis@mololamken.com>; Molluzzo Jr, John C. (OfCnl-NY-LT) <molluzzoj@gtlaw.com>
**Cc:** Shaftel, Hal (Shld-NY-LT) <shaftelh@gtlaw.com>; TV Azteca <TVAzteca@mololamken.com>
**Subject:** RE: Stay Stipulation

Mason:

Regarding the Ninth Court Action, we understand from Mexican counsel that the Trustee and the Noteholders who are named Defendants can sign the joint stipulation without waiving service.

Regarding the Thirty Eighth Court Action, we understand that the impact of vacating the injunction does not resolve the merits (ie is it not a final judgment on the merits). Since Trustee has been served and is a party in that action, there certainly should not be an issue with the joint stipulation. Defendants are prepared to sign immediately the joint stipulation we sent you last week.

Let us know if this is viable.

Thanks,

Daniel

3

**From:** Reynolds, Mason <Mreynolds@mololamken.com>
**Sent:** Monday, November 3, 2025 6:11 PM
**To:** Ellis, Justin <JEllis@mololamken.com>; Molluzzo Jr, John C. (OfCnl-NY-LT) <molluzzoj@gtlaw.com>; Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Cc:** Shaftel, Hal (Shld-NY-LT) <shaftelh@gtlaw.com>; TV Azteca <TVAzteca@mololamken.com>
**Subject:** RE: Stay Stipulation

**\*EXTERNAL TO GT\***

John,

The Trustee can't agree to either stipulation. For the 9th civil court action, we understand that the Trustee hasn't yet been served, so as a matter of Mexican law the Trustee can't yet stipulate to an action it's not yet a party to. For the 38th civil court action, we understand that the Mexican *amparo* court has vacated TV Azteca's injunction, effectively resolving that case on the merits. We understand that all that remains is for the *amparo* court's decision to be reduced to a written order. There would be little point to staying a case that has been resolved in the Trustee's favor. That ruling is a major change in circumstances since we raised the possibility of a stay in our brief.

That being said, the Trustee would be open to other options for TV Azteca to come into compliance with the Court's injunction. Specifically, the Trustee would be open to a stipulation to dismiss the 9th civil court action without prejudice, assuming there is a procedurally appropriate means to do so. By comparison, we believe that the 38th civil court action should be dismissed with prejudice, since we understand that the *amparo* ruling – which addresses the same issues underlying the merits of TV Azteca's claims – is dispositive, final, and unappealable. If your clients are interested, please prepare a stipulation. We are of course happy to discuss.

Best,

**Mason E. Reynolds**
**MOLOLAMKEN**
430 Park Avenue
New York, NY 10022
T: (212) 607-8178
M: (917) 992-7245
mreynolds@mololamken.com
www.mololamken.com

**From:** Ellis, Justin <JEllis@mololamken.com>
**Sent:** Friday, October 31, 2025 10:10 AM
**To:** molluzzoj@gtlaw.com; pulecioboekd@gtlaw.com
**Cc:** shaftelh@gtlaw.com; TV Azteca <TVAzteca@mololamken.com>
**Subject:** RE: Stay Stipulation

Thanks – going forward, please copy our firm's listerv, copied here. We'll discuss with Mexican counsel and the client and revert.

Justin M. Ellis
MoloLamken LLP
430 Park Avenue

4

New York, NY 10022
(212) 607 8159
jellis@mololamken.com

---

**From:** molluzzoj@gtlaw.com <molluzzoj@gtlaw.com>
**Sent:** Friday, October 31, 2025 10:06 AM
**To:** pulecioboekd@gtlaw.com; Ellis, Justin <JEllis@mololamken.com>
**Cc:** shaftelh@gtlaw.com
**Subject:** RE: Stay Stipulation

Justin,

Please find attached a draft stipulation for the Ninth Civil Court litigation.

**John C. Molluzzo Jr.**
Of Counsel

Greenberg Traurig, LLP
One Vanderbilt Avenue | New York, NY 10017
T +1 212.801.6809
molluzzoj@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Pulecio-Boek, Daniel (Shld-DC-LT) <pulecioboekd@gtlaw.com>
**Sent:** Thursday, October 30, 2025 3:30 PM
**To:** Ellis, Justin <JEllis@mololamken.com>
**Cc:** Shaftel, Hal (Shld-NY-LT) <shaftelh@gtlaw.com>; Molluzzo Jr, John C. (OfCnl-NY-LT) <molluzzoj@gtlaw.com>
**Subject:** Stay Stipulation

Justin:

In furtherance of Fernando del Castillo's statements in paragraphs 34 and 35 of his latest declaration (ECF 110), TVA's Mexican counsel has drafted the attached joint stipulation.

It would stay the Mexican litigation, without prejudice, pending review if the anti-suit injunction order.

We will be sending you a similar draft for the case pending in the Ninth Court.

Please let us know if you have questions/comments.

Thanks,

Daniel

**Daniel Pulecio-Boek**
Shareholder
Chair Washington DC Cross-Border Disputes Group

Greenberg Traurig, LLP
2101 L Street N.W. | Suite 1000 | Washington, D.C. 20037
T +1 202.331.3117
pulecioboekd@gtlaw.com | www.gtlaw.com | View GT Biography



---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

---

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.