**GT** GreenbergTraurig

Hal S. Shaftel, Esq.
Tel 212.801.2164
shaftelh@gtlaw.com

November 12, 2025

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,*
            *22-cv-8164 (PGG)*

Dear Judge Gardephe:

On behalf of Defendants (collectively for these purposes, "TV Azteca"), we write in response to Your Honor's instruction (ECF No. 124) that TV Azteca provide its position on "whether . . . to proceed with a proposed motion to dismiss or a motion to seek a stay pending [the ICSID arbitration." With the benefit of Your Honor's comments at the recent Court conference, TV Azteca will not seek permission to file either proposed motion. In the interests of efficiency and economy, we instead look forward to developing an appropriate evidentiary record through discovery to rebut Plaintiff's claim for recovery as pled.

For the avoidance of doubt, however, we stand fully by the merits of our position, which we previewed in our pre-motion letter regarding a motion to dismiss (ECF No. 91), that Plaintiff is barred from a recovery for debt acquired by U.S. citizens under the governing debt documents. Additionally, because Plaintiff is seeking the same (or at least overlapping) damages as are being sought in the ICSID arbitration, without a stay, there is a risk of double recovery across both cases. Should that occur, Defendants will seek to invoke a set-off defense.

For case management purposes, unless Your Honor directs otherwise, TV Azteca will plan to file its answer to the Complaint consistent with Fed. R. Civ. P. 12(a)(4) by November 26, 2025. We are appreciative of the Court's attentiveness to the case.

                            Respectfully,

                            */s/ Hal S. Shaftel*

                            Hal S. Shaftel

CC:   All counsel of record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, NY 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com