# Exhibit 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TV Azteca, S.A.B. de C.V., *et al.*,[1] | ) | Case No. 23-10385 (LGB) |
| | ) | (Jointly Administered) |
| Alleged Debtors. | ) | |

**JOINT STIPULATION OF UNCONTESTED FACTS**

[1] The Alleged Debtors in these cases are TV Azteca, S.A.B. de C.V.; Alta Empresa, S.A. de C.V.; Asesoría Especializada en Aviación, S.A. de C.V.; Equipo de Futbol Mazatlán, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana de Televisión, S.A. de C.V.; Azteca Sports Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora de Televisión Regional de TV Azteca, S.A. de C.V.; Promotora de Fútbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Fútbol, S.A. de C.V.; Publicidad Especializada en Medios De Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados TAZ, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales de Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V.; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel, S.A.; TVA Guatemala, S.A.; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Peru, S.A.C.; Redes Opticas, S.A.C.; Televisora del Valle de México, S.A.P.I. de C.V. The location of the Debtors' corporate headquarters is Periférico Sur 4121, colonia Fuentes del Pedregal, alcaldía Tlalpan, C.P. 14140, Ciudad de México, México.

## JOINT STIPULATION OF UNCONTESTED FACTS

### TV Azteca Background

1. TV Azteca, S.A.B. de C.V. ("TV Azteca") is one of the two largest producers of Spanish-language television content in the world. (JX-017, Ex. B. at 14 [Rodriguez Decl.].).

2. TV Azteca's principal offices are located in Mexico City, Mexico, and it is incorporated in Mexico. (*Id.* ¶ 6.) TV Azteca's business and operations consist primarily of over the air television broadcasting to audiences in Mexico and producing television content. (*Id.* ¶ 5.) TV Azteca operates two national television networks in Mexico, "Azteca 7" and "Azteca Uno," that are available throughout the country. (*Id.* ¶ 7.) TV Azteca also operates hundreds of local channels in Mexico. (*Id.*) Outside of Mexico, TV Azteca operates television networks through local subsidiaries in two countries, Honduras and Guatemala. (*Id.* ¶ 4 & Ex. B at 36.)

3. TV Azteca's television broadcast business is regulated by the *Instituto Federal de Telecomunicaciones*, which was established in accordance with the Constitution of the United Mexican States. TV Azteca and its subsidiaries hold six "concessions," which are telecommunications broadcast licenses granted by the government for a fixed term and to be renewed on a regular basis. These concessions allow TV Azteca to "use and exploit[] [the] frequency bands of the radio spectrum for the provision of the Public Service of Digital Broadcast Television, for profit." Without these concessions, TV Azteca would not be permitted to operate its broadcast television networks in Mexico. (*Id.* ¶¶ 25-26.)

4. TV Azteca stock is publicly traded on the Mexican Stock Exchange and on Spain's Latibex Exchange. As of the Petition Date, a minority of TVA's shares were owned by the public. The rest of TV Azteca's shares are owned by Ricardo Benjamin Salinas Pliego, a Mexican citizen,

and two Mexican corporations affiliated with Mr. Salinas, Comunicaciones Avanzadas, S.A. de C.V. and Arrendadora Internacional Azteca, S.A. de C.V. (*Id.* ¶ 3.)

5. TV Azteca has 50 direct and indirect subsidiaries. Those entities are organized under Mexican or other foreign law, and six are organized under U.S. law. Three of the six U.S. subsidiaries are not Alleged Debtors: Northstar Media, LLC, a Delaware limited liability company; Northstar McAllen License, LLC, a Delaware limited liability company; and Dopamine Entertainment, Inc., a Delaware corporation. (*Id.*, Ex. A.)

6. The guarantors under the Indenture (as defined below) are subsidiaries of TV Azteca that provided a guarantee (the "<u>Guarantors</u>") pursuant to section 10.1 of the Indenture. (JX-008 § 10.1(a) [Indenture].) Thirty-four TV Azteca subsidiaries are Guarantors and Alleged Debtors: Alta Empresa, S.A. de C.V.; Asesoría Especializada En Aviación, S.A. de C.V.; Equipo de Futbol Mazatlan, S.A. de C.V.; Producciones Dopamina, S.A. de C.V.; Azteca Records, S.A. de C.V.; Ganador Azteca, S.A.P.I. de C.V.; Operadora Mexicana De Televisión, S.A. de C.V.; Azteca Sport Rights LLC; Producciones Azteca Digital, S.A. de C.V.; Producciones Especializadas, S.A. de C.V.; Productora De Televisión Regional De Tv Azteca, S.A. de C.V.; Promotora de Futbol Rojinegros, S.A. de C.V.; Mazatlán Promotora de Futbol, S.A. de C.V.; Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.; S.C.I. de México, S.A. de C.V.; Servicios Aéreos Noticiosos, S.A. de C.V.; Servicios Especializados Taz, S.A. de C.V.; Servicios y Mantenimiento del Futuro en Televisión, S.A. de C.V.; Corporación de Asesoría Técnica y de Producción, S.A. de C.V.; Editorial Mandarina, S.A. de C.V.; Multimedia, Espectáculos y Atracciones, S.A. de C.V.; Servicios Foráneos de Administración, S.A. de C.V.; Servicios Locales De Producción, S.A. de C.V.; Azteca International Corporation; Stations Group, LLC; TV Azteca Honduras, S.A. de C.V; Comercializadora de Televisión de Honduras, S.A. de C.V.; Incotel S.A.;

TVA Guatemala S.A; Lasimex, S.A. de C.V.; TV Azteca Global, S.L.U.; Azteca Comunicaciones Perú, S.A.C.; Redes Opticas, S.A.C; Televisora del Valle de México, S.A.P.I. de C.V. (*Id.*)

7. Those Alleged Debtors are organized under the law of the following countries: 24 in Mexico; three in the United States; two in Perú; two in Honduras; two in Guatemala; and one in Spain. The three U.S. Alleged Debtor entities are: (i) Azteca International Corporation ("Azteca International"), a Delaware corporation; (ii) Stations Group, LLC ("Stations Group"), a Delaware limited liability company; (iii) Azteca Sport Rights, LLC ("Azteca Sport"), a Delaware limited liability company. (JX-017, Ex. A.)

**Certain Alleged Debtors' Contracts with U.S. Parties**

**A. Azteca America Network and Sale to HC2**

8. Until 2017, TV Azteca operated a television network in the United States, Azteca America Network ("Azteca America"), but sold the Azteca America in 2017 to HC2 Network Inc., a subsidiary of HC2 Holdings (collectively "HC2") for a purchase price of $33 million. (JX-026.) HC2 operated Azteca America etwork through the end of 2022 when it discontinued its operations. (JX-017 ¶ 16.) Azteca International licensed programming produced by TV Azteca to HC2 prior to the discontinuance of Azteca America in December 2022. (*Id.* ¶ 18; JX-027.) Today, TV Azteca does not operate any television networks in the United States, and Azteca America is not broadcast anywhere. (JX-017 ¶ 15.)

9. In the second and third quarters of 2017, stations related to Azteca America sold their spectrum rights in a Federal Communications Commission auction for $156 million. (JX-019 at 55.)

**B. Certain Alleged Debtors' Current Contracts with U.S. Counterparties**

10. Alleged Debtor Azteca International is party to a Soccer Rights Agreement dated June 23, 2022 with Univision Communications Inc. ("Univision"), with an effective date of July 1, 2023. Pursuant to the Soccer Rights Agreement, Azteca International licenses to Univision the right to broadcast in the United States soccer matches of two Mexican soccer league clubs for a seven-year term running from 2023 through 2030. (JX-036 ¶ 7; JX-069.) [redacted] (JX-069.) [redacted] (*Id.*) [redacted] (*Id.*)

11. Prior to the existing Soccer Rights Agreement, Azteca International and Univision were parties to a previous Soccer Rights Agreement, dated June 7, 2016, in which Azteca International licensed to Univision the rights to broadcast in the United States soccer matches occurring in Mexico for a seven-year term running from 2016 through 2023. (JX-362.)

12. Since September 15, 2017, TV Azteca and Amazon Digital Services LLC ("Amazon") have been parties to a Master License Agreement, which contains terms and conditions pursuant to which TV Azteca can license and make available to Amazon content and programming. (JX-075.) The specific terms that are applicable to any license for a particular title are to be set forth in separate addendum. (*Id.*) Unless specified otherwise in an addendum, any

license is restricted to the "Territory" set forth in the agreement.[2] (*Id.*) Under that Master License Agreement, TV Azteca and Amazon have executed two current license agreements pursuant to addenda.

- Subscription Video-on-Demand Deal Addendum, effective June 7, 2022, [redacted]. (JX-094.)

- Amendment to Prime Video Direct Digital Video License Agreement, dated as of June 15, 2022, [redacted]. (JX-095.)

13. Alleged Debtors Azteca International and Azteca Sport are parties to agreements with PGA Tour, Inc. ("PGA Tour"), a Maryland corporation, to broadcast Mexican tournaments or host golf tournaments in Mexico or Latin America.

- Azteca Sport and PGA entered into the PGA Tour LatinoAmerica "Copa" (Cup) Sponsorship Agreement, dated May 17, 2021, pursuant to which PGA granted Azteca Sport the right to sponsor (or designate the sponsor of) the PGA Tour season in Latin America. [redacted]. (JX-072.)

- Azteca Sport and PGA Tour entered into the Title Sponsor Agreement 2022–2024, dated May 17, 2021, pursuant to which PGA Tour agreed to make Azteca Sport the title sponsor of an annual PGA Golf tournament in Mexico City (the "Mexican Championship") for the 2022–2024 seasons. [redacted] (JX-074.)

---

[2] Territory is defined to include: Anguilla; Antigua and Barbuda; Argentina; Aruba; The Bahamas; Barbados; Belize; Bermuda; Bonaire; Brazil; The British Virgin Islands; The Cayman Islands; Chile; Colombia; Costa Rica; Cuba (subject to lifting of embargo); Curacao; Dominica; Dominican Republic; Ecuador; El Salvador; French Guiana; Grenada; Guadalupe; Guatemala; Guyana; Haiti; Honduras; Jamaica; Mexico; Montserrat; The Netherlands Antilles; Nicaragua; Panama; Paraguay; Peru; Puerto Rico; Saba; St. Kitts & Nevis; St. Lucia; St. Martin; St. Vincent and the Grenadines; Suriname; Trinidad & Tobago; The Turks & Caicos Islands; Uruguay; The US Virgin Islands; and Venezuela.

Case 1:22-cv-08164-PGG Document 129-2 Filed 11/12/25 Page 8 of 18

- Azteca Sport and PGA Tour entered into the Tournament Agreement, dated as of May 17, 2021, [redacted] (JX-073.)

- Azteca International and PGA Tour entered into the Second Amendment to Audio-Visual Media Rights Agreement, dated February 27, 2017, [redacted] (JX-071.)

14. TV Azteca and CBS Studios, Inc. ("CBS") entered into the Free Television License Agreement, dated as of May 9, 2022, [redacted] (JX-096.)

15. On December 27, 2022, TV Azteca, CPT Holdings and Sony Pictures Television UK Rights Limited ("Sony UK Rights"), and Teleset Mexico, S. de R.L. de C.V. entered into a Format License Agreement, [redacted] (JX-378.)

16. On November 1, 2022, TV Azteca and Estrella Media, Inc. ("Estrella"), a California corporation, entered into a one-year Co-Production Agreement to produce and distribute "Premios de la Radio," an award show recognizing Spanish-language singers, which was to take place in Mexico City on November 3, 2022 and was to be broadcast via television in Mexico and the United States. (JX-082.)

17. In January 2021, TV Azteca and ICARO Media Group, Inc. ("ICARO"), a U.S. Corporation, entered into a Commercial Partnership and Licensing Agreement to develop, market, and distribute a TV Azteca-branded version of ICARO's video management application that is geo-blocked to Mexico and Canada. (JX-076.)

Case 1:22-cv-08164-PGG Document 129-2 Filed 11/12/25 Page 9 of 18

**The 2024 Notes**

18. On August 9, 2017, TV Azteca issued $400 million in unsecured notes (the "Notes") pursuant to an indenture, dated as of August 9, 2017 (as amended, restated, supplemented or otherwise modified from time to time, the "Indenture"), which mature in 2024. As of year-end 2022, according to TV Azteca's financial reporting, its assets on its balance sheet were approximately $1.27 billion, its liabilities were approximately $1.15 billion, and its shareholder's equity was approximately $120 million (using a 2022 exchange rate of 0.0516 pesos to dollars). (JX-129 at 509, 510.)

19. Under the terms of the Indenture, TV Azteca is obligated to make semi-annual interest payments at the rate of 8.250% per annum on the $400 million principal sum on August 9 and February 9 of each year during the term of the Indenture. (JX-008).

20. The Indenture contains provisions concerning choice of law and forum selection. (JX-008 § 11.7.)

21. Morgan Stanley, Jefferies Group LLC, and BCP Securities acted as underwriters for the issuance, and Winston & Strawn LLP acted as legal counsel to TV Azteca. (*Id.* §§ 1.1, 11.1.)

22. TV Azteca sold the Notes via a roadshow. (JX-156, JX-157, JX-158). TV Azteca provided potential investors information about the Notes through an offering circular, dated August 2, 2017 (the "Offering Circular"). The Offering Circular stated that notes were "available only to non-U.S. persons." (JX-010.) The Offering Circular also described as a risk factor for investors that the Issuer could be "declared bankrupt by a Mexican Court or become[] subject to a reorganization or *concurso mercantil* proceeding in a Mexican court." (*Id.* at 26-27.)

23. Prior to February 9, 2021, TV Azteca paid interest when due under the Notes. On February 9, 2021, TV Azteca publicly announced that it would "defer" the interest payment due on that date. (JX-041.)

24. TV Azteca did not make interest payments on August 9, 2021, February 9, 2022, August 9, 2022, and February 2023. (JX-014.)

25. On May 3, 2022, beneficial holders of more than 25% of the aggregate principal amount of outstanding Notes (the "Directing Holders") purported to issue a notice of acceleration to TV Azteca and the Indenture Trustee (the "Holder Acceleration Notice"), which declared the unpaid principal of (and premium, if any) and accrued and unpaid interest on all the Notes to be due and payable immediately. (JX-013.)

26. On August 5, 2022, the Directing Holders directed the Indenture Trustee to issue a notice of acceleration to TV Azteca. On the same date, the Indenture Trustee issued a Notice of Acceleration to TV Azteca (the "First Trustee Acceleration Notice"). (JX-014.)

27. On August 8, 2022, the Indenture Trustee, at the direction of the Directing Holders, issued an amendment to the Trustee Acceleration Notice, which, as amended, declared the unpaid principal, premium, accrued and unpaid interest, and any other amounts owed on the Notes and under the Indenture to be due and payable immediately (the "Amended Trustee Acceleration Notice"). (JX-15.)

28. On August 8, 2022, TV Azteca issued a press release stating that it had "received a notification issued by the Bank of New York Mellon, trustee of the holders of the notes, informing about the intention of the early expiration of its $400 million dollars notes due 2024." (JX-087.)

**The Cebures Debt**

29. On September 26, 2017, TV Azteca issued *certificados bursástiles*, a Mexican debt security, also known as "Cebures," in an aggregate principal amount of $4 billion pesos maturing on September 20, 2022. (JX-017 ¶ 32.) TV Azteca was the sole obligor of the obligations under the Cebures. (*Id.*)

30. On February 9, 2021, TV Azteca announced that it would amortize early up to 1.2 billion Mexican pesos of principal, out of 4 billion pesos of principal outstanding, of the Cebures. (JX-041.)

31. On March 5, 2021, TV Azteca announced that it finalized the purchase and cancellation of 1.211 billion pesos of the Cebures in the secondary market. (JX-086.).

32. As of September 20, 2022 the Cebures were paid down in full. (JX-017 ¶ 32.)

**The Banco Azteca Loan**

33. As of March 9, 2020, TV Azteca entered into a secured credit line agreement with Banco Azteca, S.A., which is a bank organized under Mexican law. (JX-032; JX-033.) Banco Azteca is owned by Grupo Elektra, S.A.B. de C.V., and thus an affiliate of TV Azteca. (JX-017 ¶ 28.) TV Azteca-related concessions in Mexico collateralized the debt. (JX-017 ¶ 28; JX-032; JX-033.)

34. On January 6, 2021, TV Azteca entered into an amendment to the credit line agreement with Banco Azteca. (JX-034; JX-035.) Through this agreement, TV Azteca pledged additional collateral in the form of a trust that was to hold certain real estate properties. (*Id.*; JX-017 ¶ 28.)

35. As of December 31, 2022, TV Azteca had approximately $87 million in principal outstanding under the Banco Azteca loan. (JX-017¶ 28.)

36. On July 29, 2022, TV Azteca pledge additional collateral in the form of a pledge over the shares of three of its subsidiaries: Producciones Dopamina, S.A. de C.V., Producciones Azteca Digital, S.A. de C.V. and Televisión Azteca III, S.A. de C.V. (JX-017 ¶ 12.)

**The Petitioning Creditors' Acquisitions of the Notes**

37. On February 10, 2021, an affiliate of Petitioning Creditor Sandpiper Limited (the "Original Beneficial Owner") acquired $650,000 in principal amount of the Notes.

38. The Original Beneficial Owner acquired additional notes on dates set forth in the Involuntary Petition. The Original Beneficial Owner transferred its ownership of the Notes to Petitioning Creditor Sandpiper Limited on March 13, 2023. (JX-001 at 35–6, 41.)

39. On November 9, 2021, Petitioning Creditor Plenisfer Investments SICAV – Destination Value Total Return acquired Notes. It acquired additional principal amount of the Notes on dates set forth in the Involuntary Petition. (*Id.* at 6, 8.)

40. On November 30, 2021, Petitioning Creditor Cyrus Opportunities Master Fund II, Ltd. acquired beneficial interests in the Notes. It acquired additional Notes on dates set forth in the Involuntary Petition. (*Id.* at 25–7.)

**TV Azteca Litigation**

**A. New York Litigation**

41. On August 26, 2022, at the direction of the Directing Holders, including the Petitioning Creditors, the Indenture Trustee initiated litigation against TV Azteca and the original Guarantors under the Indenture in New York State Supreme Court (the "New York Litigation") by filing a motion pursuant to CPLR § 3213 for summary judgment in lieu of complaint (the "Summary Judgment Motion") seeking damages of $486,283,272, plus prejudgment interest, comprised of (i) accrued and unpaid interest up to the date of the First Trustee Acceleration Notice,

and the full amount of principal due under the Indenture at that time, collectively totaling $469,783,272, and (ii) a premium associated with certain optional redemptions under the Indenture (the "Redemption Premium") alleged to be due and owing due to the acceleration of the Notes, totaling $16,500,000.

42. On September 23, 2022, TV Azteca and the other defendants timely removed the New York Litigation to the U.S. District Court for the Southern District of New York (the "Federal Litigation").

43. On September 30, 2022, defendants filed an Opposition to Plaintiffs' Motion for Summary Judgment in Lieu of Complaint and to Compel Plaintiff to File a Complaint.

44. On October 14, 2022, plaintiff filed a Notice of Voluntary Dismissal as to certain released Guarantors. That same day, plaintiff filed a Memorandum of Law in Further Support of its Summary Judgment Motion and in opposition to defendants' Motion to Compel Plaintiff to File a Complaint.

45. On October 21, 2022, Defendants filed a reply brief.

46. The motions were fully briefed as of October 21, 2022 and are pending in the District Court of the Southern District of New York. On March 21, 2023, plaintiff filed a Suggestion of Bankruptcy advising the court that involuntary chapter 11 petitions for bankruptcy were filed against the defendants and that the litigation was subject to the automatic stay. The Federal Litigation has been stayed since that time.

**B. TV Azteca U.S. Litigation with Diamond**

47. On October 16, 2020, Diamond Films Netherlands Coöperatief U.A. ("Diamond"), a Dutch entity, commenced an action against TV Azteca in New York State Supreme Court for

breach of a license agreement between Diamond and TV Azteca. Diamond and TV Azteca are also parties to related litigation in Mexico.

48. Diamond moved for a default judgment on December 30, 2021. On February 23, 2022, the court granted Diamond's motion for a default judgment and denied TV Azteca's motion to dismiss.

49. TV Azteca later moved to vacate the default judgment on the grounds that service on TV Azteca was invalid. While that motion was pending, on March 31, 2023, Diamond advised the court that TV Azteca was subject of an involuntary petition for relief under chapter 11 and that the Bankruptcy Court had entered an Order Affirming and Enforcing the Automatic Stay. (JX-061.) Thereafter, the New York State Supreme Court denied TV Azteca's motion without prejudice to renewal. (JX-007.)

**C. Mexican Litigations**

50. On September 22, 2022, TV Azteca commenced litigation (the "September 2022 Mexican Litigation") against certain Noteholders and the Indenture Trustee in the Superior Court of Justice for Mexico City (the "Mexican Superior Court"). (JX-110.)

51. TV Azteca's Complaint sought declaratory and injunctive relief to excuse TV Azteca's missed interest payments and to prevent any efforts by the Noteholder Defendants to collect either principal or interest under the Indenture because, among other things, the outbreak of the COVID-19 pandemic and subsequent related orders by the Mexican government represented "Acts of God and Force Majeure events" that rendered TV Azteca's performance under the Indenture impossible from the date the World Health Organization declared the COVID-19 outbreak a pandemic—March 11, 2020—until the present day. (*Id.* at 214–16.)

52. On September 27, 2022, the Mexican Superior Court issued an ex parte injunction (the "First Injunction"), applicable to the defendants in the September 2022 Mexican Litigation. (JX-030.).

53. The Indenture Trustee has been litigating with respect to the Mexican Litigation and the First Injunction, including answering the complaint, taking an appeal of the First Injunction and moving to vacate the First Injunction. (JX-117.)

54. [redacted]

55. On February 21, 2023, the Indenture Trustee was served with both the complaint associated with the September 2022 Mexican Litigation and the First Injunction. (JX-108 ¶11.) Funds managed or associated with Cyrus Capital Partners, L.P. ("Cyrus Capital") and Contrarian Cap. Mgmt. LLC ("Contrarian") have been served with both the complaint associated with the September 2022 Mexican Litigation and the First Injunction.

56. [redacted]

57. [redacted].

[3] [redacted]

58. On May 5, 2023, the WHO declared that COVID-19 "no longer constitutes a public health emergency of international concern." (JX-114.) On May 9, 2023, Mexico's President López Obrador decreed that COVID-19 is no longer a health emergency in Mexico, stating that "[t]he extraordinary action in matters of general health that had the purpose of preventing, controlling and mitigating [COVID-19] . . . is hereby declared terminated." (JX-115.)

59. On May 12, 2023, the Indenture Trustee's counsel requested via a letter (the "May 12th Letter") to the Alleged Debtors' U.S. bankruptcy counsel Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), that TV Azteca vacate the First Injunction. (JX-116.)

60. On May 15, 2023, the Indenture Trustee filed on behalf of the Directing Holders before the Mexican Superior Court a submission requesting that the First Injunction be vacated on the grounds that the WHO has declared that COVID-19 "no longer constitutes a public health emergency of international concern" and that the Mexican president has issued a decree declaring that COVID-19 is no longer a health emergency in Mexico (the "Motion to Vacate"). (JX-117.)

61. On May 17, 2023, Paul, Weiss responded to the May 12th Letter (the "May 17th Letter"). The May 17th Letter stated (1) that Paul, Weiss does not represent TV Azteca in the action pending before the Mexican Superior Court and (2) that the Indenture Trustee's counsel should reach out directly to TV Azteca's Mexican counsel. (JX-118.)

62. On August 24, 2023, the Mexican Superior Court "accepted" the Motion to Vacate and gave TV Azteca until August 30 to respond to the Motion to Vacate. The First Injunction remains in effect.

63. On May 9, 2023, at the Alleged Debtors' request, the Mexican Superior Court issued an order prohibiting the Alleged Debtors' release of financial reports for the first quarter of 2023. (JX-122.)

64. On June 1, 2023, it was reported that the Mexican Stock Exchange suspended trading of TV Azteca's stock for TV Azteca's failure to report its Q1 2023 results. (JX-155.)

65. On June 30, 2023, counsel for the Petitioning Creditors submitted a request for arbitration against Mexico with the International Centre for Settlement of Investment Disputes, which submission was made on behalf of two investment advisors for the Petitioning Creditors. The arbitration request was made pursuant to the North America Free Trade Agreement, to which Mexico was a signatory, based on the Injunctions issued in Mexico. (JX-163.)

**Involuntary Petition**

66. On March 20, 2023, the Petitioning Creditors filed involuntary petitions seeking relief from this Court. On March 21, 2023, the Petitioning Creditors filed amended involuntary petitions correcting clerical errors.

67. Petitioning Creditor, Cyrus Opportunities Master Fund II, Ltd., is an entity organized under the laws of the Cayman Islands. Its investment advisor is Cyrus Capital. (JX-90.)

68. Petitioning Creditor, SandPiper Limited, is an entity organized under the law of the Cayman Islands. Its investment advisor is Contrarian, which is headquartered in Greenwich, Connecticut. (JX-089.)

69. Petitioning Creditor, Plenisfer Investments SICAV - Destination Value Total Return, is an entity organized under the laws of Luxembourg and managed by an investment manager registered in Italy.

Dated: August 25, 2023
New York, New York

By: /s/ Abid Qureshi

Michael S. Stamer
Abid Qureshi
David Giller
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Email: mstamer@akingump.com
aqureshi@akingump.com
dgiller@akingump.com

Sarah Link Schultz (*admitted pro hac vice*)
2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Email: sschultz@akingump.com

*Counsel to the Petitioning Creditors*

By: /s/ Jay Cohen

Jay Cohen
Kelley A. Cornish
Elizabeth R. McColm
William A. Clareman
Sean A. Mitchell
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jcohen@paulweiss.com
kcornish@paulweiss.com
emccolm @paulweiss.com
wclareman@paulweiss.com
smitchell@ paulweiss.com

*Counsel to the Alleged Debtors*