

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

November 13, 2025

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *The Bank of N.Y. Mellon[1] v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

  The Trustee respectfully submits this report to update the Court about the Mexican litigations pursuant to this Court's October 16, 2023 request. Dkt. No. 28.

  Based on publicly available information, TV Azteca continues to actively prosecute both the Ninth Civil Court and the Thirty-Eighth Civil Court actions, despite this Court's September 22, 2025 order on the anti-suit injunction. Dkt. 97 ("Anti-Suit Injunction Order").

  Regarding the litigation previously in the Sixty-Third Civil Court of the Superior Court of Justice for Mexico City, Mexico, and now in the Thirty-Eighth Civil Court, the Trustee has the following updates based on the information available to it:[2]

- On October 14, 2025, TV Azteca informed the Thirty-Eighth Civil Court of this Court's Anti-Suit Injunction Order. TV Azteca stated that it is currently challenging such Order and declared that the Order remains *sub judice* and has not become final.
- On October 21, 2025, the Thirty-Eighth Civil Court took notice of the Anti-Suit Injunction Order without further statement.
- On October 23, 2025, TV Azteca filed a brief informing the Thirty-Eighth Civil Court that the address of one of the unserved defendants had changed. Also on October 23, 2025, TV Azteca requested the processing of the letter rogatory to serve the unserved defendant and submitted a new set of copies of the exhibits of the initial complaint and their translation into English as well as the forms required by the Hague Convention.
- In response, on October 28, 2025, the Thirty-Eighth Civil Court directed TV Azteca to define the procedural course it intends to follow in the proceeding, given the October 14,

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."

[2] *See also* Dkt. 125 (Trustee's letter regarding its letter motion for leave to move to hold TV Azteca and Grupo Salinas in contempt, Dkt. 111).

Hon. Paul G. Gardephe
November 13, 2025
Page 2

- 2025 filing, in which TV Azteca informed that court of this Court's Anti-Suit Injunction Order.
- On the night of November 4, 2025, TV Azteca filed a brief informing the Thirty-Eight Civil Court that it would continue to proceed in the Mexican litigation. TV Azteca represented that this Court's Anti-Suit Injunction Order was being challenged and "*sub judice*" and that TV Azteca was seeking an agreement to stay the litigation. TV Azteca did not mention in its filing that, at the time of its filing, the Trustee had already rejected TV Azteca's request to stipulate to a stay in the Mexican courts and that this Court had denied TV Azteca's motion for reconsideration and a stay.
- On November 10, 2025, the Thirty-Eighth Civil Court determined that the copies for service provided to the court were incomplete and therefore could not continue processing for service. The court required TV Azteca to withdraw the incomplete copies from the Court and resubmit them to continue processing.

Regarding the litigation in the Tenth Collegiate Court challenging the September 2022 Injunction, the Trustee has the following updates based on information available to it:

- On October 22, 2025, in an ordinary session held by the Tenth Collegiate Court, the magistrates discussed the pending review filed by the Trustee and decided that the September 2022 Injunction issued by the Thirty-Eighth Civil Court is illegal on its merits. On November 4, 2025, the Tenth Collegiate Court issued a written decision that held the September 2022 Injunction invalid. The Tenth Collegiate Court found that:
    - The September 2022 Injunction granted in favor of TV Azteca was excessive, unclear, and restrictive of the Trustee´s constitutional rights because it prohibited the Trustee from initiating any procedure related to the Indenture.
    - The Covid-19 Pandemic does not justify non-compliance with contractual obligations or allow for the unilateral modification of agreed terms.
    - TV Azteca has no right to breach its contractual obligations on the grounds of unforeseeable circumstances or force majeure.
- Mexican law does not provide for any additional recourse by TV Azteca against the decision rendered by the Tenth Collegiate Court. Therefore, TV Azteca will not be able to appeal the written order vacating the September 2022 Injunction.
- On November 7, 2025, the ruling issued by the Tenth Collegiate Court was received by the Thirty-Eighth Civil Court and by Third Superior Court.
- On November 12, 2025, the Third Superior Court issued a ruling revoking the September 2022 Injunction and related subsequent rulings, in compliance with the ruling by the Tenth Collegiate Court.

Regarding the litigations pending in the Ninth Civil Court, because the Trustee was not served in the Ninth Civil Court action, counsel for the Trustee is unable to access case filings and counsel must rely on information available on the Mexico City judiciary's public website or from the Defendants. The Trustee has requested information from the Defendants about its filings in the Ninth Civil Court. On November 13, 2025, the Defendants sent one such filing, which they described as an appeal that TV Azteca filed in the Ninth Civil Court on November 12, 2025.

Hon. Paul G. Gardephe
November 13, 2025
Page 3

      Based on the information available to it, the Trustee provides the following updates in the Ninth Civil Court litigation:

- On October 6, 2025, the case was published in the Official Mexico City´s Gazette showing that TV Azteca requested letters rogatory to serve the Trustee and two Noteholders' investment managers based in the United States.
- On October 14, 2025, a notice was published in the Official Mexico City Gazette stating that an order was issued in this matter.
- On October 15, 2025, a notice was published in the Official Mexico City Gazette stating that an order was issued in this matter.
- On October 21, 2025, a notice was published in the Official Mexico City Gazette stating that an order was issued in this matter.
- On October 23, 2025, a notice was published in the Official Mexico City Gazette stating that an order was issued in this matter.
- On October 28, 2025, a notice was published in the Official Mexico City Gazette stating that an order was issued in this matter.
- On November 3, 2025, a notice was published in the Official Mexico City Gazette stating that a ruling was issued in this matter.
- On November 11, 2025, a notice was published in the Official Mexico City Gazette stating that an order was issued in this matter.
- On November 12, 2025, TV Azteca filed an appeal in the Ninth Civil Court. The Trustee is reviewing this filing with its counsel in Mexico, but it appears to relate to a decision by the Ninth Civil Court to lift "precautionary measures" in response to a filing in that case by Mexico's securities regulator.

      The Trustee reserves all rights as to whether the Mexican courts have jurisdiction in any matters related to the Notes.

      The Defendants have taken the position that status updates are no longer necessary. Plaintiff's position is that the status updates ordered by this court on October 16, 2023, should continue until there is no further activity in connection with the litigations enjoined by this Court. Dkt. 97.

      Respectfully submitted,

      */s/ Justin M. Ellis*
      Justin M. Ellis

Cc:   All counsel of record (via CM/ECF)