UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

                Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The following schedule will apply to Plaintiff's contempt motion (see Dkt. No. 125):

1. Plaintiff's motion papers are due on **November 21, 2025**;

2. Defendants' opposition is due on **December 1, 2025**; and

3. Plaintiff's reply, if any, is due on **December 8, 2025**.

Dated: New York, New York
       November 14, 2025

SO ORDERED.

_Paul S. Gardephe_

_____
Paul G. Gardephe
United States District Judge