

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

November 21, 2025

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *The Bank of N.Y. Mellon[1] v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

    We represent the Trustee.  We write to respectfully withdraw without prejudice the Trustee's planned motion for contempt.  *See* Dkts. 97, 111, 125, 132.

    On November 19, TV Azteca's Mexican counsel filed (1) a notice of voluntary dismissal in the 9th Superior Court action and (2) a motion to voluntarily dismiss the 38th Superior Court action.  Those filings appear to bring TV Azteca into compliance with the Court's anti-suit injunction, thus removing the need for a contempt motion at this time.  However, the Trustee understands from its counsel in Mexico that the courts have not yet ruled on either filing, and that TV Azteca must take additional procedural steps to complete the dismissal process.  The Trustee therefore respectfully requests leave to seek further relief in this Court, if necessary, if TV Azteca's motion is denied or if TV Azteca otherwise prosecutes claims in the Mexican courts in violation of the order.

    We appreciate the Court's attention to this matter.

                                Respectfully submitted,

                                */s/ Justin M. Ellis*
                                Justin M. Ellis

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."