UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TV AZTECA, S.A.B. DE C.V., ET AL,<br><br>　　Defendants. | Case No.: 1:22-CV-08164 (PGG) |

**NOTICE OF MOTION FOR ISSUANCE OF LETTER OF REQUEST TO OBTAIN DISCOVERY FROM EUROCLEAR BANK S.A./N.V.**

　　PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of TV Azteca's Motion for Issuance of Letters of Request, and all proceedings and pleadings in this action, defendants TV Azteca, S.A.B. de C.V. and certain affiliates (collectively, "TV Azteca" or "Defendants"), by and through undersigned counsel, will move this Court before the Honorable Barbara Moses, at the United States District Court for the Southern District of New York 500 Pearl Street, New York, NY 10007, at a date and time directed by the Court, for an Order for issuance of a letter of request for international judicial assistance from the appropriate judicial authorities of Belgium, pursuant to 28 U.S.C. § 1781, in the form annexed as Exhibit A to the Declaration of Hal S. Shaftel in Support of the Motion, to obtain discovery from the non-party foreign entity Euroclear Bank S.A./N.V., and such other and further relief as the Court deems just and proper.

　　The reasons and ground set for this motion are more fully described in the attached Memorandum of Law.

1

Dated: New York, New York
November 24, 2025

    */s/ Hal S. Shaftel*
      Hal S. Shaftel

**GREENBERG TAURIG, LLP**

Hal S. Shaftel
Daniel Pulecio-Boek
John C. Molluzzo Jr.
One Vanderbilt Avenue
New York, New York 10017
(212) 801-9200
shaftelh@gtlaw.com
pulecioboekd@gtlaw.com
molluzzoj@gtlaw.com

*Counsel for Defendants T.V. Azteca, S.A.B. de C.V., et al.*

2