

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

December 1, 2025

VIA CM/ECF

Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *The Bank of N.Y. Mellon[1] v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Moses:

      We represent the Trustee.  We write in response to Defendants' letter "notify[ing] the Court that Defendants are filing three motions relating to international third-party discovery."  Dkt. 136.  Because Defendants simultaneously filed both this pre-motion letter and three motions on notice, the Trustee today filed a memorandum of law in opposition to Defendants' motions.

      As the Trustee's brief explains, Defendants violated the Local Rules and this Court's individual practices by failing either to meet and confer or to await resolution of a pre-motion letter before filing three formal discovery motions.  *See* Dkt. 151 at 5-6.  In addition, these motions are premature because, at Judge Gardephe's direction, the parties have submitted briefs on the scope of discovery, including on whether the discovery Defendants seek here is relevant.  *See id.* at 6-7; Dkt. 126 (Trustee's submission).  The Court's decision on those issues is pending.  And for the reasons given in the Trustee's brief today and its earlier scope-of-discovery briefing, Defendants' proposed discovery into beneficial holders is irrelevant and disproportionate to the needs of the case.  *See* Dkt. 151 at 7-11.  Defendants' motions should thus be denied as both procedurally improper and meritless.

      We appreciate the Court's attention to this matter.

                                                                Respectfully submitted,

                                                              */s/ Justin M. Ellis*
                                                              Justin M. Ellis

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."