UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

                Plaintiff,

   - against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in open court on November 4, 2025, Defendants' motion for reconsideration and vacatur of this Court's injunction dated September 22, 2025 is denied.

The Clerk of Court is directed to terminate the motion (Dkt. No. 100).

Dated: New York, New York
       December 8, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge