UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024,<br><br>                      Plaintiff,<br><br>      v.<br><br>TV Azteca, S.A.B. de C.V., *et al.*,<br><br>                      Defendants. | Case No. 1:22-cv-08164-PGG |

## NOTICE OF APPEAL

Notice is hereby given that Defendants TV Azteca, S.A.B. de C.V., *et al*, ("Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from the entirety of the Order dated December 8, 2025, of Hon. Paul G. Gardephe of the United States District Court for the Southern District of New York, which denied Defendants' motion for reconsideration and vacatur of the Court's injunction dated September 22, 2025. A copy of the December 8, 2025 Order is attached hereto as Exhibit A. Defendants' Notice of Appeal is timely filed.

Dated: New York, New York
       December 9, 2025

                                                  **GREENBERG TRAURIG, LLP**

                                                  By:   */s/ Hal S. Shaftel*
                                                        Hal S. Shaftel
                                                        Daniel Pulecio-Boek
                                                        John C. Molluzzo Jr.
                                                   One Vanderbilt Avenue
                                                   New York, New York 10017
                                                   (212) 801-9200
                                                   shaftelh@gtlaw.com
                                                   pulecioboekd@gtlaw.com

                                                   *Attorneys for Defendants T.V. Azteca, S.A.B. de C.V., et al.*

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

        Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

        Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court on November 4, 2025, Defendants' motion for reconsideration and vacatur of this Court's injunction dated September 22, 2025 is denied.

The Clerk of Court is directed to terminate the motion (Dkt. No. 100).

Dated: New York, New York
       December 8, 2025

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge