

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

December 15, 2025

**VIA ECF**

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* 22-cv-8164 (PGG)

Dear Judge Gardephe:

    Defendants TV Azteca, S.A.B. de C.V. and its affiliates (collectively, the "Defendants") submit this letter in response to Plaintiff's recent filing concerning the status of the Mexican litigations that have already concluded. *See* ECF No. 161. On October 16, 2023, the Court issued an order calling for the parties to "file a joint letter updating the Court as to the status of the . . . Mexican litigations every 30 days." ECF No. 28. As explained below, Defendants have taken the necessary steps to secure the dismissal of both Mexican actions. Further updates are therefore unnecessary and unproductive, as Plaintiff's recent "status updates" amount to advocacy, not reporting on updates.

    Following the Court's anti-injunction order, ECF No. 81, Defendants acted to dismiss the Mexican proceedings pending in the Ninth Civil Court and the Thirty-Eighth Civil Court of the Superior Court of Justice for Mexico City. Both actions have been dismissed. Plaintiff acknowledges the dismissal of the Thirty-Eighth Civil Court action. ECF No. 161 at 2. As for the Ninth Civil Court action, Plaintiff likewise concedes that Defendants moved to dismiss the case and that Defendants have provided separate confirmation that Mexican counsel ratified the dismissal.[1]

    Given these dismissals, Defendants advised Plaintiff that no further status updates are necessary. Plaintiff nevertheless continues to submit lengthy "status letters" that no longer provide meaningful updates to the Court and instead function as advocacy. Accordingly, Defendants respectfully request that the Court clarify that no further status updates are required.

---

[1] Although Plaintiff claims that it "cannot access the docket" because it never appeared in the case and that it "cannot verify that TV Azteca has, in fact, ratified the case," any such inability is not attributable to Defendants' actions.

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Hon. Paul G. Gardephe
December 15, 2025
Page 2

                                                                                   Respectfully,

                                                                                   */s/ Hal S. Shaftel*

                                                                                  Hal S. Shaftel

cc:       Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400