AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Bank of New York Mellon, as Trustee<br>*Plaintiff*<br>v.<br>TV Azteca, S.A.B. de C.V. et al.<br>*Defendant, Third-party plaintiff*<br>v.<br>Cyrus Capital Partners, L.P. et al.<br>*Third-party defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.  1:22-cv-08164-PGG |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Cyrus Capital Partners, L.P., 65 East 55th Street, 35th Floor, New York, NY 10022

Contrarian Capital Management, LLC, 411 West Putnam Ave. #425, Greenwich, CT 06830

   A lawsuit has been filed against defendant   TV Azteca, S.A.B. de C.V. et al, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   The Bank of New York Mellon   .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Hal S. Shaftel, Greenberg Traurig, LLP, One Vanderbilt Avenue, New York, NY 10017

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  The Bank of New York Mellon, as Trustee, 240 Greenwich Street, New York, NY 10286

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  12/18/2025

*Tammi M. Hellwig*

CLERK OF COURT

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*