

John C. Molluzzo Jr.
212.801.9200
molluzzoj@gtlaw.com

January 2, 2026

**VIA ECF**

The Honorable Barbara Moses
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

    Re:    *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* 22-cv-8164

Dear Judge Moses:

    On behalf of Defendants TV Azteca, S.A.B. de C.V. and certain affiliates, we write pursuant to Rule I.A. of Your Honor's Individual Rules to inform the Court that Defendants hereby withdraw their Motion for Issuance of Letter of Request Pursuant to The Hague Evidence Convention to Obtain Discovery from Singapore Exchange Limited. ECF Nos. 140-142. After filing the motion, Defendants ascertained that while the requested discovery is highly relevant, and while they had grounds to believe that Singapore Exchange Limited has responsive information, Singapore Exchange Limited advises that it has no responsive information.

    Defendants continue to pursue their Motion For Issuance of Letter of Request to Obtain Discovery from Euroclear Bank S.A./N.V. (ECF Nos. 143-145) and Motion for Issuance of Letter of Request Pursuant to The Hague Evidence Convention to Obtain Discovery from Clearstream Banking S.A. ECF Nos. 137-139. We appreciate the Court's attentiveness to these matters.

                                                                         Respectfully,

                                                                  */s/ John C. Molluzzo Jr.*

                                                                    John C. Molluzzo Jr.

cc:    Counsel of Record (via ECF)

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400