AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| The Bank of New York Mellon, as Trustee )<br>*Plaintiff* )<br>v. )<br>TV Azteca, S.A.B. de C.V. )<br>*Defendant* ) | Case No.  22 Civ. 8164 (PGG) (BCM) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cyrus Capital Partners L.P.; Contrarian Capital Management LLC.

Date:   01/13/2026

/s/ Mason E. Reynolds
*Attorney's signature*

Mason E. Reynolds (NY #5831342)
*Printed name and bar number*

430 Park Avenue
New York, NY 10022

*Address*

mreynolds@mololamken.com
*E-mail address*

(212) 607-8178
*Telephone number*

(212) 607-8161
*FAX number*