

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

January 14, 2025

<u>VIA CM/ECF</u>

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

   Re:  *The Bank of N.Y. Mellon[1] v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

  The Trustee respectfully submits this report to update the Court about the Mexican litigations pursuant to this Court's October 16, 2023 request.  Dkt. No. 28.  This letter is not submitted jointly because the Defendants have taken the position that status updates are no longer necessary.  The Trustee's position is that the status updates ordered by this Court on October 16, 2023, should continue until the pending actions in Mexico enjoined by this Court are finally dismissed as the Court ordered.  Dkt. No. 97.  The Trustee has shared a draft of this letter with Defendants before filing it.

<u>Proceeding in the Ninth Civil Court in Mexico</u>

  As previously advised, TV Azteca initiated an action in the Ninth Civil Court in 2022 against the Trustee and owners of beneficial interests in the Notes.  TV Azteca obtained multiple injunctions in that case, including a May 2023 injunction allowing the company to stop reporting financial information.  *See* Dkt. No. 48-9.  Because the Trustee has not been served in this case, the Trustee cannot directly access court filings.

  On January 9, 2026, the Ninth Civil Court confirmed TV Azteca's withdrawal and dismissed the case.  TV Azteca has now completed the steps to dismiss the case in the Ninth Civil court.

<u>Proceeding in the Thirty-Eighth Civil Court</u>

  As previously advised, TV Azteca has completed the steps to dismiss the case in the Thirty-Eighth Civil court, previously the Sixty-Third Civil court.

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."

Hon. Paul G. Gardephe
January 14, 2025
Page 2

      Because both cases have been dismissed, the Trustee will no longer plan to file monthly status reports. The Trustee reserves the right to inform the Court if litigation recommences in Mexico in violation of this Court's order. The Trustee continues to take the position that the Mexican courts do not have jurisdiction in any matters related to the Notes and reserves all rights accordingly.

                                                                               Respectfully submitted,

                                                                               */s/ Justin M. Ellis*
                                                                               Justin M. Ellis

cc:   All counsel of record (via CM/ECF)