UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

THE BANK OF NEW YORK MELLON,

                Plaintiff,

           - against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**ORDER**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On December 17, 2025, Defendants filed a third-party complaint against Cyrus Capital Partners, L.P. and Contrarian Capital Management, LLC. (Third-Party Cmplt. (Dkt. No. 164)) In a December 30, 2025 letter, Plaintiff The Bank of New York Mellon states that it intends to move to strike the third-party complaint and that "the fully briefed motion will be filed on the docket no later than January 20, 2026." (Dec. 30, 2025 Pltf. Letter (Dkt. No. 173)) On January 13, 2026, Defendants filed a letter motion in which they (1) contend that Plaintiff's motion to strike rests "on pure procedural grounds" – specifically, "an argument that Defendants filed the Third-Party Complaint seven days after the period prescribed by Rule 14(a)(1)"; and (2) seek leave to file the third-party complaint. (Jan. 13, 2026 Def. Letter (Dkt. No. 190) at 1, 3)

        This Court will resolve Plaintiff's motion to strike and Defendants' proposed motion for leave to file a third-party complaint together. Accordingly, the following schedule will govern briefing concerning these motions:

1. Moving papers are due by **January 22, 2026**;

2. Opposition papers are due by **January 29, 2026**; and

3. Replies, if any, are due by **February 5, 2026**.

Dated: New York, New York
       January 15, 2026

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge