**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024,<br><br>Plaintiff,<br><br>v.<br><br>TV AZTECA, S.A.B. DE C.V., et al.,<br><br>Defendants. | No. 22 Civ. 8164<br><br>Hon. Paul G. Gardephe<br><br>Hon. Barbara Moses |

**NOTICE OF THE TRUSTEE'S**
**MOTION TO STRIKE DEFENDANTS' THIRD-PARTY COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Trustee's Motion to Strike Defendants' Third-Party Complaint, plus all prior papers and proceedings in the above-captioned action, the Trustee, by and through its undersigned counsel, will and does hereby move this Court at the United States District Court, 40 Foley Square, New York, New York 10007 for an Order pursuant to Federal Rule of Civil Procedure 14(a)(4) striking or, alternatively, severing Defendants' third-party complaint, Dkt. 164, and for such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: December 30, 2025<br>New York, New York | Respectfully submitted,<br><br>/s/ *Justin M. Ellis*<br>Justin M. Ellis<br>Mason E. Reynolds<br>Eric Rolston<br>MOLOLAMKEN LLP<br>430 Park Avenue, 6th Floor<br>New York, NY  10022<br>Tel.: (212) 607-8160<br>jellis@mololamken.com<br><br>*Counsel for the Bank of New York Mellon, as Trustee* |

2