UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024,<br><br>    Plaintiff,<br><br>v.<br><br>TV AZTECA, S.A.B. DE C.V. ET AL.,<br><br>    Defendants. | Case No. 1:22-cv-08164-PGG<br><br>Hon. Paul G. Gardephe |
| TV AZTECA, S.A.B. DE C.V., ET AL.<br><br>    Defendants and<br>    Third-Party Plaintiffs,<br><br>v.<br><br>CYRUS CAPITAL PARTNERS, L.P. AND CONTRARIAN CAPITAL MANAGEMENT, LLC<br><br>    Third-Party Defendants. | |

**DECLARATION OF HAL S. SHAFTEL
IN SUPPORT OF DEFENDANTS/THIRD-PARTY PLAINTIFFS'
<u>MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT</u>**

I, Hal S. Shaftel, pursuant to 28 U.S.C. § 1746, declare as follows:

  1.  I am a Shareholder at Greenberg Traurig, LLP, counsel to TV Azteca, S.A.B. de C.V. and certain affiliates (collectively, "TV Azteca" or the "Defendants").

  2.  Attached as <u>Exhibit 1</u> is a true and correct copy of the transcript of the Court conference held on January 6, 2026.

1

2

3.      Attached as <u>Exhibit 2</u> is an expert report filed by the Mexican federal government in *Estados Unidos Mexicanos v. Smith & Wesson Brands Inc., et al.*, No. 21: cv-11269-FDS (D. Mass), Dkt, No. 108, Ex. 2.  This report is authored by three experts, including a former Justice of the Supreme Court of Mexico.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2025.

*/s/ Hal S. Shaftel*
Hal S. Shaftel

2