

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY  10022
T: 212.607.8159
F: 212.607.8161
is@mololamken.com

February 17, 2026

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**
The Application is granted.
**SO ORDERED:**

*/s/ Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated:  February 18, 2026

Re:   *The Bank of N.Y. Mellon v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

In preparing for the appeal of this Court's anti-suit injunction, the parties discovered that four Defendants are named in the official case caption twice—once as their former name and once as their correct name.  The parties thus write jointly to respectfully request that this Court direct the Clerk of Court to correct the caption by terminating the following Defendants: Organización de Torneos y Eventos Deportivos, S.A. de C.V., Promotora de Futbol Morelia, S.A. de C.V., Azteca Conecta Producciones, S.A. de C.V., and Atlético Morelia, S.A. de C.V.[1] Those entities have since been renamed to Azteca Sports Rights LLC, Mazatlan Promotora de Futbol, S.A. de C.V., Producciones Dopamina, S.A. de C.V., and Equipo de Futbol Mazatlan, S.A. de C.V., respectively.  *See* Dkt. 5 nn.1-4.  Those properly named entities will remain in the case.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Justin M. Ellis*
Justin M. Ellis

*/s/ Hal S. Shaftel*
Hal S. Shaftel

---

[1] In its Complaint, the Trustee did not assert any claims against Organización de Torneos y Eventos Deportivos, S.A. de C.V., Promotora de Futbol Morelia, S.A. de C.V., Azteca Conecta Producciones, S.A. de C.V., or Atlético Morelia, S.A. de C.V.  *See* Dkt. 80 at 1-2.