UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

        Plaintiff,

-against-

TV AZTECA, S.A.B. DE C.V., et al.,

        Defendants.

TV AZTECA, S.A.B. DE C.V., et al.,

        Third-Party Plaintiffs,

-against-

CYRUS CAPITAL PARTNERS, L.P. and
CONTRARIAN CAPITAL MGMT, LLC,

        Third-Party Defendants.

22-CV-8164 (PGG) (BCM)

**DISCOVERY CONFERENCE SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/26

**BARBARA MOSES, United States Magistrate Judge.**

        The Court has received defendants' January 29, 2026 letter-motion to compel compliance with third-party subpoenas served on Contrarian, Cyrus, and Plenisfer (Dkt. 204); defendants' February 17, 2026 letter-motion to compel compliance with the third-party subpoena served on Ducera (Dkt. 214); and defendants' February 17, 2026 letter-motion to compel plaintiff's compliance with certain written discovery requests (Dkt. 215). Opposition papers and reply papers, if any, are due in accordance with the schedule set forth in Moses Individual Practices § 2(e).

        The Court will hold a discovery conference on **March 16, 2026 at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
          February 20, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**