UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

                Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

                Defendants.

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

22 Civ. 8164 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute:<br><br>Letter Motion re Leave to File Motion Under Fed. R. Civ. P. 56 Against Guarantor Defendants (Dkt. No. 153)<br><br>Letter Motion re Leave to File Motion Under Fed. R. Civ. P. 56 Against Defendant TV Azteca (Dkt. No. 223) | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | | Habeas Corpus<br><br><br>Social Security |
| | Settlement | | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Particular Motions: _____ |
| | Inquest After Default/ Damages Hearing | | All such motions: _____ |

Dated: New York, New York
       March 5, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge