

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY  10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

March 10, 2026

<u>VIA CM/ECF</u>

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *The Bank of N.Y. Mellon*[1] *v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

      We represent the Trustee.  Pursuant to Section IV.H of the Court's Individual Rules of Practice for Civil Cases, we write to respectfully inform the Court that the submissions the Court requested regarding the appropriate scope of discovery will be fully briefed as of March 12, 2026.  The Court requested submissions from the parties on "the scope of anticipated discovery" supported by citations to "provisions of the Indenture" and "case law supporting their arguments," on November 4, 2025.  Dkt. 124.  The parties timely filed their submissions on November 12, 2025.  Dkts. 126, 129.  As the Trustee described in its brief, further discovery is not necessary to resolve the claims and defenses in this case.

      The Trustee has also filed pre-motion letters seeking early summary judgment against Defendant Guarantors (Dkt. 153) and Defendant TV Azteca (Dkt. 223), which this Court referred to Judge Moses on March 5, 2026.  Dkt. 232.  The Trustee also sought a stay of discovery pending resolution of its summary judgment motion.  Dkt. 224.  The Trustee respectfully requests that the Court rule on the pending scope-of-discovery briefing, or alternatively, refer it to Judge Moses for resolution in conjunction with the Trustee's other requests.

      We are available at the Court's convenience to discuss this briefing further.

                                    Respectfully submitted,

                                    */s/ Justin M. Ellis*
                                    Justin M. Ellis

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."

Hon. Paul G. Gardephe
March 10, 2026
Page 2


CC: Judge Barbara Moses
     All counsel of record (via CM/ECF)