UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE BANK OF NEW YORK MELLON,
SOLELY IN ITS CAPACITY AS TRUSTEE
FOR THE TV AZTECA, S.A.B DE C.V. 8.25%
SENIOR NOTES DUE 2024,

       Plaintiff,

v.

TV AZTECA, S.A.B. DE C.V., ET AL.,

       Defendants.

---------------------------------------------------------------

TV AZTECA, S.A.B. DE C.V., ET AL.,

       Defendants and
       Third-Party Plaintiffs,

    v.

Cyrus Capital Partners, L.P. and
Contrarian Capital Management, LLC

       Third-Party Defendants.

---------------------------------------------------------------x

Case No. 1:22-cv-08164-PGG

Hon. Paul G. Gardephe

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Anne Marie Bowler of Gabay & Bowler, hereby appears as counsel to Defendants in the above-referenced action.

      Please direct all correspondence and other communications concerning this matter to the undersigned.

Dated: March 11, 2026
      New York, New York

                                       By: /s/ *Anne Marie Bowler*
                                              Anne Marie Bowler, Esq.
                                              Gabay & Bowler
                                              48 West 21st Street
                                              Suite 1000
                                              New York, N.Y. 10010
                                              Tel: 212.941.5025
                                              bowler@gabaybowler.com
                                              *Attorneys for Defendants*