GreenbergTraurig

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

May 5, 2026

**VIA ECF**

Hon. Barbara Moses
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.*, 22-cv-8164

Dear Judge Moses:

   We represent Defendants in the above-captioned litigation. Pursuant to Your Honor's Individual Practices Rule 2.a., Defendants respectfully request a two-week extension of their deadline to serve opposition papers in response to Plaintiff's motion for summary judgment, together with any cross-motion for summary judgment on the same issues, from May 18, 2026 to June 1, 2026. Defendants further request corresponding two-week adjustments to the remaining deadlines set forth in the Court's March 17, 2026 Order (ECF No. 241), such that Plaintiff's reply papers and opposition to any cross-motion would be due July 1, 2026, and Defendants' reply papers in support of any cross-motion would be due July 15, 2026. Plaintiff has consented to this proposed schedule.

   Defendants request these adjustments because members of Defendants' litigation team have experienced unavoidable scheduling conflicts in other matters, including unforeseen obligations requiring work-related travel for court hearings over the next ten days, as well as upcoming discovery and mediation commitments.

   This is Defendants' first request for an extension of these deadlines. For the foregoing reasons, Defendants respectfully request that the Court enter an order extending the summary judgment briefing schedule as outlined above.

   We thank the Court for its consideration.

             Respectfully,

             */s/ Hal S. Shaftel*

             Hal S. Shaftel

cc:  Counsel of Record (via ECF)