# Exhibit 2

Case 1:22-cv-08164-PGG-BCM    Document 247-2    Filed 06/08/26    Page 2 of 35

# Annex 3

# List of creditors

Merchant's name

## TV AZTECA, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE.

Write the full name of the individual or, if applicable, the name or corporate name of the legal entity requesting to be declared bankrupt.

## Identification of creditors and characteristics of the loan

1. Use progressive numbering starting from the first creditor you identify.

2. Write the full name, business name, or corporate name, as well as the address, of each of the merchant's creditors. Use one line for each payment obligation, even if it is for the same creditor.

3. Write the day, month, and year of each payment obligation. Always use two digits for the day, two for the month, and four for the year, and separate each number with a hyphen.

4. Among those classified in Chapter II "On the ranking of credits" of Title Seven (called "On the alienation of assets, ranking of credits and payment to recognized creditors") of the LCM, and listed below, with respect to which the legal basis is cited at the front, write the number of the degree that identifies the one you consider corresponds to the creditor you relate and with whom it must be recognized or the number that corresponds to the nature of the credit in question, whether labor or tax.

| Class | Law | Class | Law | Class | Law |
|---|---|---|---|---|---|
| 1 Labor | Article 221 and 224 section I of the LCM | 4. Medical expenses that caused the death | Article 218 section II of the LCM | 7 With special privilege | Article 220 of the LCM |
| 2 Tax | Article 221 of the LCM | 5 With real mortgage guarantee | Article 219 section I of the LCM | 8 Commons | Article 222 of the LCM |
| 3. Burial expenses of the merchant | Article 218 section I of the LCM | 6 With real collateral guarantee | Article 219 section II of the LCM | 9 Subordinates | Article 222 Bis of the LCM |

5. Write the policy, folio or series number, public notary and registration details that, if applicable, identify the document on which the payment obligation is based; add any other characteristic data of the credit, such as the type of foreign currency, if so agreed.

6. When this information is not available, simply describe the type of document, such as promissory note, contract, invoice, or other, date of issue and any other information that describes the legal relationship that links the merchant with his creditor.

7. If applicable, describe the specific characteristics of the guarantee, real or personal, that you have provided and specify whether it was provided in respect of your own credit or that of a third party, as well as whether a third party guaranteed your own credit, and whether it is a mortgage, pledge, fiduciary or personal guarantee.

8. In the event that there is a pending lawsuit regarding the credit, mark with the symbol X in the column called "Pending lawsuit" and in the LP2/26/Annex 6 form provide the information requested in this regard.

8. Write the amount of each of the payment obligations that you identify in favor of the same creditor, in national currency, when so agreed or the amount that results after having made the conversion, at the exchange rate to settle obligations denominated in foreign currency payable in the Mexican Republic, on the date of the last financial statement of the merchant that is attached in the LP2/26/Annex 1 format.

To reproduce more editable lines, follow these steps:

1. Click on the left margin of the sheet at the height of the editable line where the information of each creditor and the characteristics of their credit is inserted.

2. Set the "Copy" command

3. Position the cursor in the "Paste Area" that appears on the line of the selected area.

4. Set the "Paste" command

| No. 1 | Name and address of the creditor² | Expiration date³ | Grade 4 | Specific characteristics of the credit⁵ | Specific characteristics of the warranty provided⁶ | Trial in progress⁷ | Amount in national currency⁸ |
|---|---|---|---|---|---|---|---|
| 1 | Tax Administration Service | 17/02/2026 | 2 | Value Added Tax | No guarantee | | 63,352,638 |
| 2 | Tax Administration Service | 17/02/2026 | 2 | Withholdings payable | No guarantee | | 25,856,588 |
| 3 | Tax Administration Service | 17/02/2026 | 2 | Other Taxes Payable | No guarantee | | 909,620 |
| 4 | AlterBank, LTD., / Suite 3, Marie-Colette Building, Rodney Bay Commercial Boulevard, Gros Islet, St. Lucia, West Indies. | 29/07/2026 | 5 | Credit Opening Agreement dated January 29, 2026. | • Real Mortgage Guarantee regarding own Credit granted by a third guarantor. <br> • Amendment and Adhesion Agreement to the Mortgage Guarantee Contract dated September 23, 2020, which is recorded in public deed number 149,805. | | 4,090,957,292 |
| 5 | Numchi Servicios, SAPI de CV / Hamburgo No. 206, Int 503. Colonia Juárez. Alcaldía Cuauhtémoc. CP 06700. Mexico City. | 30/Sep/2025 3% $51,240,000 <br> 30/Sep/2026 3% $51,240,000 <br> 30/Sep/2027 10% $170,800,000 <br> 30/Sep/2028 15% $256,200,000 <br> 30/Sep/2029 20% $341,600,000 <br> 30/Sep/2030 20% $341,600,000 <br> 30/Sep/2031 25% $427,000,000 | 5 | Current Account Credit Opening Agreement dated March 9, 2020. | • Real Mortgage Guarantee regarding own Credit granted by a third guarantor. <br> • Mortgage Guarantee Contract dated September 23, 2020, which is recorded in public deed number 149,805. | | 1,897,575,748 |



| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | ADOLFO GARCIA CARDENAS With address at: CARRET MTY COL 100 100 Col. CENTRO ANAHUAC Delegation CP State NUEVO LEON | 30/09/2041 | 8 | Leasing of Repeat Sites | | 551,932 |
| 7 | ALANIS MUNIZ JULIA MONSERRAT With address at: AV COAHUILA 617 Col. Delegación CP 27822 State COAHUILA | 31/05/2041 | 8 | Leasing of Repeat Sites | | 305,248 |
| 8 | ALFONSO RENATO With address at: MORELOS 11, NO NUMBER / 99100 SAN MARTIN-SOMBRERETE | 31/05/2036 | 8 | Leasing of Repeat Sites | | 66,186 |
| 9 | ANA BERTHA VIRUES CRUZ With address at: Salinas de Gortari 223 Col. Centro Delegación CP 93820 State of VERACRUZ | 31/03/2040 | 8 | Leasing of Repeat Sites | | 347,887 |
| 10 | ARMENDARIZ FLORES CARLOS ABIUD With address at: MINA 5 Col. Delegación CP 33700 State CHIHUAHUA | 31/08/2031 | 8 | Leasing of Repeat Sites | | 143,124 |



| 747 | MEDIA PARTNER ADVERTISING SL WITH ADDRESS AT, TINTE 1 PLANTA 1 PUERTA D, ALCALÁ DE HENARES, POSTAL CODE 28801, MADRID. | 13/01/2026 | 8 | A2504001 | | 5,393,128 |
|---|---|---|---|---|---|---|
| 748 | MEDIA PARTNER ADVERTISING SL WITH ADDRESS AT, TINTE 1 PLANTA 1 PUERTA D, ALCALÁ DE HENARES, POSTAL CODE 28801, MADRID. | 19/12/2025 | 8 | A2512003 | | 4,813,625 |
| 749 | MEDIA PARTNER ADVERTISING SL WITH ADDRESS AT, TINTE 1 PLANTA 1 PUERTA D, ALCALÁ DE HENARES, POSTAL CODE 28801, MADRID. | 19/12/2025 | 8 | A2512002 | | 230,627 |
| 750 | MEDICINA, SALUD SIGLO XXI SA DE CV, WITH ADDRESS AT RUISEÑOR 21, 2 LAS ARBOLEDAS ATIZAPAN DE ZARAGOZA, POSTAL CODE 52950, MEXICO. | 10/02/2026 | 8 | 1B | | 158,804 |
| 751 | MEDICINA, SALUD SIGLO XXI SA DE CV, WITH ADDRESS AT RUISEÑOR 21, 2 LAS ARBOLEDAS ATIZAPAN DE ZARAGOZA, POSTAL CODE 52950, MEXICO. | 10/02/2026 | 8 | 2A | | 25,984 |
| 752 | MEDICINA, SALUD SIGLO XXI SA DE CV, WITH ADDRESS AT RUISEÑOR 21, 2 LAS ARBOLEDAS ATIZAPAN DE ZARAGOZA, POSTAL CODE 52950, MEXICO. | 10/02/2026 | 8 | 6C | | 2,610 |



| ID | Name / Address | Date | | Contract / Description | Guarantee | Amount |
|---|---|---|---|---|---|---|
| 753 | MEDINA TOBIAS AMPARO WITH ADDRESS AT, MANUEL JOSE OTHON SN. CEDRAL CENTRO CEDRAL, POSTAL CODE 78520, SAN LUIS POTOSI. | 01/01/2026 | 8 | 62000049 | | 65,897 |
| 754 | MEDINA TOBIAS AMPARO With address at: MANUEL JOSE OTHON SN. 0 Col. CEDRAL CENTRO CEDRAL Delegation CP 78520 State SAN LUIS POTOSí | 30/09/2039 | 8 | Leasing of Repeat Sites | | 444,355 |
| 755 | MEDIO TURNO SA DE CV, WITH ADDRESS AT CERES 19, DEP. 101 CREDITO CONSTRUCTOR BENITO JUAREZ, POSTAL CODE 3940, MEXICO CITY. | 26/12/2025 | 8 | 127-A | | 2,015,692 |
| 756 | Medium Term Note / The Bank of New York Mellon - Incorporated with limited liability by Charter in the State of New York, USA. Head Office: One Wall Street, New York, NY, USA. London Branch Registered in England & Wales with FC No. 005522 and No. BR000818 and with its Registered office at One Canada Square London E14 5AL. | August 9, 2024 | 8 | Agreement for the Issuance of Preferred Notes maturing in 2024 dated August 9, 2017 | Subsidiaries as Jointly and Severally Liable for the Payment of the Obligations Assumed - Personal Guarantee  X | 9,178,702,400 |
| 757 | MELENDEZ LOPEZ SANTOYO Y BARREDA SC. WITH ADDRESS AT TABASCO 117, CUAUHTEMOC, POSTAL CODE 6700, MEXICO CITY. | 23/01/2026 | 8 | 4270-F | | 30,856 |
| 758 | MERAZ SANCHEZ AYDA With address at: NOGAL, COL. DEL BOSQUE 304 Col. TAMPICO, TAMAULIPAS Delegation CP 89318 State TAMAULIPAS | 31/08/2034 | 8 | Leasing of Repeat Sites | | 452,679 |



DAVID SURO CARCAMO
PERITO TRADUCTOR
TRIBUNAL SUPERIOR DE JUSTICIA DE LA CDMX
DIRECTUM TRANSLATIONS

| | | | | | |
|---|---|---|---|---|---|
| 759 | META PLATFORMS IRELAND LIMITED WITH ADDRESS AT 5 7 HANOVER REACH, HANOVER QUAY, POSTCODE, DB. | 29/01/2026 | 8 | 250484545 | 177,932 |
| 760 | META PLATFORMS IRELAND LIMITED WITH ADDRESS AT 5 7 HANOVER REACH, HANOVER QUAY, POSTCODE, DB. | 03/02/2026 | 8 | 250484545 | 28,073 |
| 761 | META PLATFORMS IRELAND LIMITED WITH ADDRESS AT 5 7 HANOVER REACH, HANOVER QUAY, POSTCODE, DB. | 03/02/2026 | 8 | 250321980 | 7,134 |
| 762 | MIGESA SA DE CV WITH ADDRESS AT HIDALGO PTE 2294, OBISPADO MONTERREY, POSTAL CODE 64060, NUEVO LEON. | 05/02/2026 | 8 | 62706-FI | 572,293 |
| 763 | MIJARES ANGOITIA CORTES Y FUENTES SC. WITH ADDRESS AT JAVIER BARROS 540 SIERRA T1 P1 105, SANTA FE, POSTAL CODE 1210, MEXICO CITY. | 20/01/2026 | 8 | 77233- | 139,200 |
| 764 | MILES MEXICO AMERICA VIAJES SA DE CV WITH ADDRESS AT, MINNESOTA 3, MEXICO CITY, BENITO JUAREZ, POSTAL CODE 3810, MEXICO CITY. | 16/01/2026 | 8 | 16/01/2026/2026-00 | 950,323 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1664 | SINOT, SC WITH ADDRESS AT AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 30/10/2025 | 9 | SI-ST-1237 | | | 132,086 |
| 1665 | SINOT, SC WITH ADDRESS AT AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 01/03/2026 | 9 | SI-ST-1247 | | | 129,927 |
| 1666 | SINOT, SC WITH ADDRESS AT AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 30/01/2026 | 9 | SI-ST-1246 | | | 129,789 |
| 1667 | SINOT, SC WITH ADDRESS AT AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 28/12/2025 | 9 | SI-ST-1241 | | | 129,248 |
| 1668 | STATIONS GRUOP, LLC ADDRESSED AT 1139 GRAND CENTRAL AVE GLENDALE, ZIP CODE 91201 | 29/03/2015 | 9 | NC-NCAZ 593 | | | 3,315 |
| 1669 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/11/2025 | 9 | TT-TT-197 | | | 54,520,000 |
| 1670 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2026 | 9 | TT-TT-210 | | | 42,140,480 |



| 1671 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/05/2025 | 9 | TT-TT-151 | | 37,120,000 |
|---|---|---|---|---|---|---|
| 1672 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/08/2025 | 9 | TT-TT-168 | | 37,120,000 |
| 1673 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/10/2025 | 9 | TT-TT-196 | | 37,120,000 |
| 1674 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 02/03/2025 | 9 | TT-TT-142 | | 37,120,000 |
| 1675 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/04/2025 | 9 | TT-TT-149 | | 37,120,000 |
| 1676 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 27/09/2025 | 9 | TT-TT-189 | | 37,120,000 |
| 1677 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/03/2025 | 9 | TT-TT-143 | | 37,120,000 |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1678 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/06/2025 | 9 | TT-TT-156 | | | 37,120,000 |
| 1679 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/07/2025 | 9 | TT-TT-163 | | | 37,120,000 |
| 1680 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 01/03/2026 | 9 | TT-TT-213 | | | 34,800,000 |
| 1681 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/12/2023 | 9 | TT-TT-77 | | | 29,000,000 |
| 1682 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/06/2023 | 9 | TT-TT-61 | | | 29,000,000 |
| 1683 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/04/2024 | 9 | TT-TT-99 | | | 29,000,000 |
| 1684 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/05/2024 | 9 | TT-TT-103 | | | 29,000,000 |
| 1685 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/01/2025 | 9 | TT-TT-130 | | | 29,000,000 |



| 1686 | TELEVISION AZTECA III. SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/06/2024 | 9 | TT-TT-106 | | | 29,000,000 |
|---|---|---|---|---|---|---|---|
| 1687 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/04/2023 | 9 | TT-TT-51 | | | 29,000,000 |
| 1688 | TELEVISION AZTECA III. SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 28/01/2024 | 9 | TT-TT-82 | | | 29,000,000 |
| 1689 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/11/2023 | 9 | TT-TT-75 | | | 29,000,000 |
| 1690 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 27/08/2023 | 9 | TT-TT-67 | | | 29,000,000 |
| 1691 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 01/03/2024 | 9 | TT-TT-95 | | | 29,000,000 |
| 1692 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 28/07/2024 | 9 | TT-TT-109 | | | 29,000,000 |



| 1693 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/09/2024 | 9 | TT-TT-120 | 29.000.000 |
| 1694 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/12/2024 | 9 | TT-TT-126 | 29,000,000 |
| 1695 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/09/2023 | 9 | TT-TT-69 | 29,000,000 |
| 1696 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/07/2023 | 9 | TT-TT-65 | 29,000,000 |
| 1697 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 28/05/2023 | 9 | TT-TT-55 | 29,000,000 |
| 1698 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 29/10/2023 | 9 | TT-TT-72 | 29,000,000 |
| 1699 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/03/2024 | 9 | TT-TT-98 | 29,000,000 |
| 1700 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/11/2024 | 9 | TT-TT-124 | 29,000,000 |



| | | | | | | |
|---|---|---|---|---|---|---|
| 1701 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/08/2024 | 9 | TT-TT-116 | | 29,000,000 |
| 1702 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/10/2024 | 9 | TT-TT-123 | | 29,000,000 |
| 1703 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2026 | 9 | TT-TT-211 | | 27,170,680 |
| 1704 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2026 | 9 | TT-TT-208 | | 23,200,000 |
| 1705 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-35 | | 17,400,000 |
| 1706 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-38 | | 17,400,000 |
| 1707 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-34 | | 17,400,000 |



| 1708 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-37 | | 17,400,000 |
|---|---|---|---|---|---|---|
| 1709 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-40 | | 17,400,000 |
| 1710 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-39 | | 17,400,000 |
| 1711 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/03/2023 | 9 | TT-TT-46 | | 17,400,000 |
| 1712 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 28/12/2025 | 9 | TT-TT-202 | | 9,280,000 |
| 1713 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 26/01/2023 | 9 | TT-TT-33 | | 9,181,188 |
| 1714 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2025 | 9 | TT-TT-134 | | 8,120,000 |



| | | | | | |
|---|---|---|---|---|---|
| 1715 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2025 | 9 | TT-TT-133 | 8,120,000 |
| 1716 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2025 | 9 | TT-TT-137 | 8,120,000 |
| 1717 | TELEVISION AZTECA III, SA DE CV WITH ADDRESS AT AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX CP 14140 | 30/01/2025 | 9 | TT-TT-136 | 5,887,340 |
| 1718 | TOTAL BOX, SA DE CV WITH ADDRESS AT AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIOR FLOOR 6 LA OTRA BANDA COYOACÁN CP 04519 SENDS EMAIL 16.07.2024 | 06/04/2021 | 9 | TP-B1-15131123ST1- | 402 |
| 1719 | TOTAL BOX, SA DE CV WITH ADDRESS AT AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIOR FLOOR 6 LA OTRA BANDA COYOACÁN CP 04519 SENDS EMAIL 16.07.2024 | 09/03/2021 | 9 | TP-B1-14860026AT1- | 402 |
| 1720 | TOTAL BOX, SA DE CV WITH ADDRESS AT AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIOR FLOOR 6 LA OTRA BANDA COYOACÁN CP 04519 SENDS EMAIL 16.07.2024 | 06/04/2021 | 9 | TP-B1-15131081ST1- | 402 |
| 1721 | TOTAL BOX, SA DE CV WITH ADDRESS AT AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIOR FLOOR 6 LA OTRA BANDA COYOACÁN CP 04519 SENDS EMAIL 16.07.2024 | 06/04/2021 | 9 | TP-B1-15131123GT1- | 402 |



| 1963 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 29/09/2018 | 9 | TR-RT-223 | | 27,566 |
| 1964 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 29/08/2018 | 9 | TR-RT-222 | | 27,538 |
| 1965 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 29/12/2018 | 9 | TR-RT-230 | | 27,297 |
| 1966 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 28/11/2019 | 9 | TR-RT-252 | | 27,132 |
| 1967 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 29/06/2018 | 9 | TR-RT-218 | | 26,880 |
| 1968 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 26/04/2018 | 9 | TR-RT-213 | | 26,847 |



| 1969 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 28/10/2018 | 9 | TR-RT-228 | | 26,709 |
| 1970 | TRIENIO, SC WITH ADDRESS AT AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX CP 03900 | 30/10/2019 | 9 | TR-RT-251 | | 14,595 |
| | In the field opposite the word "Total", write in numbers the amount resulting from adding all the amounts listed in the "Amount in national currency" column. Total: | | | | | $23,345,833,958 |

**Total:**

Twenty-three billion three hundred forty-five million six hundred thirty-three thousand nine hundred fifty-eight

Write out in words the amount that results from adding all the amounts listed in the "Amount in national currency" column.

---

**Name and signature of the person(s) promoting the merchant**

**RAFAEL RODRÍGUEZ SÁNCHEZ.**          **[ILLEGIBLE SIGNATURE APPEARS]**

Write the full name of the applicant(s) who must have their handwritten signature or have their electronic signature registered with it.



I, the undersigned, **Mr. David Suro**, authorized by the **Superior Court of Justice of Mexico City** (*Tribunal Superior de Justicia de la Ciudad de México*) to practice as English and Spanish Official Expert Translator, as set forth in **Resolution 42-04/2024**, published in its Gazette for Legal Notices & Advertisements (*Boletín Judicial*) on **23 February 2024** issue No. **34**, **Tome CCIII**, page **34**, and listed in the *Register of Auxiliary Official Experts for the Public Administration* under **No. 161**, **DO CERTIFY** that this document consisting of _16_ ( _"Sixteen"_ ) page (s), is an accurate translation to the best of my knowledge, of the source document that I had at sight. Mexico City ___June , 05___, 2026.                    DIRECTUM TRANSLATIONS



# Original Document
# in Spanish

Case 1:22-cv-08164-PGG-BCM   Document 247-2   Filed 06/08/26   Page 20 of 35

## Anexo 3
## Relación de acreedores

**Nombre del comerciante**
## TV AZTECA, SOCIEDAD ANÓNIMA BURSÁTIL DE CAPITAL VARIABLE.

Escriba completo el nombre de la persona física o, en su caso, la denominación o razón social de la persona moral que solicita ser declarada en concurso mercantil.

## Identificación de los acreedores y características del crédito

1. Utilice una numeración progresiva a partir del primer acreedor que identifique.
2. Escriba completo el nombre, denominación o razón social, así como el domicilio de cada acreedor del comerciante. Utilice un renglón por cada obligación de pago aun cuando se trate de un mismo acreedor.
3. Escriba el número del día, del mes y del año de vencimiento de cada obligación de pago. Utilice siempre dos dígitos para el día, dos para el mes y cuatro para el año y separe cada cifra con un guión al centro.
4. Entre los que se clasifican en el Capítulo II "De la graduación de créditos" del Título Séptimo denominado "De la enajenación del activo, graduación de créditos y del pago a los acreedores reconocidos", de la LCM, y que se indican a continuación, respecto de los cuales al frente de cita el fundamento legal, escriba el número del grado que identifica al que considera corresponde al acreedor que relaciona y con el que debe reconocérsele o bien el número que corresponda a la naturaleza del crédito de que se trate, sea laboral o fiscal.

| Clasificación | Fundamento | Clasificación | Fundamento | Clasificación | Fundamento |
|---|---|---|---|---|---|
| 1 Laborales | Artículo 221 y 224 fracción I de la LCM | 4 Gastos de enfermedad que causó la muerte | Artículo 218 fracción II de la LCM | 7 Con privilegio especial | Artículo 220 de la LCM |
| 2 Fiscal | Artículo 221 de la LCM | 5 Con garantía real hipotecaria | Artículo 219 fracción I de la LCM | 8 Comunes | Artículo 222 de la LCM |
| 3 Gastos de entierro del comerciante | Artículo 218 fracción I de la LCM | 6 Con garantía real prendaria | Artículo 219 fracción II de la LCM | 9 Subordinados | Artículo 222 Bis de la LCM |

5. Escriba el número de póliza, de folio o de serie, datos del notario público y de registro que, en su caso, identifique al documento en el que se sustente la obligación de pago, agregue cualquier otro dato característico del crédito, tal como el tipo de moneda extranjera, en caso de que así se hubiere pactado.
   Cuando no existan esos datos, describa sencillamente el tipo de documento, como pagaré, contrato, factura, u otro, fecha de expedición y cualquier otro dato que describa la relación jurídica que vincula al comerciante con el acreedor.
6. En su caso, describa las características particulares de la garantía, real o personal que haya otorgado y especifique si la otorgó respecto de crédito propio o de tercero, así como si respecto de un crédito propio, un tercero garantizó, así como si se trata de garantía hipotecaria, prendaria, fiduciaria o personal.
7. En el evento de que respecto del crédito exista juicio en trámite, marque con el símbolo X en la columna denominada "Juicio en trámite" y en el formato LP2/20/Anexo 6 proporcione la información que se solicita al respecto.
8. Escriba la cantidad a que asciende cada una de las obligaciones de pago que identifique a favor de un mismo acreedor, en moneda nacional, cuando así esté pactada o a la que resulte después de haber realizado la conversión al tipo de cambio para solventar obligaciones denominadas en moneda extranjera pagaderas en la República Mexicana a la fecha del último estado financiero del comerciante que se adjunta en el formato LP2/20/Anexo 1.

Para reproducir más renglones editables, observe los siguientes pasos:

1. De clic en el margen izquierdo de la hoja a la altura del renglón editable en el que se inserta la información de cada acreedor y las características de su crédito.
2. Elija el comando "Copiar".
3. Posicione el cursor en el área de pegado el que aparece en seguida del área seleccionada.
4. Elija el comando "Pegar".

| No. [1] | Nombre y domicilio del acreedor [2] | Fecha de vencimiento [3] | Grado [4] | Características particulares del crédito [5] | Características particulares de la garantía otorgada [6] | Juicio en trámite [7] | Cuantía en moneda nacional [3] |
|---|---|---|---|---|---|---|---|
| 1 | Servicio de Administración Tributaria | 17/02/2026 | 2 | Impuesto al Valor Agregado | Sin garantía | | 63,352,638 |
| 2 | Servicio de Administración Tributaria | 17/02/2026 | 2 | Retenciones por pagar | Sin garantía | | 25,856,588 |
| 3 | Servicio de Administración Tributaria | 17/02/2026 | 2 | Otros Impuestos por Pagar | Sin garantía | | 909,620 |
| 4 | AlterBank, LTD., / Suite 3, Marie-Colette Building, Rodney Bay Commercial Boulevard, Gros Islet, St. Lucia, West Indies. | 29/07/2026 | 5 | Contrato de Apertura de Crédito de fecha 29 de enero de 2026. | • Garantía Real Hipotecaria respecto de Crédito propio otorgada por un tercero garante. • Convenio Modificatorio y de Adhesión al Contrato de Garantía Hipotecaria de fecha 23 de septiembre de 2020 que consta en escritura pública número 149,805. | | 4,090,957,292 |
| 5 | Numchi Servicios, S.A.P.I. de C.V. / Hamburgo No.206, Int 503. Colonia Juárez. Alcaldía Cuauhtémoc. CP 06700. Ciudad de México. | 30 / Sep / 2025  3%  $51,240,000 30 / Sep / 2026  3%  $51,240,000 30 / Sep / 2027  10%  $170,800,000 30 / Sep / 2028  15%  $256,200,000 | 5 | Contrato de Apertura de Crédito en Cuenta Corriente de fecha 9 de marzo de 2020. | • Garantía Real Hipotecaria respecto de Crédito propio otorgada por un tercero garante. • Contrato de Garantía Hipotecaria de fecha 23 de septiembre de 2020 que consta en escritura pública número 149,805. | | 1,897,575,748 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 30 / Sep / 2029  20% $341,600,00 0 30 / Sep / 2030  20% $341,600,00 0 30 / Sep / 2031  25% $427,000,00 0 | | | | | |
| 6 | ADOLFO GARCIA CARDENAS Con Domicilio en: CARRET MTY COL 100 100 Col. CENTRO ANAHUAC Delegación  C.P. Estado NUEVO LEÓN | 30/09/2041 | 8 | Arrendamiento Sitios de Repetición | | | 551,932 |
| 7 | ALANIS MUNIZ JULIA MONSERRAT Con Domicilio en: AV COAHUILA 617 Col. Delegación  C.P. 27822 Estado COAHUILA | 31/05/2041 | 8 | Arrendamiento Sitios de Repetición | | | 305,248 |
| 8 | ALFONSO RENATO Con Domicilio en: MORELOS 11, SIN NUMERO / 99100 SAN MARTIN-SOMBRERETE | 31/05/2036 | 8 | Arrendamiento Sitios de Repetición | | | 66,186 |
| 9 | ANA BERTHA VIRUES CRUZ Con Domicilio en: salinas de gortari 223 Col. centro Delegación  C.P. 93820 Estado VERACRUZ | 31/03/2040 | 8 | Arrendamiento Sitios de Repetición | | | 347,887 |
| 10 | ARMENDARIZ FLORES CARLOS ABIUD Con Domicilio en: MINA 5 Col. Delegación  C.P. 33700 Estado CHIHUAHUA | 31/08/2031 | 8 | Arrendamiento Sitios de Repetición | | | 143,124 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 747 | MEDIA PARTNER ADVERTISING SL CON DOMICILIO EN, TINTE 1 PLANTA 1 PUERTA D, ALCALÁ DE HENARES, CÓDIGO POSTAL 28801, MADRID. | 13/01/2026 | 8 | A2504001 | | 5,393,128 |
| 748 | MEDIA PARTNER ADVERTISING SL CON DOMICILIO EN, TINTE 1 PLANTA 1 PUERTA D, ALCALÁ DE HENARES, CÓDIGO POSTAL 28801, MADRID. | 19/12/2025 | 8 | A2512003 | | 4,813,625 |
| 749 | MEDIA PARTNER ADVERTISING SL CON DOMICILIO EN, TINTE 1 PLANTA 1 PUERTA D, ALCALÁ DE HENARES, CÓDIGO POSTAL 28801, MADRID. | 19/12/2025 | 8 | A2512002 | | 230,627 |
| 750 | MEDICINA, SALUD SIGLO XXI SA DE CV, CON DOMICILIO EN RUISEÑOR 21, 2 LAS ARBOLEDAS ATIZAPAN DE ZARAGOZA, CODIGO POSTAL 52950, MEXICO. | 10/02/2026 | 8 | 1B | | 158,804 |
| 751 | MEDICINA, SALUD SIGLO XXI SA DE CV, CON DOMICILIO EN RUISEÑOR 21, 2 LAS ARBOLEDAS ATIZAPAN DE ZARAGOZA, CODIGO POSTAL 52950, MEXICO. | 10/02/2026 | 8 | 2A | | 25,984 |
| 752 | MEDICINA, SALUD SIGLO XXI SA DE CV, CON DOMICILIO EN RUISEÑOR 21, 2 LAS ARBOLEDAS ATIZAPAN DE ZARAGOZA, CODIGO POSTAL 52950, MEXICO. | 10/02/2026 | 8 | 6C | | 2,610 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 753 | MEDINA TOBIAS AMPARO CON DOMICILIO EN, MANUEL JOSE OTHON SN, CEDRAL CENTRO CEDRAL, CÓDIGO POSTAL 78520, SAN LUIS POTOSI. | 01/01/2026 | 8 | 62000049 | | | 65,897 |
| 754 | MEDINA TOBIAS AMPARO Con Domicilio en: MANUEL JOSE OTHON SN, 0 Col. CEDRAL CENTRO CEDRAL Delegación C.P. 78520 Estado SAN LUIS POTOSÍ | 30/09/2039 | 8 | Arrendamiento Sitios de Repetición | | | 444,355 |
| 755 | MEDIO TURNO SA DE CV, CON DOMICILIO EN CERES 19, DEP. 101 CREDITO CONSTRUCTOR BENITO JUAREZ, CODIGO POSTAL 3940, CIUDAD DE MEXICO. | 26/12/2025 | 8 | 127-A | | | 2,015,692 |
| 756 | Medium Term Note / The Bank of New York Mellon - Incorporated with limited liability by Charter in the State of New York, USA Head Office: One Wall Street, New York, NY, USA. London Branch Registered in England & Wales with FC No. 005522 and No.BR000818 and with its Registered office at One Canada Square London E14 5AL. | 09 / Ago / 2024 | 8 | Contrato de Emisión de Bonos Preferentes con vencimiento en 2024 de fecha 9 de agosto de 2017 | Subsidiarias como Obligadas Solidarias del Pago de las Obligaciones Asumidas - Garantía Personal | X | 9,178,702,400 |
| 757 | MELENDEZ LOPEZ SANTOYO Y BARREDA SC. CON DOMICILIO EN TABASCO 117, CUAUHTEMOC, CÓDIGO POSTAL 6700, CIUDAD DE MEXICO. | 23/01/2026 | 8 | 4270-F | | | 30,856 |
| 758 | MERAZ SANCHEZ AYDA Con | 31/08/2034 | 8 | Arrendamiento Sitios de | | | 452,679 |

| | | | | Repetición | | | |
|---|---|---|---|---|---|---|---|
| | Domicilio en: NOGAL, COL. DEL BOSQUE 304 Col. TAMPICO, TAMAULIPAS Delegación C.P. 89318 Estado TAMAULIPAS | | | | | | |
| 759 | META PLATFORMS IRELAND LIMITED CON DOMICILIO EN 5 7 HANOVER REACH, HANOVER QUAY, CÓDIGO POSTAL, DB. | 29/01/2026 | 8 | 250484545 | | | 177,932 |
| 760 | META PLATFORMS IRELAND LIMITED CON DOMICILIO EN 5 7 HANOVER REACH, HANOVER QUAY, CÓDIGO POSTAL, DB. | 03/02/2026 | 8 | 250484545 | | | 28,073 |
| 761 | META PLATFORMS IRELAND LIMITED CON DOMICILIO EN 5 7 HANOVER REACH, HANOVER QUAY, CÓDIGO POSTAL, DB. | 03/02/2026 | 8 | 250321980 | | | 7,134 |
| 762 | MIGESA SA DE CV CON DOMICILIO EN HIDALGO PTE 2294, OBISPADO MONTERREY, CÓDIGO POSTAL 64060, NUEVO LEON. | 05/02/2026 | 8 | 62706-FI | | | 572,293 |
| 763 | MIJARES ANGOITIA CORTES Y FUENTES SC. CON DOMICILIO EN JAVIER BARROS 540 SIERRA T1 P1 105, SANTA FE, CÓDIGO POSTAL 1210, CIUDAD DE MEXICO. | 20/01/2026 | 8 | 77233- | | | 139,200 |
| 764 | MILES MEXICO AMERICA VIAJES SA DE CV CON DOMICILIO EN, MINNESOTA 3, CIUDAD DE MEXICO, BENITO JUAREZ, CÓDIGO POSTAL 3810, CIUDAD DE MEXICO. | 16/01/2026 | 8 | 16|01|2026/2026-00 | | | 950,323 |

Buscar

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | CDMX C.P. 03900 | | | | | | |
| 1664 | SINOT, S.C. CON DOMICILIO EN AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 30/10/2025 | 9 | SI-ST-1237 | | | 132,086 |
| 1665 | SINOT, S.C. CON DOMICILIO EN AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 01/03/2026 | 9 | SI-ST-1247 | | | 129,927 |
| 1666 | SINOT, S.C. CON DOMICILIO EN AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 30/01/2026 | 9 | SI-ST-1246 | | | 129,789 |
| 1667 | SINOT, S.C. CON DOMICILIO EN AVENIDA (AV.) INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 28/12/2025 | 9 | SI-ST-1241 | | | 129,248 |
| 1668 | STATIONS GRUOP, LLC CON DOMICILIO EN 1139 GRAND CENTRAL AVEGLENDALE, CODIGO POSTAL 91201 | 29/03/2015 | 9 | NC-NCAZ 593 | | | 3,315 |
| 1669 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P 14140 | 29/11/2025 | 9 | TT-TT-197 | | | 54,520,000 |
| 1670 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMIC'LIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 | 30/01/2026 | 9 | TT-TT-210 | | | 42,140,480 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | | | | | | |
| 1671 | TELEVISION AZTECA III, S.A. DE C.V, CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/05/2025 | 9 | TT-TT-151 | | | 37,120,000 |
| 1672 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/08/2025 | 9 | TT-TT-168 | | | 37,120,000 |
| 1673 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/10/2025 | 9 | TT-TT-196 | | | 37,120,000 |
| 1674 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 02/03/2025 | 9 | TT-TT-142 | | | 37,120,000 |
| 1675 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/04/2025 | 9 | TT-TT-149 | | | 37,120,000 |
| 1676 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 27/09/2025 | 9 | TT-TT-189 | | | 37,120,000 |
| 1677 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/03/2025 | 9 | TT-TT-143 | | | 37,120,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1678 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/06/2025 | 9 | TT-TT-156 | | 37,120,000 |
| 1679 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/07/2025 | 9 | TT-TT-163 | | 37,120,000 |
| 1680 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 01/03/2026 | 9 | TT-TT-213 | | 34,800,000 |
| 1681 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/12/2023 | 9 | TT-TT-77 | | 29,000,000 |
| 1682 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/06/2023 | 9 | TT-TT-61 | | 29,000,000 |
| 1683 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/04/2024 | 9 | TT-TT-99 | | 29,000,000 |
| 1684 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/05/2024 | 9 | TT-TT-103 | | 29,000,000 |
| 1685 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA | 29/01/2025 | 9 | TT-TT-130 | | 29,000,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | | | | | | |
| 1686 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/06/2024 | 9 | TT-TT-106 | | | 29,000,000 |
| 1687 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/04/2023 | 9 | TT-TT-51 | | | 29,000,000 |
| 1688 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 28/01/2024 | 9 | TT-TT-82 | | | 29,000,000 |
| 1689 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/11/2023 | 9 | TT-TT-75 | | | 29,000,000 |
| 1690 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 27/08/2023 | 9 | TT-TT-67 | | | 29,000,000 |
| 1691 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 01/03/2024 | 9 | TT-TT-95 | | | 29,000,000 |
| 1692 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN | 28/07/2024 | 9 | TT-TT-109 | | | 29,000,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | CDMX C.P. 14140 | | | | | | |
| 1693 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/09/2024 | 9 | TT-TT-120 | | | 29,000,000 |
| 1694 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/12/2024 | 9 | TT-TT-126 | | | 29,000,000 |
| 1695 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/09/2023 | 9 | TT-TT-69 | | | 29,000,000 |
| 1696 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/07/2023 | 9 | TT-TT-65 | | | 29,000,000 |
| 1697 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 28/05/2023 | 9 | TT-TT-55 | | | 29,000,000 |
| 1698 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 29/10/2023 | 9 | TT-TT-72 | | | 29,000,000 |
| 1699 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/03/2024 | 9 | TT-TT-98 | | | 29,000,000 |
| 1700 | TELEVISION AZTECA III, S.A. DE C.V. | 30/11/2024 | 9 | TT-TT-124 | | | 29,000,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | | | | | | |
| 1701 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/08/2024 | 9 | TT-TT-116 | | | 29,000,000 |
| 1702 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/10/2024 | 9 | TT-TT-123 | | | 29,000,000 |
| 1703 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/01/2026 | 9 | TT-TT-211 | | | 27,170,680 |
| 1704 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/01/2026 | 9 | TT-TT-208 | | | 23,200,000 |
| 1705 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/01/2023 | 9 | TT-TT-35 | | | 17,400,000 |
| 1706 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/01/2023 | 9 | TT-TT-38 | | | 17,400,000 |
| 1707 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 | 26/01/2023 | 9 | TT-TT-34 | | | 17,400,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | | | | | | |
| 1708 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/01/2023 | 9 | TT-TT-37 | | | 17,400,000 |
| 1709 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/01/2023 | 9 | TT-TT-40 | | | 17,400,000 |
| 1710 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/01/2023 | 9 | TT-TT-39 | | | 17,400,000 |
| 1711 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/03/2023 | 9 | TT-TT-46 | | | 17,400,000 |
| 1712 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 28/12/2025 | 9 | TT-TT-202 | | | 9,280,000 |
| 1713 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 26/01/2023 | 9 | TT-TT-33 | | | 9,181,188 |
| 1714 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/01/2025 | 9 | TT-TT-134 | | | 8,120,000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1715 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/01/2025 | 9 | TT-TT-133 | | | 8,120,000 |
| 1716 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/01/2025 | 9 | TT-TT-137 | | | 8,120,000 |
| 1717 | TELEVISION AZTECA III, S.A. DE C.V. CON DOMICILIO EN AVENIDA PERIFERICO SUR N. EXTERIOR 4121 FUENTES DEL PEDREGAL TLAPAN CDMX C.P. 14140 | 30/01/2025 | 9 | TT-TT-136 | | | 5,887,340 |
| 1718 | TOTAL BOX, S.A. DE C.V. CON DOMICILIO EN AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIRO PISO 6 LA OTRA BANDA COYOACÁN C.P. 04519 SE MANDA CORREO 16.07.2024 | 06/04/2021 | 9 | TP-B1-151311235T1- | | | 402 |
| 1719 | TOTAL BOX, S.A. DE C.V. CON DOMICILIO EN AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIRO PISO 6 LA OTRA BANDA COYOACÁN C.P. 04519 SE MANDA CORREO 16.07.2024 | 09/03/2021 | 9 | TP-B1-148600264T1- | | | 402 |
| 1720 | TOTAL BOX, S.A. DE C.V. CON DOMICILIO EN AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIRO PISO 6 LA OTRA BANDA COYOACÁN C.P. 04519 SE MANDA CORREO 16.07.2024 | 06/04/2021 | 9 | TP-B1-151310813T1- | | | 402 |
| 1721 | TOTAL BOX, S.A. DE C.V. CON DOMICILIO EN AV. SAN JERONIMO N. EXTERIOR 252 N. INTERIRO PISO 6 LA OTRA BANDA COYOACÁN C.P. | 06/04/2021 | 9 | TP-B1-151311236T1- | | | 402 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1963 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 29/09/2018 | 9 | TR-RT-223 | | 27,566 |
| 1964 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 29/08/2018 | 9 | TR-RT-222 | | 27,538 |
| 1965 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 29/12/2018 | 9 | TR-RT-230 | | 27,297 |
| 1966 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 28/11/2019 | 9 | TR-RT-252 | | 27,132 |
| 1967 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 29/06/2018 | 9 | TR-RT-218 | | 26,880 |
| 1968 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 26/04/2018 | 9 | TR-RT-213 | | 26,847 |
| 1969 | TRIENIO, S.C. CON DOMICILIO EN | 26/10/2018 | 9 | TR-RT-226 | | 26,709 |

de 300

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | | | | | | |
| 1970 | TRIENIO, S.C. CON DOMICILIO EN AVENIDA INSURGENTES SUR N. INTERIOR PISO 15 MODULO 4 N. EXTERIOR 1605 SAN JOSE INSURGENTES BENITO JUAREZ CDMX C.P. 03900 | 30/10/2019 | 9 | TR-RT-251 | | | 14,595 |

En el campo que se encuentra frente a la palabra "Total" escriba con número la cantidad que resulte de sumar todas las cuantías inscritas en la columna "Cuantía en moneda nacional"

Total:  $ 23,345,833,958

Total:

**Veintitrés mil trescientos cuarenta y cinco millones seiscientos treinta y tres mil novecientos cincuenta y ocho**

Escriba con letra la cantidad que resulte de sumar todas las cuantías inscritas en la columna "Cuantía en moneda nacional"

Nombre y firma de quien(es) promueve(n) por el comerciante

**RAFAEL RODRÍGUEZ SÁNCHEZ.**

Escriba el nombre completo (de los promovente(s) quien(es) deberán poner su firma autógrafa o en y deberán en ella insertar su firma electrónica.