# Exhibit 4

X

⌂ Home

🔍 Explore

🔔 Notifications

👤 Follow

💬 Chat

Grok

🔖 Bookmarks

Creator Studio

X Premium

👤 Profile

◯ More

## Post

**Grupo Salinas** @gruposalinas   Feb 26
🌐 Show translation

In recent years, @Azteca has faced and overcome major financial challenges: from license payments to the government in 2018, the negative impact of COVID-19, a complex negotiation with international creditors, and, recently, the payment to @SATMX.

This context compels us to act responsibly and take decisive action to restore the company's finances and restructure its liabilities.

That is why today, at the Shareholders' Meeting, the corporate, operational, and financial reorganization of the company was approved through a voluntary insolvency proceeding (*concurso mercantil*) — a legal tool that will allow it to preserve its value and ensure its operational continuity.

More information on the topic:

○ 916   ⊟ 915   ♡ 2.3K   📊 1.3M

**Angel Hernández** @angelhr   Feb 26

The majority of companies that enter an insolvency proceeding end up changing ownership.

○ 1   ⊟ 0   ♡ 9   📊 973

**Grupo Salinas** @gruposalinas
🌐 Show translation

There is no risk of sale or loss of control; the objective is to strengthen the company and meet its obligations.

5:08 PM  Feb 26, 2026    896 Views



I, the undersigned, **Mr. David Suro**, authorized by the **Superior Court of Justice of Mexico City** (*Tribunal Superior de Justicia de la Ciudad de México*) to practice as English and Spanish Official Expert Translator, as set forth in **Resolution 42-04/2024**, published in its Gazette for Legal Notices & Advertisements (*Boletín Judicial*) on **23 February 2024** issue No. **34**, **Tome CCIII**, page **34**, and listed in the ***Register of Auxiliary Official Experts for the Public Administration*** under **No. 161**, <u>**DO**</u> <u>**CERTIFY**</u> that this document consisting of _Ol_ (_____"One"_____) page (s), is an accurate translation to the best of my knowledge, of the source document that I had at sight. Mexico City ____June, 05____, 2026.                           DIRECTUM TRANSLATIONS



# Original Document
# in Spanish

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium  50% off
- Profile
- More

Post

← **Post**

**Grupo Salinas** ✔ @gruposalinas · Feb 26
Ⓞ Show translation ⊚

En los últimos años, @Azteca ha enfrentado y superado grandes desafíos financieros: desde el pago de licencias al gobierno en 2018, el impacto negativo del COVID-19, una negociación compleja con acreedores internacionales y, recientemente, el pago al @SATMX.

Este contexto nos obliga a ser responsables y tomar acciones decisivas para sanear las finanzas y reordenar los pasivos de la compañía.

Es por ello que hoy, en su Asamblea de Accionistas, fue aprobada la reorganización corporativa, operativa y financiera de la empresa, mediante un concurso mercantil voluntario, herramienta legal que le permitirá preservar su valor y asegurar su continuidad operativa.

Acá más información sobre el tema:



💬 916    🔁 915    ♡ 2.3K    ᐧᐧᐧ 1.3M    🔖 ⬆

**Angel Hernández** @angelhr · Feb 26
La mayoria de empresas que entran al concurso mercantil terminan cambiando de dueños.

💬 1    🔁    ♡ 9    ᐧᐧᐧ 973    🔖 ⬆

**Grupo Salinas** ✔
@gruposalinas

Ⓞ Show translation ⊚

No hay riesgo de venta ni de pérdida de control; el objetivo es fortalecer la empresa y cumplir obligaciones.

5:06 PM · Feb 26, 2026 · **896** Views

💬    🔁    ♡ 1    🔖    ⬆

Post your reply                                    Reply