# Exhibit 8



## BNY MELLON

August 5, 2022

<u>VIA FACSIMILE, REGISTERED FIRST CLASS MAIL, AND OVERNIGHT COURIER</u>

To the Company and Subsidiary Guarantors (as defined in the Indenture, referenced below):

TV Azteca, S.A.B. de C.V.
Insurgentes Sur 3579
Col. Tlalpan la joya
14000, México, D.F.
México
Attention: Rodrigo Pliego

with a copy to:

Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166-4193
Attention: Allen Miller, Esq.
(per Section 11.1 of Indenture)

**Re:**   Indenture dated as of August 9, 2017, governing the 8.250% Senior Notes due August 9, 2024 in aggregate principal amount outstanding of $400,000,000 (the "*Notes*"), by and among TV Azteca, S.A.B. de C.V. (the "*Company*"), the Subsidiary Guarantors party thereto, The Bank of New York Mellon, as trustee (the "*Trustee*"), and The Bank of New York Mellon, London Branch, as initial Principal Paying Agent (the "*Indenture*").

Ladies and Gentlemen:

The undersigned Trustee is acting at the direction of the beneficial owners (the "*Holders*") of a majority in aggregate principal amount of the outstanding Notes issued pursuant to the Indenture. Capitalized terms used herein but not otherwise defined herein have the meanings set forth in the Indenture.

The interest payments in respect of the Notes due and payable on February 9, 2021, August 9, 2021 and February 9, 2022, respectively, were not paid and have not been paid as of the date hereof (such failures, the "*Interest Payment Defaults*"). As specified in Section 6.1(a)(2) of the Indenture, because such failures to pay interest on the Notes when due have continued for thirty (30) consecutive days in each instance, such Interest Payment Defaults became Events of Default under the Indenture on March 12, 2021, September 9, 2021 and March 12, 2022, respectively, due to lapse of time.

Based on the foregoing, the Trustee, by this notice in writing to the Company, declares the unpaid principal of $400,000,000, and accrued and unpaid interest on all the Notes to be due and payable immediately as provided under Section 6.2(a) of the Indenture.

This acceleration notice is a limited, specific notice and is not in limitation of, and shall not be construed to limit, waive or otherwise modify any other default or Event of Default. The undersigned Trustee and the Holders reserve all of their rights to pursue any available remedies by proceeding at law or in equity to, among other things and without limitation, collect the payment of the principal of and the interest on the Notes or to enforce the performance of any provision of the Notes or the Indenture.

TV Azteca, S.A.B. de C.V.
The Subsidiary Guarantors under the Indenture
August 5, 2022

**THE BANK OF NEW YORK MELLON,
as Trustee under the Indenture**

Name: Gerard F. Facendola
Title:  Director

cc:    Paul, Weiss, Rifkind, Wharton & Garrison LLP
       1285 6th Avenue
       New York, NY 10019
       Attn:  Alan W. Kornberg (akornberg@paulweiss.com)
              Elizabeth McColm (emccolm@paulweiss.com)

       TV Azteca S.A.B. de C.V.
       Perifierico Sur 4121
       COL Fuentes del Pedregal
       Mexico City, DF 14140
       Mexico
       Attn:  Rodrigo Pliego

       TV Azteca S.A.B. de C.V.
       Perifierico Sur 4121
       COL Fuentes del Pedregal
       Mexico City, DF 14140
       Mexico
       Attn:  Rafael Rodriguez Sanchez (Director General, CEO)

       TV Azteca S.A.B. de C.V.
       Perifierico Sur 4121
       COL Fuentes del Pedregal
       Mexico City, DF 14140
       Mexico
       Attn:  Jorge Luis Zuniga Montiel (Director General de Finanzas, CFO)

       SAINZ ABOGADOS, S.C.
       Blvd. Manuel Avila Camacho #24, Piso 21
       Lomas de Chapultepec, Miguel Hidalgo,
       CDMX 11000, Mexico
       Attn:  Alejandro Sainz