UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

Plaintiff,

- against -

TV AZTECA, S.A.B. DE C.V. ET AL.,

Defendants.

**AMENDED**
**ORDER OF REFERENCE**

22 Civ. 8164 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| X | Specific Non-Dispositive Motion/Dispute:<br><br>Dkt. Nos. 189, 190, 199, 201, 230, 239, 247<br><br>If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose: _____ |
| | | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>Particular Motions: _____ |
| ☐ | Inquest After Default/ Damages Hearing | | All such motions: _____ |

Dated: New York, New York
       June 9, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge