# Exhibit D

The Wayback Machine - https://web.archive.org/web/20230602015356/https://irtvazteca.com/es/estructura-corporativa



# Estructura corporativa

Al 31 de marzo de 2023, CASA, la cual es controlada por el señor Ricardo Benjamín Salinas Pliego, es propietaria de la mayoría (53.38%) de las acciones en circulación de TV Azteca y Arrendadora Internacional Azteca, la cual es subsidiaria de CASA al (99.83%), es propietaria del (3.10%) del total de las acciones en circulación de TV Azteca, las cuales tienen plenos derechos de voto.

TV Azteca tiene seis subsidiarias mexicanas principales (al 99.99%):

- Televisión Azteca III, S.A. de C.V.
- Azteca Novelas II, S.A. de C.V.
- Televisión Azteca II, S.A. de C.V.
- Producciones Azteca Digital, S.A. de C.V.
- Publicidad Especializada en Medios de Comunicación de TV Azteca, S.A. de C.V.
- Operadora Mexicana de Televisión, S.A. de C.V.



Asimismo, cuenta con una subsidiaria en Guatemala, denominada TVA Guatemala, S.A., dos subsidiarias en Honduras, denominadas TV Azteca Honduras, S.A. de C.V. y Comercializadora de TV de Honduras, S.A. de C.V.

**Televisión Azteca III, S.A. de C.V. y Azteca Novelas II, S.A. de C.V. son propietarias y operan todos los activos de transmisión de TV Azteca, así como las oficinas principales y estudios de producción de TV Azteca ubicados en la Ciudad de México.**

Televisión Azteca III, S.A. de C.V. y Televisora del Valle de México, S.A.P.I. de C.V. son también los titulares de las concesiones para explotar los canales de televisión.

La mayoría de los pagos por publicidad en los canales de TV Azteca se hacían a través de Estudios Azteca, S.A. de C.V., TV Azteca, Red Azteca Internacional, S.A. de C.V. y Comerciacom, S.A. de C.V. antes de diciembre 2021; la comercialización de adn40, se lleva a cabo a través de Operadora Mexicana de Televisión, S.A. de C.V.; asimismo TV Azteca realiza la venta de contenido a diversos países, así como la venta de cuatro canales realizados exclusivamente para sistemas de televisión de paga en México y el extranjero; TVA Guatemala, S.A. lleva a cabo la comercialización de los canales 31 y 35; asimismo, a partir de octubre de 2012, TVA Guatemala, S.A., opera el canal 22.

Por su parte Comercializadora de TV de Honduras, S.A. de C.V., lleva a cabo la comercialización del canal 44 de Honduras.

Además de sus operaciones de transmisión televisiva, TV Azteca a través de Azteca Internet controla la operación de diversos portales en idioma español para el usuario de internet.

Perfil corporativo        Información para accionistas Mapa de sitio

Reportes financieros      Sustentabilidad            Blog de Ricardo B. Salinas

Comunicados de prensa                                 Contáctanos

Presentaciones

Gobierno corporativo                                  TV Azteca es una compañía de Grupo Salinas

                                                      Términos Legales