# Exhibit E

# TV Azteca took $290m loan from Caribbean bank days before bankruptcy filing

9f **9fin.com**/insights/tv-azteca-loan-bankruptcy-filing



Mexican broadcaster **TV Azteca** signed a MXN 5bn ($290m) loan with financial institution **Alterbank** to partially pay the MXN 10.4bn ($600m) it owed to Mexico's tax authority SAT, just days before it filed for bankruptcy protection (*concurso mercantil*), *9fin* sources said.

The loan from Alterbank, a Saint Lucia-based bank, is part of the debt TV Azteca presented in its petition for protection under Mexican bankruptcy law, the sources said.

The broadcaster controlled by Mexican billionaire Ricardo Salinas Pliego fully paid the outstanding taxes, instead of accepting a settlement offer from the SAT to pay 25% upfront and the remainder over the next 18 months starting in February, said one source. That decision pushed the company to file for bankruptcy, the source added.

Meanwhile, sister company **Grupo Elektra** accepted a payment plan to settle its own MXN 22bn ($1.27bn) tax bill in January. A spokesperson said at the time the group would sell assets to fund both companies' payments. Both tax claims — an aggregate MXN 51bn ($3bn) before a SAT discount — were derived from a November 2025 Supreme Court ruling that ended a 20-year controversy, as reported.

TV Azteca's largest recognized debt is its defaulted $400m cross-border bond, which it listed as $532m, or 37% of total debt, the source said. TV Azteca needs over 50% of creditors to agree to a restructuring plan for the court to accept it, the sources said. TV Azteca might seek a 60% haircut from creditors, although it didn't state that in the concurso filing, said one of the sources.

According to *9fin* sources, TV Azteca had proposed a 60% to 75% haircut to bondholders at various points during negotiations — and mediation ordered by a US court in 2023 — since the company defaulted on the 2024s in 2021. But the offer was never made officially, and the company didn't negotiate in good faith, said the sources.

The First District Court in Commercial Bankruptcy Matters in Mexico City granted the general legal protections available to companies that file for bankruptcy, but denied some specific requests such as extending protection against asset seizures to TV Azteca subsidiaries, since only the holding company filed for concurso, sources said.

TV Azteca might add some subsidiaries or affiliates — such as TV Azteca 3, the company that holds the network concessions — to the bankruptcy filing, said sources.

The debtor's lawyers have argued in a US legal proceeding that the company didn't violate the US District Court for the Southern District of New York's prior anti-suit injunction with the filing, because only the holding company filed, as reported.

Judges typically refuse to protect assets held by subsidiaries that are not filing for, or included in, the *concurso,* because Mexican bankruptcy law is designed to avoid the so-called umbrella effect, in which a company's protections extend to its subsidiaries, the sources explained. This means other TV Azteca subsidiaries may be subject to asset seizures.

The Mexican court overseeing the case approved the appointment of Samuel Egure Lascano as the visitor for this first phase of the concurso last week, according to court records. Egure, who is registered as a bankruptcy specialist with the Federal Institute of Insolvency Experts (IFECOM), must now ascertain the company meets the requirements for a bankruptcy proceeding in Mexico, and report his findings to the judge, under local law.

TV Azteca and Alterbank didn't reply to a request for comment.