**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024, <br><br>         Plaintiff, <br><br>     v. <br><br> TV AZTECA, S.A.B. DE C.V., et al., <br><br>         Defendants. | No. 22 Civ. 8164 <br><br> Hon. Paul G. Gardephe <br><br> Hon. Barbara Moses |

**THE TRUSTEE'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**
**AGAINST TV AZTECA AND GUARANTOR DEFENDANTS**

Under Federal Rule of Civil Procedure 56, Local Rule 56.1, this Court's Individual Rules of Practice, and this Court's order dated March 17, 2026, Dkt. 241, Plaintiff The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes due 2024, respectfully moves this Court, before the Honorable Paul G. Gardephe, for an order granting summary judgment in favor of the Trustee on the sole claim in the Trustee's Complaint, Dkt. 80.  The Trustee seeks an order:

1. Declaring that TV Azteca and the Guarantor Defendants breached their obligations under the Indenture and Global Note by failing to make required principal and interest payments;

2. Dismissing Defendants' affirmative defenses;

3. Entering final judgment in the Trustee's favor in the amount of $633,695,634.02, which is the unpaid principal amount of the 8.25% Senior Notes due 2024, together with all accrued and unpaid interest thereon and prejudgment interest;

4. Awarding the Trustee its reasonable attorney's fees, expenses, and costs of collection in an amount to be determined; and

5. Awarding any further relief this Court deems just and proper.

In support of its Motion, the Trustee has contemporaneously filed (i) The Trustee's Memorandum of Law; (ii) The Trustee's Rule 56.1 Statement of Material Facts; and (iii) a Declaration of Alex T. Chang, and attached exhibits.

Dated: April 17, 2026
New York, New York

Respectfully submitted,

*/s/ Justin M. Ellis*
Justin M. Ellis
Zachary R. Ingber
Mason E. Reynolds
Eric J. Rolston
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Tel.: (212) 607-8159
jellis@mololamken.com

*Counsel for The Bank of New York Mellon, as Trustee*