

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/01/26___

June 30, 2026

**VIA ECF**

The Honorable Barbara Moses
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Re: *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* 22-cv-8164

Dear Judge Moses:

On behalf of Defendants TV Azteca, S.A.B. de C.V. and certain affiliates (collectively, "TV Azteca" or "Defendants"), and with the consent of Plaintiff The Bank of New York Mellon, in its capacity as indenture trustee (the "Trustee"), we respectfully submit this request for (i) an adjournment of the conference currently scheduled for July 6, 2026, and (ii) a one-day extension of Defendants' deadline to submit their reply letter-brief in connection with that conference.

By Order dated June 29, 2026 (ECF No. 255), the Court scheduled argument on Defendants' letter-motion (ECF No. 249) for July 6, 2026. Given the parties' scheduling conflicts on that date, the parties jointly and respectfully request that the conference be adjourned. The parties are available on July 15 or July 16, 2026. The parties have not previously requested an adjournment of this conference.

Additionally, because of Defendants' counsel's business travel schedule, Defendants respectfully request a one-day extension—from July 1, 2026 to July 2, 2026—of their deadline to submit a reply letter-brief in connection with their letter-motion concerning Plaintiff's application under 28 U.S.C. § 1782 in the Southern District of Florida. Plaintiff consents to this request. Defendants have not previously requested an extension of this deadline.

We appreciate the Court's attention to this matter.

> Respectfully submitted,
>
> */s/ Hal S. Shaftel*
>
> Hal S. Shaftel

cc:    Counsel of Record (via ECF)

Application GRANTED. The discovery conference originally scheduled for July 6, 2026 is ADJOURNED to **July 15, 2026** at **10:00 a.m.** Defendants must file their reply letter-brief (see Dkt. 255 at 4) no later than **July 2, 2026**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
July 1, 2026