

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/02/26___

**MEMO ENDORSED**

June 29, 2026

**VIA ECF**

The Honorable Barbara Moses
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Defendants may submit a proposed order for the Court's review. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> July 2, 2026

Re:    *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* 22-cv-8164

Dear Judge Moses:

On behalf of Defendants TV Azteca, S.A.B. de C.V. and certain affiliates (collectively, "TV Azteca" or "Defendants"), we write pursuant to Rule I.a. of Your Honor's Individual Rules of Practice regarding Defendants' letter rogatory to Euroclear Bank S.A./N.V. (ECF No. 180.) To facilitate the advancement of the letter rogatory in Belgium[1], Defendants have retained Belgian counsel—the Strelia law firm. Strelia has been carefully monitoring the progress of the letter rogatory and has been attempting to engage with the relevant authorities in Belgium to expedite its execution.

On June 2, 2026, Belgian counsel advised us that the Belgian Public Prosecutor's Office had informed counsel that, in connection with the execution of the letter rogatory, it could not provide information directly to the parties or their counsel and that any communications concerning the proceedings would need to originate from or be directed through this Court, as the requesting court. (*See* Exhibit A.) Similarly, on June 9, 2026, Belgian counsel advised us that the Belgian court administering the letter rogatory likewise would communicate only with this Court concerning these proceedings.

In light of these communications, Belgian counsel has requested that this Court confirm, in writing, that counsel for TV Azteca in Belgium, Strelia, may communicate with the Belgian court handling the letter rogatory and any other relevant Belgian authorities. Such confirmation may enable Strelia to communicate directly with the relevant Belgian authorities and judicial bodies involved in these proceedings, thereby facilitating and expediting the execution of the letter rogatory.

---

[1] Under the Court's Opinion and Order, dated March 17, 2016, "defendants may continue to pursue the information they have sought by means of the two letters rogatory previously issued by this Court" despite the stay of discovery otherwise  ECF No. 241.

Hon. Barbara Moses
June 29, 2026
Page 2

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Hal S. Shaftel*

Hal S. Shaftel


cc:    Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400