USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___07/15/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | |
| Plaintiff, | 22-CV-8164 (PGG) (BCM) |
| -against- | **ORDER** |
| TV AZTECA, S.A.B. DE C.V., et al., | |
| Defendants. | |
| TV AZTECA, S.A.B. DE C.V., et al., | |
| Third-Party Plaintiffs, | |
| -against- | |
| CYRUS CAPITAL PARTNERS, L.P. and CONTRARIAN CAPITAL MGMT, LLC, | |
| Third-Party Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's conference, defendants' letter-motion at Dkt. 249 is DENIED WITHOUT PREJUDICE to renewal if and when plaintiff seeks to introduce in this action any discovery secured via its 28 U.S.C. § 1782 application in the Southern District of Florida.

The parties are reminded, moving forward, to deliver to chambers a courtesy copy of any letter-motion that "includes more than one attachment or exhibit," with "tabs for the attachments." Moses Ind. Prac. § 1(d).

The Clerk of Court is respectfully directed to close the motion at Dkt. 249.

Dated: New York, New York
       July 15, 2026                          **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**