USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __07/15/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE BANK OF NEW YORK MELLON, SOLELY IN ITS CAPACITY AS TRUSTEE FOR THE TV AZTECA, S.A.B. DE C.V. 8.25% SENIOR NOTES DUE 2024,<br><br>Plaintiff,<br><br>v.<br><br>TV AZTECA, S.A.B. DE C.V., ET AL.,<br><br>Defendants.<br><br>---<br><br>TV AZTECA, S.A.B. DE C.V., ET AL.<br><br>Defendants and<br>Third-Party Plaintiffs,<br><br>v.<br><br>CYRUS CAPITAL PARTNERS, L.P. AND CONTRARIAN CAPITAL MANAGEMENT, LLC<br><br>Third-Party Defendants. | Case No. 1:22-cv-08164-PGG-BCM<br><br>Hon. Barbara Moses<br><br><br>~~[PROPOSED]~~ **ORDER** |

**[PROPOSED] ORDER AUTHORIZING COUNSEL FOR DEFENDANTS TO COMMUNICATE WITH RELEVANT BELGIAN AUTHORITIES**

**WHEREAS**, on January 13, 2026, this Court issued a letter rogatory to Euroclear Bank S.A./N.V. (ECF No. 180);

**WHEREAS**, Defendants retained Belgian counsel, the Strelia law firm, to facilitate the processing and execution of the letter rogatory in Belgium;

1

**WHEREAS**, the Belgian Public Prosecutor's Office administering the letter rogatory has advised that it will communicate concerning these proceedings only with this Court and cannot provide information directly to the parties or counsel without being directed by this Court;

**WHEREAS**, the Belgian court administering the letter rogatory likewise informed the Strelia law firm on June 9, 2026, that communications regarding the letter rogatory must originate from this Court or be pursuant to Court approval;

**WHEREAS**, Defendants by letter dated June 29, 2026 (ECF No. 256) have requested that this Court confirm in writing that Strelia may communicate directly with the Belgian court and other relevant Belgian authorities regarding the letter rogatory;

**WHEREAS**, on July 2, 2026, the Court endorsed the June 29, 2026 letter, permitting Defendants to submit a proposed order for the Court's review (ECF No. 277);

**NOW THEREFORE**, upon consideration of the foregoing, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Counsel for the Defendants, including the Strelia law firm, as Belgian counsel for Defendants, are authorized to communicate and coordinate with the Belgian Public Prosecutor's Office, the Belgian courts, and any other Belgian judicial or governmental authorities involved in the execution of the letter rogatory to facilitate and effectuate the execution of the letter rogatory issued to Euroclear Bank S.A./N.V. on January 13, 2026.

2. Such communications may include, without limitation, inquiries concerning the status of the letter rogatory, the transmission of relevant information and documents, and any other communications reasonably necessary to facilitate and expedite the execution of the letter rogatory.

3. A copy of this Order may be transmitted by Strelia to the Belgian court and other relevant Belgian authorities as confirmation of the authorization granted herein.

SO ORDERED.

Dated: _____ July 15 __, 2026

_____
Hon. Barbara Moses
United States Magistrate Judge