

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY  10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

August 7, 2026

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, N.Y.  10007

      Re:    *The Bank of N.Y. Mellon[1] v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

We represent the Trustee.  We write to respectfully provide an update about TV Azteca's *concurso* proceeding in Mexico in light of the Trustee's pending motion for leave to file an amended complaint and for an expedited trial (the "Motion").  Dkt. 286.

On August 3, the *concurso* court accepted the appointment of a "conciliator" in the *concurso*.  Ex. 1 (appointment); Ex. 2 (acceptance of appointment).  As described previously, the conciliator, together with the *concurso* court, recognizes and gives priority to creditors' claims, and the conciliator seeks to facilitate a reorganization plan for the company.  Dkt. 291 ¶ 10.  Next week, the conciliator will likely publish formal notice of the *concurso*, triggering a short window for the Trustee to appear and submit its proof of claims.  Dkt. 291 ¶¶ 17-18.  The *concurso* law also mandates a strict 185-day deadline following the publication, which may be extended in the *concurso* court's discretion for two 90-day periods.  *Id.* ¶ 14.  However, a majority of creditors may approve a plan sooner. Dkt. 291 ¶¶ 14-15.

The Trustee described in its Motion how it faces irreparable harm if the Trustee cannot defend its proof of claim or if a plan is approved before resolving the Trustee's additional claims in this case.  Dkt. 288 at 21-24.  The Trustee respectfully submits that the appointment of a conciliator underscores the Trustee's urgent need for relief as set forth in the Motion, including leave to file its amended complaint and setting an expedited schedule for trial or summary disposition.

      Respectfully submitted,

      */s/ Justin M. Ellis*
      Justin M. Ellis

CC:  All counsel of record (via CM/ECF)

---

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."