# Exhibit 1

[TRANSLATION FROM SPANISH]

5/8/26, 1:28 PM                                    SISE

See complete synthesis

Docket No.: **22/2026**
Date of Case File: **07/15/2026**
Date of Publication: **08/03/2026**

Synthesis:

Mexico City, July fifteenth, twenty twenty-six. (.) The Federal Institute of Specialists in Commercial Bankruptcy Proceedings (.) appointed (.) to serve as conciliator in this commercial bankruptcy proceeding. (.) the stakeholders are to be notified of the conciliator's appointment. (.)the case judge hereby gives notice that, as this is a proceeding involving a large-scale merchant,* the specialist must provide a guarantee in the amount of (.) for the performance of his or her duties (.) Second District Court for Commercial Bankruptcy Matters, located in Mexico City and having jurisdiction throughout the Mexican Republic; whereby it submits a digitally signed copy of the judgment dated July tenth, twenty twenty-six, issued in the indirect amparo proceeding * on its docket, which states that the aforementioned amparo case was dismissed. This is hereby acknowledged. The parties are to be notified via court postings.

xqiBXqnvUumhtnRVUNiDpnJHeaviTo0w341Z3PeNMFk=

[Incomplete URL]                                    1/1

[1]

I, DIANA DEYANIRA LÓPEZ OLMOS, CERTIFIED TRANSLATOR WITH REGISTRATION NUMBER P.077-2024, DULY AUTHORIZED BY THE FEDERAL JUDICIARY COUNCIL FOR THE YEAR TWO THOUSAND TWENTY-SIX FOR CIRCUIT ONE (MEXICO CITY) IN ACCORDANCE WITH ARTICLE 86, SECTION XXIX, OF THE ORGANIC LAW OF THE FEDERAL JUDICIARY, AND ARTICLE 7 OF THE GENERAL AGREEMENT OF THE PLENARY SESSION OF THE FEDERAL JUDICIARY COUNCIL, WHICH REGULATES THE INTEGRATION OF THE LIST OF PERSONS WHO MAY ACT AS EXPERTS BEFORE THE BODIES OF THE FEDERAL JUDICIARY, AS PUBLISHED IN THE OFFICIAL GAZETTE OF THE FEDERATION (DOF) ON THE ELEVENTH OF DECEMBER, TWO THOUSAND AND TWENTY-FIVE [https://www.dof.gob.mx/2025/OAJ/listado_peritos_PJF_2026.pdf, P.191], HEREBY CERTIFY THAT THE ATTACHED TRANSLATION IS, TO THE BEST OF MY KNOWLEDGE, A TRUE AND CORRECT TRANSLATION INTO ENGLISH OF **1 (ONE)** PAGE(S) OF THE ORIGINAL DOCUMENTS IN SPANISH.

CERTIFIED ON **AUGUST 6, 2026**

xqiBXqnvUumhtnRVUNiDpnJHeaviTo0w341Z3PeNMFk=

Firmado por: DIANA DEYANIRA LOPEZ OLMOS
No. serie: 641779741797661081678430910759976835036248848778
Fecha: 06/08/2026 10:12:21.2900000 a. m.

Ver síntesis completa.

Núm. de Expediente: **22/2026**
Fecha del Auto: **15/07/2026**
Fecha de publicación: **03/08/2026**

Síntesis:
Ciudad de México, quince de julio de dos mil veintiséis. (.) Instituto Federal de Especialistas de Concursos Mercantiles (.) designó a (.) para desempeñar el cargo de conciliador en el presente concurso mercantil. (.) dese a conocer a los interesados la designación del conciliador. (.)la oficiante hace del conocimiento que al ser un juicio de la comerciante ,* empresa de tamaño grande, el especialista deberá garantizar el desempeño de sus funciones por el importe de (.) Juzgado Segundo de Distrito en Materia de Concursos Mercantiles, con residencia en la Ciudad de México y jurisdicción en toda la República Mexicana; mediante el cual, remite copia con firmas criptográficas de la sentencia de diez de julio de dos mil veintiséis, emitida dentro del juicio de amparo indirecto * de su índice, de la que se advierte que se sobreseyó el juicio de garantías en mención. De lo que se toma conocimiento. Notifíquese por lista a las partes.