

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

August 11, 2026

**<u>VIA ECF</u>**

Hon. Paul Gardephe
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:    *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.*, 22-cv-8164

Dear Judge Gardephe:

On behalf of Defendants, we write in response to Plaintiff's two recent letters, dated August 7, 2026 (ECF No. 300) and August 10, 2026 (ECF No. 301), which purport to update the Court on the status of the Mexican *concurso* proceeding.

As a threshold matter, Defendants object to this unauthorized and improper letter writing. Even if the Court elects to consider the unauthorized correspondence, however, the status of the *concurso*—in at least two respects—actually refutes Plaintiff's suggestion that some imminent outcome requires undue expedition of this case, to the severe detriment of Defendants' rights under both the case management rules and principles of due process.

First, by Plaintiff's own account, the *concurso* involves a 185-day deadline following publication, subject to an additional six-month extension. ECF No. 300. A proceeding whose outcome may be a year away creates no imminent risk at all, much less one warranting departure from normal case management.

Second, and tellingly, although Plaintiff presses these timing concerns here, it does not represent that it has ever raised them before the concurso court—the forum with authority to address them. Plaintiff cannot claim it lacks recourse there. Basic principles of comity require that concerns about the concurso be raised within that proceeding. Plaintiff's failure to do so belies the urgency it now asserts before this Court.

For the foregoing reasons, Defendants respectfully submit that Plaintiff's unauthorized letter writing should cease. We remain, of course, at the Court's disposal should any questions arise.

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

Hon. Paul Gardephe
August 11, 2026
Page 2

Respectfully,

*/s/ Hal S. Shaftel*

Hal S. Shaftel
Daniel Pulecio-Boek
John C. Molluzzo Jr.

cc:      Counsel of Record (via ECF)