GT GreenbergTraurig

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

September 16, 2026

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.*, 22-cv-8164

Dear Judge Gardephe:

On behalf of Defendant TV Azteca, S.A.B. de C.V. ("TV Azteca"), we write to inform the Court that TV Azteca has today filed a petition under Chapter 15 of the Bankruptcy Code seeking recognition of its concurso *mercantil* proceeding in Mexico. In that proceeding, TV Azteca is also seeking provisional relief under Sections 1519(a) and 362(a) of the Bankruptcy Code to stay the commencement, and continuation, of any actions or proceedings concerning TV Azteca or its assets, rights, obligations or liabilities in the United States. We will keep the Court apprised of further developments.

Respectfully,

*/s/ Hal S. Shaftel*

Hal S. Shaftel

cc: Counsel of Record (via ECF)