MOLOLAMKEN

Justin M. Ellis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8159
F: 212.607.8161
jellis@mololamken.com

September 17, 2026

VIA CM/ECF

Hon. Paul G. Gardephe
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *The Bank of N.Y. Mellon*[1] *v. TV Azteca, S.A.B. de C.V.*, No. 22 Civ. 8164

Dear Judge Gardephe:

We represent the Trustee. We respectfully write to correct a factual error in TV Azteca's letter notifying the Court that it filed a Chapter 15 petition. *See* Dkt. 308 (TV Azteca letter); Ex. A (petition). Contrary to TV Azteca's claims, TV Azteca neither sought nor obtained a provisional stay pending recognition under Section 1519(a) of the Bankruptcy Code. And an automatic stay under Section 362(a) does not take effect until the foreign bankruptcy is recognized. *See In re Fairfield Sentry, Ltd.*, 714 F.3d 127, 133 (2d Cir. 2013) (automatic stay granted only "[u]pon recognition of a foreign main proceeding" in a Chapter 15 proceeding); *cf.* 11 U.S.C. § 1520(a)(1). Nothing in TV Azteca's filing prevents this Court from resolving the Trustee's motions for summary judgment and for leave to amend, both of which are fully briefed.

Respectfully submitted,

*/s/ Justin M. Ellis*
Justin M. Ellis

CC: All counsel of record (via CM/ECF)

[1] Per the full caption, "The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024."