GT GreenbergTraurig

Hal S. Shaftel
212.801.9200
shaftelh@gtlaw.com

September 17, 2026

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.*, 22-cv-8164

Dear Judge Gardephe:

Defendant TV Azteca, S.A.B. de C.V. ("TV Azteca") writes in response to Plaintiff's recently-filed letter (ECF No. 309) and to follow up on our letter from last evening (ECF No. 308), in which we advised the Court that TV Azteca filed a petition under Chapter 15 of the Bankruptcy Code seeking recognition of its c*oncurso mercantil* proceeding in Mexico.

Not being counsel in the Chapter 15 case, our prior letter inadvertently referred to TV Azteca seeking provisional relief under Sections 1519(a) and 362(a) of the Bankruptcy Code. We subsequently learned that no such application had been filed. For the avoidance of doubt, however, TV Azteca expressly reserves its right to seek such relief.

Respectfully,

*/s/ Hal S. Shaftel*

Hal S. Shaftel

cc: Counsel of Record (via ECF)