USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 11/18/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BANK OF NEW YORK MELLON,

Plaintiff,

-against-

TV AZTECA, S.A.B. DE C.V., et al.,

Defendants.

TV AZTECA, S.A.B. DE C.V., et al.,

Third-Party Plaintiffs,

-against-

CYRUS CAPITAL PARTNERS, L.P. and CONTRARIAN CAPITAL MGMT, LLC,

Third-Party Defendants.

22-CV-8164 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On January 6, 2026, I granted defendants' motion for issuance of a letter rogatory as to Clearstream Banking S.A. (Clearstream). *See* Dkt. 177 at 1. On January 13, 2026, the letter rogatory was issued by the Clerk of Court to be served on Clearstream in Luxembourg. *See* 1/13/26 Dkt. Text Entry.

I have received a package from the Central Authority of the Grand Duchy of Luxembourg, including a cover letter dated October 26, 2026, an encrypted USB flash drive, and a letter from Clearstream with the password to the flash drive. The cover letter is attached to this Order.

The flash drive and Clearstream letter will be provided to defendants' counsel, who must share the full contents of the flash drive and the Clearstream letter with plaintiff's counsel.

Dated: New York, New York
November 18, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

LA JUSTICE
Grand-Duché de Luxembourg

Parquet général

Luxembourg, October 26, 2026

The Honorable Barbara Moses
Southern District of New York
Daniel Patrick Moynihan United
States Courthouse
500 Pearl Street
New York, NY 10007
United States of America

**Conc :** Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters in a case The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V. and certain affiliates (collectively, "TV Azteca")

**Your ref:** **The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., Case No. 1:22-cv-08164 (PGG)**

**Our ref:** **12988/2026**

Dear Magistrate Judge Moses,

The Central Authority of the Grand Duchy of Luxembourg has the honor to transmit, in execution of your above-referenced request for mutual legal assistance, the enforcement documents, including in particular an encrypted USB flash drive and a letter supplied by Clearstream, containing, among others, the corresponding access password.

Yours sincerely,

for the Public Prosecutor General

Anita LECUIT
the Advocate General

Parquet général
Luxembourg